UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR,

No. C 07-02669 EMC

Plaintiff(s),

v.

Jason INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and Defendant(s). CITY OF SAN RAMON

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/10/07

Signature _____

Counsel for Defendant INGRASSIA
(Plaintiff, Defendant, or indicate "pro se")