**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, | No. C 07-02669 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| JASON INGRASSIA, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, August 24, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  Last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file the Case Management Statement is August 17, 2007.  The initial case management scheduling order regarding all other deadlines shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: July 20, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Barbara Espinoza
Courtroom Deputy