UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR,

            Plaintiff(s),

       v.

JASON INGRASSIA

            Defendant(s).

CASE NO. C 07-2669 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| JENNY HUANG | ABNINAV BHATNAGAR | | |
| JAMES FITZGERALD | JASON INGRASSIA | | |
| GREGORY HARVEY | CONTRA COSTA COUNTY | | |
| GREGORY HARVEY | CITY OF SAN RAMON | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/7/07

                                                        JENNY HUANG
                                                        Attorney for Plaintiff

Dated: 8/7/07

                                                        JAMES FITZGERALD
                                                        Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


RE:   ABHINAV BHATNAGAR v. JASON INGRASSIA
      CASE NO. C07-2669 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE
ATTACHMENT 1
ADDITIONAL SIGNATURE PAGE

Dated: August 7, 2007

_____
Attorney for Defendant