SILVANO B. MARCHESI (SBN 42965)
County Counsel
GREGORY C. HARVEY (SBN 47974)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: gharv@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>　　　　Plaintiff<br><br>v.<br><br>JASON INGRASSIA, COUNTY OF CONTRA COSTA, and CITY OF SAN RAMON,<br><br>　　　　Defendants. | Case No. CV07-02669 CRB<br><br>DEFENDANT CONTRA COSTA COUNTY AND CITY OF SAN RAMON SUPPLEMENTARY STATEMENT OF LEGAL ISSUES FOR CASE MANAGEMENT CONFERENCE. |

　　　　Counsel for Plaintiff and Counsel for the defendants County of Contra Costa and City of San Ramon met and conferred in person on the case management conference statement. Counsel for Deputy Ingrassia joined this meeting by phone. Following the initial meeting further discussions occurred in an extensive telephone call between Plaintiff's counsel and counsel for the City and County which attempted to resolve differences over the legal issues. Despite these efforts, a good faith dispute has arisen on the proper formulation of issues which the parties have been unable to resolve. For this reason, defendants County and City supplement the case management conference to state the legal issues as defendants see them as

DEFENDANT CONTRA COSTA COUNTY AND CITY OF SAN RAMON SUPPLEMENTARY STATEMENT OF LEGAL ISSUES FOR CASE MANAGEMENT CONFERENCE.

Case No. CV07-02669 CRB　　　　　　　　　　　　　　　　　　　　　　　　1

follows:

3. <u>Legal issues:</u>

### A. Federal Claims

1. Was there a constitutional violation by Officer Ingrassia which creates a right to recover damages against Officer Ingrassia under 43 U.S.C. §1983 under the Fourth, Fifth, and Fourteenth Amendments to the Constitution of the United States?

2. Was there probable cause for the arrest of Mr. Bhatnagar for driving under the influence of alcohol or for the issuance of a citation for an illegal left turn?

3. Is Officer Ingrassia entitled to qualified immunity?

4. If there was a constitutional violation, did the constitutional violation result from an unconstitutional policy or a custom or practice of longstanding?

5. If there was a constitutional violation, was the constitutional violation ratified by a policy making officer or body of the County of Contra Costa with full knowledge of the events and circumstances of the constitutional violation?

6. Does the plaintiff have standing to raise a claim under Title VI ( 42 U.S.C. § 2000d.) relating to his drunk driving arrest or the subsequent left turn citation both claimed to be on the basis of racial profiling since he is neither an applicant, intended beneficiary, or participant in a federally funded program for which the Sheriff's Department receives funds?

7. Is Officer Ingrassia absolutely immune under *Briscoe v. LaHue*, 460 U.S. 325,(1983) and its progeny for testimony given in the state court proceedings.

DEFENDANT CONTRA COSTA COUNTY AND CITY OF SAN RAMON SUPPLEMENTARY STATEMENT OF LEGAL ISSUES FOR CASE MANAGEMENT CONFERENCE.

Case No. CV07-02669 CRB

2

8. Are there grounds for municipal liability of the City of San Ramon for alleged constitutional violations of Officer Ingrassia if the City is not a final policy maker for and does not have authority to set policy for the officers of the Contra Costa County Sheriff's Department providing police services under contract between the City and the County Sheriff's Department?

9. Even if, arguendo, the City of San Ramon were shown to have policy making authority, is there any basis for municipal liability either by a showing that the alleged acts of Officer Ingrassia flowed from a policy, custom or practice of the City of San Ramon or were ratified with knowledge of the facts and circumstances.

## B. State Law Claims

1. Did Officer Ingrassia have probable cause to arrest Mr. Bhatnagar for driving under the influence of alcohol or cite him for making an illegal left turn?

2. Can Officer Ingrassia's testimony in state judicial and administrative proceedings serve as a basis for liability under state law since it is privileged within the meaning of California Civil Code section 47?

3. Is Officer Ingrassia immune from state law claims (Fifth, Seventh, Eighth, Ninth and Tenth Causes of Action) other than false arrest based on his investigation and institution of the drunk driving charge and the issuance of the citation for an illegal left turn under Government Code section 821.6?

4. Are the City of San Ramon and the County of Contra Costa immune under California Government Code section 815.2 (b) (2) for the state law claims (Fifth, Seventh, Eighth, Ninth and Tenth Causes of Action) other than false arrest based on the officer's

DEFENDANT CONTRA COSTA COUNTY AND CITY OF SAN RAMON SUPPLEMENTARY STATEMENT OF LEGAL ISSUES FOR CASE MANAGEMENT CONFERENCE.

Case No. CV07-02669 CRB                                                                  3

investigation and institution of the drunk driving charge and issuance of the citation if Ingrassia is immune under Government Code section 821.6?

### Other Legal Issues

1. Is either Ingrassia, the County, or the City bound by the findings of Bhatnagar's, motion to suppress, the dismissal of his traffic citation, or the DMV license hearings on any question of fact or law?

2. Whether the "findings" of the underlying criminal actions and administrative DMV proceedings to which neither the County, the City nor Officer Ingrassia were parties are relevant, non hearsay, binding or admissible against defendants in this action.

If plaintiff is permitted to amend the complaint, there will be additional legal issues for the Court and the parties to consider depending on the new allegations.

Respectfully submitted.

DATED: August 17, 2007              SILVANO B. MARCHESI, County Counsel

                                    By: /s/ Gregory C. Harvey
                                    GREGORY C. HARVEY
                                    Assistant County Counsel
                                    Attorneys for Defendants
                                    COUNTY OF CONTRA COSTA

DEFENDANT CONTRA COSTA COUNTY AND CITY OF SAN RAMON
SUPPLEMENTARY STATEMENT OF LEGAL ISSUES FOR CASE MANAGEMENT
CONFERENCE.

Case No. CV07-02669 CRB                                                    4