JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
JASON INGRASSIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR,

    Plaintiff,

vs.

JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON,

    Defendants.

Case No. C07-02669 CRB

**JOINDER OF DEFENDANT CONTRA COSTA COUNTY AND DEFENDANT CITY OF SAN RAMON'S SUPPLEMENTARY STATEMENT OF LEGAL ISSUES FOR CASE MANAGEMENT CONFERENCE**

Defendant JASON INGRASSIA hereby joins in DEFENDANT CONTRA COSTA COUNTY and DEFENDANT CITY OF SAN RAMON'S supplementary statement of legal issues for case management conference and hereby incorporates it by reference as if fully set forth herein.

Dated: August 21, 2007

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
JASON INGRASSIA

JOINDER OF DEFENDANTS' INITIAL DISCLOSURES