**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 24, 2007**

**C-07-02699 CRB**

**CHRISTOPHER LEE GRIFFITH** v. **MONTEREY COUNTY SHERIFF**

| Attorneys: | Jenny Huang | Gregory Harvey |
|---|---|---|
| | | James Fitzgerald |

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **N/A**

**PROCEEDINGS:**                                                                                     **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

 Matter referred to mediation

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO Dec. 14, 2007 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off ____                              Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                  Deft to Name Experts by ____
P/T Conference Date ____        Trial Date ____        Set for ____ days
                    Type of Trial:  ( )Jury     ( )Court

Notes: ____