# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bhatnagar,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Ingrassia,<br><br>              Defendant(s). | 07-02669 CRB MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Wendy P. Rouder**
> Arbitration and Mediation
> Pine Street Station
> PO Box 640873
> San Francisco, CA 94164
> 415-563-6205
> wprouder@wendyrouder.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: August 29, 2007

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02669 CRB MED                - 2 -