JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

JUSTICE FIRST, LLP
Sarita I. Ordóñez, SBN 216047
P.O. Box 181
Imperial Beach, CA 91933-0181
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: sordonez@justicefirstllp.com

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>　　　　Defendants. | Case No.: Case No. CV07-02669 CRB<br><br>**NOTICE OF CHANGE IN COUNSEL** |

PLEASE TAKE NOTICE that Shamus Roller, SBN 247782, is no longer associated with the law firm of JUSTICE FIRST, LLP, 2831 Telegraph Avenue, Oakland, CA 94609.  Please continue to direct all future correspondence to Jenny Huang and Sarita Ordóñez, who remain as counsel of record for Plaintiff.

Date:  October 11, 2007　　　　　　　　　JUSTICE FIRST, LLP
　　　　　　　　　　　　　　　　　　　　2831 Telegraph Avenue
　　　　　　　　　　　　　　　　　　　　Oakland, CA 94609

　　　　　　　　　　　　　　　　　　　　By:  /s/ Jenny Huang
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Abhinav Bhatnagar