JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>　　　　　　Defendants. | Case No.: Case No. CV07-02669 CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

　　　PLEASE TAKE NOTICE THAT Jivaka Candappa, SBN 225919, hereby associates with JUSTICE FIRST, LLP, 2831 Telegraph Avenue, Oakland, CA 94609, and appears as co-counsel for Plaintiff in this matter. All future pleadings, papers, and other documents related to this matter should be copied to Mr. Candappa as follows:

　　　　　Law Office of Jivaka Candappa
　　　　　5111 Telegraph Avenue, #215
　　　　　Oakland, CA 94609
　　　　　Phone: (510) 654-4129
　　　　　Fax: (510) 594-9610
　　　　　e-mail: jcandappa@sbcglobal.net

Date: October 11, 2007　　　　　　　　JUSTICE FIRST, LLP
　　　　　　　　　　　　　　　　　　　2831 Telegraph Avenue
　　　　　　　　　　　　　　　　　　　Oakland, CA 94609

　　　　　　　　　　　　　　　　　　　By:　/s/ Jenny Huang
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Abhinav Bhatnagar

1
2      Jivaka Candappa hereby accepts the above association.

3  Date:  October 11, 2007                    Jivaka Candappa
                                              5111 Telegraph Avenue, #215
4                                             Oakland, CA 94609

5                                             By:   /s/ Jivaka Candappa

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28