ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

November 15, 2007

Jenny Chi-Chin Huang
Justice First, LLP
2831 Telegraph Avenue
Oakland, CA 94609
510-628-0695

James V. Fitzgerald III
McNamara Dodge Ney Beatty Slattery
Pfalzer Borges & Brothers
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
925-939-5330

Gregory C. Harvey
County of Contra Costa
651 Pine Street, 9th Floor
Martinez, CA 94553
925-335-1800

Re:   Bhatnagar v. Ingrassia
      Case No. C 07-02669 CRB MED

Dear Counsel:

The ADR Program would like to convene a conference call with Howard A. Herman, ADR Program Director. We have scheduled this call for **Tuesday, November 20, 2007 at 10:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. If you are not available at this time, please contact the other counsel and provide me with three alternative times you are all available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator