JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>　　　　　Defendants. | Case No.: Case No. CV07-02669 CRB<br><br>**STIPULATION FOR EXPEDITED MOTION BY PLAINTIFF FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. PRO. 26(c)** |

WHEREAS, Defendant Ingrassia seeks to depose a witness, Richard Ha, prior to the mediation conference presently scheduled for January 11, 2008; and

WHEREAS, the defendant officer intends to be present during the deposition of Richard Ha; and

WHEREAS, Plaintiff and the deponent object to the defendant officer's presence during the deposition of this witness;

IT IS HEREBY STIPULATED AND AGREED between the parties and the undersigned attorneys that:

1. Plaintiff may file a motion for a protective order on an expedited basis, for hearing before the court at 10:30am on December 7, 2007;

2. Plaintiff's motion must be filed no later than Wednesday, November 21, 2007;

//

//

STIPULATION FOR EXPEDITED MOTION BY PLAINTIFF FOR PROTECTIVE ORDER
PAGE 1 OF 2

3. Defendant's opposition papers to Plaintiff's motion must be filed no later than Wednesday, November 28, 2007.

4. Plaintiff's reply papers must be filed no later than Tuesday, December 4, 2007.

DATED: November 20, 2007                    JUSTICE FIRST, LLP

By:        /s/ Jenny Huang
    JENNY C. HUANG
    Attorneys for Plaintiff
    ABHINAV BHATNAGAR

DATED: November 20, 2007                    MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, AND BORGES

By:        /s/ James Fitzgerald
    JAMES V. FITZGERALD, III
    Attorney for Defendant
    JASON INGRASSIA

DATED: November 20, 2007                    SILVANO B. MARCHESI, County Counsel

By:        /s/ Gregory Harvey
    GREGORY C. HARVEY
    Assistant County Counsel
    Attorneys for Defendants
    COUNTY OF CONTRA COSTA
    and CITY OF SAN RAMON