1  3. Defendant's opposition papers to Plaintiff's motion must be filed no later than
2  Wednesday, November 28, 2007.
3  4. Plaintiff's reply papers must be filed no later than Tuesday, December 4, 2007.

DATED: November 20, 2007                JUSTICE FIRST, LLP

                                        By: _____
                                            JENNY C. HUANG
                                            Attorneys for Plaintiff
                                            ABHINAV BHATNAGAR

DATED: November 20, 2007                MCNAMARA, DODGE, NEY, BEATTY,
                                        SLATTERY, PFALZER, AND BORGES

                                        By: _____
                                            JAMES V. FITZGERALD, III
                                            Attorney for Defendant
                                            JASON INGRASSIA

DATED: November 20, 2007                SILVANO B. MARCHESI, County Counsel

                                        By: /s/ Gregory C. Harvey
                                            GREGORY C. HARVEY
                                            Assistant County Counsel
                                            Attorneys for Defendants
                                            COUNTY OF CONTRA COSTA
                                            and CITY OF SAN RAMON

3. Defendant's opposition papers to Plaintiff's motion must be filed no later than Wednesday, November 28, 2007.

4. Plaintiff's reply papers must be filed no later than Tuesday, December 4, 2007.

DATED: November 20, 2007          JUSTICE FIRST, LLP

By: _____
JENNY C. HUANG
Attorneys for Plaintiff
ABHINAV BHATNAGAR

DATED: November 20, 2007          MCNAMARA, DODGE, NEY, BEATTY,
                                  SLATTERY, PFALZER, AND BORGES

By: _____
JAMES V. FITZGERALD, III
Attorney for Defendant
JASON INGRASSIA

DATED: November 20, 2007          SILVANO B. MARCHESI, County Counsel

By: _____
GREGORY C. HARVEY
Assistant County Counsel
Attorneys for Defendants
COUNTY OF CONTRA COSTA
and CITY OF SAN RAMON