JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

JUSTICE FIRST, LLP
Sarita I. Ordóñez, SBN 216047
P.O. Box 181
Imperial Beach, CA  91933-0181
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: sordonez@justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
5111 Telegraph Avenue, #215
Oakland, CA  94609
Telephone: (510) 654-4129
Fax: (510) 594-9610
E-mail:  jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>    Defendants. | Case No.:  Case No. CV07-02669 CRB<br><br>**NOTICE OF MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. PRO. 26(c)**<br><br>Date:  December 7, 2007<br>Time:  10:00am<br>Honorable Charles R. Breyer |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2007, at 10:00 a.m., or as soon thereafter

as counsel may be heard, in the Courtroom of the Honorable Charles R. Breyer, Federal District

Judge of the Northern District of California, Courtroom 8, 19th Floor, 450 Golden Gate Avenue,

JUSTICE FIRST, LLP

1   San Francisco, CA 94102, Plaintiff Abhinav Bhatnagar will move the Court for a protective order

2   pursuant to Fed. R. Civ. Pro., Rule 26(c) as follows: (1) to prohibit Defendant Ingrassia from

3   attending the deposition of Richard Ha, and (2) to order any further relief as this court may deem

4   just and proper.

5

6        This motion is based upon the accompanying memorandum of points of authorities, the

7   affidavits of Richard Ha, Plaintiff Abhinav Bhatnagar, Deputy Public Defender Diana Garrido,

8   Deputy Public Defender Timothy Ahearn, and Plaintiff's counsel, Jenny Huang.

9   Dated:  November 21, 2007
            Oakland, California

10

11                                              **JUSTICE FIRST, LLP**
                                                Attorneys for Plaintiff Abhinav Bhatnagar
12                                              By:
                                                _____/s/ Jenny Huang_____
13                                              Jenny C. Huang
                                                2831 Telegraph Avenue
14                                              Oakland, CA  94609
                                                Tel.: (510) 628-0695

15

16

17

18

19

20

21

22

23

24

25

26

27

28