JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

JUSTICE FIRST, LLP
Sarita I. Ordóñez, SBN 216047
P.O. Box 181
Imperial Beach, CA 91933-0181
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: sordonez@justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
5111 Telegraph Avenue, #215
Oakland, CA 94609
Telephone: (510) 654-4129
Fax: (510) 594-9610
E-mail: jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br>　　　Plaintiff,<br>　vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>　　　Defendants. | Case No.: Case No. CV07-02669 (CRB)<br><br><br><br><br><br>Date: December 7, 2007<br>Time: 10:00am<br>Honorable Charles R. Breyer |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER
PURSUANT TO FED. R. CIV. PRO. 26(c)**

# TABLE OF CONTENTS

Page(s)

TABLE OF CONTENTS ................................................................................................ ii

TABLE OF AUTHORITIES ......................................................................................... iii

SUMMARY OF ARGUMENT ...................................................................................... 1-2

STATEMENT OF FACTS ............................................................................................. 2-7

ARGUMENT .................................................................................................................. 8-15

I.     PURSUANT TO FED. R. CIV. PRO. 26(c), PLAINTIFF HAS GOOD CAUSE FOR ISSUANCE OF A PROTECTIVE ORDER TO PROHIBIT DEFENDANT INGRASSIA FROM ATTENDING THE DEPOSITION OF PLAINTIFF'S WITNESS ...... 8-15

    A. Plaintiff Will Be Severely Prejudiced in the Event that this Motion is Denied ................................................................. 9-13

    B. Any Legitimate Interest That Defendant Ingrassia May Have in Attending the Deposition of Mr. Ha is Outweighed by the Prejudicial Impact on Plaintiff .......................................... 13-15

CONCLUSION ................................................................................................................15

# TABLE OF AUTHORITIES

Page(s)

Federal Cases:

*Beacon v. R.M. Jones Rentals* (N.D. Ohio 1978) 79 F.R.D. 141..................8

*Dart Industries Co. v. Westwood Chemical Co.* (9th Cir. 1980)
649 F.2d 646 ...............................................................................................15

*Galella v. Onassis* (2nd Cir. 1973) 487 F.2d 986 ................................8, 9, 14

*Hines v. Wilkinson* (S.D. Ohio 1995) 163 F.R.D. 262.................................9

*In re Shell Oil Refinery* (E.D. La. 1991) 136 F.R.D. 615 ................ 8, 10-11

*Lee v. Denver Sheriff's Dept. et.al* (Dist. Colo. 1998)
181 F.R.D. 651..........................................................................................9

*M&M Medical Supplies & Serv., Inc. v. Pleasant Valley
Hosp., Inc.* (4th Cir. 1992) 981 F.2d 160.............................................. 14-15

*Phillips ex rel. Estates of Byrd v. General Motors Corp.*
(9th Cir. 2002) 307 F.3d 1206 ................................................................9, 13

*Rivera v. NIBCO, Inc.* (9th Cir. 2004) 364 F.3d 1057............................9, 13

*Seattle Times Co. v. Rhinehart* (1984) 467 U.S. 20.....................................8

Federal Statutes:

Fed. R. Civ. Pro., Rule 26(c)............................................................ *passim*