# CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT
P.O. Box 391, Martinez, California 94553-0039

☒ Face Page
☐ Continuation
☐ Supplemental

☐ D.V.  ☐ HRO  ☒ Arrest  ☐ SI

| # | Field | Value |
|---|---|---|
| 1 | DR No. | 06-12996 |
| 2 | City Code | SR/25 |
| 3 | Crime/Classification | Driving Drunk/Drugs - Misdemeanor (23152A) |
| 4 | Detail | 1. 23152A |
| 5 | More Persons | ☐ |
| 6 | Day/Date/Time of Occurrence | SATURDAY / 05/20/2006 / 0130 HOURS |
| 7 | Date/Time Reported | 05/20/2006 / 0130 HRS |
| 8 | Employee No. | 65945 |
| 9 | Reclassification | ☐ |
| 10 | Address/Location of Occurrence | 1081 MARKET PLACE, SAN RAMON (VALERO GAS STATION) |

**11.** ☒ PRI  ☐ VIC  ☐ WIT  ☐ MSP  ☐ RUN  ☐ SUS  ☐ LEAD  ☐ OTHER
**12. Name (L, F, M):** REPORTING OFFICER

**28.** ☐ PRI  ☒ VIC  ☐ WIT  ☐ MSP  ☐ RUN  ☐ SUS  ☐ LEAD  ☐ OTHER
**29. Name (L, F, M):** P.O.S.

**44.** ☐ PRI  ☐ VIC  ☐ WIT  ☐ MSP  ☐ RUN  ☒ SUS  ☐ LEAD  ☐ OTHER
**45. Name (L, F, M):** BHATNAGAR, ABHINAV (NMN)
**46. Race/Sex/Age:** O / M / 30
**47. DOB:** 04/30/1976
**48. Driver License No.:** D3219816
**49. Address (Zip Code):** 36927 PAPAYA STREET, NEWARK 94560
**50. Home Phone:** 510-44904543
**51. Employed By or School:** U/E
**52. Work Phone:** N/A
**53. Hair:** BLK  **54. Eyes:** BRO  **55. Ht.:** 510  **56. Wt.:** 160
**58. Social Security No.:** 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
**60. Booking or Cite No.:** 2006010601

**62. Veh/Ves:** ☒ S ☐ Vict
**63. Lic No. (State):** 5FXA510
**64. Year:** 2004
**65. Make:** NISSAN
**66. Model:** SENTRA
**67. Body Style:** 4 DR
**68. Color Top/Bottom:** SILVER
**69. Status:** ☐ Left  ☐ Impound  ☒ Stored
**70. Registered Owner:** ARUN BHATNAGAR
**71. R.O. Address:** 36927 PAPAYA STREET, NEWARK
**72. Towed to or Released to:** AMERICAN TOW
**73. Who has Keys?:** AMERICAN TOW
**74. Evid:** ☒ Yes ☐ No
**75. F/P:** ☐ Yes ☒ No
**76. Dispo of Evidence:** SRPD EVIDENCE REFRIGERATOR
**77. Missing:** N/A
**78. Damaged:** N/A

**79. Brief Synopsis of Incident:**

THIS REPORT CONCERNS THE ARREST OF S-BHATNAGAR FOR VC 23152(A)-DUI. BHATNAGAR WAS STOPPED FOR MAKING AN ILLEGAL U-TURN AND AN UNSAFE TURN. UPON CONTACT, BHATNAGAR ADMITTED TO DRINKING ALCOHOL AND HAD OBJECTIVE SIGNS OF BEING UNDER THE INFLUENCE OF ALCOHOL (DROOPY RED EYES, SLURRED SPEECH, AND AN ODOR OF AN ALCOHOLIC BEVERAGE COMING FROM HIS BREATH). BHATNAGAR PERFORMED A SERIES OF FSTs AND PROVIDED TWO BREATH SAMPLES IN THE PAS DEVICE (.095 %BAC AND .096 %BAC). BASED ON HIS STATEMENTS OF DRINKING, PERFORMANCE OF THE FSTs, AND THE RESULTS OF THE PAS, I ARRESTED BHATNAGAR FOR VC 23152(A)-DUI. I TRANSPORTED BHATNAGAR TO THE SRPD, WHERE HE PROVIDED A BLOOD SAMPLE AND THEN HE WAS TRANSPORTED TO THE MARTINEZ DETENTION FACILITY, WHERE HE WAS BOOKED ON THE ABOVE CHARGE. SGT. CRAIG WAS ADVISED AND APPROVED THE ARREST.

