Jan 12 07 04:47p    Arun Bhatnagar    510-505-2341    p.1

NOTICE, SENTENCE, COMMITMENT FORM

**CLERK'S DOCKET AND MINUTES**

PA RATE-H

DEFENDANT __BHATNAGAR, ABHINAV__ DEPT. __C12__ DATE __11/27/2006__ TIME __1:30 PM__
ADDRESS __36927 PAPAYA STREET__ __NEWARK__ __CA__ __94560__ DOB __04/30/1974__
ROC __M1532  MISD__ PROB _____ DEFENSE ATTORNEY __PD-GARRIDO__ TIME ____ WAIVED
CUSTODIAL STATUS __OR__ TARGET __57__
CHARGES __01 M CVC 23152(a)    02 M CVC 23152(b)__

PROCEEDINGS

JUDGE __CHARLES S. TREAT__ COURT REPORTER __Juanita Gonzalez__ DEPUTY CLERK __JERRY__
ASSIGN. TO DEPT. _____ JUDGE _____ COURT REPORTER __CSR 3C03__ DEPUTY CLERK ____

MINUTES CERTIFIED CORRECT

**APPLICABLE ENTRIES MARKED**

APPEARANCE
- ☐ Deft. proceeds in PRO PER
- ☑ Deft. appears ☐ in custody ☐ Deft. not appearing
- ☑ With by Atty. Pub. Def. /ADO
- ☑ Deputy Dist. Atty.
- ☐ Court Probation Off.
- ☐ Interp. _____ sworn/oath on file
- ☐ Cert. ☐ Non-Cert. ☐ Qualified per Rule 984.2
- ☐ Order _____ Int. ☐ Int. Coord. notified

ARRAIGNMENT
- ☐ Answers true name as charged
- ☐ Waives Arr/reading of Complaint
- ☐ Handed copy of Complaint/Discovery
- ☐ Deft. duly arr. ☐ Video ☐ on Prob. Vio.
- ☐ Deft. waives arr. on amended complaint.

WARRANT
- ☐ Bench/Arrest Warrant to Issue
- ☐ Bail Set at $ _____
- ☐ Recalled ☐ Set Aside ☐ Remain Out
- ☐ No PTA Release ☐ No Vol. App.
- ☐ Hold until: _____

BAIL ORDERS
- ☐ Bail forfeit & continued 190 days ☐ Bail Exon
- ☐ Bail forfeiture set aside & reinstated upon payment of fee $ _____

REFERRALS
- ☐ Referred To: PUBLIC DEFENDER
- ☐ Referred To: PROB. Bail Study/PPR
- ☐ Referred per ☐ 288.1 PC ☐ 1368 PC
- ☐ Adult Pre-Trial/PC 1000 Diversion eligibility
- ☐ Pub. Def. Conflict Filed; Appointed ADO
- ☐ Report to _____ for booking
- ☑ 977 waiver filed ☐ 170.6 PC filed/oral
- ☑ In re law notice given

WAIVER/RELEASE
- ☐ Written Plea filed ☐ Pleads Guilty, Ct.# ____
- ☐ Pleads No Contest, Found Guilty, Ct.# ____
- ☐ Pleads Not Guilty, Ct.# ____
- ☐ Jury Trial Waived/Demanded
- ☐ Time for Trial/Sent Waived/Not Waived
- ☐ Time for PX 10/60 Days Waived/Not Waived
- ☐ Admit/Denies ____ Priors/Refusal/Enhance

CONTINUANCE
- ☐
- ☐
- ☐
- ☐
- ☐ Vacate date of _____
- ☐ Def. must/need not appear

MOTIONS/ORDERS
- ☑ Pet/Def. Motion to/for/cont. __Suppress__
- ☐ Submitted with argument ☐ without argument __PC 1538__
- ☑ Granted ☐ Denied ☐ Submitted ☐ No Action Taken
- ☐ Grounds: _____
- ☐ D.A. Motion to file amended complaint
- ☐ Complaint amended on its face ) add Ct.# ____
  a violation of section _____
- ☐ Pursuant to 23103.5CVC
- ☐ Strike the words felony and feloniously. Substitute the word misdemeanor wherever it appears in Complaint.
- ☑ Per Court/DA dismiss, complaint/Ct.# ____
- ☐ Criminal Protective Order issued and served

PROBATION/DISPOSITION
- ☐ Court Probation granted for _____ mo/yr
- ☐ Adult Pre-Trial/PC 1000 Diversion granted
- ☐ Probation/Diversion/Reinstated/Modified/Extended to _____
  Original terms in full force and effect except as ordered.
- ☐ Deft. given/waived rights to Revoc. Hg; Admits/Denies allegations
- ☐ Prob. Revoked: ☐ Def. found in violation of probation
- ☐ Probation/Diversion: Terminated: Successfully/Unsuccessfully/Denied
- ☐ Pay Prob. Vio. fine of $ _____ ☐ Upon payment of fine/completion of jail sentence
- ☐ Criminal Proceedings Reinstated/Dismissed

_Stip. arrest made without warrant_

- ☐ Pay a fine of $ _____ ☐ Rest. Fine of _____
- ☐ Pay $10 cite fee/$25 Booking Fee/$ _____ CJA Fee
- ☐ Pay balance of fine/ ☐ In lieu of fine ☐ Susp. $ _____ after fine.
- ☐ Make monthly payments to CCU P.O. Box 2528 Martinez, CA 94553
- ☐ Phone (925) 646-1951 by _____
- ☐ _____ hours Volunteer work by _____ Fee $ _____
- ☐ Re-refer/reinstate to Level I/Level II/PCDDP
- ☑ Referred to ORC for Attorney Fee Costs of $ __200__
- ☐ License Suspended/Revoked _____ months/years
- ☐ DL310/DL309 Served ☐ Advised 14607.6 CVC
- ☐ Pay fine/comply or appear on _____ at _____

COMMITMENT
- ☐ Be imprisoned _____ days/months/years
- ☐ _____ days/months/years credit
- ☐ _____ days/months/years suspended
- ☐ Sentence to commence _____
- ☐ Serve consecutive/concurrent
- ☐ _____ with _____ ☐ with any sentence
- ☐ Main Jail ☐ Electronic Home Detention
- ☐ WAP Contact CAB immediately / within 15 days.
- ☐ Day for day credit for time served in approved residential program. Proof by _____

CONDITIONS
- ☐ Obey all laws.
- ☐ Do not use any alcohol. Do not go to places where alcoholic beverages are the chief item of sale.
- ☐ Attend _____ AA/NA meetings per week and present proof at each court appearance.
- ☐ Submit to search and testing
- ☐ Destroy ☐ Return weapon
- ☐ Stay away from _____

- ☐ REMANDED to County Jail: ☐ Ordered released ☐ On OR ☐ Promise to Appear ☐ Def. to be allowed _____ phone calls
- ☐ Bail Set in the amt. of $ _____ ☐ Court Courtesy ☐ State Prison Commitment ☐ Committed to custody until sentence is satisfied in full

TO THE SHERIFF; COMMITMENT: I hereby certify that this is a true copy of the Entry of Judgment or Order and is your authority for its execution thereof. See other minute pages for additional proceedings.

DATED: _____ JUDGE OF THE SUPERIOR COURT

CRIM. MINUTES (4/01)

☐ See attached additional orders.