1      OFFICER INGRASSIA:  -- construction or something.

2      MR. TAGUCHI:  Can you make a U-turn from that

3 direction around?

4      OFFICER INGRASSIA:  I don't know.

5      MR. TAGUCHI:  Can you make a left turn from -- from

6 going eastbound into this particular area?

7      OFFICER INGRASSIA:  I don't know.

8      MR. TAGUCHI:  Okay.  Okay.  After you saw

9 Mr. Bhatnagar make a U-turn, please describe what

10 happened next.

11      OFFICER INGRASSIA:  Then I -- well, I made the U-turn

12 myself and followed him and I got behind him.  He made a

13 right turn into -- into here, which is Market Place.

14 Market Place has the two lanes, and he was in the left

15 one.  And I followed him.  I made the right turn as well,

16 so I was behind him.  And then he made an abrupt turn

17 across the lanes into the gas station, which would be

18 around here.

19      MR. TAGUCHI:  And which driveway of the gas station

20 did he enter?

21      OFFICER INGRASSIA:  It's the first -- the first one,

22 I believe.

23      MR. TAGUCHI:  Did you follow him into the first one

24 as well?

25      OFFICER INGRASSIA:  Yeah.

1    MR. TAGUCHI: And where did you -- after he pulled
2  in, then where did you go?
3    OFFICER INGRASSIA: I pulled in right behind him.
4  Yeah.
5    MR. TAGUCHI: Did you activate any lights or no
6  lights?
7    OFFICER INGRASSIA: Uh-hmm. I believe I did.
8    MR. TAGUCHI: And it's your clear recollection that
9  you pulled in behind him?
10    OFFICER INGRASSIA: My clear recollection?
11    MR. TAGUCHI: Yeah.
12    OFFICER INGRASSIA: Yes.
13    MR. TAGUCHI: Okay. So when did you activate your
14  patrol lights?
15    OFFICER INGRASSIA: After I pulled in behind him.
16  After he had stopped already, actually.
17    MR. TAGUCHI: Was he in or out of the car?
18    OFFICER INGRASSIA: I believe -- I believe -- I can't
19  remember. I can't recall. I believe he was still in the
20  car.
21    MR. TAGUCHI: According to your police report, that
22  you contacted him in the -- when he was in the --
23  "Contacted Mr. Bhatnagar when he opened driver's window."
24  Is that correct?
25    OFFICER INGRASSIA: Okay. Yes.

-26-

1    MR. TAGUCHI:  So does that refresh your memory as to

2  where you contacted him, or are you just relying on your

3  report?

4    OFFICER INGRASSIA:  Just relying on my report.

5    MR. TAGUCHI:  Okay.  So you don't have an independent

6  recollection on whether or not you contacted

7  Mr. Bhatnagar out of the car, or whether or not he was in

8  the car?

9    OFFICER INGRASSIA:  Well, I -- no.  I -- I remember

10  now. He was in the car.

11    MR. TAGUCHI:  Okay.

12    OFFICER INGRASSIA:  Uh-hmm.

13    MR. TAGUCHI:  Now, you testified that when you were

14  coming down Bollinger you got behind Mr. Bhatnagar; is

15  that correct?

16    OFFICER INGRASSIA:  Uh-hmm.

17    MR. TAGUCHI:  Is that yes?

18    OFFICER INGRASSIA:  Yes.

19    MR. TAGUCHI:  For the record.  Okay.

20    OFFICER INGRASSIA:  I'm sorry.

21    MR. TAGUCHI:  Where did you -- how -- what was the

22  closest that you got behind him?  Strike that question.

23    Where were you when you got say a car length behind

24  Mr. Bhatnagar?

25    OFFICER INGRASSIA:  I don't recall.

-27-

1          MR. TAGUCHI:  Okay.  Was it on Bollinger Canyon?

2          OFFICER INGRASSIA:  I don't recall.

3          MR. TAGUCHI:  Okay.  Did you -- when you followed

4     Mr. Bhatnagar down westbound Bollinger, what did you --

5     how did you make your turn in order to reach -- you know,

6     contact him?

