1  line number three, 23152, incident date 5-20, and the

2  time of -- can you read that for me?  It looks -- I don't

3  know if that's a zero or a six or if that's any kind of

4  notation.

5      OFFICER INGRASSIA:  It says 0130 looks like to me.

6      MR. TAGUCHI:  Does that indicate it's 1:30 in the

7  morning?

8      OFFICER INGRASSIA:  Uh-hmm.

9      MR. TAGUCHI:  Yes?

10     OFFICER INGRASSIA:  Yes.

11     MR. TAGUCHI:  Okay.  Now, did Mr. Bhatnagar -- did he

12  make any telephone calls in your presence with his cell

13  phone?

14     OFFICER INGRASSIA:  Probably.

15     MR. TAGUCHI:  Do you know normally allow people that

16  you have arrested to use their cell phone to make phone

17  calls?

18     OFFICER INGRASSIA:  Yes.

19     MR. TAGUCHI:  Okay.  Did you witness him make phone

20  calls at the police station?

21     OFFICER INGRASSIA:  I don't recall specifically, but

22  it's standard I'll let them try to call to get someone to

23  come pick them up.

24     MR. TAGUCHI:  Okay.  Did you have any conversation

25  with Mr. Bhatnagar regarding his ethnicity during his

1  arrest?

2      OFFICER INGRASSIA:  Does that have anything to do

3  with this?

4      HEARING OFFICER LEE:  Is this leading towards --

5      MR. TAGUCHI:  Goes to bias.  Bias.

6      HEARING OFFICER LEE:  Bias?

7      OFFICER INGRASSIA:  I -- I believe we had some

8  conversation, yes, but I don't recall the specifics of

9  it.

10      MR. TAGUCHI:  You don't recall the -- the actual

11  specifics of the discussion about his ethnicity?

12      OFFICER INGRASSIA:  I -- I don't remember the -- the

13  exact conversation, no.

14      MR. TAGUCHI:  Okay.  Okay.  I have nothing further.

15  Thank you.  Thank you.

16      HEARING OFFICER LEE:  Thank you, Officer.

17      MR. TAGUCHI:  You don't have any redirect for him?

18  You done?

19      HEARING OFFICER LEE:  No.  You did a much thorough

20  job.

21      MR. TAGUCHI:  Yeah.  Thanks, Mr. Lee.

22      HEARING OFFICER LEE:  Thank you for your time,

23  Officer.

24      OFFICER INGRASSIA:  You're welcome.

25      HEARING OFFICER LEE:  And take care out there.

-47-

1        MR. HA:  I think it's -- what do you mean?  Its main

2   street?

3        MR. TAGUCHI:  What are the streets?  Yes.

4        MR. HA:  Bollinger.

5        MR. TAGUCHI:  Bollinger.  And what is the cross

6   street?

7        MR. HA:  And cross street is -- I think it's

8   (unintelligible).  I forget.

9        MR. TAGUCHI:  Are you a little nervous?

10       MR. HA:  Yeah.

11       MR. TAGUCHI:  If I can show you a picture?  Does

12  this -- do you recognize what's depicted in this photo?

13  This is Bollinger Canyon.

14       MR. HA:  Bollinger Canyon.  And cross street is --

15       MR. TAGUCHI:  Is that Market?

16       MR. HA:  It's (unintelligible).  For this I think --

17       MR. TAGUCHI:  Is that Market?

18       MR. HA:  Market?

19       MR. TAGUCHI:  There's your gas station.

20       MR. HA:  Yeah.

21       MR. TAGUCHI:  Would it help you to look at some

22  photos to refresh your memory?

