| CITY OF SAN RAMON | ☐ MISDEMEANOR | |
|---|---|---|
| POLICE DEPARTMENT | ☐ Traffic ☐ Nontraffic | 25- 132423 5 |
| NOTICE TO APPEAR | | |

| Date of Violation | Time | ☐ AM ☐ PM | Day of Week | Case No. |
|---|---|---|---|---|
| 11/B?0/ 00 | 0215 | | FRI | |

Name (First, Middle, Last): ABHINAV BHATNAGAR
☐ Owner's Responsibility (Veh. Code, § 40001)

Address: 36927 PAPAYA ST

| City | State | ZIP Code | ☐ Juvenile (Phone No.) |
|---|---|---|---|
| NEWARK | CA | 94560 | |

| Driver Lic. No. | State | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| D7219816 | CA | C | ☐ Yes ☒ No | 30 | 4/3/76 |

| Sex | Hair | Eyes | Height | Weight | Other / Passengers |
|---|---|---|---|---|---|
| M | BLK | BRO | 5'10" | 160 | NONE |

| Veh. Lic. No. or VIN | State | Reg. Mo/Yr | ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b)) |
|---|---|---|---|
| 5FXA510 | CA | 3/07 | |

| Yr. of Veh. | Make | Model | Body Style | Color | ☐ HAZARDOUS MATERIAL (Veh. Code, § 353) |
|---|---|---|---|---|---|
| 2004 | NISS | CENTRY | 4D | SLVR | |

Evidence of Financial Responsibility: YES

Registered Owner or Lessee: ☒ Same as Driver

Address: ☒ Same as Driver

| City | State | ZIP Code |
|---|---|---|

| Correctable Violation (Veh. Code, § 40610) | ☐ Booking Required | Misdemeanor or |
|---|---|---|
| Yes   No   Code and Section   Description | | Infraction (Circle) |

| ☐ | ☒ | VC 21461(a) FAIL TO OBEY SIGN | M / I |
| ☐ | ☐ | (NO U TURN) | M / I |
| ☐ | ☐ | | M / I |
| ☐ | ☐ | | M / I |

| Speed Approx. | P.F./Max Spd. | Veh. Lmt. | Safe | Radar / Pace | ☐ Continuation Form Issued |
|---|---|---|---|---|---|

Location of Violation(s):
at MARKET PL @ MONTGOMERY SRM

Comments (Weather, Road & Traffic Conditions):    ☐ Accident
CITC

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

| J INGRASSIA | 6595 | to |
|---|---|---|
| Arresting or Citing Officer | Serial No. | Dates Off |

| / / | | | to |
|---|---|---|---|
| Date | Name of Arresting Officer, if different from Citing Officer | Serial No. | Dates Off |

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X Signature: [signature]

WHEN: ON OR BEFORE THIS DATE: 11/28/06   Time: 8:00 ☒ AM ☐ PM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE: SUPERIOR COURT - WALNUT CREEK
640 YGNACIO VALLEY ROAD
WALNUT CREEK, CALIFORNIA 94596   (925) 646-6572

☐ To be notified   ☐ You may arrange with the clerk to appear at a night session of the court

Notice to Appear form approved by the Judicial Council of California.
Rev. 05-19-00 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)   SEE REV