# NOTICE, SENTENCE, COMMITMENT FORM — CLERK'S DOCKET AND MINUTES

440 YGNACIO VALLEY ROAD WALNUT CREEK, CA 94596

DOCKET NO. 1-968674-2

- **DEFENDANT (NAME):** BHATNAGAR ABHINAV
- **DEPT:** 059  **DATE:** 03/14/2007  **TIME:** 13:30
- **ROC** ___  **SENT** ___  **BAIL** ___  **OR** ___  **POSTED BY** ___
- **DEFENSE ATTORNEY:** HUANG  **TIME WAIVED**
- **JUDGE:** JOEL GOLUB
- **COURT REPORTER:** ___
- **DEPUTY CLERK:** L. ZAHN
- MINUTES CERTIFIED CORRE___

## PROCEEDINGS — APPLICABLE ENTRIES APPLY

### CITATION FACSIMILE

```
CITE 1324235  AGY 025  DATE 09/29/06   2:10
NAME BHATNAGAR ABHINAV
ADDR 36927 PAPAYA ST
     NEWARK              CA    94560
DOB 04/30/76  DRV LIC D3219816    CA  EXP
VEH LIC 5FXA510  CA  YR 2004  MAKE NISAN
                              DUE 11/28/06
--VIOLATIONS----    PA   PRF    BAIL   DISP
1  I  CVC 21461a     Y    N             NG
   TRAF CONTROL DEVICES
```

Savoy, Mary  968662

- PRIORS
- ASSESSMENT             .00
- PENALTY ASSESSED       .00
- OTHER FEES             .00

- TOTAL BAIL             .00
- SPEED/LIM/SAFE           OVERWGT
- LOCATION MARKET PL/MONTEGOMER
- NOTE GRAVEYARD    OFFCR INGRASSIA/65945

NEXT APPR 03/14/2007

*exhibit returned*

### APPEARANCE / ARRAIGNMENT / WAIVER / PLEA
- ☐ DEFENDANT: ☐ APPEARING ☐ IN CUSTODY ☐ NOT APPEARING
- ☑ APPEARS WITH/BY ATTORNEY/PARENT ___
- ☐ ANSWERS TRUE NAME AS CHARGED
- ☐ DULY ARRAIGNED    ☐ BY VIDEO
- PLEADS: GUILTY CT # ___ NOT GUILTY CT # ___ NO CONTEST, Found Guilty CT # ___
- TIME FOR TRIAL WAIVED/NOT WAIVED    TIME FOR SENT WAIVED/NOT WAIVE
- ☐ TRANSFER FOR TRIAL TO ORIGINAL JURISDICTION
- ☐ INTERPRETER ___ SWORN/OATH ON FILE
- ☐ ORDER ___ Interpreter ☐ Interpreter Coordinator Notifi___

### CONTINUANCE/REFERRAL/BENCH WARRANT ORDERS
- DATE ___ TIME ___ FOR ___
- DATE ___ TIME ___ FOR ___
- ☐ DEFT REFERRED TO: PUBLIC DEF / CT PROB OFF / DIVER / JUV PROB
- ☐ BENCH WARRANT TO ISSUE BAIL $___   ☐ HOLD UNTIL ___
- ☐ MUST APPEAR ☐ CASH BAIL ☐ NO VOL APP ☐ NO CITE RELEASE
- ☐ BENCH WARRANT RECALLED/ SET ASIDE   ☐ Vacate Date of ___
- OTHER ___

### DISPOSITION FINE/PROGRAMS
- ☐ DEFT PLACED ON COURT PROB. FOR ___ MONTH(S)/YEAR
- ☐ PROBATION: REINSTATED/REVOKED/TERMINATED SUCCESSFULLY
- Pay fine/fees by or comply by or appear on ___   $___ OR ___ ON CT# ___
- ___ at ___ am/pm   $___ OR ___ ON CT# ___
- $___ OR ___ ON CT# ___
- ☐ FINE REDUCED   Total $ ___   ☐ +$24 traffic school fee
- ☐ REFER TO GCS/CCU FOR PAYMENTS  ☐ CIVIL ASSESSMENT SET ASIDE
- Make monthly payments of $___ beginning ___ until paid in ___
- ☐ ACCOUNT RECEIVABLE FEE ASSESSED: $15 / $30 / $35 / WAIVED
- ☐ SHOW PRF OF CORR. CT# ___ THEN: DISM/JS ☐ ACCEPT PROOF OF SALE/JUNK
- ☐ $10 PROOF FEE ASSESSED / WAIVED   ☐ PAY COURT COSTS $ ___
- ☐ ATTEND: TS/AOP/CPS ON CT # ___ . COMPLETE BY ___
- ☐ DISM ON COMPLETION ☐ PROOF ACCEPTED ☐ TS DELETED
- ☐ WORK ___ VOL HRS AS ASSIGNED BY ___ ☐ IN LIEU OF F
- ☐ PAY FEES AND REGISTER AT CLERK'S OFFICE IMMEDIATELY ☐ FEE WAIVED
- ☐ JUDGMENT/FINE SUSPENDED ON CT # ___  ☐ IN LIEU OF F
- ☑ DISMISSED/FOUND NOT GUILTY CT # ___  ☐ PROOF SHOWN CT # ___
- ☐ NOTIFY DEFENDANT   ☐ NOTIFY POLICE OFFICER

### DRIVER'S LICENSE ORDER
- ☐ SUSPENDED/RESTRICTED: Term of surrender ___ DAYS/MONTHS/YEA
- ☐ MAY DRIVE TO AND FROM: WORK / SCHOOL / COURT PROGRAMS
- ☐ SURRENDER LICENSE TO COURT BY ___  ☐ DL310 SER
- ☐ DRIVER'S LICENSE HOLD TO REMAIN UNTIL SENTENCE SATISFIED
- ☐ RESTRICTION/SUSPENSION/HOLD ORDERED LIFTED
- Other ___
- ☐ SEE REVERSE FOR ADDITIONAL TERMS AND INSTRUCTIONS

### BAIL STATUS ORDERS
- ☐ Bail Forfeited and: no further action/ can't for dispo of bail/ bail exonerated
- ☐ Bail applied to fine.   ☐ Excess exonerated.
- ☐ Waiver of depositor to be filed by ___
- ☐ Bail forfeiture set aside and reinstated ☐ Pay $ ___ Assessment
- ☐ Bail dispo date ___   ☐ Vacated by ___
- ☐ Summary Judgment to be entered   ☐ Other ___

### JAIL/REMANDING ORDERS
- ☐ BE IMPRISONED ___ DAYS ___ DAYS CREDIT/SUSPENDED ___
- ☐ Sentence to commence ___   ☐ At main jail   ☐ Any sentence
- ☐ Concurrent/ Consecutive to ___
- ☐ Work Alternative Program, contact CAF ☐ immediately ☐ within 15 days
- ☐ REMANDED TO COUNTY JAIL, BAIL SET AT $ ___
- ☐ ORDERED RELEASED: On OR/Promise to appear ☐ Court Courtesy
- ☐ Committed to custody until sentence served in full

TO THE SHERIFF COMMITMENT (Penal Code, Section 1213) I hereby certify that the following is a true copy of the entry of Judgment or Order and is your authority for the execution thereof.

DEFENDANT COPY

DATED: ___

TR 5004 REV. 2/01                              (JUDGE OF THE SUPERIOR COURT)