I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2007 in Oakland, California.

_____
ABHINAV BHATNAGAR