32. I feel it is my duty be a witness in this case and to tell the truth about what I saw on May 20, 2006. For this reason, I seek the court's protection and request an order requiring Officer Ingrassia to stop harassing and retaliating against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 07, 2007 in San Ramon, California.

_____
RICHARD HA