my letter dated August 30, 2006, I described Mr. Bhatnagar's accounts of numerous disturbing and threatening phone calls to Mr. Bhatnagar and his family, and harassing, retaliatory conduct towards Mr. Ha. In response to my request, the Contra Costa County Sheriff's Department conducted an internal affairs investigation.

7. On September 29, 2006, also while Mr. Bhatnagar's case was pending, I further advised the Sheriff's Department that Mr. Bhatnagar claimed that Defendant Ingrassia illegally stopped him while driving in San Ramon, repeatedly threatened him, and issued him a traffic citation.

8. Approximately one week after the suppression hearing on November 27, 2006, I was in the Walnut Creek courthouse when I saw Defendant Ingrassia near the Clerk's Office. The officer fixed his attention on me as he walked towards me, and then gave me a hateful stare as he walked past.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2007 in Martinez, California.

_____
DIANA GARRIDO