1  JUSTICE FIRST, LLP
   Jenny C. Huang, SBN 223596
2  2831 Telegraph Avenue
   Oakland, CA  94609
3  Telephone: (510) 628-0695
   Fax: (510) 272-0711
4  E-mail: jhuang@justicefirstllp.com

5  Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ABHINAV BHATNAGAR, | ) | |
|---|---|---|
| | ) | Case No.:  Case No. CV07-02669 CRB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR EXPEDITED** |
| | ) | **MOTION BY PLAINTIFF FOR** |
| JASON INGRASSIA, individually and in | ) | **PROTECTIVE ORDER PURSUANT** |
| his official capacity; COUNTY OF | ) | **TO FED. R. CIV. PRO. 26(c)** |
| CONTRA COSTA; and CITY OF | ) | |
| SAN RAMON. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

WHEREAS, Defendant Ingrassia seeks to depose a witness, Richard Ha, prior to the mediation conference presently scheduled for January 11, 2008; and

WHEREAS, the defendant officer intends to be present during the deposition of Richard Ha; and

WHEREAS, Plaintiff and the deponent object to the defendant officer's presence during the deposition of this witness;

IT IS HEREBY STIPULATED AND AGREED between the parties and the undersigned attorneys that:

1.    Plaintiff may file a motion for a protective order on an expedited basis, for hearing before the court at ~~10:30~~ 10:00 am on December 7, 2007;

2.    Plaintiff's motion must be filed no later than Wednesday, November 21, 2007;

//

//

3. Defendant's opposition papers to Plaintiff's motion must be filed no later than Wednesday, November 28, 2007.

4. Plaintiff's reply papers must be filed no later than Tuesday, December 4, 2007.

DATED: November 20, 2007         JUSTICE FIRST, LLP

By: /s/ Jenny Huang
JENNY C. HUANG
Attorneys for Plaintiff
ABHINAV BHATNAGAR

DATED: November 20, 2007         MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, AND BORGES

By: /s/ James Fitzgerald
JAMES V. FITZGERALD, III
Attorney for Defendant
JASON INGRASSIA

DATED: November 20, 2007         SILVANO B. MARCHESI, County Counsel

By: /s/ Gregory Harvey
GREGORY C. HARVEY
Assistant County Counsel
Attorneys for Defendants
COUNTY OF CONTRA COSTA
and CITY OF SAN RAMON

Nov. 26, 2007



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA