JIVAKA CANDAPPA, SBN 225919
5111 Telegraph Avenue, #215
Oakland, CA 94609
Telephone: (510) 654-4129
Fax: (510) 594-9610

Attorney for Plaintiff ABHINAV BHATNAGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br>Plaintiff,<br>vs.<br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON,<br>Defendants. | Case No.: C07-02669 (CRB)<br>**NOTICE OF CHANGE OF ADDRESS** |

Please take notice that as of December 1, 2007, Jivaka Candappa, attorney for Plaintiff, Abhinav Bhatnagar, has changed his address for service of notices and documents in the above-captioned action. The new address of Jivaka Candappa is: **46 Shattuck Square, Suite 15, Berkeley, California 94704. Telephone: (510) 981-1808; Fax: (510) 981-1817.** All notices and documents regarding the action should be sent to the new address.

Dated: November 27, 2007

By:

Jivaka Candappa
Attorney for Plaintiff

**PROOF OF SERVICE**

Re: *Bhatnagar v. Ingrassia, et al.*, Case No. C 07-02669 (CRB)

I, the undersigned, declare:

I am an active member of the State Bar of California and am not a party to this action. My business address is: 46 Shattuck Square, #15, Berkeley, CA 94704. On November 27, 2007, I caused to be delivered by United States Mail, at Berkeley, California, a copy of the:

**NOTICE OF CHANGE OF ADDRESS**

addressed to:

Mr. Gregory Harvey
Asst. County Counsel
Contra Costa County
651 Pine Street, 9th Floor
Martinez, CA 94553

Mr. James Fitzgerald, III
McNamara Dodge et al. LLP
P O Box 5288
Walnut Creek, CA 94596-1288

Ms. Jenny C. Huang
2831 Telegraph Avenue
Oakland, CA 94609

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 27, 2007, at Berkeley, California.

Jivaka Candappa