JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

JUSTICE FIRST, LLP
Sarita I. Ordóñez, SBN 216047
P.O. Box 181
Imperial Beach, CA 91933-0181
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: sordonez@justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
5111 Telegraph Avenue, #215
Oakland, CA 94609
Telephone: (510) 654-4129
Fax: (510) 594-9610
E-mail: jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>Plaintiff,<br><br>vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>Defendants. | Case No.: Case No. CV07-02669 (CRB)<br><br>**AFFIDAVIT OF JENNY HUANG IN SUPPORT OF PLAINTIFF'S REPLY ON MOTION FOR PROTECTIVE ORDER AND IN OPPOSITION TO DEFENDANT INGRASSIA'S MOTION TO STRIKE** |

I, JENNY HUANG, state under penalty of perjury as follows:

1. I am counsel for Plaintiff Abhinav Bhatnagar in the above-referenced action. I submit this affidavit in support of Plaintiff's reply on the motion for a protective order to exclude Defendant Jason Ingrassia from the deposition of Richard Ha, and in opposition to Defendant Ingrassia's Motion to Strike Plaintiff's Proffered Evidence in Support of Plaintiff's Motion for a Protective Order.

2. On October 13, 2007, I made several requests on behalf of Richard Ha with regard

to his deposition originally scheduled for October 23, 2007. I requested that the deposition be rescheduled for the afternoon that same day to accommodate Mr. Ha's childcare needs, that defendants provide him with a Vietnamese interpreter, and that Defendant Ingrassia agree not to attend Mr. Ha's deposition only.

3. Mr. Ha is fluent in conversational English and for most of the conversations I have had with this witness, I have not required the assistance of a Vietnamese interpreter.

4. On occasion, I have used a Vietnamese interpreter to ensure that the witness understands more complex terminology and to ensure the accuracy of Mr. Ha's testimony.

5. As a result of the parties' inability to resolve whether Defendant Ingrassia was entitled to attend Mr. Ha's deposition, Plaintiff brought the instant motion on an expedited basis. Defendants requested that Plaintiff bring this motion on an expedited basis so as to accommodate Defendants' desire to complete the deposition of Mr. Ha prior to the mediation conference scheduled between the parties.

6. On November 20, 2007, the parties participated in a phone conference with ADR Director Howard Herman, during which the parties agreed that the instant motion should be brought on an expedited basis to accommodate Defendants' desire to complete the deposition of Mr. Ha prior to the mediation conference. At that time, the parties agreed to schedule the hearing on this motion for December 7, 2007.

7. During the phone conference on November 20, 2007, the parties further agreed to the briefing schedule for the instant motion. Specifically, Defendants agreed that Plaintiff's motion should be filed the day before Thanksgiving on November 21st, Defendants' opposition papers were due on November 28th, and Plaintiff's reply papers were due on December 4th. Attached hereto as Exhibit 1 is a true and accurate copy of the stipulation signed by the parties and so ordered by this court.

8. I did not receive notice of Defendant Ingrassia's deposition subpoena to depose me at 4pm on Monday, November 26th until I was personally served with the subpoena that same day, less than six hours prior to the scheduled deposition.

9. Aside from my objections to being deposed, I was not available to attend the deposition due to a pre-arranged meeting that afternoon and because I had an appellate brief due the following day in *People v. Eric Primas,* Case No. A116667 (1st Dist.).

AFFIDAVIT OF JENNY HUANG IN SUPPORT OF PLAINTIFF'S REPLY ON MOTION FOR PROTECTIVE ORDER

10. Prior to serving deposition notices on Plaintiff's counsel and two deputy public defenders, counsel for Defendant Ingrassia did not consult with Plaintiff's counsel regarding the scheduling of these depositions.

11. During Plaintiff's deposition on November 5, 2007, Defendant Ingrassia left the deposition early, shortly after 5pm. Assistant County Counsel Gregory Harvey stated on the record that the officer told Mr. Harvey that he had to leave the deposition early because he was having a bed delivered. Defendant Ingrassia left Plaintiff's deposition more than two hours before the deposition terminated and he was not present for Plaintiff's testimony regarding the traffic citation issued by Defendant Ingrassia on September 29, 2006, Plaintiff's testimony regarding conversations he had with the officer on the night of his arrest on May 20, 2006, or for the entire period of questioning of Plaintiff by Mr. Harvey.

12. On August 24, 2007, the parties to this action had their initial case management conference before this court, at which time the case was referred to mediation. Since that time, the parties have conducted minimal discovery in this case. Specifically, Defendants have conducted two depositions and noticed the depositions of two witnesses. Plaintiff has not conducted any depositions at this time. Although Plaintiff has received a first round of discovery requests from the municipal defendants, Plaintiff has not yet requested any discovery from Defendant Ingrassia. The mediation conference between the parties is presently scheduled for January 11, 2008.

13. On November 21, 2007, I filed the declaration of Tim Ahearn in support of Plaintiff's Motion for a Protective Order. It was not until after I was out of town for the Thanksgiving holiday that I first learned that Mr. Ahearn's affidavit was scanned in error. I was unable to file a corrected declaration until I returned to the office on November 26, 2007. The declaration of Mr. Ahearn that I filed on November 21, 2007 was the exact same declaration that I subsequently filed on November 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2007 in Oakland, California.

/s/
JENNY HUANG