JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>    Defendants. | Case No.: Case No. CV07-02669 CRB<br><br>**STIPULATION FOR EXPEDITED MOTION BY PLAINTIFF FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. PRO. 26(c)** |

WHEREAS, Defendant Ingrassia seeks to depose a witness, Richard Ha, prior to the mediation conference presently scheduled for January 11, 2008; and

WHEREAS, the defendant officer intends to be present during the deposition of Richard Ha; and

WHEREAS, Plaintiff and the deponent object to the defendant officer's presence during the deposition of this witness;

IT IS HEREBY STIPULATED AND AGREED between the parties and the undersigned attorneys that:

1. Plaintiff may file a motion for a protective order on an expedited basis, for hearing before the court at ~~10:30~~ 10:00 am on December 7, 2007;

2. Plaintiff's motion must be filed no later than Wednesday, November 21, 2007;

//

//

STIPULATION FOR EXPEDITED MOTION BY PLAINTIFF FOR PROTECTIVE ORDER
PAGE 1 OF 2


3. Defendant's opposition papers to Plaintiff's motion must be filed no later than Wednesday, November 28, 2007.

4. Plaintiff's reply papers must be filed no later than Tuesday, December 4, 2007.

DATED: November 20, 2007

JUSTICE FIRST, LLP

By:    /s/ Jenny Huang
    JENNY C. HUANG
    Attorneys for Plaintiff
    ABHINAV BHATNAGAR

DATED: November 20, 2007

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, AND BORGES

By:    /s/ James Fitzgerald
    JAMES V. FITZGERALD, III
    Attorney for Defendant
    JASON INGRASSIA

DATED: November 20, 2007

SILVANO B. MARCHESI, County Counsel

By:    /s/ Gregory Harvey
    GREGORY C. HARVEY
    Assistant County Counsel
    Attorneys for Defendants
    COUNTY OF CONTRA COSTA
    and CITY OF SAN RAMON

Nov. 26, 2007



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR EXPEDITED MOTION BY PLAINTIFF FOR PROTECTIVE ORDER
PAGE 2 OF 2