3. Defendant's opposition papers to Plaintiff's motion must be filed no later than Wednesday, November 28, 2007.

4. Plaintiff's reply papers must be filed no later than Tuesday, December 4, 2007.

DATED: November 20, 2007      JUSTICE FIRST, LLP

By: _____
JENNY C. HUANG
Attorneys for Plaintiff
ABHINAV BHATNAGAR

DATED: November 20, 2007      MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, AND BORGES

By: _____
JAMES V. FITZGERALD, III
Attorney for Defendant
JASON INGRASSIA

DATED: November 20, 2007      SILVANO B. MARCHESI, County Counsel

By: /s/ Gregory C. Harvey
GREGORY C. HARVEY
Assistant County Counsel
Attorneys for Defendants
COUNTY OF CONTRA COSTA
and CITY OF SAN RAMON

STIPULATION FOR EXPEDITED MOTION BY PLAINTIFF FOR PROTECTIVE ORDER
PAGE 2 OF 2

3. Defendant's opposition papers to Plaintiff's motion must be filed no later than Wednesday, November 28, 2007.

4. Plaintiff's reply papers must be filed no later than Tuesday, December 4, 2007.

DATED: November 20, 2007            JUSTICE FIRST, LLP

                                    By: _____
                                        JENNY C. HUANG
                                        Attorneys for Plaintiff
                                        ABHINAV BHATNAGAR

DATED: November 20, 2007            MCNAMARA, DODGE, NEY, BEATTY,
                                    SLATTERY, PFALZER, AND BORGES

                                    By: _____
                                        JAMES V. FITZGERALD, III
                                        Attorney for Defendant
                                        JASON INGRASSIA

DATED: November 20, 2007            SILVANO B. MARCHESI, County Counsel

                                    By: _____
                                        GREGORY C. HARVEY
                                        Assistant County Counsel
                                        Attorneys for Defendants
                                        COUNTY OF CONTRA COSTA
                                        and CITY OF SAN RAMON