<u>CIVIL MINUTES</u>

**Judge CHARLES R. BREYER**

Date: <u>**December 7, 2007**</u>

<u>**C-07-02669**</u> **CRB**

<u>ABHINAV BHATNAGAR</u>  v.  <u>JASON INGRASSIA</u>

Attorneys:        <u>Jenny Huang</u>                             <u>Gregory Harvey</u>

                                                    <u>James Fitzgerald, III</u>

Deputy Clerk: **BARBARA ESPINOZA**              Reporter: **Belle Ball**

<u>**PROCEEDINGS:**</u>                                                        <u>**RULING:**</u>

1.  P's Motion for Protective Order _____        _____

2. _____        _____

3. _____        _____

<u>**ORDERED AFTER HEARING:**</u>

 Deposition to be held by video.  Case management conference set for 12/14/07 is reset. _____

_____

_____

(  ) ORDER TO BE PREPARED BY:     Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

             (  )By Court        (  )Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO  <u>February 15, 2008 @ 8:30 a.m.</u>  for  <u>Further Case Management Conference</u>

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial:  (  )Jury     (  )Court

Notes: _____

_____

_____