# Justice First, LLP
### Attorneys at Law

Jenny Huang, Partner
Sarita Ordóñez, Partner
Nadia Aziz, Fellow
Michael J. Solis, Fellow

Main Office:
2831 Telegraph Avenue
Oakland, CA 94609
t (510) 628-0695 • f (510) 272-0711

December 19, 2007

**By e-file and mail**

The Honorable Charles R. Breyer
Northern District of California
450 Golden Gate Ave., 19th Floor
San Francisco, CA 94102

    Re: *Bhatnagar v. Ingrassia et al.*, Case No. C 07-02669 (CRB)

Dear Judge Breyer:

    Enclosed please find Plaintiff's Proposed Order for Plaintiff's Motion for Protective Order, the hearing for which was conducted on December 7, 2007. Please note that this proposed order is not jointly submitted by the parties. As ordered by the court on December 7th, Plaintiff's counsel has made several attempts to confer with Defendant Ingrassia regarding the remaining, disputed details for the deposition of Richard Ha. However, counsel for Defendant Ingrassia has not responded to Plaintiff's efforts to confer, both by phone and in writing.

    The court's consideration of this matter is sincerely appreciated.

    Yours truly,

    /s/

    Jenny Huang
    Enc.

cc:    James Fitzgerald, Esq.
        Gregory Harvey, Esq.
        Jivaka Candappa, Esq.