UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>        Plaintiff,<br>vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>        Defendants. | Case No.: Case No. CV07-02669 (CRB)<br><br>**PROPOSED PROTECTIVE ORDER** |

This matter is before the court upon Plaintiff's Motion for a Protective Order, filed on November 21, 2007, and Defendant Ingrassia's Motion to Strike, filed on November 28, 2007. Based upon the supporting and opposing documents submitted on these motions, all the documents contained in the record herein, and the motion hearing conducted on December 7, 2007, the Court hereby issues the following protective order pursuant to Fed. R. Civ. Pro., Rule 26(c):

(1) The deposition of RICHARD HA shall be recorded by a stenographer and by videotape. Defendant JASON INGRASSIA shall be excluded from the deposition room during this deposition, but is permitted to attend the deposition by video conference in a separate room from the witness. The parties shall confer and reach an agreement regarding all other logistical matters for the deposition of RICHARD HA.

**IT IS SO ORDERED.**

Dated: December ____, 2007

                                                         _____
                                                         The Honorable Charles R. Breyer
                                                       United States District Judge