United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    ABHINAV BHATNAGAR,                    No. C 07-02669 CRB

12              Plaintiff,                  **ORDER GRANTING IN PART
                                            MOTION FOR A PROTECTIVE**
13        v.                                **ORDER**

14    JASON INGRASSIA, et al.,

15              Defendants.
      _____/

16

17         As the Court stated at oral argument on December 7, 2007, plaintiff's motion for a

18    protective order is granted in part.  The deposition of Richard Ha shall be recorded by

19    stenographer and videotape and shall be done via videoconferencing.  Richard Ha shall be in

20    one location/room  while all counsel, including plaintiff's counsel, and any defendant that

21    wishes to attend the deposition, shall be in another room/location.  The parties shall meet and

22    confer regarding all other logistical matters for Ha's deposition.

23         **IT IS SO ORDERED.**

24

25    Dated: December 28, 2007            _____
                                          CHARLES  R. BREYER
26                                        UNITED STATES DISTRICT JUDGE

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California