# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Bhatnagar, | No. C 07-02669 CRB MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Ingrassia, | |
| Defendant(s). | |

_Instructions_: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __1/11/08__

2. Did the case settle?     ☐ fully     ☐ partially     ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?     ☒ YES     ☐ NO

Dated: __January 12 2008__          _/s/ Wendy P. Rouder_
                                    Mediator, **Wendy P. Rouder**
                                    Arbitration and Mediation
                                    Pine Street Station
                                    PO Box 640873
                                    San Francisco, CA 94164

**Certification of ADR Session**
07-02669 CRB MED