1  JUSTICE FIRST, LLP
   Jenny C. Huang, SBN 223596
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 628-0695
   Fax: (510) 272-0711
4  E-mail: jhuang@justicefirstllp.com

5  Attorneys for Plaintiff ABHINAV BHATNAGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABHINAV BHATNAGAR, | ) Case No.: C-07-02669 (CRB) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEARANCE** |
|  | ) **OF COUNSEL** |
| JASON INGRASSIA, COUNTY OF CONTRA COSTA, and CITY OF SAN RAMON, | ) |
| Defendants. | ) |

   PLEASE TAKE NOTICE THAT Jenny Huang, being the attorney of record for PLAINTIFF Abhinav Bhatnagar in this action, hereby associates Michael J. Solis, SBN 252912, as counsel for Plaintiff in this matter. The contact information for such associated counsel is as follows:

   Michael J. Solis
   JUSTICE FIRST, LLP
   2831 Telegraph Avenue
   Oakland, CA 94609
   Phone: (510) 628-0695
   Fax: (510) 272-0711
   e-mail: msolis@justicefirstllp.com

Date: February 14, 2008             JUSTICE FIRST, LLP
                                    2831 Telegraph Avenue
                                    Oakland, CA 94609

                                    By:  /s/ Jenny Huang
                                    Attorney for Plaintiff ABHINAV BHATNAGAR

1
2    Michael J. Solis hereby accepts the above association.
3    Date:  February 14, 2008                    JUSTICE FIRST, LLP
                                                 2831 Telegraph Avenue
4                                                Oakland, CA 94609
5
6                                                By:   /s/ Michael J. Solis_____
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28