**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 15, 2008**

**C-07-02669** CRB

   **ABHINAV BHATNAGAR  v.  JASON INGRASSIA**

| Attorneys: | Jenny Huang | Gregory Harvey |
|---|---|---|
| | | Noah Blechman |

Deputy Clerk: **BARBARA ESPINOZA**           Reporter: **Not Reported**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference - Held | |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

No discovery to be taken at this time; motion to be filed by March 14, 2008

( ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO April 25, 2008 @ 10:00 a.m. for Motion

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____             Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: _____