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

JUN 1 2 2006

**80. Distribution:** ☐ B ☐ C ☐ DA ☐ DE ☐ I ☐ O ☐ SR ☐ V ☐ Investigation ☐ Vice ☐ Narcotics ☐ Juv ☐ Coroner ☐ Property Ck. ☒ ACS ☐ Intell. ☐ R.C. ☐ SHC ☒ Patrol Captain ☐ Comm. Ofc. ☐ Marine Patrol ☐ DV Unit ☐ Other

**82. Reporting Deputy (Print):** J. INGRASSIA
**83. Date/Time Written:** 05/20/2006 2000
**84. Dispo:** CLR
**85. Approving Supv (Print):** Sgt. W. D. Holtz
**86. Supv No.:** 33500
**87. Date:** 5-22-06

1 of 4

35112 11/94

☒ Continuation
☐ Supplemental

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT   CA0070000
P.O. Box 391, Martinez, CA 94553-0039

Beat 73

☐ D.V.   ☐ HRO   ☒ Arrest   ☐ SI

| 1. DR No. | 2. City Code | 3. Crime / Classification | 4. Detail | 1: 23152A | 5. Reclassification |
|---|---|---|---|---|---|
| 06-12996 | SR/25 | Driving Drunk/Drugs - Misdemeanor (23152A) | | 2: | ☐ |

| 6. Victim Name (L,F,M) | 7. Date Orig. Report | 8. Employee No. |
|---|---|---|
| P.O.S. | 05/20/2006 | 65945 |

| 9. Address / Location of Occurrence | 10. Suspect's Name (L,F,M) |
|---|---|
| 1081 MARKET PLACE, SAN RAMON (VALERO GAS STATION) | BHATNAGAR, ABHINAV (NMN) |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; J) Misc.

12. Recovered Property $
13. Narrative / Statements

On 05/20/2006 and 0108 hours, I was driving in a marked San Ramon patrol car in full uniform at westbound Bollinger Canyon Road near the intersection with Market Place. While at this location I saw a silver Nissan Sentra (CA Lic 5FXA510) make a u-turn from westbound Bollinger Canyon Road to eastbound Bollinger Canyon Road at the intersection with Bishop Ranch 1 East. This turn was a violation of VC 22101(d) as there was a sign at this intersection that read, "No U-Turn." I waited for a safe time to proceed through the intersection and made a u-turn at the same intersection, with the intentions of catching up to the vehicle to make a traffic stop. The vehicle then made a right turn into the number one (left) lane of southbound Market Place and I followed. The vehicle then made an abrupt right turn from the left lane, across the right lane of Market Place, into the Valero Gas Station at 1081 Market Place. When the vehicle made this turning movement he was directly in front of me and I was forced to use my breaks to slow down to avoid a possible collision, a violation of VC 22107. The vehicle then pulled next to a gas pump and stopped. I activated my emergency lights to signal to the driver that I was making a traffic stop.

I exited my patrol car and made contact with the driver of the vehicle, S-Bhatnagar, at the open driver's door window. Bhatnagar identified himself with an expired California Driver License. While I was talking to Bhatnagar, I notice a slight odor of an alcoholic beverage coming from his breath. I also noticed that Bhatnagar had bloodshot droopy eyes and a slightly slurred speech. I asked Bhatnagar if he had drank any alcoholic beverages tonight? Bhatnagar told me he drank 1 ½ glasses of wine at a restaurant in Pleasant Hill, but could not remember the name of the restaurant. I performed a Horizontal Gaze Nystagmus (HGN) test of Bhatnagar using my finger as stimulus. Bhatnagar had a lack of smooth pursuit to the stimulus with the HGN onset at maximum deviation and an angle of onset at approximately 40 degrees.