7          OFFICER INGRASSIA:  I didn't follow him on westbound

8     Bollinger.

9          MR. TAGUCHI:  Okay.  Well, you made a turn on

10    somewhere when you were going down westbound Bollinger,

11    correct?

12         OFFICER INGRASSIA:  Uh-hmm.

13         MR. TAGUCHI:  That's yes?

14         OFFICER INGRASSIA:  Yes.  Sorry.

15         MR. TAGUCHI:  Okay.  And where did you -- where did

16    you make that turn?

17         OFFICER INGRASSIA:  Same place he did.  At East --

18    Bishop Ranch East.

19         MR. TAGUCHI:  Okay.  Was there any type of delay in

20    making that turn for you?

21         OFFICER INGRASSIA:  I don't recall.

22         MR. TAGUCHI:  In your police report you indicate

23    that, "I waited for a safe time to proceed through the

24    intersection that read no U-turn."

25         OFFICER INGRASSIA:  Uh-hmm.

1    MR. TAGUCHI: "I waited for a safe time to proceed

2 through the intersection and made a U-turn at the same

3 intersection."

4    OFFICER INGRASSIA: Uh-hmm.

5    MR. TAGUCHI: So that implies to me that there was

6 some period of time that you had to wait in order for you

7 to make that U-turn. Is that correct?

8    OFFICER INGRASSIA: Is that -- is that correct that

9 that implies that to you?

10    MR. TAGUCHI: Yes.

11    OFFICER INGRASSIA: I don't know. Does it?

12    MR. TAGUCHI: Well, I'm asking, is that a correct

13 assumption?

14    HEARING OFFICER LEE: Counsel, just ask him directly.

15 Did you --

16    OFFICER INGRASSIA: That's not what you're asking.

17 You're asking me if that's --

18    HEARING OFFICER LEE: Did you --

19    OFFICER INGRASSIA: -- if that's what it implies to

20 you.

21    MR. TAGUCHI: Okay.

22    OFFICER INGRASSIA: So I'm asking you.

23    MR. TAGUCHI: Okay. Well, let me ask it this way,

24 then. You said you waited for a safe time to proceed.

25    OFFICER INGRASSIA: Uh-hmm.

-29-

1    MR. TAGUCHI:  How much time passed when you said, "I

2   waited for a safe time to proceed."

3    OFFICER INGRASSIA:  Based on the rest of it it

4   couldn't be long, because I caught up to him before he

5   made the turn onto Bollinger.  I'm sorry.  Market Place.

6    MR. TAGUCHI:  Well, what -- what is your best

7   estimate?

8    OFFICER INGRASSIA:  A couple seconds.

9    MR. TAGUCHI:  Okay.  Where did you catch up to him

10  on -- on Bollinger?

11    OFFICER INGRASSIA:  I don't recall where exactly.

12  This is a very small portion of the street.  This is a

13  couple hundred feet.

14    MR. TAGUCHI:  So you're -- how far is it from Bishop

15  to Market Place, approximately?

16    OFFICER INGRASSIA:  I don't know.

17    MR. TAGUCHI:  Is it approximately a couple hundred

18  feet?

19    HEARING OFFICER LEE:  Counsel, he answered your

20  question.

21    MR. TAGUCHI:  I don't know?  I'm just --

22    HEARING OFFICER LEE:  Yes.

23    MR. TAGUCHI:  What's your best estimate?

24    HEARING OFFICER LEE:  Counsel, he answered your

25  question.

-30-

1          MR. TAGUCHI:  I can ask his best estimate, Mr. Lee.

2          HEARING OFFICER LEE:  And he answered your question.

3    Move on, counsel.

4          MR. TAGUCHI:  Okay.  So you have no -- no independent

5    recollection about where he stopped or where you caught

6    up with him on Bollinger?