23       MR. HA:  Market Place.

24       MR. TAGUCHI:  How about this photo?

25       MR. HA:  Market Place.

1        MR. TAGUCHI:  How about this photo?

2        MR. HA:  Yeah, this (unintelligible).  Yeah, this --

3        MR. TAGUCHI:  Bollinger and Market?

4        MR. HA:  Yeah, Market Place.

5        MR. TAGUCHI:  Okay.

6        MR. HA:  I'm sorry.

7        MR. TAGUCHI:  How long have you worked there?

8        MR. HA:  You know, you understand, I'm

9   (unintelligible).  You know, I'm -- I work there about

10  10 -- 10 months.  Ten months.

11       MR. TAGUCHI:  All right.  So it's on the corner of

12  Market Place --

13       MR. HA:  Market Place and Bollinger.

14       MR. TAGUCHI:  -- and Bollinger.  Okay.  I'm going

15  to -- since he used this photograph to make

16  identification, I'm going to just have that marked as --

17       HEARING OFFICER LEE:  Okay.  I think we are on letter

18  I.

19       MR. TAGUCHI:  F.

20       HEARING OFFICER LEE:  I.  Because I -- I got F.

21       MR. TAGUCHI:  Oh, okay.  All right.  That's fine.

22       HEARING OFFICER LEE:  F is the letter from Ms. Laurie

23  Garrison.

24       MR. TAGUCHI:  Yes.  Okay.

25       HEARING OFFICER LEE:  So I.

-56-

1      (**Licensee's Exhibit I** marked for identification.)

2      MR. TAGUCHI:  So this is -- so showing you what is

3  marked as A, this is Bollinger Canyon.  It's a big

4  street.

5      MR. HA:  So Market Place.

6      MR. TAGUCHI:  Yes.  And this is Market Place.

7      MR. HA:  It's the gas station right there.

8      MR. TAGUCHI:  And what are the -- you say you work

9  graveyard.  What are the hours of your graveyard?

10      MR. HA:  I work from ten o'clock until 7:00.

11      MR. TAGUCHI:  Ten o'clock p.m. 'til 7:00 a.m.?

12      MR. HA:  Ten p.m. to 7:00 a.m.

13      MR. TAGUCHI:  Okay.  So did you work last night?

14      MR. HA:  Yeah, I worked last night.

15      MR. TAGUCHI:  All right.

16      MR. HA:  Worked last night.

17      MR. TAGUCHI:  So showing you the person that's

18  sitting to my right, do you recognize him?

19      MR. HA:  Yeah.

20      MR. TAGUCHI:  Okay.  And how do you recognize him?

21      MR. HA:  Because I remember that he -- he -- he

22  took -- came there about one -- one o'clock or twelve

23  o'clock, something like that.

24      MR. TAGUCHI:  Did you see him there at your gas

25  station about May 20th of this year at about one o'clock

1  in the morning?

2      MR. HA:  Yeah.

3      MR. TAGUCHI:  Okay.  When you first -- and what were

4  you doing at the time when you first saw him?  What were

5  you doing?

6      MR. HA:  What -- what I'm doing?

7      MR. TAGUCHI:  Yes.

8      MR. HA:  I check -- I check -- on the way to the

9  restroom.

10     MR. TAGUCHI:  Okay.  What is your -- is English your

11 second language?

12     MR. HA:  My second language.

13     MR. TAGUCHI:  Okay.  What's your first language?

14     MR. HA:  Cantonese.

15     MR. TAGUCHI:  Okay.  Do you understand everything I'm

16 saying so far?

17     MR. HA:  I understand, yeah.  I understand.

18     MR. TAGUCHI:  Okay.  And what do -- what is your job

19 description at the gas station?

20     MR. HA:  Cashier.

21     MR. TAGUCHI:  You're the cashier?

22     MR. HA:  Yeah.  Yeah.

23     MR. TAGUCHI:  Okay.  And so when you first saw -- I'm

24 going to -- his name is Abhinav.

25     MR. HA:  Yeah.

1    MR. TAGUCHI: I'm going to refer to him as Abhi.

2    MR. HA: Yeah.

3    MR. TAGUCHI: When you first saw Abhi, where did --

4    where -- you said you were going to the restroom?