Due to Bhatnagar driving, statements, and objective symptoms of intoxication I decided to conduct a DUI investigation. I asked Bhatnagar to exit the vehicle. Bhatnagar exited the vehicle, and walked to an open area underneath the gas station overhang, where I had directed him. When Bhatnagar walked his gait was slightly staggered and I could now smell a stronger odor of an alcoholic beverage coming from his breath.

I explained to Bhatnagar that I was going to conduct a series of field sobriety tests, FST's. I advised him that I would explain and demonstrate each test and that he should ask any questions if he didn't understand prior to performing the tests. I asked Bhatnagar if he had any injuries, physical defects, or problems that would prevent him from performing the FST's. Bhatnagar told me he had a back injury from a car accident 1 ½ years prior, but the injury would probably not prevent him from performing the tests. Bhatnagar agreed to and performed the FST's as outlined on the DUI supplement form.

I explained to Bhatnagar that I would like to perform one more test, a Preliminary Alcohol Screening, PAS, devise test. I explained that this was not the state mandated breath test and was voluntary. Bhatnagar agreed to take the PAS test.

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

| 14. Distribution | | | | | | 15. Additional Routing | JUN 1 2 2006 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ B | ☐ C | ☐ DA | ☐ DE | ☐ L | ☐ O | ☐ SR | ☐ V | | | |
| | ☐ Investigation | ☐ Vice | ☐ Narcotics | | ☐ Juv | ☐ Coroner | | | | |
| | ☐ Property Ck. | ☒ ACS | ☐ Intell. | | ☐ R.O. | ☐ SHC | 16. Reporting Deputy (Print) | 17. Date/Time Written | | 18. Dispo |
| ☒ Patrol Captain | | | | | | | J. INGRASSIA | 05/20/2006 2000 | | CLR |
| ☐ Other | ☐ Compl.Ofc. | | ☐ Marine Patrol | | ☐ DV Unit | | 19. Approving Supv (Print) | 20. Supv. No. | 21. Date | 22. Page |
| | | | | | | | Sgt. W. D. Holtz | 33500 | 5-22-06 | 2 of 4 |

26112 11/94

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000
P.O. Box 391, Martinez, CA 94553-0039

☒ Continuation  ☐ Supplemental    Beat 73    ☐ D.V.  ☐ HRO  ☒ Arrest  ☐ SI

| 1. DR No. | 2. City Code | 3. Crime / Classification | 4. Detail | | 5. Reclassification |
|---|---|---|---|---|---|
| 06-12996 | SR/25 | Driving Drunk/Drugs - Misdemeanor (23152A) | 1. 23152A<br>2. | | ☐ |

| 6. Victim Name (L,F,M) | 7. Date Orig. Report | 8. Employee No. |
|---|---|---|
| P.O.S. | 05/20/2006 | 65945 |

| 9. Address / Location of Occurrence | 10. Suspect's Name (L,F,M) |
|---|---|
| 1081 MARKET PLACE, SAN RAMON (VALERO GAS STATION) | BHATNAGAR, ABHINAV (NMN) |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

12. Recovered Property $

13. Narrative / Statements

I checked Bhatnagar and confirmed he had no foreign objects in his mouth. Bhatnagar gave PAS breath test samples as follows; at 0130 hours .095 % BAC, and at 0133 .096 % on the ALCO-SENSOR IV, SRPD PAS # 7, SN 042768. The temperature displayed on the PAS when it was used was 22 degrees Celsius. The PAS devise is maintained by Officer Goyich of San Ramon PD.

Based on Bhatnagar's driving, his statements, objective symptoms of intoxication, and performance of the FST's, I believed Bhatnagar was driving while intoxicated. I advised Bhatnagar that he was under arrest for DUI and placed him in handcuffs in the back seat of my patrol car.