7          OFFICER INGRASSIA:  I mean it's -- it's a small

8    street, sir.  It's a small -- it's a very small area.

9          MR. TAGUCHI:  Okay.

10          OFFICER INGRASSIA:  And I caught up to him sometime

11   before he made the turn onto Market Place, so -- and if I

12   had waited a couple seconds to make the turn, it's

13   probably somewhere on the second half.

14          MR. TAGUCHI:  Okay.

15          OFFICER INGRASSIA:  Okay?

16          MR. TAGUCHI:  Fair enough.  That's good.  Okay.  Now,

17   where is the -- the driveway that Mr. Bhatnagar pulled in

18   that you followed him on this?

19          OFFICER INGRASSIA:  I'm -- I'm not sure.  Judging

20   by -- I think it may be here, but I -- I -- I don't -- I

21   don't know.  I can't tell if this picture is -- I -- I --

22   I'd be guessing it was -- it's right here, but it's --

23   it's tough.  It has to be right there.

24          MR. TAGUCHI:  And you don't have a -- now, was he

25   stopped at one of the gas pumps when you stopped him?

-31-

1    OFFICER INGRASSIA:  Yeah.  He had pulled up to a gas

2  pump.

3    MR. TAGUCHI:  Okay.  I'd like to show you the next

4  picture.  Well, I'm going to mark this as --

5    HEARING OFFICER LEE:  Is it A?

6    MR. TAGUCHI:  -- Driver A.  Driver's B is this

7  photograph.  And driver's C.

8    (**Licensee's Exhibits A, B and C** marked for

9    identification.)

10    OFFICER INGRASSIA:  Okay.

11    MR. TAGUCHI:  And showing you driver's C, is that a

12  fair -- do you recognize this, what's depicted in this

13  photo?

14    OFFICER INGRASSIA:  Uh-hmm.

15    MR. TAGUCHI:  Is that yes?

16    OFFICER INGRASSIA:  I'm sorry.  What was the

17  question?

18    MR. TAGUCHI:  Do you recognize what's depicted in

19  this photo?

20    OFFICER INGRASSIA:  Yes, sir.

21    MR. TAGUCHI:  And is this the -- what do you

22  recognize this to be?

23    OFFICER INGRASSIA:  Well, it looks a lot like the

24  Valero gas station where the stop occurred.

25    MR. TAGUCHI:  Okay.  Now, is -- based on your

-32-

1  testimony, where would Mr. Bhatnagar's Nissan Sentra have

2  stopped, and where would you have pulled up behind him

3  with your red lights on?

4      OFFICER INGRASSIA:  I believe it was right where that

5  truck is, or somewhere at that pump.  And my car was

6  behind it, you know, ten feet.

7      MR. TAGUCHI:  Okay.

8      OFFICER INGRASSIA:  Facing the same direction.

9      MR. TAGUCHI:  And why did -- why did you pull over

10 Mr. Bhatnagar?

11     OFFICER INGRASSIA:  Because he --

12     MR. TAGUCHI:  Why did you stop him?

13     OFFICER INGRASSIA:  -- made the illegal U-turn.

14     MR. TAGUCHI:  Okay.  And when did you activate the

15 red lights?  Was it at the -- before you pulled into the

16 gas station, or after you pulled into the gas station?

17     OFFICER INGRASSIA:  After.

18     MR. TAGUCHI:  Is there a reason why you didn't put on

19 your red lights somewhere on Bollinger where you were

20 behind him on Bollinger?

21     OFFICER INGRASSIA:  Yes.

22     MR. TAGUCHI:  And what's the reason for that?

23     OFFICER INGRASSIA:  Probably because I was running

24 his plate, and that takes time to come back.

25     MR. TAGUCHI:  When did you get an eye on his -- his

-33-

1  plate?