5    MR. HA: Yeah.

6    MR. TAGUCHI: Okay. And where was he?

7    MR. HA: He -- he go to the -- on the way to the --

8    the last -- the cashier.

9    MR. TAGUCHI: He was on his way to the cashier?

10    MR. HA: Yeah. To pay the -- the gas.

11    MR. TAGUCHI: Okay.

12    MR. HA: Yeah.

13    MR. TAGUCHI: And did you see his car?

14    MR. HA: Yeah. I see --

15    MR. TAGUCHI: Where was his car parked?

16    MR. HA: I saw his car parked on the station number

17    two.

18    MR. TAGUCHI: Okay. Showing you in C --

19    MR. HA: So I saw his car parked right here. Right

20    here. So behind number one. So number two right here?

21    MR. TAGUCHI: Where that -- we're referring to

22    **Exhibit No. C** --

23    MR. HA: Yeah. Yeah.

24    MR. TAGUCHI: -- where the -- the car depicted in the

25    photograph is?

1       MR. HA:  Yeah.  Yeah.

2       MR. TAGUCHI:  So he was there.

3       MR. HA:  (Inaudible.)

4       MR. TAGUCHI:  Okay.  Where's the cashier, where you

5   usually were?

6       MR. HA:  The cashier is usually here.

7       MR. TAGUCHI:  Okay.  Can you point out to Mr. Lee

8   where it is?

9       MR. HA:  Yeah.  The cashier right behind over here.

10      HEARING OFFICER LEE:  Uh-hmm.

11      MR. HA:  And this is the restroom.  Actually, I'm not

12  go to the restroom, but I go to check the restroom.

13  Because somebody complained, I go check the restroom.

14      HEARING OFFICER LEE:  Okay.

15      MR. TAGUCHI:  Okay.  So you're going to check the

16  restroom?

17      MR. HA:  Yeah, check the restroom.

18      MR. TAGUCHI:  Okay.  So you were --

19      MR. HA:  Because restroom, sometime it doesn't --

20  it's open, but sometime somebody, you know, lock it.  So

21  somebody -- someone out to the restroom.

22      MR. TAGUCHI:  Uh-hmm.

23      MR. HA:  So they cannot open it and then they need

24  the key, so I need to open, yeah.

25      MR. TAGUCHI:  Okay.  So did you see him pull up to

                            -60-

1  the gas station, Mr. Abhi?  Did you see him pull up

2  there, or did you see him park there?

3      MR. HA:  No.  I just -- I just saw him park over -- I

4  saw him park here, and I saw him go -- go to -- to the

5  cashier.

6      MR. TAGUCHI:  Did you see him get out of his car?

7      MR. HA:  No.

8      MR. TAGUCHI:  Okay.  So when you first saw him his

9  car was already parked?

10      MR. HA:  Yeah.

11      MR. TAGUCHI:  And he was on his way to the cashier?

12      MR. HA:  Yeah.

13      MR. TAGUCHI:  Okay.  How many feet away was his car

14  to the cashier?  Doesn't look that very -- doesn't look

15  far.

16      MR. HA:  Not that far.  It's from -- like from her to

17  there.

18      MR. TAGUCHI:  Let's say what?

19      MR. HA:  Like from this -- this one --

20      MR. TAGUCHI:  This wall to this wall?

21      MR. HA:  -- (inaudible).  Yeah, from here to here

22  (inaudible).

23      MR. TAGUCHI:  About 20 feet?

24      MR. HA:  (Inaudible.)  Twenty, 25, something.

25      HEARING OFFICER LEE:  Twenty-five?

1       MR. HA:  (Inaudible.)

2       MR. TAGUCHI:  Was there any police cars behind him

3   when you first saw him?

4       MR. HA:  No, I didn't see any police car.

5       MR. TAGUCHI:  Was there any police car in front of

6   him when you first saw him?