I advised Bhatnagar of the state requirement for him to provide a breath or blood test to determine his BAC. Bhatnagar chose to take a blood test.

I advised dispatch to have a blood technician respond to SRPD for a blood draw. Phlebotomist J. Young drew the blood from Bhatnagar and placed and sealed the blood draw vials into blood evidence kit envelope # 34664 and turned it over to me. I placed the blood evidence kit envelope into the evidence refrigerator at SRPD. A copy of the blood draw form is attached to this report.

Bhatnagar was transported to the MDF where he was booked for VC 23152(a)-DUI. Sgt Craig was advised of and approved the actions taken.

Officer Jones inventoried and prepared the vehicle for towing and storage. American Tow (45 Beta Ct, San Ramon) responded to the scene and towed the vehicle. The vehicle was entered into the system (FCN 1420614000754).

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

JUN 1 2 2006

14. Distribution
☐ B  ☐ C  ☐ DA  ☐ DE  ☐ L  ☐ O  ☐ SR  ☐ V
☐ Investigation  ☐ Vice  ☐ Narcotics  ☐ Juv  ☐ Coroner
☐ Property Ck.  ☒ ACS  ☐ Intell.  ☐ R.O.  ☐ SHC
☒ Patrol Captain  ☐ Compl.Cfc.  ☐ Marine Patrol  ☐ DV Unit
☐ Other

15. Additional Routing

| 16. Reporting Deputy (Print) | 17. Date/Time Written | 18. Dispo |
|---|---|---|
| J. INGRASSIA | 05/20/2006 2000 | CLR |
| 19. Approving Supv (Print) | 20. Supv No. | 21. Date | 22. Page |
| Sgt. W. D. Holtz | 33500 | 5-22-06 | 3 of 4 |

36112 11/94

☒ Continuation  
☐ Supplemental

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000  
P.O. Box 391, Martinez, CA 94553-0039

Beat 73

☐ D.V.  ☐ HRO  ☒ Arrest  ☐ SI

| 1. DR No. | 2. City Code | 3. Crime / Classification | 4. Detail | | 5. Reclassification |
|---|---|---|---|---|---|
| 06-12996 | SR/25 | Driving Drunk/Drugs - Misdemeanor (23152A) | 1. 23152A<br>2. | | ☐ |

| 6. Victim Name (L,F,M) | 7. Date Orig. Report | 8. Employee No. |
|---|---|---|
| P.O.S. | 05/20/2006 | 65945 |

| 9. Address / Location of Occurrence | 10. Suspect's Name (L,F,M) |
|---|---|
| 1081 MARKET PLACE, SAN RAMON (VALERO GAS STATION) | BHATNAGAR, ABHINAV (NMN) |

11. Property Description:  
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

12. Recovered Property $  
13. Narrative / Statements

ATTACHMENTS:

DUI supplement  
Copy of Blood Draw Form  
Copy of Blood Draw Declaration  
Copy of CDL  
Copy of Admin per se form.

CONTROLLED DOCUMENT  
Office of the Sheriff  
Contra Costa County

JUN 1 2 2006

14. Distribution: ☐ 6  ☐ C.  ☐ DA  ☐ DE  ☐ L  ☐ O  ☐ SR  ☐ V  
☐ Investigation  ☐ Vice  ☐ Narcotics  ☐ Juv  ☐ Coroner  
☐ Property Ck.  ☒ ACS  ☐ Intell.  ☐ R.O.  ☐ SHC  
☒ Patrol Captain  ☐ Compl.Ofc.  ☐ Marine Patrol  ☐ DV Unit  
☐ Other

15. Additional Routing

| 16. Reporting Deputy (Print) | 17. Date/Time Written | 18. Dispo |
|---|---|---|
| J. INGRASSIA | 05/20/2006 2000 | CLR |

| 19. Approving Supv (Print) | 20. Supv No. | 21. Date | 22. Page |
|---|---|---|---|
| Sgt. W. D. Holtz | 33500 | 5-22-06 | 4 of 4 |

36112 11/94