2      OFFICER INGRASSIA:  Somewhere in this area where --
3  before I had a chance to pull him over.

4      MR. TAGUCHI:  Is there a record that the police
5  department -- or the sheriff department generates when
6  you make a request to run somebody's license?

7      OFFICER INGRASSIA:  It's -- it's in our unit history,
8  yeah.

9      MR. TAGUCHI:  Okay.  And there's a unit history about
10 the particular stop and the times of the stop?

11     OFFICER INGRASSIA:  Well, the -- there is a unit
12 history.  No.  There's an incident history that depicts
13 the -- the traffic stop.  The plate was most likely
14 run -- if I -- if I did run it before I stopped him, it
15 wouldn't be in that incident history.

16     MR. TAGUCHI:  Okay.  So do you have any independent
17 recollection at all whether or not you did run his
18 license plate on the short period of time that you caught
19 up with him on Bollinger?

20     OFFICER INGRASSIA:  I -- I -- I don't have any
21 recollection of it.  It's just standard practice for
22 myself.

23     MR. TAGUCHI:  Okay.  Even though that you caught up
24 with him at the end -- at the end of the block here, and
25 then he made that -- the right turn here, you would have

-34-

1  enough time to grab his plate and start plucking into

2  your computer at that point?

3       OFFICER INGRASSIA:  I -- I believe I would have

4  enough time, yes.  It doesn't take very long.

5       MR. TAGUCHI:  All right.  And how did Mr. Bhatnagar

6  identify himself?

7       OFFICER INGRASSIA:  With a driver's license that was

8  expired.

9       MR. TAGUCHI:  Okay.  How did you determine that his

10  driver's license was expired?

11       OFFICER INGRASSIA:  I don't recall.  Maybe the date

12  on it was -- had -- had passed.

13       MR. TAGUCHI:  And did you later find out that it was

14  in fact valid?

15       OFFICER INGRASSIA:  If I can recollect with one of

16  your exhibits at that time?  I don't -- I don't --

17       MR. TAGUCHI:  You don't have any recollection at all?

18  You just assume this his license was expired, or this is

19  the first time that it's come to your attention that his

20  license was in fact valid?

21       OFFICER INGRASSIA:  I don't recall seeing it expired.

22  I mean I -- I remember seeing that -- that the card was

23  expired.

24       MR. TAGUCHI:  Uh-hmm.

25       HEARING OFFICER LEE:  Where are you going with this

-35-

1  question, counsel?

2      MR. TAGUCHI:  Well, because it's also a ground -- if

3  someone's license is expired when they're driving, it's

4  also grounds for a valid arrest.  So I wanted to exclude

5  that.

6      HEARING OFFICER LEE:  Okay.  Let me just indicate

7  here that we're -- how should I say?  We're not going to

8  be focusing on that issue about other grounds for arrest.

9  We'll just stick with the 23152.

10      MR. TAGUCHI:  Okay.  All right.  So you've made that

11  clear for the record.  Okay.

12      HEARING OFFICER LEE:  Yes, sir.

13      MR. TAGUCHI:  All right.  Then I'll just move on if

14  that's -- if that's your -- what type of -- now, when you

15  first approached Mr. Bhatnagar, what happened?

16      OFFICER INGRASSIA:  When I first approached him what

17  happened?

18      MR. TAGUCHI:  Yes.

19      OFFICER INGRASSIA:  Can you be more specific?  When I

20  first approached him?

21      MR. TAGUCHI:  Yeah.  When you first made contact with

22  him, what happened?  I mean, hello, Mr. Bhatnagar, how

23  you doing this evening, or get out of the car, or

24  driver's license and insurance?  I mean what happened?

25  Did you tell him why you pulled him over, or tell him why

-36-

1   you were stopping him or making contact with him or --

2       OFFICER INGRASSIA:  I -- I don't recall the

3   conversations, you know, the words, per se.