7       MR. HA:  I think the police car --

8       MR. TAGUCHI:  When you first saw him.

9       MR. HA:  I didn't saw the police --

10      MR. TAGUCHI:  You didn't see any police car?

11      MR. HA:  No.

12      MR. TAGUCHI:  Okay.  So there was no -- so when you

13  first saw him he was parked there walking towards the

14  gas -- walking towards the cashier and there was no

15  police cars?

16      MR. HA:  No.

17      MR. TAGUCHI:  Okay.  And then what did you see Abhi

18  do after you first saw him walking toward the cashier?

19      MR. HA:  After?

20      MR. TAGUCHI:  Yes.

21      MR. HA:  I think that he talk with some lady.

22      MR. TAGUCHI:  Okay.

23      MR. HA:  Some girl -- some -- because the -- the

24  girls were there before he --

25      MR. TAGUCHI:  The girl was there before?

-62-

1      MR. HA:  And she -- and she asked me for a cigarette,

2  if I'm cashier.  But I don't have the money.  And that I

3  think she went out.  And that I -- I heard her.

4      MR. TAGUCHI:  Okay.  So before --

5      MR. HA:  He ask -- he ask -- she ask me for money for

6  cigarette.

7      MR. TAGUCHI:  Okay.  So before you saw Abhi, this

8  girl who was drunk --

9      MR. HA:  Came before --

10     MR. TAGUCHI:  -- came up to you?

11     MR. HA:  No.  Came before Abhi.

12     MR. TAGUCHI:  Oh, came before Abhi and asked you

13 for -- for money for cigarettes.  And you didn't get --

14 and you -- is that correct?

15     MR. HA:  I say I can't because I don't have money.

16     MR. TAGUCHI:  Okay.

17     MR. HA:  So --

18     MR. TAGUCHI:  And then -- then when you saw Abhi

19 going to the cashier --

20     MR. HA:  Uh-hmm.

21     MR. TAGUCHI:  -- that same drunk woman --

22     MR. HA:  Yeah.

23     MR. TAGUCHI:  -- came -- came up to him and asked him

24 for money?

25     MR. HA:  Yeah.

1    MR. TAGUCHI: Did you hear that?

2    MR. HA: I hear that.

3    MR. TAGUCHI: Okay. And then what did Abhi say when

4  this drunk woman asked him for money?

5    MR. HA: I -- I heard it. He said he -- he

6  doesn't -- he didn't have money.

7    MR. TAGUCHI: Okay. And when he was talking, or when

8  this -- what did this girl look like?

9    MR. HA: Like one girl, right? One girl.

10    MR. TAGUCHI: Okay. And was she young?

11    MR. HA: She's about 20; 22, 20.

12    MR. TAGUCHI: Okay.

13    MR. HA: From 20 to 22.

14    MR. TAGUCHI: Okay.

15    MR. HA: Something like that.

16    MR. TAGUCHI: And she was noticeably drunk?

17    MR. HA: Yeah, she got drunk.

18    MR. TAGUCHI: Okay.

19    MR. HA: She got drunk.

20    MR. TAGUCHI: Did you notice -- did you see -- did

21  you notice if -- whether Abhi was drunk or not?

22    MR. HA: Be honest, I don't think he look bad.

23    MR. TAGUCHI: He looked okay?

24    MR. HA: (Inaudible.)

25    MR. TAGUCHI: Okay. So when he -- when the girl was

-64-

1  talking to Abhi asking him for money for cigarettes, was

2  there any police there then?

3       MR. HA:  Yeah.  At that time I saw the police.

4  Because -- yeah, I saw the police there.  I saw one --

5  only one police --

6       MR. TAGUCHI:  One -- one police?

7       MR. HA:  -- parked there in front by the -- the

8  operator sign.  I mean, you know, parked right here.