4       MR. TAGUCHI:  Did you tell him why you were stopping

5   him?

6       OFFICER INGRASSIA:  I don't recall.

7       MR. TAGUCHI:  Now, the area from Bollinger onto

8   Market Place, you can make a valid left turn there; is

9   that correct?  From the area of westbound --

10      OFFICER INGRASSIA:  Going from where?

11      MR. TAGUCHI:  Going westbound Bollinger.  Going

12  westbound Bollinger --

13      OFFICER INGRASSIA:  Oh.

14      MR. TAGUCHI:  -- down this way and making a left

15  turn, that's a valid turn, correct?

16      OFFICER INGRASSIA:  Yes.

17      MR. TAGUCHI:  Okay.  And this is a copy of -- and

18  this is -- can I show you Exhibit No. -- I'm going to

19  mark this Exhibit --

20      HEARING OFFICER LEE:  David?

21      MR. TAGUCHI:  -- D, yes.

22      (**Licensee's Exhibit D** marked for identification.)

23      OFFICER INGRASSIA:  Yeah.  That looks like it to me,

24  yes.

25      MR. TAGUCHI:  Now, was Mr. Bhatnagar cooperative with

1  you?

2      OFFICER INGRASSIA:  Yes.

3      MR. TAGUCHI:  All right.  When you made -- first made

4  contact with him, what happened?

5      HEARING OFFICER LEE:  Counsel, you asked that

6  question.

7      MR. TAGUCHI:  I'm trying to get an answer.  He hasn't

8  answered it.

9      HEARING OFFICER LEE:  He answered he -- he answered

10  that he does not remember specifically what words he

11  spoken to Mr. Bhatnagar.

12      MR. TAGUCHI:  Do you have a customary routine that

13  you would normally ask somebody?

14      OFFICER INGRASSIA:  Certainly ask for an

15  identification.  Then from on it could have been

16  anything.

17      MR. TAGUCHI:  Did you -- at some point did you ask

18  Mr. Bhatnagar to get out of the car?

19      OFFICER INGRASSIA:  Yes.

20      MR. TAGUCHI:  And why did you ask him to get out of

21  the car?

22      OFFICER INGRASSIA:  Because I noticed some objective

23  signs of being under the influence of alcohol.

24      MR. TAGUCHI:  What did you notice?

25      OFFICER INGRASSIA:  I noticed he had an odor of

-38-

1  alcohol on his breath.  I noticed his eyes were red and

2  watery.  I noticed --

3       MR. TAGUCHI:  I see you're looking at your police

4  report.  Do you need to look at your police report to

5  refresh your memory as to what objective signs you saw?

6       OFFICER INGRASSIA:  Yes.

7       MR. TAGUCHI:  Okay.

8       OFFICER INGRASSIA:  May I continue?

9       MR. TAGUCHI:  Yes, please.

10       OFFICER INGRASSIA:  I noticed his speech was slightly

11  slurred.  And that's -- that's why I brought him out of

12  the car to conduct a DUI investigation.

13       MR. TAGUCHI:  Okay.  Did you give him any field

14  sobriety tests?

15       OFFICER INGRASSIA:  Yes, sir.

16       MR. TAGUCHI:  And which ones did you give him?

17       OFFICER INGRASSIA:  May I see the --

18       HEARING OFFICER LEE:  Yes.

19       OFFICER INGRASSIA:  -- the Supplement?  I gave him

20  the modified position of attention, which is also called

21  the Romberg stand, finger-to-nose test, walk-and-turn

22  test, and one-legged stand test.

23       MR. TAGUCHI:  Now, the DUI arrest supplemental, do

24  you take any notes at the time the person is getting --

25  at the time Mr. Bhatnagar was conducting the tests?

-39-

1    OFFICER INGRASSIA:  Uh-hmm.

2    MR. TAGUCHI:  Is that yes?

3    OFFICER INGRASSIA:  Yes.  I'm sorry.  I apologize.

4    MR. TAGUCHI:  And what do you do with those notes

5    afterwards?