9       MR. TAGUCHI:  Okay.

10      MR. HA:  So --

11      MR. TAGUCHI:  So when you first saw --

12      MR. HA:  -- his car right here.

13      MR. TAGUCHI:  Yeah.

14      MR. HA:  His car parked -- parked right here, the

15  other side.  I mean the -- the number two.  Number two is

16  on this side.  The police car right here, number --

17  number three.  In front of the operator sign, yeah.  I

18  mean right here.

19      MR. TAGUCHI:  So was -- now, looking at this photo on

20  **Exhibit C**, was he in -- was he in the same driveway as

21  Abhi, or was he on the other driveway?

22      MR. HA:  The other driveway.

23      MR. TAGUCHI:  The other driveway?

24      MR. HA:  The other driveway.

25      MR. TAGUCHI:  And parked the other direct -- and

-65-

1 │ parked the opposite direction?

2 │    MR. HA:  Yeah.

3 │    MR. TAGUCHI:  Okay.  Did he have his red lights on?

4 │    MR. HA:  No, I don't think.

5 │    MR. TAGUCHI:  No.  Okay.

6 │    MR. HA:  I don't -- I don't -- I -- actually, I don't

7 │ pay attention, but I don't --

8 │    MR. TAGUCHI:  But he didn't have the twirling --

9 │    MR. HA:  No, no.

10 │    MR. TAGUCHI:  -- lights on or no --

11 │    MR. HA:  No, no.

12 │    MR. TAGUCHI:  -- red stop sign?

13 │    MR. HA:  No, no.

14 │    MR. TAGUCHI:  Okay.  And Abhi was already out of the

15 │ car?

16 │    MR. HA:  Yeah.

17 │    MR. TAGUCHI:  Okay.  So did it look like to you that

18 │ the police officer followed Abhi into the -- in your

19 │ opinion, did it look like the police officer followed

20 │ Abhi into the gas station?

21 │    MR. HA:  I don't think so.  Because the police, they

22 │ come there very often, too.

23 │    MR. TAGUCHI:  The police come there often?

24 │    MR. HA:  There's a bar over there.

25 │    MR. TAGUCHI:  Okay.  Like how often do they come on a

-66-

1  Saturday night when you work there?

2      MR. HA:  It's every half hour.  But police around

3  there.

4      MR. TAGUCHI:  Yeah.

5      MR. HA:  Police around there and they have --

6      MR. TAGUCHI:  So it's very common that --

7      MR. HA:  Very common, yeah.

8      MR. TAGUCHI:  -- the police go to your gas station --

9      MR. HA:  Yeah.

10     MR. TAGUCHI:  -- every half hour on a Saturday night?

11     MR. HA:  No, not every half hour.  I mean but they

12 come around --

13     MR. TAGUCHI:  They come around there?

14     MR. HA:  -- around (inaudible).

15     MR. TAGUCHI:  Okay.

16     MR. HA:  Yeah.

17     MR. TAGUCHI:  When you saw the police officer pull

18 up, Abhi was already out of the car.

19     MR. HA:  Yeah.

20     MR. TAGUCHI:  The officer didn't pull in -- in back

21 of him, and he had no red lights on.  What did you see

22 next?

23     MR. HA:  Oh, I think it's -- I think it's he ask --

24 he ask (unintelligible) you been -- been drinking,

25 something like that.

-67-

1     MR. TAGUCHI:  He asked Abhi whether or not he's been

2   drinking?

3       MR. HA:  Yeah.

4       MR. TAGUCHI:  When Abhi was already out of the car?

5       MR. HA:  Yeah.

6       MR. TAGUCHI:  Did he -- did he first approach Abhi

7   when Abhi was behind the wheel of his car, or was he

8   already out of the car?

9       MR. HA:  Out of the car.

10      MR. TAGUCHI:  He was out of the car.

11      MR. HA:  Uh-hmm.

12      MR. TAGUCHI:  Where were you standing when you saw

13  the police officer pull up --

14      MR. HA:  I --

15      MR. TAGUCHI:  -- and ask Abhi whether or not he was

16  drinking?