6    OFFICER INGRASSIA:  Afterwards what?

7    MR. TAGUCHI:  After -- after the contact with the

8    person.  After the -- what do you do with these notes

9    specifically with Mr. Bhatnagar?

10    OFFICER INGRASSIA:  I save them until I can complete

11    the report, and then I usually throw them out.

12    MR. TAGUCHI:  And when did you write the report after

13    the arrest?

14    OFFICER INGRASSIA:  I believe I started it the next

15    night after the -- after the next shift.

16    MR. TAGUCHI:  So would -- would that have been within

17    24 hours or after 24 hours?

18    OFFICER INGRASSIA:  Yes, sir.  It would have been

19    within 24 hours, yes.

20    MR. TAGUCHI:  Okay.  Now, in your -- in **Exhibit No. 1**

21    of the Department, the DS 367 form, the first one --

22    OFFICER INGRASSIA:  This one?

23    MR. TAGUCHI:  The first page, yes.  How many times

24    have you filled this out?

25    OFFICER INGRASSIA:  Well, for every DUI, so

1   approximately 20, 25.

2        MR. TAGUCHI:  Okay.  You indicate that at 1:08 that

3   Mr. Bhatnagar was driving the vehicle and observed by

4   yourself.  Is that correct?

5        OFFICER INGRASSIA:  Yes.

6        MR. TAGUCHI:  Okay.  And then just right below that

7   it says that you also "had reasonable cause to believe

8   the driver was driving a motor vehicle and that the

9   driver was arrested by this officer or person shown in

10  the shaded area on 5-20-06 at 1:08."  So you witnessed

11  the driving at 1:08 and then also you arrest him at 1:08.

12       OFFICER INGRASSIA:  Hmm.

13       MR. TAGUCHI:  So based on this form and how it reads,

14  it reads that when you saw him you immediately arrested

15  him.

16       OFFICER INGRASSIA:  Yeah, that's -- that's --

17       MR. TAGUCHI:  Is that correct?

18       OFFICER INGRASSIA:  That's what that's meaning, but

19  that -- that can't be correct.

20       MR. TAGUCHI:  You have a supervisor that reviews this

21  form, correct?

22       OFFICER INGRASSIA:  Yes, sir.

23       MR. TAGUCHI:  And you do sign that it's true and

24  correct?

25       OFFICER INGRASSIA:  Yes, sir.


-41-

1    MR. TAGUCHI:  And then the blood test results, you
2   have the blood test on 5-20-06 but you don't give a time.
3   Were you there present when the blood test was given?
4    OFFICER INGRASSIA:  Yes, sir.
5    MR. TAGUCHI:  Okay.  And what -- where did you --
6   where was the blood test taken?
7    OFFICER INGRASSIA:  In the police department.
8    MR. TAGUCHI:  Who takes the test?  Who gives the
9   test?
10    OFFICER INGRASSIA:  Phlebotomist.
11    MR. TAGUCHI:  Where -- Mr. Young I would assume is
12   his name.  Have you worked with Mr. Young before this
13   case?
14    OFFICER INGRASSIA:  I believe this was my first blood
15   draw DUI, so I have not worked with -- I had not worked
16   with Mr. Young before this for a DUI.
17    MR. TAGUCHI:  Did you want Mr. Bhatnagar to take a
18   breath test?  Did you encourage him to take a breath test
19   or the blood test?
20    OFFICER INGRASSIA:  I don't recall encouraging him.
21   I gave him the option.
22    MR. TAGUCHI:  So where does the phlebotomist come
23   from?  How do you get a hold of the phlebotomist to come
24   to the police station?
25    OFFICER INGRASSIA:  We -- we ask our dispatch.  They

-42-

1  do whatever they do.  Page him.