17      MR. HA:  I -- I stay outside right here.  I standing

18  right here.

19      MR. TAGUCHI:  Near the cash register booth?

20      MR. HA:  Yeah.  Outside.

21      MR. TAGUCHI:  Out -- you were outside as well?

22      MR. HA:  I was outside, yeah.

23      MR. TAGUCHI:  Okay.

24      MR. HA:  Because I saw the police car out and I stay

25  outside.

-68-

1    MR. TAGUCHI: Oh, I see.

2    MR. HA: I see -- I saw something going on

3    (inaudible).

4    MR. TAGUCHI: How long was Abhi there when you first

5    saw him park before the police officer even pulled up?

6    Was it seconds or minutes?

7    MR. HA: You mean --

8    MR. TAGUCHI: How long? How long was he parked there

9    before you saw the police pull up?

10    MR. HA: No. I think that he park here, and police

11    come after.

12    MR. TAGUCHI: Okay. When the -- how much after? How

13    long after?

14    MR. HA: I don't -- I don't remember exactly, but --

15    MR. TAGUCHI: What's your best estimate in minutes or

16    seconds?

17    MR. HA: Three minutes or two minutes, something like

18    that.

19    MR. TAGUCHI: Two to three minutes?

20    MR. HA: Yeah. I -- I actually -- yes.

21    MR. TAGUCHI: That's your best estimate?

22    MR. HA: Yeah.

23    MR. TAGUCHI: Okay. After you -- after Abhi said --

24    told -- after the officer asked Abhi he was drinking,

25    what did Abhi say?

-69-

1       MR. HA:  I think he said yeah.  I heard he said yeah,

2  I think.

3       MR. TAGUCHI:  Okay.  And then what happened next?

4       MR. HA:  I think the police make the physical test,

5  walk.

6       MR. TAGUCHI:  Walk the line?

7       MR. HA:  Walk line.

8       MR. TAGUCHI:  And then how did you -- did you watch

9  Abhi do --

10      MR. HA:  Yeah.

11      MR. TAGUCHI:  -- the walk the line?

12      MR. HA:  I did.

13      MR. TAGUCHI:  Did it look like he was under the

14 influence to you when he was walking the line?

15      MR. HA:  He walked okay.

16      MR. TAGUCHI:  He walked fine?  What other test did

17 you see the police officer give him?

18      MR. HA:  Blow test.  He did some -- some blow test.

19      MR. TAGUCHI:  A blow test?

20      MR. HA:  Uh-hmm.

21      MR. TAGUCHI:  What other test did you see other than

22 the walk the line and the blow test --

23      MR. HA:  That's it.

24      MR. TAGUCHI:  -- if you remember?

25      MR. HA:  And then after that then I think that he

1   have handcuff.

2       MR. TAGUCHI:  Then he handcuffed him?

3       MR. HA:  Handcuff, yeah, and put in the car and

4   (inaudible).  That's it.

5       MR. TAGUCHI:  Okay.  Had Abhi paid for some gas

6   before the police officer pulled up or no?

7       MR. HA:  I don't think so.

8       MR. TAGUCHI:  Okay.

9       MR. HA:  He -- he went there and then the girl --

10      MR. TAGUCHI:  He talked to the girl?

11      MR. HA:  -- talk to the girl there, and then he go

12  out and --

13      MR. TAGUCHI:  And then the police officer came?

14      MR. HA:  Yeah.

15      MR. TAGUCHI:  Okay.  And then had he recently come to

16  you -- well, strike that.

17      Okay.  I have no further questions.

18      HEARING OFFICER LEE:  Thank you.  Mr. Ha, when did

19  you talk to Abhi?

20      MR. HA:  When?

21      HEARING OFFICER LEE:  Yeah.

22      MR. TAGUCHI:  Objection.  Vague as to time.

23      HEARING OFFICER LEE:  Did you talk to Mr. Abhi on

24  May 20th, 2006, at one o'clock in the morning?

25      MR. HA:  I -- I think it after.  You mean like aft --

1  | after the --

2  |      HEARING OFFICER LEE:  When did you first talk to him?