2      MR. TAGUCHI:  Now, who does -- do you know who

3  Mr. Young works for?

4      OFFICER INGRASSIA:  I don't.

5      MR. TAGUCHI:  May I see the -- your Declaration

6  there?  CML.  Do you know what CML stands for?

7      OFFICER INGRASSIA:  In regards to what?

8      MR. TAGUCHI:  In -- it says, "I'm employed by CML."

9      OFFICER INGRASSIA:  No, I don't know.  I don't know

10 who they work for.

11     MR. TAGUCHI:  Okay.  Now, this -- this Declaration,

12 do you see this, the Declaration that's been marked as an

13 exhibit?

14     OFFICER INGRASSIA:  Uh-hmm.

15     MR. TAGUCHI:  Did you fill any of that out?

16     OFFICER INGRASSIA:  No.  Doesn't look like my

17 writing.

18     MR. TAGUCHI:  Did you give this to -- give this to

19 anyone?

20     OFFICER INGRASSIA:  Did I give it to anyone?

21     MR. TAGUCHI:  Yes.

22     OFFICER INGRASSIA:  I think this becomes an

23 attachment in my report.  I was given -- I was given a

24 copy of this by Mr. Young, I believe.

25     MR. TAGUCHI:  Okay.  So he -- he gets the Declaration

-43-

1  on his own and then gives you a copy of it, or gives you

2  the original?

3      OFFICER INGRASSIA:  I -- I -- I'm not sure.  I can't

4  recall.

5      MR. TAGUCHI:  So were you actually present in the

6  room when the blood was being drawn by Mr. Bhatnagar in

7  the police station?

8      OFFICER INGRASSIA:  Yes.

9      MR. TAGUCHI:  It's Mr. Young's duty to -- to put the

10  blood sample into the folder, the -- the kit number

11  folder that is marked as **Exhibit No. 2**?

12      OFFICER INGRASSIA:  They do it.

13      MR. TAGUCHI:  Is it his job or your job?

14      OFFICER INGRASSIA:  Sure.  They do it.

15      MR. TAGUCHI:  So Mr. Young did it?

16      OFFICER INGRASSIA:  Yes.

17      MR. TAGUCHI:  Put the blood in there?

18      OFFICER INGRASSIA:  Yes.

19      MR. TAGUCHI:  Okay.  And who seals it?

20      OFFICER INGRASSIA:  I believe he seals it.

21      MR. TAGUCHI:  And what does he do with it?  Does he

22  give it to you?

23      OFFICER INGRASSIA:  Turns it over to me.

24      MR. TAGUCHI:  All right.  And then what do you do

25  with it after he turns it over to you?

-44-

1      OFFICER INGRASSIA:  Put it in the refrigerator at the
2   police department.

3      MR. TAGUCHI:  Okay.  Now, it says "received from,"
4   and then there seems to be some kind of signature at the
5   bottom there where it says "chain of custody"?

6      OFFICER INGRASSIA:  Uh-hmm.

7      MR. TAGUCHI:  And so the phlebotomist signs that, or
8   the person that you received it from?

9      OFFICER INGRASSIA:  Yes.

10     MR. TAGUCHI:  And then you turn it over to SRPD?

11     OFFICER INGRASSIA:  In its refrigerator.

12     MR. TAGUCHI:  Okay.  Now, it has a date of 5-20, but
13  it doesn't have the time on it.

14     OFFICER INGRASSIA:  Okay.

15     MR. TAGUCHI:  Correct?  Do you have any independent
16  recollection of the time that, you know, you allegedly
17  received this -- this envelope?  It is an envelope,
18  right?

19     OFFICER INGRASSIA:  It's a -- it's a -- it's an
20  envelope, yes.  I don't have any independent
21  recollection, but I can make a very educated guess based
22  on the time written on there.  That it was handed to --
23  handed over to me within minutes after 2:30 in the
24  morning.

25     MR. TAGUCHI:  Now, the envelope says at the top on

-45-