3  |      MR. HA:  Talk -- talk to him?

4  |      HEARING OFFICER LEE:  Yeah.  Did you talk to

5  | Mr. Abhi?

6  |      MR. HA:  Before -- before the accident?

7  |      HEARING OFFICER LEE:  Accident?

8  |      MR. HA:  You mean before or after?  After -- after

9  | he -- he said that he yesterday, last night the police

10 | put him in jail.  They release him.  And he come.  He ask

11 | me for a witness.  But I -- I say I -- okay.  Yes, that

12 | okay.  I -- I can see whatever, you know, I see.

13 |      HEARING OFFICER LEE:  Okay.  So on this day when you

14 | see all this happening --

15 |      MR. HA:  Uh-huh.

16 |      HEARING OFFICER LEE:  -- you didn't talk to Mr. Abhi?

17 |      MR. HA:  No.  I don't know him.

18 |      HEARING OFFICER LEE:  Okay.

19 |      MR. HA:  I don't know him.

20 |      HEARING OFFICER LEE:  Did you talk to the police

21 | officer?

22 |      MR. HA:  No.  No.

23 |      HEARING OFFICER LEE:  You didn't talk to any police

24 | officer or Mr. Abhi?

25 |      MR. HA:  No.

1      HEARING OFFICER LEE:  Okay.  But you did talk to the

2  girl, though?

3      MR. HA:  Oh, the girl ask me for money.

4      HEARING OFFICER LEE:  Okay.

5      MR. HA:  She want --

6      HEARING OFFICER LEE:  So that's the only person you

7  talked to?

8      MR. HA:  Yeah.  Yeah.

9      HEARING OFFICER LEE:  Okay.  Thank you, sir.

10      MR. HA:  You're welcome.

11      HEARING OFFICER LEE:  Any follow-up?

12      MR. TAGUCHI:  No, no follow-up.

13      HEARING OFFICER LEE:  Thank you, counsel.  Is it okay

14  to excuse Mr. Ha so he can get some rest?

15      MR. TAGUCHI:  It is.

16      HEARING OFFICER LEE:  Thank you, Mr. Ha.

17      MR. HA:  You're welcome.

18      HEARING OFFICER LEE:  You have a nice rest.

19      MR. HA:  Yeah.  This is my first time, but it's okay.

20      HEARING OFFICER LEE:  Okay.  You don't have to say no

21  more.

22      MR. TAGUCHI:  You can wait -- you can wait outside.

23  Thank you very much --

24      MR. HA:  No problem.

25      MR. TAGUCHI:  -- Mr. Ha.

1                    TRANSCRIBER'S CERTIFICATE

2                      STATE OF CALIFORNIA

3                      COUNTY OF YOLO

4        I, Leisa M. Miller, Vine, McKinnon & Hall,

5    2959 Promenade Street, Suite 200, West Sacramento,

6    California, 95691, hereby certify that I transcribed the

7    foregoing pages to the best of my ability from an

8    electronic recording taken at the hearing in the matter

9    of the driving privilege of:

10                      Abhinav Bhatnagar

11            36927 Papaya Street, Newark, CA  94560

12   before a Board of Officers or employee of the Department

13   of Motor Vehicles, consisting of:

14              Hearing Officer J. Beireis-Molnar

15   on the 30th of March, 2007, at

16                   Department of Motor Vehicles

17                 303 Hegenberger Road, Suite 400

18                     Oakland, CA  94621

19       I declare under penalty of perjury under the laws of

20   State of California that the foregoing is true and

21   correct.

22       Executed this 22nd day of October, 2007, Sacramento,

23   California.

24

25                        _Leisa M. Miller_
                           Leisa M. Miller

                              -43-