1          BEFORE THE DEPARTMENT OF MOTOR VEHICLES

2              OF THE STATE OF CALIFORNIA

3  In the Matter of the Hearing
   Concerning the Driving Privilege of:        )
4                                              )
                                               )
5  Abhinav Bhatnagar                           )    File D3219816
                                               )
6  at the Department of Motor Vehicles         )
   303 Hegenberger Road, Suite 400             )
7  Oakland, CA  94621                          )
                                               )
8  July 26, 2006; October 11, 2006             )
                                               )
9  _____  )

10         HEARING OFFICER LEE:  Counselor, the record is now

11  on.  Can I have you please state your name and business

12  address?

13         MR. TAGUCHI:  Yes.  Good morning, Mr. Lee.  My name

14  is Kevin Taguchi.  My business address is 1260 B Street,

15  Suite 240, Hayward, California, 94541.

16         HEARING OFFICER LEE:  Thank you, counsel.  My name is

17  Leland Lee.  I'm the Hearing Officer that's been assigned

18  to do this hearing today.

19         Mr. Bhatnagar?

20         MR. BHATNAGAR:  Yes, sir.

21         HEARING OFFICER LEE:  Can I have you state your name

22  and your current address for the record?

23         MR. BHATNAGAR:  Yes, sir.  My name is Abhinav

24  Bhatnagar.  And my current address is 36927 Papaya

25  Street, Newark, California, zip code 94560.

-1-

1          HEARING OFFICER LEE:   Thank you.

2          MR. BHATNAGAR:   You're welcome.

3          HEARING OFFICER LEE:   Counsel, do you wish for me to

4     reiterate your client's rights?

5          MR. TAGUCHI:   No.   We'll waive that.

6          HEARING OFFICER LEE:   Thank you.   This is a hearing

7     being convened on July 26, 2006, before the Department of

8     Motor Vehicles, and we're at the Oakland Driver Safety

9     Office.

10         This hearing is concerning the suspension of the

11    driving privilege of Mr. Abhinav Bhatnagar, driver's

12    license number D3219816.   The suspension is being ordered

13    pursuant to section 13353.2 of the California Vehicle

14    Code.

15         This hearing is to determine if the officer had

16    reasonable cause to believe that you were driving a motor

17    vehicle in violation of sections 23152 or 23153 of the

18    Vehicle Code.

19         MR. BHATNAGAR:   Okay.

20         HEARING OFFICER LEE:   Whether you were lawfully

21    arrested.

22         And whether you were driving a motor vehicle at the

23    time you had 0.08 percent or more by weight of alcohol in

24    your blood.

25         MR. BHATNAGAR:   Okay.

-2-

1    HEARING OFFICER LEE:  Counsel, I have to ask, do you

2  wish to stipulate to any of these issues?

3    MR. TAGUCHI:  No.

4    HEARING OFFICER LEE:  Let me introduce on behalf of

5  Department of Motor Vehicles the following documents for

6  identification beginning with the Age 21 and Older

7  Officer's Statement containing a total of three pages for

8  the arrest on May 20th, 2006.

9    The first page is the officer's (inaudible)

10  statement.  The second page is the officer's probable

11  cause statement.

12    MR. TAGUCHI:  All right.  How are -- are you going to

13  mark that as one --

14    HEARING OFFICER LEE:  Yes, sir.

15    MR. TAGUCHI:  -- A and one B?

16    HEARING OFFICER LEE:  No.  I'm just going to mark all

17  three pages --

18    MR. TAGUCHI:  One?

19    HEARING OFFICER LEE:  -- as **Exhibit 1.**

20    MR. TAGUCHI:  All right.  May I take a look at the

21  originals, please?

22    HEARING OFFICER LEE:  Yes.  And the last page is the

23  Suspension/Revocation Order and Temporary Driver's

24  License.

25    (**Department's Exhibit No. 1** marked for

-3-

1       identification.)

2       MR. TAGUCHI:  Mr. Lee, you're including this Age 21

3   and Older --

4       HEARING OFFICER LEE:  Yes, sir.

5       MR. TAGUCHI:  -- as part of Exhibit 1?

6       HEARING OFFICER LEE:  Yes.

7       MR. TAGUCHI:  Okay.

8       HEARING OFFICER LEE:  The Suspension/Revocation

9   Order.  Is that what we sent you?

10      MR. TAGUCHI:  Yeah.  I would -- well, thank you.

11      HEARING OFFICER LEE:  You're welcome.  Next I wish to

12  identify the Blood Test Results containing a total of

13  three pages.  The first page is actual blood test

14  results.  Second page is the information concerning the

15  blood test results, the blood sample for alcohol/drug

16  analysis.  And the third page is the Declaration from the

17  person who drew the blood sample.

18      (**Department's Exhibit No. 2** marked for

19      identification.)

20      HEARING OFFICER LEE:  They might be in a different

21  order (inaudible).

22      MR. TAGUCHI:  Let me see what I've got here.

23      HEARING OFFICER LEE:  Okay.  And counsel, next I wish

24  to identify the four-page Arrest Report, and page one of

25  the Supplemental, page two of the Supplemental.  And it

1  would just be redundant.  I won't be identifying page

2  five as Supplemental since I have my own copy of the

3  driver's license.

4       MR. TAGUCHI:  Can I see what you want to introduce?

5       HEARING OFFICER LEE:  Yes, sir.

6       MR. TAGUCHI:  Are you introducing the entire report?

7       HEARING OFFICER LEE:  The entire Arrest Report.  I

8  have all four pages, yes.  And page -- of the

9  Supplemental page one --

10      MR. TAGUCHI:  Oh, I see.

11      HEARING OFFICER LEE:  -- and two.

12      MR. TAGUCHI:  Okay.  Okay.  Okay.

13      HEARING OFFICER LEE:  Identify this as **Exhibit No. 3.**

14  I don't know if I mentioned that.  Six pages all

15  together.

16      (**Department's Exhibit No. 3** marked for

17      identification.)

18      HEARING OFFICER LEE:  And then the Department's

19  documents as follows:

20      The driver's license record of Mr. Bhatnagar, two

21  pages, identified **Exhibit No. 4.**

22      (**Department's Exhibit No. 4** marked for

23      identification.)

24      HEARING OFFICER LEE:  The Temporary License,

25  extending the Temporary License issued by the officer,

-5-

1   that's **Exhibit No. 5.**

2       (**Department's Exhibit No. 5** marked for

3       identification.)

4       HEARING OFFICER LEE:   The Notice of Hearing for today

5   identified as **Exhibit No. 6.**

6       (**Department's Exhibit No. 6** marked for

7       identification.)

8       HEARING OFFICER LEE:   And this document which I refer

9   to as a discovery document as Department's **Exhibit No. 7.**

10      (**Department's Exhibit No. 7** marked for

11      identification.)

12      MR. TAGUCHI:   Four is the Temp License.   Five is

13  what?

14      HEARING OFFICER LEE:   No.   Four is the driver's

15  license record of Mr. Bhatnagar.

16      MR. TAGUCHI:   Oh.

17      HEARING OFFICER LEE:   Five is the Temp License.   Six

18  is the Notice of Hearing.   Seven is the Notice of

19  Discovery.

20      At this time, counsel, before the Department proposes

21  to move these documents into evidence, I want to get the

22  testimony of Officer Ingrassia.

23      MR. TAGUCHI:   Sure.

24      HEARING OFFICER LEE:   Officer, can I have you please

25  state your name, badge number and enforcement agency for

-6-

1  the record?

2      OFFICER INGRASSIA:  Officer Jason Ingrassia, employee

3  number 65945, and I work for Contra Costa County

4  Sheriff's Department, currently assigned to the City of

5  San Ramon, which is a contract city for the Sheriff's

6  Department.

7      HEARING OFFICER LEE:  Do you promise to tell the

8  truth, the whole truth, and nothing but the truth?

9      OFFICER INGRASSIA:  I do.

10      HEARING OFFICER LEE:  Thank you.  Officer, I'm

11  identifying **Exhibit No. 1**.  Do you recognize **Exhibit**

12  **No. 1**, the Age 21 and Older Officer's Statement?

13      OFFICER INGRASSIA:  Yes, I do.

14      HEARING OFFICER LEE:  Did you complete this form?

15      OFFICER INGRASSIA:  Yes.

16      HEARING OFFICER LEE:  At the time of completion were

17  the events fresh in your mind?

18      OFFICER INGRASSIA:  Yes.

19      HEARING OFFICER LEE:  And to the best of your

20  knowledge, were the events depicted on **Exhibit No. 1** true

21  and correct?

22      OFFICER INGRASSIA:  Yes.

23      HEARING OFFICER LEE:  Officer, what are your duties

24  with the Contra Costa County Sheriff's Department in

25  contract with the San Ramon Police Department?  What do

1  you do?

2      OFFICER INGRASSIA:  I'm assigned to patrol duties in

3  the city of San Ramon?

4      HEARING OFFICER LEE:  Approximately how long have you

5  been employed in that capacity?

6      OFFICER INGRASSIA:  Been a deputy sheriff for

7  approximately three and a half years.

8      HEARING OFFICER LEE:  Now, the purpose -- the reason

9  why I asked you to appear today is I want to clarify the

10  time that the blood sample was taken.

11      OFFICER INGRASSIA:  Okay.

12      HEARING OFFICER LEE:  I have a supplemental document.

13  However, I am not clear who completed the document.  Do

14  you have any recollection of this document, this page two

15  of **Exhibit 2,** Blood Sample -- Blood Sample for Alcohol

16  Analysis?

17      OFFICER INGRASSIA:  Yes.  This is the evidence

18  envelope for the blood sample.  And it states right here

19  the blood was drawn at approximately 2:30 in the

20  morning --

21      HEARING OFFICER LEE:  Were --

22      OFFICER INGRASSIA:  -- on May 20th.

23      HEARING OFFICER LEE:  Were -- were this document

24  completed by you or a different officer?

25      OFFICER INGRASSIA:  I completed that document.

1      HEARING OFFICER LEE:  Okay.  So you indicated the
2    time of the 2:30?
3      OFFICER INGRASSIA:  Yes, sir.
4      HEARING OFFICER LEE:  Okay.  Thank you, Officer.
5    Counsel?
6      MR. TAGUCHI:  Thank you.  Officer, how do you
7    pronounce your last name?
8      OFFICER INGRASSIA:  Ingrassia.
9      MR. TAGUCHI:  Ingrassia?  How long have you been --
10   how many DUI cases have you investigated?
11     OFFICER INGRASSIA:  Be a guess.  About 20, 25.
12     MR. TAGUCHI:  Have you ever testified at a DMV
13   hearing before?
14     OFFICER INGRASSIA:  Yes.
15     MR. TAGUCHI:  How many times?
16     OFFICER INGRASSIA:  Once.
17     MR. TAGUCHI:  This is your second time?
18     OFFICER INGRASSIA:  Yes, sir.
19     MR. TAGUCHI:  What kind of training do you have in
20   regards to DUI investigation?
21     OFFICER INGRASSIA:  Whatever we -- whatever we
22   received in the police academy, which is -- I don't
23   recall.  Half a day.
24     MR. TAGUCHI:  What is your normal assignment other
25   than -- so patrol is your normal assignment?

1    OFFICER INGRASSIA:  Yes.

2    MR. TAGUCHI:  And what types of crimes do you

3  normally investigate?

4    OFFICER INGRASSIA:  Does this have anything to do

5  with a DMV hearing?

6    MR. TAGUCHI:  It has to do with your experience.

7    HEARING OFFICER LEE:  What, a DUI investigation?

8    OFFICER INGRASSIA:  Is this -- is this within the

9  scope of the admin per se hearing?

10    MR. TAGUCHI:  He -- he does the objections.

11    HEARING OFFICER LEE:  Yeah.  Yeah.

12    MR. TAGUCHI:  You answer the questions.

13    HEARING OFFICER LEE:  I normally would -- if it's out

14  of context or out of the --

15    OFFICER INGRASSIA:  The scope?

16    HEARING OFFICER LEE:  Yeah.  But since the counsel

17  has indicated he wants to see about your training and

18  background --

19    OFFICER INGRASSIA:  Okay.  Go ahead.  Would you

20  please repeat the question?

21    MR. TAGUCHI:  What type of crimes do you normally

22  investigate?

23    OFFICER INGRASSIA:  All sorts of crimes.  Burglaries.

24  All kinds of thefts, drugs, alcohol-related crimes, DUIs.

25    MR. TAGUCHI:  So you have no specialty in any types

1  of crimes you investigate that you're specifically

2  trained for, such as DUIs?

3      OFFICER INGRASSIA:  We're -- we're trained in all

4  crimes.

5      MR. TAGUCHI:  I guess my question is, are you --

6      OFFICER INGRASSIA:  I have not gone to a DUI school.

7  I think -- if that's what you're asking.

8      MR. TAGUCHI:  Correct.

9      OFFICER INGRASSIA:  I have not.

10     MR. TAGUCHI:  Okay.  When did you fill out this form

11  that you testified to after the arrest?

12     OFFICER INGRASSIA:  Sometime during -- you know,

13  after I brought Mr. Bhatnagar back to the police

14  department and the time it was -- the blood sample was

15  placed in its envelope, I filled it out.

16     MR. TAGUCHI:  When you put -- who put the blood into

17  this envelope?

18     OFFICER INGRASSIA:  The -- the phlebotomist does.

19  Mr. Young in this -- in this case.

20     MR. TAGUCHI:  And Mr. Young, did he fill out any

21  portion of this envelope?

22     OFFICER INGRASSIA:  Looks like he signed it.  He

23  might have wrote 2:30.  Doesn't look like my writing here

24  either, San Ramon.  Looks like he filled out from six,

25  seven and eight.  That looks like what he -- he put on --

1  filled out.

2      MR. TAGUCHI:  And you filled out one through four?

3      OFFICER INGRASSIA:  I definitely filled out one

4  through five and -- and then the chain of -- the chain of

5  custody, the chain of possession portion also.

6      MR. TAGUCHI:  Which part of the chain of possession

7  did you --

8      OFFICER INGRASSIA:  All except for his signature it

9  looks like.

10     MR. TAGUCHI:  Now, where did you get this particular

11 envelope?

12     OFFICER INGRASSIA:  The phlebotomists bring this.

13 They -- they -- they provide the envelope.

14     MR. TAGUCHI:  And do you record the -- when you do a

15 DUI investigation and you do -- how many blood tests have

16 you done in DUI investigations?

17     OFFICER INGRASSIA:  Maybe three.  Three or four.

18     MR. TAGUCHI:  It's not very many?

19     OFFICER INGRASSIA:  No.  Most people do breath.

20     MR. TAGUCHI:  So you record -- it's important to

21 record the number of the -- the envelope into your police

22 report to identify the chain of custody?

23     OFFICER INGRASSIA:  It's -- it's -- it is documented.

24     MR. TAGUCHI:  And that's your job to document it in

25 your report?

-12-

1    OFFICER INGRASSIA:  Wait.  What am I documenting?

2    MR. TAGUCHI:  The number.  The number.

3    OFFICER INGRASSIA:  Yes, I put it on there.

4    MR. TAGUCHI:  And you record it accurately, of

5    course?

6    OFFICER INGRASSIA:  Supposed to.

7    MR. TAGUCHI:  Where were you coming from before you

8    saw Mr. Bhatnagar?

9    OFFICER INGRASSIA:  That's (inaudible).  I don't

10   recall.

11   MR. TAGUCHI:  Were you with anybody, or were you by

12   yourself?

13   OFFICER INGRASSIA:  I was -- I was driving -- I was

14   riding solo.

15   MR. TAGUCHI:  You have no recollection at all where

16   you were coming from?

17   OFFICER INGRASSIA:  No.

18   MR. TAGUCHI:  Which directly were you driving?

19   OFFICER INGRASSIA:  Westbound.

20   MR. TAGUCHI:  Westbound on what street?

21   OFFICER INGRASSIA:  Bollinger Canyon.

22   MR. TAGUCHI:  And how long had you been on Bollinger

23   Canyon before you saw Mr. Bhatnagar?

24   OFFICER INGRASSIA:  Don't recall.

25   MR. TAGUCHI:  What's your best estimate?

1      OFFICER INGRASSIA:  I -- it's a very long street.  It
2  could have been -- could have been a long time, or I
3  could have just turned.  I -- I -- I have no recollection
4  of how long I was on the street.

5      MR. TAGUCHI:  You weren't sitting near the restaurant
6  there on the corner of Bollinger and what's that other
7  street there?

8      OFFICER INGRASSIA:  El Balazo?

9      MR. TAGUCHI:  Yes.  Do you know -- do you know -- do
10  you know what restaurant I'm talking about?

11      OFFICER INGRASSIA:  I do.

12      MR. TAGUCHI:  It's called El Balazo.

13      OFFICER INGRASSIA:  Yes.

14      MR. TAGUCHI:  Are you familiar with that restaurant?

15      OFFICER INGRASSIA:  Uh-hmm.  Of course.

16      MR. TAGUCHI:  And why are you so familiar with that
17  restaurant?

18      OFFICER INGRASSIA:  Because it's one of the only
19  clubs in town.

20      MR. TAGUCHI:  And do you view that as a high number
21  of people drink there and then get in their cars and
22  drive?

23      OFFICER INGRASSIA:  I --

24      MR. TAGUCHI:  Does it have -- does it have that
25  reputation?

1          OFFICER INGRASSIA:  You -- you -- you would think it

2    does, but I don't hardly -- I hardly get any DUIs out of

3    there, so --

4          MR. TAGUCHI:  Well, to you.  I mean to your --

5          OFFICER INGRASSIA:  No.

6          MR. TAGUCHI:  -- to your knowledge --

7          OFFICER INGRASSIA:  But a lot of people of drink.

8    There's a lot of alcohol being served there.

9          MR. TAGUCHI:  Okay.

10         OFFICER INGRASSIA:  Lot of -- lot of taxi cabs

11   (inaudible) there as well.

12         MR. TAGUCHI:  Well, I'm -- I'm just asking for your,

13   you know, perception and your knowledge of the area since

14   you've been patrolling that particular area, and that's

15   your knowledge that that -- you know, that's one of the

16   few clubs in San Ramon, and it's known for people

17   drinking there and --

18         OFFICER INGRASSIA:  Uh-hmm.

19         MR. TAGUCHI:  -- potentially getting in their cars

20   and driving, correct?  It has a reputation?

21         OFFICER INGRASSIA:  No, it doesn't.  It has a

22   reputation of a lot of people drinking there.

23         MR. TAGUCHI:  But you don't single that particular

24   restaurant out?

25         OFFICER INGRASSIA:  Single out?

-15-

1    MR. TAGUCHI:  Single it out as people, you know,

2    patrons leaving that particular restaurant suspecting

3    them of driving under the influence?

4    OFFICER INGRASSIA:  No.

5    MR. TAGUCHI:  Did you think Mr. Bhatnagar came from

6    that restaurant?

7    OFFICER INGRASSIA:  I don't recall what I was

8    thinking where he came from.

9    MR. TAGUCHI:  Did you assume that he was coming from

10   that restaurant?

11   OFFICER INGRASSIA:  I don't recall.

12   MR. TAGUCHI:  So you were driving westbound.  And

13   what first drew your attention to his vehicle?

14   OFFICER INGRASSIA:  Probably when he made the U-turn

15   and I looked up and noticed there was a "no U-turn" sign

16   there.

17   MR. TAGUCHI:  So you're going down Bollinger Canyon.

18   And what street did he make a U-turn in?

19   OFFICER INGRASSIA:  I need to look.  I think it's

20   Bishop Ranch 1.  One Bishop Ranch.

21   MR. TAGUCHI:  Would it help you to refresh your

22   memory by looking at your report?

23   OFFICER INGRASSIA:  Uh-hmm.

24   MR. TAGUCHI:  Okay.

25   OFFICER INGRASSIA:  Yeah.  It looks like Bishop Ranch

1   1 East is what it's called.

2       MR. TAGUCHI:  What was the street before that?

3       OFFICER INGRASSIA:  Before Bishop Ranch 1?

4       MR. TAGUCHI:  Correct.  Going --

5       OFFICER INGRASSIA:  That would be Market Place.

6       MR. TAGUCHI:  Market Place.  Okay.  And that's the

7   corner where the restaurant is and eventually the gas

8   station where you stopped Mr. Bhatnagar; is that correct?

9       OFFICER INGRASSIA:  The gas -- the gas station's on

10  the corner.  The restaurant's tucked -- tucked away just

11  in -- in --

12      MR. TAGUCHI:  It's fairly close to that --

13      OFFICER INGRASSIA:  Fairly close to the corner, yes.

14      MR. TAGUCHI:  Across the street from the gas station

15  on --

16      OFFICER INGRASSIA:  Uh-hmm.

17      MR. TAGUCHI:  -- on Market Place?

18      OFFICER INGRASSIA:  Yeah.

19      MR. TAGUCHI:  Okay.  This Officer's Statement, this

20  13353, do you have that copy, Mr. Lee, **Exhibit No. 1**?

21      HEARING OFFICER LEE:  Page two.

22      MR. TAGUCHI:  Okay.  Now, where -- it looks like

23  there was a cut and paste there.

24      OFFICER INGRASSIA:  Yeah.

25      MR. TAGUCHI:  What's that a cut and paste from

1    OFFICER INGRASSIA:  It's a cut and past from the
2  first couple paragraph of my report.

3    MR. TAGUCHI:  And so you signed this under the
4  penalty of perjury that the foregoing statement is true
5  and correct?

6    OFFICER INGRASSIA:  Yes.

7    MR. TAGUCHI:  Okay.  So would that include your
8  entire police report, or just a section of the police
9  report?

10    OFFICER INGRASSIA:  Well, this particular section
11  would -- would -- or this portion is signed under penalty
12  of perjury.

13    MR. TAGUCHI:  Okay.  But no other aspect of your
14  police report is signed under the penalty of perjury, or
15  you don't verify it as being true and correct?

16    OFFICER INGRASSIA:  Well, now that I noticed that the
17  number is wrong on the evidence kit, that was an error,
18  but I would sign under -- thinking that it was written
19  right, yes.  That was -- that was -- but I signed this
20  under penalty of perjury, yes.  This is true and correct
21  to the best of my knowledge.

22    MR. TAGUCHI:  Okay.  So it was -- you're heading down
23  westbound.  How far were you behind Mr. Bhatnagar's
24  vehicle before you saw him make -- saw him make the
25  U-turn?

-18-

1        HEARING OFFICER LEE:  Counsel, did you say behind his

2    vehicle?

3        MR. TAGUCHI:  Yes.  Yes.  Can you answer the

4    question?

5        OFFICER INGRASSIA:  Yeah.  Yeah, I can answer the

6    question.

7        MR. TAGUCHI:  Okay.

8        OFFICER INGRASSIA:  I was thinking Mr. Lee was going

9    to say something.

10       MR. TAGUCHI:  An objection?

11       OFFICER INGRASSIA:  No.  It just looked like he was

12   about to say something, and I didn't want -- I didn't

13   want to interrupt.

14       HEARING OFFICER LEE:  I apologize.

15       OFFICER INGRASSIA:  I was -- to the best of my

16   knowledge, I -- I was not very far.  I was within 100

17   feet.  I was -- I was probably close -- I was probably --

18   I probably passed the Market Place intersection, so

19   Market Place and Bishop Ranch intersection aren't too far

20   away.  So I was within 100 feet I'd say.

21       MR. TAGUCHI:  All right.  You know, I have an

22   overhead aerial picture of the two intersections.  If I

23   show you this picture, sir, so you can orient yourself.

24   This is Market Place.

25       OFFICER INGRASSIA:  Okay.

1       MR. TAGUCHI:  And this is Bishop --

2       OFFICER INGRASSIA:  This would be Bishop Ranch here.

3       MR. TAGUCHI:  Bishop Ranch East; is that correct?

4       OFFICER INGRASSIA:  Looks like it, yes.

5       MR. TAGUCHI:  Okay.  Are you familiar, Mr. Lee,

6  this -- since you're the fact taker?

7       HEARING OFFICER LEE:  Uh-hmm.

8       MR. TAGUCHI:  Okay.  So could you identify this

9  street for -- for Mr. Lee, please?

10      OFFICER INGRASSIA:  That's Market Place.

11      MR. TAGUCHI:  Okay.

12      HEARING OFFICER LEE:  Market Place.

13      MR. TAGUCHI:  And what is this street here?

14      OFFICER INGRASSIA:  This is Bollinger.

15      MR. TAGUCHI:  Okay.  And which would be westbound

16  Bollinger?

17      OFFICER INGRASSIA:  This is westbound.

18      MR. TAGUCHI:  All right.  So that directional is

19  correct based on this map?

20      OFFICER INGRASSIA:  To the best of my knowledge.

21  This is westbound Bollinger, yeah.

22      MR. TAGUCHI:  Okay.  And then what would this street

23  be?

24      OFFICER INGRASSIA:  That's Bishop Ranch 1 East.

25      MR. TAGUCHI:  Okay.  What type of car was

-20-

1  Mr. Bhatnagar driving?

2      OFFICER INGRASSIA:  If I can remember to my report?

3  It's a silver Nissan Sentra.

4      MR. TAGUCHI:  Now, where were -- okay.  Now, where

5  was he when you first saw him, and where were you?  If

6  you can mark -- use my pen and draw a -- draw a rectangle

7  box depicting where Mr. Bhatnagar was when you first saw

8  him.

9      OFFICER INGRASSIA:  He was probably somewhere around

10 here making a U-turn.

11     MR. TAGUCHI:  Okay.  Just make a rectangle.

12     OFFICER INGRASSIA:  So he was probably right around

13 there.

14     MR. TAGUCHI:  Okay.  And then where was your -- was

15 it a patrol vehicle you were driving that night?

16     OFFICER INGRASSIA:  Yeah.

17     MR. TAGUCHI:  Okay.  Where was your -- did it have

18 a -- could you describe your vehicle, the way it looked?

19     OFFICER INGRASSIA:  It's a white Ford Crown Victoria

20 fully marked, lights and decals.

21     MR. TAGUCHI:  And are the lights on the --

22     OFFICER INGRASSIA:  Lights are on the --

23     MR. TAGUCHI:  -- hood?

24     OFFICER INGRASSIA:  -- on the top, on the -- on the

25 roof.

1     MR. TAGUCHI:  Like a, you know, typical police
2   cruiser?

3     OFFICER INGRASSIA:  Like a -- yeah.  Like a typical
4   fully marked or semi-marked --

5     MR. TAGUCHI:  Okay.  All right.  So can you depict
6   with a circle where your police cruiser was when you
7   first saw Mr. Bhatnagar?

8     OFFICER INGRASSIA:  Well, it's somewhere around here.
9   It's an estimate.

10     MR. TAGUCHI:  Just your best estimate.  I mean
11   obviously we're not -- you know, this is -- it's not
12   rocket science here.  I mean we're just asking for your
13   best estimate.

14     Okay.  So how far would you say that approximately
15   would be?  This is when you first saw Mr. Bhatnagar.

16     HEARING OFFICER LEE:  Counsel, didn't he earlier say
17   about approximately 100 feet?

18     MR. TAGUCHI:  Yes.

19     OFFICER INGRASSIA:  Okay.  It's still about 100 feet.
20   Maybe even less.  I don't -- I don't know.

21     MR. TAGUCHI:  Okay.  And was there any traffic
22   between you and Mr. Bhatnagar?

23     OFFICER INGRASSIA:  Not -- not that I can recall.

24     MR. TAGUCHI:  And it was pretty empty that time of
25   day?

1    OFFICER INGRASSIA:  That -- between us it was fairly
2    empty, as far as I can recall.
3         MR. TAGUCHI:  What's the general conditions like on
4    Bollinger Canyon at approximately one o'clock in the
5    morning?
6         OFFICER INGRASSIA:  It's usually fairly light.
7         MR. TAGUCHI:  Okay.  It's not like five o'clock in --
8         OFFICER INGRASSIA:  It's not like this.
9         MR. TAGUCHI:  -- in the afternoon?
10        OFFICER INGRASSIA:  Whenever -- it's not like
11   whenever this picture was taken.
12        MR. TAGUCHI:  Okay.  And so what was -- you're saying
13   that there is a no U-turn sign there?
14        OFFICER INGRASSIA:  Yeah.
15        MR. TAGUCHI:  Okay.  Where is the no U-turn sign
16   located?
17        OFFICER INGRASSIA:  It's going to be up on the other
18   side of the intersection where the -- the traffic light,
19   signal lights, are.
20        MR. TAGUCHI:  All right.  I have a photograph and I
21   have a little portion of it covered.  Looking at this
22   photograph, does this photo -- what does this photograph
23   depict?
24        HEARING OFFICER LEE:  Are you referring to the light?
25        OFFICER INGRASSIA:  That's west -- that's eastbound

1  Bollinger.

2      MR. TAGUCHI:  Eastbound Bollinger?

3      OFFICER INGRASSIA:  It looks like that's the

4  eastbound traffic.  Yeah.  That's the opposite direction.

5      MR. TAGUCHI:  And this -- and this is Bishop Ranch?

6      OFFICER INGRASSIA:  Uh-hmm.

7      MR. TAGUCHI:  Okay.  Now, is there a possibility to

8  make a left turn in there?

9      OFFICER INGRASSIA:  From -- are you talking about

10  from this picture or this picture?

11      MR. TAGUCHI:  Yeah.  From -- from -- if you're going

12  eastbound on Bollinger -- you're saying this is eastbound

13  direction?

14      OFFICER INGRASSIA:  This is -- that's the eastbound,

15  which is not -- that -- that picture's taken from right

16  here going that direction is what I'm trying to tell you.

17      MR. TAGUCHI:  Okay.  Now, from Bollinger Canyon going

18  eastbound, is there a street that you can make a left on?

19      OFFICER INGRASSIA:  There's nothing here.

20      MR. TAGUCHI:  So you can't make a left?

21      OFFICER INGRASSIA:  There is a driveway, I believe,

22  but it -- there's no street.

23      MR. TAGUCHI:  Okay.

24      OFFICER INGRASSIA:  It's for future --

25      MR. TAGUCHI:  All right.

1    OFFICER INGRASSIA:  -- construction or something.

2    MR. TAGUCHI:  Can you make a U-turn from that

3  direction around?

4    OFFICER INGRASSIA:  I don't know.

5    MR. TAGUCHI:  Can you make a left turn from -- from

6  going eastbound into this particular area?

7    OFFICER INGRASSIA:  I don't know.

8    MR. TAGUCHI:  Okay.  Okay.  After you saw

9  Mr. Bhatnagar make a U-turn, please describe what

10  happened next.

11    OFFICER INGRASSIA:  Then I -- well, I made the U-turn

12  myself and followed him and I got behind him.  He made a

13  right turn into -- into here, which is Market Place.

14  Market Place has the two lanes, and he was in the left

15  one.  And I followed him.  I made the right turn as well,

16  so I was behind him.  And then he made an abrupt turn

17  across the lanes into the gas station, which would be

18  around here.

19    MR. TAGUCHI:  And which driveway of the gas station

20  did he enter?

21    OFFICER INGRASSIA:  It's the first -- the first one,

22  I believe.

23    MR. TAGUCHI:  Did you follow him into the first one

24  as well?

25    OFFICER INGRASSIA:  Yeah.

1    MR. TAGUCHI:  And where did you -- after he pulled
2  in, then where did you go?

3    OFFICER INGRASSIA:  I pulled in right behind him.
4  Yeah.

5    MR. TAGUCHI:  Did you activate any lights or no
6  lights?

7    OFFICER INGRASSIA:  Uh-hmm.  I believe I did.

8    MR. TAGUCHI:  And it's your clear recollection that
9  you pulled in behind him?

10    OFFICER INGRASSIA:  My clear recollection?

11    MR. TAGUCHI:  Yeah.

12    OFFICER INGRASSIA:  Yes.

13    MR. TAGUCHI:  Okay.  So when did you activate your
14  patrol lights?

15    OFFICER INGRASSIA:  After I pulled in behind him.
16  After he had stopped already, actually.

17    MR. TAGUCHI:  Was he in or out of the car?

18    OFFICER INGRASSIA:  I believe -- I believe -- I can't
19  remember.  I can't recall.  I believe he was still in the
20  car.

21    MR. TAGUCHI:  According to your police report, that
22  you contacted him in the -- when he was in the --
23  "Contacted Mr. Bhatnagar when he opened driver's window."
24  Is that correct?

25    OFFICER INGRASSIA:  Okay.  Yes.

1      MR. TAGUCHI:  So does that refresh your memory as to

2   where you contacted him, or are you just relying on your

3   report?

4      OFFICER INGRASSIA:  Just relying on my report.

5      MR. TAGUCHI:  Okay.  So you don't have an independent

6   recollection on whether or not you contacted

7   Mr. Bhatnagar out of the car, or whether or not he was in

8   the car?

9      OFFICER INGRASSIA:  Well, I -- no.  I -- I remember

10  now. He was in the car.

11     MR. TAGUCHI:  Okay.

12     OFFICER INGRASSIA:  Uh-hmm.

13     MR. TAGUCHI:  Now, you testified that when you were

14  coming down Bollinger you got behind Mr. Bhatnagar; is

15  that correct?

16     OFFICER INGRASSIA:  Uh-hmm.

17     MR. TAGUCHI:  Is that yes?

18     OFFICER INGRASSIA:  Yes.

19     MR. TAGUCHI:  For the record.  Okay.

20     OFFICER INGRASSIA:  I'm sorry.

21     MR. TAGUCHI:  Where did you -- how -- what was the

22  closest that you got behind him?  Strike that question.

23     Where were you when you got say a car length behind

24  Mr. Bhatnagar?

25     OFFICER INGRASSIA:  I don't recall.

1       MR. TAGUCHI:  Okay.  Was it on Bollinger Canyon?

2       OFFICER INGRASSIA:  I don't recall.

3       MR. TAGUCHI:  Okay.  Did you -- when you followed

4  Mr. Bhatnagar down westbound Bollinger, what did you --

5  how did you make your turn in order to reach -- you know,

6  contact him?

7       OFFICER INGRASSIA:  I didn't follow him on westbound

8  Bollinger.

9       MR. TAGUCHI:  Okay.  Well, you made a turn on

10 somewhere when you were going down westbound Bollinger,

11 correct?

12      OFFICER INGRASSIA:  Uh-hmm.

13      MR. TAGUCHI:  That's yes?

14      OFFICER INGRASSIA:  Yes.  Sorry.

15      MR. TAGUCHI:  Okay.  And where did you -- where did

16 you make that turn?

17      OFFICER INGRASSIA:  Same place he did.  At East --

18 Bishop Ranch East.

19      MR. TAGUCHI:  Okay.  Was there any type of delay in

20 making that turn for you?

21      OFFICER INGRASSIA:  I don't recall.

22      MR. TAGUCHI:  In your police report you indicate

23 that, "I waited for a safe time to proceed through the

24 intersection that read no U-turn."

25      OFFICER INGRASSIA:  Uh-hmm.

1        MR. TAGUCHI:  "I waited for a safe time to proceed

2   through the intersection and made a U-turn at the same

3   intersection."

4        OFFICER INGRASSIA:  Uh-hmm.

5        MR. TAGUCHI:  So that implies to me that there was

6   some period of time that you had to wait in order for you

7   to make that U-turn.  Is that correct?

8        OFFICER INGRASSIA:  Is that -- is that correct that

9   that implies that to you?

10        MR. TAGUCHI:  Yes.

11        OFFICER INGRASSIA:  I don't know.  Does it?

12        MR. TAGUCHI:  Well, I'm asking, is that a correct

13   assumption?

14        HEARING OFFICER LEE:  Counsel, just ask him directly.

15   Did you --

16        OFFICER INGRASSIA:  That's not what you're asking.

17   You're asking me if that's --

18        HEARING OFFICER LEE:  Did you --

19        OFFICER INGRASSIA:  -- if that's what it implies to

20   you.

21        MR. TAGUCHI:  Okay.

22        OFFICER INGRASSIA:  So I'm asking you.

23        MR. TAGUCHI:  Okay.  Well, let me ask it this way,

24   then.  You said you waited for a safe time to proceed.

25        OFFICER INGRASSIA:  Uh-hmm.

-29-

1      MR. TAGUCHI:  How much time passed when you said, "I
2  waited for a safe time to proceed."
3      OFFICER INGRASSIA:  Based on the rest of it it
4  couldn't be long, because I caught up to him before he
5  made the turn onto Bollinger.  I'm sorry.  Market Place.
6      MR. TAGUCHI:  Well, what -- what is your best
7  estimate?
8      OFFICER INGRASSIA:  A couple seconds.
9      MR. TAGUCHI:  Okay.  Where did you catch up to him
10  on -- on Bollinger?
11      OFFICER INGRASSIA:  I don't recall where exactly.
12  This is a very small portion of the street.  This is a
13  couple hundred feet.
14      MR. TAGUCHI:  So you're -- how far is it from Bishop
15  to Market Place, approximately?
16      OFFICER INGRASSIA:  I don't know.
17      MR. TAGUCHI:  Is it approximately a couple hundred
18  feet?
19      HEARING OFFICER LEE:  Counsel, he answered your
20  question.
21      MR. TAGUCHI:  I don't know?  I'm just --
22      HEARING OFFICER LEE:  Yes.
23      MR. TAGUCHI:  What's your best estimate?
24      HEARING OFFICER LEE:  Counsel, he answered your
25  question.

1          MR. TAGUCHI:  I can ask his best estimate, Mr. Lee.

2          HEARING OFFICER LEE:  And he answered your question.

3    Move on, counsel.

4          MR. TAGUCHI:  Okay.  So you have no -- no independent

5    recollection about where he stopped or where you caught

6    up with him on Bollinger?

7          OFFICER INGRASSIA:  I mean it's -- it's a small

8    street, sir.  It's a small -- it's a very small area.

9          MR. TAGUCHI:  Okay.

10         OFFICER INGRASSIA:  And I caught up to him sometime

11   before he made the turn onto Market Place, so -- and if I

12   had waited a couple seconds to make the turn, it's

13   probably somewhere on the second half.

14         MR. TAGUCHI:  Okay.

15         OFFICER INGRASSIA:  Okay?

16         MR. TAGUCHI:  Fair enough.  That's good.  Okay.  Now,

17   where is the -- the driveway that Mr. Bhatnagar pulled in

18   that you followed him on this?

19         OFFICER INGRASSIA:  I'm -- I'm not sure.  Judging

20   by -- I think it may be here, but I -- I -- I don't -- I

21   don't know.  I can't tell if this picture is -- I -- I --

22   I'd be guessing it was -- it's right here, but it's --

23   it's tough.  It has to be right there.

24         MR. TAGUCHI:  And you don't have a -- now, was he

25   stopped at one of the gas pumps when you stopped him?

1    OFFICER INGRASSIA:  Yeah.  He had pulled up to a gas
2  pump.
3    MR. TAGUCHI:  Okay.  I'd like to show you the next
4  picture.  Well, I'm going to mark this as --
5    HEARING OFFICER LEE:  Is it A?
6    MR. TAGUCHI:  -- Driver A.  Driver's B is this
7  photograph.  And driver's C.
8    (**Licensee's Exhibits A, B and C** marked for
9    identification.)
10    OFFICER INGRASSIA:  Okay.
11    MR. TAGUCHI:  And showing you driver's C, is that a
12  fair -- do you recognize this, what's depicted in this
13  photo?
14    OFFICER INGRASSIA:  Uh-hmm.
15    MR. TAGUCHI:  Is that yes?
16    OFFICER INGRASSIA:  I'm sorry.  What was the
17  question?
18    MR. TAGUCHI:  Do you recognize what's depicted in
19  this photo?
20    OFFICER INGRASSIA:  Yes, sir.
21    MR. TAGUCHI:  And is this the -- what do you
22  recognize this to be?
23    OFFICER INGRASSIA:  Well, it looks a lot like the
24  Valero gas station where the stop occurred.
25    MR. TAGUCHI:  Okay.  Now, is -- based on your

1  testimony, where would Mr. Bhatnagar's Nissan Sentra have

2  stopped, and where would you have pulled up behind him

3  with your red lights on?

4      OFFICER INGRASSIA:  I believe it was right where that

5  truck is, or somewhere at that pump.  And my car was

6  behind it, you know, ten feet.

7      MR. TAGUCHI:  Okay.

8      OFFICER INGRASSIA:  Facing the same direction.

9      MR. TAGUCHI:  And why did -- why did you pull over

10 Mr. Bhatnagar?

11     OFFICER INGRASSIA:  Because he --

12     MR. TAGUCHI:  Why did you stop him?

13     OFFICER INGRASSIA:  -- made the illegal U-turn.

14     MR. TAGUCHI:  Okay.  And when did you activate the

15 red lights?  Was it at the -- before you pulled into the

16 gas station, or after you pulled into the gas station?

17     OFFICER INGRASSIA:  After.

18     MR. TAGUCHI:  Is there a reason why you didn't put on

19 your red lights somewhere on Bollinger where you were

20 behind him on Bollinger?

21     OFFICER INGRASSIA:  Yes.

22     MR. TAGUCHI:  And what's the reason for that?

23     OFFICER INGRASSIA:  Probably because I was running

24 his plate, and that takes time to come back.

25     MR. TAGUCHI:  When did you get an eye on his -- his

-33-

1  plate?

2      OFFICER INGRASSIA:  Somewhere in this area where --
3  before I had a chance to pull him over.

4      MR. TAGUCHI:  Is there a record that the police
5  department -- or the sheriff department generates when
6  you make a request to run somebody's license?

7      OFFICER INGRASSIA:  It's -- it's in our unit history,
8  yeah.

9      MR. TAGUCHI:  Okay.  And there's a unit history about
10  the particular stop and the times of the stop?

11      OFFICER INGRASSIA:  Well, the -- there is a unit
12  history.  No.  There's an incident history that depicts
13  the -- the traffic stop.  The plate was most likely
14  run -- if I -- if I did run it before I stopped him, it
15  wouldn't be in that incident history.

16      MR. TAGUCHI:  Okay.  So do you have any independent
17  recollection at all whether or not you did run his
18  license plate on the short period of time that you caught
19  up with him on Bollinger?

20      OFFICER INGRASSIA:  I -- I -- I don't have any
21  recollection of it.  It's just standard practice for
22  myself.

23      MR. TAGUCHI:  Okay.  Even though that you caught up
24  with him at the end -- at the end of the block here, and
25  then he made that -- the right turn here, you would have

1  enough time to grab his plate and start plucking into

2  your computer at that point?

3      OFFICER INGRASSIA:  I -- I believe I would have

4  enough time, yes.  It doesn't take very long.

5      MR. TAGUCHI:  All right.  And how did Mr. Bhatnagar

6  identify himself?

7      OFFICER INGRASSIA:  With a driver's license that was

8  expired.

9      MR. TAGUCHI:  Okay.  How did you determine that his

10  driver's license was expired?

11      OFFICER INGRASSIA:  I don't recall.  Maybe the date

12  on it was -- had -- had passed.

13      MR. TAGUCHI:  And did you later find out that it was

14  in fact valid?

15      OFFICER INGRASSIA:  If I can recollect with one of

16  your exhibits at that time?  I don't -- I don't --

17      MR. TAGUCHI:  You don't have any recollection at all?

18  You just assume this his license was expired, or this is

19  the first time that it's come to your attention that his

20  license was in fact valid?

21      OFFICER INGRASSIA:  I don't recall seeing it expired.

22  I mean I -- I remember seeing that -- that the card was

23  expired.

24      MR. TAGUCHI:  Uh-hmm.

25      HEARING OFFICER LEE:  Where are you going with this

1  question, counsel?

2      MR. TAGUCHI:  Well, because it's also a ground -- if

3  someone's license is expired when they're driving, it's

4  also grounds for a valid arrest.  So I wanted to exclude

5  that.

6      HEARING OFFICER LEE:  Okay.  Let me just indicate

7  here that we're -- how should I say?  We're not going to

8  be focusing on that issue about other grounds for arrest.

9  We'll just stick with the 23152.

10     MR. TAGUCHI:  Okay.  All right.  So you've made that

11  clear for the record.  Okay.

12     HEARING OFFICER LEE:  Yes, sir.

13     MR. TAGUCHI:  All right.  Then I'll just move on if

14  that's -- if that's your -- what type of -- now, when you

15  first approached Mr. Bhatnagar, what happened?

16     OFFICER INGRASSIA:  When I first approached him what

17  happened?

18     MR. TAGUCHI:  Yes.

19     OFFICER INGRASSIA:  Can you be more specific?  When I

20  first approached him?

21     MR. TAGUCHI:  Yeah.  When you first made contact with

22  him, what happened?  I mean, hello, Mr. Bhatnagar, how

23  you doing this evening, or get out of the car, or

24  driver's license and insurance?  I mean what happened?

25  Did you tell him why you pulled him over, or tell him why

1  you were stopping him or making contact with him or --

2       OFFICER INGRASSIA:  I -- I don't recall the

3  conversations, you know, the words, per se.

4       MR. TAGUCHI:  Did you tell him why you were stopping

5  him?

6       OFFICER INGRASSIA:  I don't recall.

7       MR. TAGUCHI:  Now, the area from Bollinger onto

8  Market Place, you can make a valid left turn there; is

9  that correct?  From the area of westbound --

10      OFFICER INGRASSIA:  Going from where?

11      MR. TAGUCHI:  Going westbound Bollinger.  Going

12 westbound Bollinger --

13      OFFICER INGRASSIA:  Oh.

14      MR. TAGUCHI:  -- down this way and making a left

15 turn, that's a valid turn, correct?

16      OFFICER INGRASSIA:  Yes.

17      MR. TAGUCHI:  Okay.  And this is a copy of -- and

18 this is -- can I show you Exhibit No. -- I'm going to

19 mark this Exhibit --

20      HEARING OFFICER LEE:  David?

21      MR. TAGUCHI:  -- D, yes.

22      (**Licensee's Exhibit D** marked for identification.)

23      OFFICER INGRASSIA:  Yeah.  That looks like it to me,

24 yes.

25      MR. TAGUCHI:  Now, was Mr. Bhatnagar cooperative with

-37-

1    you?

2         OFFICER INGRASSIA:  Yes.

3         MR. TAGUCHI:  All right.  When you made -- first made

4    contact with him, what happened?

5         HEARING OFFICER LEE:  Counsel, you asked that

6    question.

7         MR. TAGUCHI:  I'm trying to get an answer.  He hasn't

8    answered it.

9         HEARING OFFICER LEE:  He answered he -- he answered

10   that he does not remember specifically what words he

11   spoken to Mr. Bhatnagar.

12        MR. TAGUCHI:  Do you have a customary routine that

13   you would normally ask somebody?

14        OFFICER INGRASSIA:  Certainly ask for an

15   identification.  Then from on it could have been

16   anything.

17        MR. TAGUCHI:  Did you -- at some point did you ask

18   Mr. Bhatnagar to get out of the car?

19        OFFICER INGRASSIA:  Yes.

20        MR. TAGUCHI:  And why did you ask him to get out of

21   the car?

22        OFFICER INGRASSIA:  Because I noticed some objective

23   signs of being under the influence of alcohol.

24        MR. TAGUCHI:  What did you notice?

25        OFFICER INGRASSIA:  I noticed he had an odor of

-38-

1  alcohol on his breath.  I noticed his eyes were red and
2  watery.  I noticed --
3      MR. TAGUCHI:  I see you're looking at your police
4  report.  Do you need to look at your police report to
5  refresh your memory as to what objective signs you saw?
6      OFFICER INGRASSIA:  Yes.
7      MR. TAGUCHI:  Okay.
8      OFFICER INGRASSIA:  May I continue?
9      MR. TAGUCHI:  Yes, please.
10     OFFICER INGRASSIA:  I noticed his speech was slightly
11 slurred.  And that's -- that's why I brought him out of
12 the car to conduct a DUI investigation.
13     MR. TAGUCHI:  Okay.  Did you give him any field
14 sobriety tests?
15     OFFICER INGRASSIA:  Yes, sir.
16     MR. TAGUCHI:  And which ones did you give him?
17     OFFICER INGRASSIA:  May I see the --
18     HEARING OFFICER LEE:  Yes.
19     OFFICER INGRASSIA:  -- the Supplement?  I gave him
20 the modified position of attention, which is also called
21 the Romberg stand, finger-to-nose test, walk-and-turn
22 test, and one-legged stand test.
23     MR. TAGUCHI:  Now, the DUI arrest supplemental, do
24 you take any notes at the time the person is getting --
25 at the time Mr. Bhatnagar was conducting the tests?

1    OFFICER INGRASSIA:  Uh-hmm.

2    MR. TAGUCHI:  Is that yes?

3    OFFICER INGRASSIA:  Yes.  I'm sorry.  I apologize.

4    MR. TAGUCHI:  And what do you do with those notes

5    afterwards?

6    OFFICER INGRASSIA:  Afterwards what?

7    MR. TAGUCHI:  After -- after the contact with the

8    person.  After the -- what do you do with these notes

9    specifically with Mr. Bhatnagar?

10   OFFICER INGRASSIA:  I save them until I can complete

11   the report, and then I usually throw them out.

12   MR. TAGUCHI:  And when did you write the report after

13   the arrest?

14   OFFICER INGRASSIA:  I believe I started it the next

15   night after the -- after the next shift.

16   MR. TAGUCHI:  So would -- would that have been within

17   24 hours or after 24 hours?

18   OFFICER INGRASSIA:  Yes, sir.  It would have been

19   within 24 hours, yes.

20   MR. TAGUCHI:  Okay.  Now, in your -- in **Exhibit No. 1**

21   of the Department, the DS 367 form, the first one --

22   OFFICER INGRASSIA:  This one?

23   MR. TAGUCHI:  The first page, yes.  How many times

24   have you filled this out?

25   OFFICER INGRASSIA:  Well, for every DUI, so

1    approximately 20, 25.

2         MR. TAGUCHI:  Okay.  You indicate that at 1:08 that

3    Mr. Bhatnagar was driving the vehicle and observed by

4    yourself.  Is that correct?

5         OFFICER INGRASSIA:  Yes.

6         MR. TAGUCHI:  Okay.  And then just right below that

7    it says that you also "had reasonable cause to believe

8    the driver was driving a motor vehicle and that the

9    driver was arrested by this officer or person shown in

10   the shaded area on 5-20-06 at 1:08."  So you witnessed

11   the driving at 1:08 and then also you arrest him at 1:08.

12        OFFICER INGRASSIA:  Hmm.

13        MR. TAGUCHI:  So based on this form and how it reads,

14   it reads that when you saw him you immediately arrested

15   him.

16        OFFICER INGRASSIA:  Yeah, that's -- that's --

17        MR. TAGUCHI:  Is that correct?

18        OFFICER INGRASSIA:  That's what that's meaning, but

19   that -- that can't be correct.

20        MR. TAGUCHI:  You have a supervisor that reviews this

21   form, correct?

22        OFFICER INGRASSIA:  Yes, sir.

23        MR. TAGUCHI:  And you do sign that it's true and

24   correct?

25        OFFICER INGRASSIA:  Yes, sir.

1      MR. TAGUCHI:  And then the blood test results, you
2  have the blood test on 5-20-06 but you don't give a time.
3  Were you there present when the blood test was given?

4      OFFICER INGRASSIA:  Yes, sir.

5      MR. TAGUCHI:  Okay.  And what -- where did you --
6  where was the blood test taken?

7      OFFICER INGRASSIA:  In the police department.

8      MR. TAGUCHI:  Who takes the test?  Who gives the
9  test?

10      OFFICER INGRASSIA:  Phlebotomist.

11      MR. TAGUCHI:  Where -- Mr. Young I would assume is
12  his name.  Have you worked with Mr. Young before this
13  case?

14      OFFICER INGRASSIA:  I believe this was my first blood
15  draw DUI, so I have not worked with -- I had not worked
16  with Mr. Young before this for a DUI.

17      MR. TAGUCHI:  Did you want Mr. Bhatnagar to take a
18  breath test?  Did you encourage him to take a breath test
19  or the blood test?

20      OFFICER INGRASSIA:  I don't recall encouraging him.
21  I gave him the option.

22      MR. TAGUCHI:  So where does the phlebotomist come
23  from?  How do you get a hold of the phlebotomist to come
24  to the police station?

25      OFFICER INGRASSIA:  We -- we ask our dispatch.  They

-42-

1   do whatever they do.  Page him.

2       MR. TAGUCHI:  Now, who does -- do you know who

3   Mr. Young works for?

4       OFFICER INGRASSIA:  I don't.

5       MR. TAGUCHI:  May I see the -- your Declaration

6   there?  CML.  Do you know what CML stands for?

7       OFFICER INGRASSIA:  In regards to what?

8       MR. TAGUCHI:  In -- it says, "I'm employed by CML."

9       OFFICER INGRASSIA:  No, I don't know.  I don't know

10  who they work for.

11      MR. TAGUCHI:  Okay.  Now, this -- this Declaration,

12  do you see this, the Declaration that's been marked as an

13  exhibit?

14      OFFICER INGRASSIA:  Uh-hmm.

15      MR. TAGUCHI:  Did you fill any of that out?

16      OFFICER INGRASSIA:  No.  Doesn't look like my

17  writing.

18      MR. TAGUCHI:  Did you give this to -- give this to

19  anyone?

20      OFFICER INGRASSIA:  Did I give it to anyone?

21      MR. TAGUCHI:  Yes.

22      OFFICER INGRASSIA:  I think this becomes an

23  attachment in my report.  I was given -- I was given a

24  copy of this by Mr. Young, I believe.

25      MR. TAGUCHI:  Okay.  So he -- he gets the Declaration

1   on his own and then gives you a copy of it, or gives you

2   the original?

3       OFFICER INGRASSIA:  I -- I -- I'm not sure.  I can't

4   recall.

5       MR. TAGUCHI:  So were you actually present in the

6   room when the blood was being drawn by Mr. Bhatnagar in

7   the police station?

8       OFFICER INGRASSIA:  Yes.

9       MR. TAGUCHI:  It's Mr. Young's duty to -- to put the

10  blood sample into the folder, the -- the kit number

11  folder that is marked as **Exhibit No. 2**?

12      OFFICER INGRASSIA:  They do it.

13      MR. TAGUCHI:  Is it his job or your job?

14      OFFICER INGRASSIA:  Sure.  They do it.

15      MR. TAGUCHI:  So Mr. Young did it?

16      OFFICER INGRASSIA:  Yes.

17      MR. TAGUCHI:  Put the blood in there?

18      OFFICER INGRASSIA:  Yes.

19      MR. TAGUCHI:  Okay.  And who seals it?

20      OFFICER INGRASSIA:  I believe he seals it.

21      MR. TAGUCHI:  And what does he do with it?  Does he

22  give it to you?

23      OFFICER INGRASSIA:  Turns it over to me.

24      MR. TAGUCHI:  All right.  And then what do you do

25  with it after he turns it over to you?

1      OFFICER INGRASSIA:  Put it in the refrigerator at the

2   police department.

3      MR. TAGUCHI:  Okay.  Now, it says "received from,"

4   and then there seems to be some kind of signature at the

5   bottom there where it says "chain of custody"?

6      OFFICER INGRASSIA:  Uh-hmm.

7      MR. TAGUCHI:  And so the phlebotomist signs that, or

8   the person that you received it from?

9      OFFICER INGRASSIA:  Yes.

10     MR. TAGUCHI:  And then you turn it over to SRPD?

11     OFFICER INGRASSIA:  In its refrigerator.

12     MR. TAGUCHI:  Okay.  Now, it has a date of 5-20, but

13  it doesn't have the time on it.

14     OFFICER INGRASSIA:  Okay.

15     MR. TAGUCHI:  Correct?  Do you have any independent

16  recollection of the time that, you know, you allegedly

17  received this -- this envelope?  It is an envelope,

18  right?

19     OFFICER INGRASSIA:  It's a -- it's a -- it's an

20  envelope, yes.  I don't have any independent

21  recollection, but I can make a very educated guess based

22  on the time written on there.  That it was handed to --

23  handed over to me within minutes after 2:30 in the

24  morning.

25     MR. TAGUCHI:  Now, the envelope says at the top on

-45-

1  line number three, 23152, incident date 5-20, and the
2  time of -- can you read that for me?  It looks -- I don't
3  know if that's a zero or a six or if that's any kind of
4  notation.

5      OFFICER INGRASSIA:  It says 0130 looks like to me.

6      MR. TAGUCHI:  Does that indicate it's 1:30 in the
7  morning?

8      OFFICER INGRASSIA:  Uh-hmm.

9      MR. TAGUCHI:  Yes?

10     OFFICER INGRASSIA:  Yes.

11     MR. TAGUCHI:  Okay.  Now, did Mr. Bhatnagar -- did he
12 make any telephone calls in your presence with his cell
13 phone?

14     OFFICER INGRASSIA:  Probably.

15     MR. TAGUCHI:  Do you know normally allow people that
16 you have arrested to use their cell phone to make phone
17 calls?

18     OFFICER INGRASSIA:  Yes.

19     MR. TAGUCHI:  Okay.  Did you witness him make phone
20 calls at the police station?

21     OFFICER INGRASSIA:  I don't recall specifically, but
22 it's standard I'll let them try to call to get someone to
23 come pick them up.

24     MR. TAGUCHI:  Okay.  Did you have any conversation
25 with Mr. Bhatnagar regarding his ethnicity during his

1  arrest?

2      OFFICER INGRASSIA:  Does that have anything to do
3  with this?

4      HEARING OFFICER LEE:  Is this leading towards --

5      MR. TAGUCHI:  Goes to bias.  Bias.

6      HEARING OFFICER LEE:  Bias?

7      OFFICER INGRASSIA:  I -- I believe we had some
8  conversation, yes, but I don't recall the specifics of
9  it.

10      MR. TAGUCHI:  You don't recall the -- the actual
11  specifics of the discussion about his ethnicity?

12      OFFICER INGRASSIA:  I -- I don't remember the -- the
13  exact conversation, no.

14      MR. TAGUCHI:  Okay.  Okay.  I have nothing further.
15  Thank you.  Thank you.

16      HEARING OFFICER LEE:  Thank you, Officer.

17      MR. TAGUCHI:  You don't have any redirect for him?
18  You done?

19      HEARING OFFICER LEE:  No.  You did a much thorough
20  job.

21      MR. TAGUCHI:  Yeah.  Thanks, Mr. Lee.

22      HEARING OFFICER LEE:  Thank you for your time,
23  Officer.

24      OFFICER INGRASSIA:  You're welcome.

25      HEARING OFFICER LEE:  And take care out there.

1        Counsel, I believe we're running up in our hour time.

2   I know I have an 11:15.  Are you going to be much longer?

3        MR. TAGUCHI:  Well, you know, I got a lot of doc --

4   you know --

5        HEARING OFFICER LEE:  These I have to keep --

6        MR. TAGUCHI:  Yes.

7        HEARING OFFICER LEE:  -- since we've identified them.

8        MR. TAGUCHI:  But, you know, I'm showing you this

9   right now to --

10       HEARING OFFICER LEE:  But he answered --

11       MR. TAGUCHI:  That nice little sign.

12       HEARING OFFICER LEE:  Yeah.  He indicated that this

13  was in the opposite direction.

14       MR. TAGUCHI:  Yeah.  But I'm going to have testimony

15  otherwise.  And then also, you know, where you going to

16  make a left turn, sir?  You going to make a left turn

17  into nothing?

18       HEARING OFFICER LEE:  You're talking about here?

19       MR. TAGUCHI:  Yeah.  You see, and it's coming this

20  way.  But look, where you going to make a left turn?

21  There's not even a area here to even make a U-turn.  Do

22  you see that?

23       HEARING OFFICER LEE:  Uh-hmm.

24       MR. TAGUCHI:  I also have other things.  We're having

25  the blood retested.

-48-

1        HEARING OFFICER LEE:  Uh-hmm.

2        MR. TAGUCHI:  And so we want to, you know, wait 'til

3    the -- the results come back as well.

4        HEARING OFFICER LEE:  I'll grant that.

5        MR. TAGUCHI:  And -- and we have a number of

6    documents.  I'd like to give you the documents so -- for

7    the next time so, you know, if you have any objections --

8        HEARING OFFICER LEE:  Okay.

9        MR. TAGUCHI:  -- then I'll -- then I can know about

10   it to bring the person in.

11       HEARING OFFICER LEE:  Let me mark this as **Licensee**

12   **Exhibit E**, as in Edward.

13       (**Licensee's Exhibit E** marked for identification.)

14       MR. TAGUCHI:  Yeah.  Why don't we -- why don't we

15   clean up the house here.  E is Declaration of Mr. -- the

16   gas station guy, right?

17       HEARING OFFICER LEE:  Yeah, the gas station person.

18       MR. TAGUCHI:  Yeah.  Now, just wait 'til you hear

19   some of the statements about, you know, being Asian

20   and --

21       HEARING OFFICER LEE:  So why don't we do this.

22       MR. TAGUCHI:  I have a -- I have a -- I have a

23   clean -- a clean copy for you of Mr. Ha's Dec, okay?

24       HEARING OFFICER LEE:  Oh, thank you.

25       MR. TAGUCHI:  And then I have a -- I have a

-49-

1  Declaration of a Laurie Garrison.  Okay?  Mark that as F.

2       (**Licensee's Exhibit F** marked for identification.)

3       MR. TAGUCHI:  She is a person that overheard comments

4  by the officer.  You know, he testified that he allowed

5  him to use his cell phone --

6       HEARING OFFICER LEE:  Uh-hmm.

7       MR. TAGUCHI:  -- in the presence the department, and

8  we have the person that he was talking to.  At the -- at

9  the time the person was in the U.S. Air Force.  Who

10  signed under the declaration of penalty of perjury, "Boy,

11  take it easy.  You Asians create a lot of trouble

12  everywhere in the world and steal jobs here.  We're

13  leaving now.  Get going you terrorist.  Come on."

14       HEARING OFFICER LEE:  Okay.  Counsel, let's --

15       MR. TAGUCHI:  I got another one to -- he made two

16  phone calls.  Another one to a Marcus Campagna.  E, F, G.

17  Mark it as G.  Okay?  Campagna Declaration.

18       (**Licensee's Exhibit G** marked for identification.)

19       MR. TAGUCHI:  And then the same thing.  Okay?  And

20  then here's the cell phone record.  E, F, G, H.

21       HEARING OFFICER LEE:  This is G?

22       MR. TAGUCHI:  Yes.  And H will be the cell phone

23  record that he'll testify to is, you know, when he made

24  the call and where he made the calls from.  We'll lay a

25  proper foundation for that.

1      (**Licensee's Exhibit H** marked for identification.)

2      HEARING OFFICER LEE:  Okay.  Just to let you know,

3  counsel, though, how are -- if you establish that there

4  is some sort of bias going on --

5      MR. TAGUCHI:  Uh-hmm.

6      HEARING OFFICER LEE:  -- how are that going to rebut

7  the issues that I'm concerned about?

8      MR. TAGUCHI:  Well, obviously it's the stop.  I mean

9  we -- I already have proof that you can make a U-turn at

10  that intersection, number one.

11      HEARING OFFICER LEE:  Well, that's --

12      MR. TAGUCHI:  Number two, he's not even going to

13  testify -- he's not going to testify that he made a

14  U-turn.  He's going to testify that he made a left-hand

15  turn from Bollinger right onto Market and went into the

16  gas station.  And after he pulls up into the -- into

17  the -- to the gas station pump, he gets out of the car,

18  and he has a conversation -- or he sees this guy, Mr. Ha,

19  who is over there, works at the gas station.  He's

20  outside smoking a cigarette.

21      HEARING OFFICER LEE:  Uh-hmm.

22      MR. TAGUCHI:  Or he's -- or he's sitting outside.

23  And he says that Mr. Bhatnagar was out there for at least

24  a minute to two minutes, and that this person -- and that

25  the cop comes up not behind but in front, no lights on,

-51-

1  making contact with him, saying, you know, were you over

2  there across the street at -- you know, at the bar across

3  the street.  And there was another woman who was

4  intoxicated, some stranger --

5       HEARING OFFICER LEE:  Uh-hmm.

6       MR. TAGUCHI:  -- that was hanging out at the gas

7  station.  I don't know.  Have you read the statement

8  yet --

9       HEARING OFFICER LEE:  Yeah.

10      MR. TAGUCHI:  -- by Mr. Ha?  Yeah.

11      HEARING OFFICER LEE:  Okay.  We'll do this.  Why

12 don't we reconvene this matter so we can get at least one

13 of these persons who submitted these Declarations to

14 testify (unintelligible) in person.

15      MR. TAGUCHI:  Uh-hmm.  Okay.

16      HEARING OFFICER LEE:  We'll wait for your retesting

17 of the blood.

18      MR. TAGUCHI:  Okay.

19      HEARING OFFICER LEE:  That might be (inaudible) if

20 the blood tests differently.  And then we'll have more --

21 I'd like more time to get Mr. Bhatnagar's testimony.

22      MR. TAGUCHI:  Very good.

23      MR. BHATNAGAR:  May I say something real quick?  I'm

24 sorry.  I just want to --

25      HEARING OFFICER LEE:  Counsel, is that okay?

-52-

1          MR. TAGUCHI:  No.  Will you tell me first?  Can we go

2     off the record.

3          HEARING OFFICER LEE:  Let's go ahead and go off

4     record.  And we'll reschedule this matter in the future.

5          MR. TAGUCHI:  Okay.

6               (Hearing concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                          **October 11, 2006**

2          HEARING OFFICER LEE:  We are now back on the record.

3    Today is now October 11th, 2006.  I'm Mr. Lee.  I'm the

4    Hearing Officer that's been assigned to do this hearing.

5          I have present today now Counsel Kevin Taguchi,

6    Mr. Bhatnagar.

7          MR. BHATNAGAR:  Yes, sir.

8          HEARING OFFICER LEE:  And counsel, you have

9    subpoenaed your witness, Mr. Ha.

10         MR. HA:  Yes.

11         HEARING OFFICER LEE:  We record all our

12   conversations.

13         MR. HA:  Okay.

14         HEARING OFFICER LEE:  Can I have you say your name

15   for the record?

16         MR. HA:  Yes, sir.  My name Richard Ha.

17         HEARING OFFICER LEE:  Do you promise you will tell

18   the truth, the whole truth, and nothing but the truth?

19         MR. HA:  Yes.

20         HEARING OFFICER LEE:  Thank you.  Counsel?

21         MR. TAGUCHI:  All right.  Mr. Ha, where do you work?

22         MR. HA:  I work at the Valero Gas Station in San

23   Ramon.

24         MR. TAGUCHI:  Okay.  And what street is the gas

25   station on?

-54-

1    MR. HA:  I think it's -- what do you mean?  Its main

2  street?

3    MR. TAGUCHI:  What are the streets?  Yes.

4    MR. HA:  Bollinger.

5    MR. TAGUCHI:  Bollinger.  And what is the cross

6  street?

7    MR. HA:  And cross street is -- I think it's

8  (unintelligible).  I forget.

9    MR. TAGUCHI:  Are you a little nervous?

10    MR. HA:  Yeah.

11    MR. TAGUCHI:  If I can show you a picture?  Does

12  this -- do you recognize what's depicted in this photo?

13  This is Bollinger Canyon.

14    MR. HA:  Bollinger Canyon.  And cross street is --

15    MR. TAGUCHI:  Is that Market?

16    MR. HA:  It's (unintelligible).  For this I think --

17    MR. TAGUCHI:  Is that Market?

18    MR. HA:  Market?

19    MR. TAGUCHI:  There's your gas station.

20    MR. HA:  Yeah.

21    MR. TAGUCHI:  Would it help you to look at some

22  photos to refresh your memory?

23    MR. HA:  Market Place.

24    MR. TAGUCHI:  How about this photo?

25    MR. HA:  Market Place.

1      MR. TAGUCHI:  How about this photo?

2      MR. HA:  Yeah, this (unintelligible).  Yeah, this --

3      MR. TAGUCHI:  Bollinger and Market?

4      MR. HA:  Yeah, Market Place.

5      MR. TAGUCHI:  Okay.

6      MR. HA:  I'm sorry.

7      MR. TAGUCHI:  How long have you worked there?

8      MR. HA:  You know, you understand, I'm

9  (unintelligible).  You know, I'm -- I work there about

10  10 -- 10 months.  Ten months.

11      MR. TAGUCHI:  All right.  So it's on the corner of

12  Market Place --

13      MR. HA:  Market Place and Bollinger.

14      MR. TAGUCHI:  -- and Bollinger.  Okay.  I'm going

15  to -- since he used this photograph to make

16  identification, I'm going to just have that marked as --

17      HEARING OFFICER LEE:  Okay.  I think we are on letter

18  I.

19      MR. TAGUCHI:  F.

20      HEARING OFFICER LEE:  I.  Because I -- I got F.

21      MR. TAGUCHI:  Oh, okay.  All right.  That's fine.

22      HEARING OFFICER LEE:  F is the letter from Ms. Laurie

23  Garrison.

24      MR. TAGUCHI:  Yes.  Okay.

25      HEARING OFFICER LEE:  So I.

1          (**Licensee's Exhibit I** marked for identification.)

2          MR. TAGUCHI:  So this is -- so showing you what is

3     marked as A, this is Bollinger Canyon.  It's a big

4     street.

5          MR. HA:  So Market Place.

6          MR. TAGUCHI:  Yes.  And this is Market Place.

7          MR. HA:  It's the gas station right there.

8          MR. TAGUCHI:  And what are the -- you say you work

9     graveyard.  What are the hours of your graveyard?

10         MR. HA:  I work from ten o'clock until 7:00.

11         MR. TAGUCHI:  Ten o'clock p.m. 'til 7:00 a.m.?

12         MR. HA:  Ten p.m. to 7:00 a.m.

13         MR. TAGUCHI:  Okay.  So did you work last night?

14         MR. HA:  Yeah, I worked last night.

15         MR. TAGUCHI:  All right.

16         MR. HA:  Worked last night.

17         MR. TAGUCHI:  So showing you the person that's

18    sitting to my right, do you recognize him?

19         MR. HA:  Yeah.

20         MR. TAGUCHI:  Okay.  And how do you recognize him?

21         MR. HA:  Because I remember that he -- he -- he

22    took -- came there about one -- one o'clock or twelve

23    o'clock, something like that.

24         MR. TAGUCHI:  Did you see him there at your gas

25    station about May 20th of this year at about one o'clock

-57-

 1   in the morning?

 2        MR. HA:  Yeah.

 3        MR. TAGUCHI:  Okay.  When you first -- and what were

 4   you doing at the time when you first saw him?  What were

 5   you doing?

 6        MR. HA:  What -- what I'm doing?

 7        MR. TAGUCHI:  Yes.

 8        MR. HA:  I check -- I check -- on the way to the

 9   restroom.

10        MR. TAGUCHI:  Okay.  What is your -- is English your

11   second language?

12        MR. HA:  My second language.

13        MR. TAGUCHI:  Okay.  What's your first language?

14        MR. HA:  Cantonese.

15        MR. TAGUCHI:  Okay.  Do you understand everything I'm

16   saying so far?

17        MR. HA:  I understand, yeah.  I understand.

18        MR. TAGUCHI:  Okay.  And what do -- what is your job

19   description at the gas station?

20        MR. HA:  Cashier.

21        MR. TAGUCHI:  You're the cashier?

22        MR. HA:  Yeah.  Yeah.

23        MR. TAGUCHI:  Okay.  And so when you first saw -- I'm

24   going to -- his name is Abhinav.

25        MR. HA:  Yeah.

1      MR. TAGUCHI:  I'm going to refer to him as Abhi.

2      MR. HA:  Yeah.

3      MR. TAGUCHI:  When you first saw Abhi, where did --

4  where -- you said you were going to the restroom?

5      MR. HA:  Yeah.

6      MR. TAGUCHI:  Okay.  And where was he?

7      MR. HA:  He -- he go to the -- on the way to the --

8  the last -- the cashier.

9      MR. TAGUCHI:  He was on his way to the cashier?

10     MR. HA:  Yeah.  To pay the -- the gas.

11     MR. TAGUCHI:  Okay.

12     MR. HA:  Yeah.

13     MR. TAGUCHI:  And did you see his car?

14     MR. HA:  Yeah.  I see --

15     MR. TAGUCHI:  Where was his car parked?

16     MR. HA:  I saw his car parked on the station number

17  two.

18     MR. TAGUCHI:  Okay.  Showing you in C --

19     MR. HA:  So I saw his car parked right here.  Right

20  here.  So behind number one.  So number two right here?

21     MR. TAGUCHI:  Where that -- we're referring to

22  **Exhibit No. C --**

23     MR. HA:  Yeah.  Yeah.

24     MR. TAGUCHI:  -- where the -- the car depicted in the

25  photograph is?

-59-

1     MR. HA:  Yeah.  Yeah.

2     MR. TAGUCHI:  So he was there.

3     MR. HA:  (Inaudible.)

4     MR. TAGUCHI:  Okay.  Where's the cashier, where you

5 usually were?

6     MR. HA:  The cashier is usually here.

7     MR. TAGUCHI:  Okay.  Can you point out to Mr. Lee

8 where it is?

9     MR. HA:  Yeah.  The cashier right behind over here.

10     HEARING OFFICER LEE:  Uh-hmm.

11     MR. HA:  And this is the restroom.  Actually, I'm not

12 go to the restroom, but I go to check the restroom.

13 Because somebody complained, I go check the restroom.

14     HEARING OFFICER LEE:  Okay.

15     MR. TAGUCHI:  Okay.  So you're going to check the

16 restroom?

17     MR. HA:  Yeah, check the restroom.

18     MR. TAGUCHI:  Okay.  So you were --

19     MR. HA:  Because restroom, sometime it doesn't --

20 it's open, but sometime somebody, you know, lock it.  So

21 somebody -- someone out to the restroom.

22     MR. TAGUCHI:  Uh-hmm.

23     MR. HA:  So they cannot open it and then they need

24 the key, so I need to open, yeah.

25     MR. TAGUCHI:  Okay.  So did you see him pull up to

1  the gas station, Mr. Abhi?  Did you see him pull up

2  there, or did you see him park there?

3      MR. HA:   No.   I just -- I just saw him park over -- I

4  saw him park here, and I saw him go -- go to -- to the

5  cashier.

6      MR. TAGUCHI:  Did you see him get out of his car?

7      MR. HA:  No.

8      MR. TAGUCHI:  Okay.  So when you first saw him his

9  car was already parked?

10     MR. HA:  Yeah.

11     MR. TAGUCHI:  And he was on his way to the cashier?

12     MR. HA:  Yeah.

13     MR. TAGUCHI:  Okay.  How many feet away was his car

14 to the cashier?  Doesn't look that very -- doesn't look

15 far.

16     MR. HA:  Not that far.  It's from -- like from her to

17 there.

18     MR. TAGUCHI:  Let's say what?

19     MR. HA:  Like from this -- this one --

20     MR. TAGUCHI:  This wall to this wall?

21     MR. HA:  -- (inaudible).  Yeah, from here to here

22 (inaudible).

23     MR. TAGUCHI:  About 20 feet?

24     MR. HA:  (Inaudible.)  Twenty, 25, something.

25     HEARING OFFICER LEE:  Twenty-five?

-61-

1          MR. HA:  (Inaudible.)

2          MR. TAGUCHI:  Was there any police cars behind him

3    when you first saw him?

4          MR. HA:  No, I didn't see any police car.

5          MR. TAGUCHI:  Was there any police car in front of

6    him when you first saw him?

7          MR. HA:  I think the police car --

8          MR. TAGUCHI:  When you first saw him.

9          MR. HA:  I didn't saw the police --

10          MR. TAGUCHI:  You didn't see any police car?

11          MR. HA:  No.

12          MR. TAGUCHI:  Okay.  So there was no -- so when you

13    first saw him he was parked there walking towards the

14    gas -- walking towards the cashier and there was no

15    police cars?

16          MR. HA:  No.

17          MR. TAGUCHI:  Okay.  And then what did you see Abhi

18    do after you first saw him walking toward the cashier?

19          MR. HA:  After?

20          MR. TAGUCHI:  Yes.

21          MR. HA:  I think that he talk with some lady.

22          MR. TAGUCHI:  Okay.

23          MR. HA:  Some girl -- some -- because the -- the

24    girls were there before he --

25          MR. TAGUCHI:  The girl was there before?

1      MR. HA:  And she -- and she asked me for a cigarette,

2    if I'm cashier.  But I don't have the money.  And that I

3    think she went out.  And that I -- I heard her.

4      MR. TAGUCHI:  Okay.  So before --

5      MR. HA:  He ask -- he ask -- she ask me for money for

6    cigarette.

7      MR. TAGUCHI:  Okay.  So before you saw Abhi, this

8    girl who was drunk --

9      MR. HA:  Came before --

10      MR. TAGUCHI:  -- came up to you?

11      MR. HA:  No.  Came before Abhi.

12      MR. TAGUCHI:  Oh, came before Abhi and asked you

13    for -- for money for cigarettes.  And you didn't get --

14    and you -- is that correct?

15      MR. HA:  I say I can't because I don't have money.

16      MR. TAGUCHI:  Okay.

17      MR. HA:  So --

18      MR. TAGUCHI:  And then -- then when you saw Abhi

19    going to the cashier --

20      MR. HA:  Uh-hmm.

21      MR. TAGUCHI:  -- that same drunk woman --

22      MR. HA:  Yeah.

23      MR. TAGUCHI:  -- came -- came up to him and asked him

24    for money?

25      MR. HA:  Yeah.

-63-

1       MR. TAGUCHI:  Did you hear that?

2       MR. HA:  I hear that.

3       MR. TAGUCHI:  Okay.  And then what did Abhi say when

4   this drunk woman asked him for money?

5       MR. HA:  I -- I heard it.  He said he -- he

6   doesn't -- he didn't have money.

7       MR. TAGUCHI:  Okay.  And when he was talking, or when

8   this -- what did this girl look like?

9       MR. HA:  Like one girl, right?  One girl.

10      MR. TAGUCHI:  Okay.  And was she young?

11      MR. HA:  She's about 20; 22, 20.

12      MR. TAGUCHI:  Okay.

13      MR. HA:  From 20 to 22.

14      MR. TAGUCHI:  Okay.

15      MR. HA:  Something like that.

16      MR. TAGUCHI:  And she was noticeably drunk?

17      MR. HA:  Yeah, she got drunk.

18      MR. TAGUCHI:  Okay.

19      MR. HA:  She got drunk.

20      MR. TAGUCHI:  Did you notice -- did you see -- did

21  you notice if -- whether Abhi was drunk or not?

22      MR. HA:  Be honest, I don't think he look bad.

23      MR. TAGUCHI:  He looked okay?

24      MR. HA:  (Inaudible.)

25      MR. TAGUCHI:  Okay.  So when he -- when the girl was

1  talking to Abhi asking him for money for cigarettes, was

2  there any police there then?

3       MR. HA:  Yeah.  At that time I saw the police.

4  Because -- yeah, I saw the police there.  I saw one --

5  only one police --

6       MR. TAGUCHI:  One -- one police?

7       MR. HA:  -- parked there in front by the -- the

8  operator sign.  I mean, you know, parked right here.

9       MR. TAGUCHI:  Okay.

10      MR. HA:  So --

11      MR. TAGUCHI:  So when you first saw --

12      MR. HA:  -- his car right here.

13      MR. TAGUCHI:  Yeah.

14      MR. HA:  His car parked -- parked right here, the

15  other side.  I mean the -- the number two.  Number two is

16  on this side.  The police car right here, number --

17  number three.  In front of the operator sign, yeah.  I

18  mean right here.

19      MR. TAGUCHI:  So was -- now, looking at this photo on

20  **Exhibit C,** was he in -- was he in the same driveway as

21  Abhi, or was he on the other driveway?

22      MR. HA:  The other driveway.

23      MR. TAGUCHI:  The other driveway?

24      MR. HA:  The other driveway.

25      MR. TAGUCHI:  And parked the other direct -- and

1  parked the opposite direction?

2      MR. HA:  Yeah.

3      MR. TAGUCHI:  Okay.  Did he have his red lights on?

4      MR. HA:  No, I don't think.

5      MR. TAGUCHI:  No.  Okay.

6      MR. HA:  I don't -- I don't -- I -- actually, I don't

7  pay attention, but I don't --

8      MR. TAGUCHI:  But he didn't have the twirling --

9      MR. HA:  No, no.

10     MR. TAGUCHI:  -- lights on or no --

11     MR. HA:  No, no.

12     MR. TAGUCHI:  -- red stop sign?

13     MR. HA:  No, no.

14     MR. TAGUCHI:  Okay.  And Abhi was already out of the

15 car?

16     MR. HA:  Yeah.

17     MR. TAGUCHI:  Okay.  So did it look like to you that

18 the police officer followed Abhi into the -- in your

19 opinion, did it look like the police officer followed

20 Abhi into the gas station?

21     MR. HA:  I don't think so.  Because the police, they

22 come there very often, too.

23     MR. TAGUCHI:  The police come there often?

24     MR. HA:  There's a bar over there.

25     MR. TAGUCHI:  Okay.  Like how often do they come on a

1  Saturday night when you work there?

2       MR. HA:  It's every half hour.  But police around

3  there.

4       MR. TAGUCHI:  Yeah.

5       MR. HA:  Police around there and they have --

6       MR. TAGUCHI:  So it's very common that --

7       MR. HA:  Very common, yeah.

8       MR. TAGUCHI:  -- the police go to your gas station --

9       MR. HA:  Yeah.

10      MR. TAGUCHI:  -- every half hour on a Saturday night?

11      MR. HA:  No, not every half hour.  I mean but they

12  come around --

13      MR. TAGUCHI:  They come around there?

14      MR. HA:  -- around (inaudible).

15      MR. TAGUCHI:  Okay.

16      MR. HA:  Yeah.

17      MR. TAGUCHI:  When you saw the police officer pull

18  up, Abhi was already out of the car.

19      MR. HA:  Yeah.

20      MR. TAGUCHI:  The officer didn't pull in -- in back

21  of him, and he had no red lights on.  What did you see

22  next?

23      MR. HA:  Oh, I think it's -- I think it's he ask --

24  he ask (unintelligible) you been -- been drinking,

25  something like that.

1    MR. TAGUCHI:  He asked Abhi whether or not he's been

2    drinking?

3    MR. HA:  Yeah.

4    MR. TAGUCHI:  When Abhi was already out of the car?

5    MR. HA:  Yeah.

6    MR. TAGUCHI:  Did he -- did he first approach Abhi

7    when Abhi was behind the wheel of his car, or was he

8    already out of the car?

9    MR. HA:  Out of the car.

10    MR. TAGUCHI:  He was out of the car.

11    MR. HA:  Uh-hmm.

12    MR. TAGUCHI:  Where were you standing when you saw

13    the police officer pull up --

14    MR. HA:  I --

15    MR. TAGUCHI:  -- and ask Abhi whether or not he was

16    drinking?

17    MR. HA:  I -- I stay outside right here.  I standing

18    right here.

19    MR. TAGUCHI:  Near the cash register booth?

20    MR. HA:  Yeah.  Outside.

21    MR. TAGUCHI:  Out -- you were outside as well?

22    MR. HA:  I was outside, yeah.

23    MR. TAGUCHI:  Okay.

24    MR. HA:  Because I saw the police car out and I stay

25    outside.

-68-

1    MR. TAGUCHI:  Oh, I see.

2    MR. HA:  I see -- I saw something going on

3    (inaudible).

4    MR. TAGUCHI:  How long was Abhi there when you first

5    saw him park before the police officer even pulled up?

6    Was it seconds or minutes?

7    MR. HA:  You mean --

8    MR. TAGUCHI:  How long?  How long was he parked there

9    before you saw the police pull up?

10    MR. HA:  No.  I think that he park here, and police

11    come after.

12    MR. TAGUCHI:  Okay.  When the -- how much after?  How

13    long after?

14    MR. HA:  I don't -- I don't remember exactly, but --

15    MR. TAGUCHI:  What's your best estimate in minutes or

16    seconds?

17    MR. HA:  Three minutes or two minutes, something like

18    that.

19    MR. TAGUCHI:  Two to three minutes?

20    MR. HA:  Yeah.  I -- I actually -- yes.

21    MR. TAGUCHI:  That's your best estimate?

22    MR. HA:  Yeah.

23    MR. TAGUCHI:  Okay.  After you -- after Abhi said --

24    told -- after the officer asked Abhi he was drinking,

25    what did Abhi say?

-69-

1      MR. HA:  I think he said yeah.  I heard he said yeah,
2   I think.
3      MR. TAGUCHI:  Okay.  And then what happened next?
4      MR. HA:  I think the police make the physical test,
5   walk.
6      MR. TAGUCHI:  Walk the line?
7      MR. HA:  Walk line.
8      MR. TAGUCHI:  And then how did you -- did you watch
9   Abhi do --
10     MR. HA:  Yeah.
11     MR. TAGUCHI:  -- the walk the line?
12     MR. HA:  I did.
13     MR. TAGUCHI:  Did it look like he was under the
14  influence to you when he was walking the line?
15     MR. HA:  He walked okay.
16     MR. TAGUCHI:  He walked fine?  What other test did
17  you see the police officer give him?
18     MR. HA:  Blow test.  He did some -- some blow test.
19     MR. TAGUCHI:  A blow test?
20     MR. HA:  Uh-hmm.
21     MR. TAGUCHI:  What other test did you see other than
22  the walk the line and the blow test --
23     MR. HA:  That's it.
24     MR. TAGUCHI:  -- if you remember?
25     MR. HA:  And then after that then I think that he

1 | have handcuff.

2 |     MR. TAGUCHI:  Then he handcuffed him?

3 |     MR. HA:  Handcuff, yeah, and put in the car and

4 | (inaudible).  That's it.

5 |     MR. TAGUCHI:  Okay.  Had Abhi paid for some gas

6 | before the police officer pulled up or no?

7 |     MR. HA:  I don't think so.

8 |     MR. TAGUCHI:  Okay.

9 |     MR. HA:  He -- he went there and then the girl --

10 |     MR. TAGUCHI:  He talked to the girl?

11 |     MR. HA:  -- talk to the girl there, and then he go

12 | out and --

13 |     MR. TAGUCHI:  And then the police officer came?

14 |     MR. HA:  Yeah.

15 |     MR. TAGUCHI:  Okay.  And then had he recently come to

16 | you -- well, strike that.

17 |     Okay.  I have no further questions.

18 |     HEARING OFFICER LEE:  Thank you.  Mr. Ha, when did

19 | you talk to Abhi?

20 |     MR. HA:  When?

21 |     HEARING OFFICER LEE:  Yeah.

22 |     MR. TAGUCHI:  Objection.  Vague as to time.

23 |     HEARING OFFICER LEE:  Did you talk to Mr. Abhi on

24 | May 20th, 2006, at one o'clock in the morning?

25 |     MR. HA:  I -- I think it after.  You mean like aft --

1  after the --

2      HEARING OFFICER LEE:  When did you first talk to him?

3      MR. HA:  Talk -- talk to him?

4      HEARING OFFICER LEE:  Yeah.  Did you talk to

5  Mr. Abhi?

6      MR. HA:  Before -- before the accident?

7      HEARING OFFICER LEE:  Accident?

8      MR. HA:  You mean before or after?  After -- after

9  he -- he said that he yesterday, last night the police

10 put him in jail.  They release him.  And he come.  He ask

11 me for a witness.  But I -- I say I -- okay.  Yes, that

12 okay.  I -- I can see whatever, you know, I see.

13     HEARING OFFICER LEE:  Okay.  So on this day when you

14 see all this happening --

15     MR. HA:  Uh-huh.

16     HEARING OFFICER LEE:  -- you didn't talk to Mr. Abhi?

17     MR. HA:  No.  I don't know him.

18     HEARING OFFICER LEE:  Okay.

19     MR. HA:  I don't know him.

20     HEARING OFFICER LEE:  Did you talk to the police

21 officer?

22     MR. HA:  No.  No.

23     HEARING OFFICER LEE:  You didn't talk to any police

24 officer or Mr. Abhi?

25     MR. HA:  No.

-72-

1      HEARING OFFICER LEE:  Okay.  But you did talk to the
2  girl, though?
3      MR. HA:  Oh, the girl ask me for money.
4      HEARING OFFICER LEE:  Okay.
5      MR. HA:  She want --
6      HEARING OFFICER LEE:  So that's the only person you
7  talked to?
8      MR. HA:  Yeah.  Yeah.
9      HEARING OFFICER LEE:  Okay.  Thank you, sir.
10      MR. HA:  You're welcome.
11      HEARING OFFICER LEE:  Any follow-up?
12      MR. TAGUCHI:  No, no follow-up.
13      HEARING OFFICER LEE:  Thank you, counsel.  Is it okay
14  to excuse Mr. Ha so he can get some rest?
15      MR. TAGUCHI:  It is.
16      HEARING OFFICER LEE:  Thank you, Mr. Ha.
17      MR. HA:  You're welcome.
18      HEARING OFFICER LEE:  You have a nice rest.
19      MR. HA:  Yeah.  This is my first time, but it's okay.
20      HEARING OFFICER LEE:  Okay.  You don't have to say no
21  more.
22      MR. TAGUCHI:  You can wait -- you can wait outside.
23  Thank you very much --
24      MR. HA:  No problem.
25      MR. TAGUCHI:  -- Mr. Ha.

1       MR. HA:  Okay.

2       HEARING OFFICER LEE:  Counsel, are we going to call

3  your next witness by phone?

4       MR. TAGUCHI:  Yes.

5       HEARING OFFICER LEE:  Which one do you recommend?

6       MR. TAGUCHI:  Laurie Garrison.

7       HEARING OFFICER LEE:  The number indicated is

8  415-233-3610?

9       MR. TAGUCHI:  Yes.  Is that correct?

10       MR. BHATNAGAR:  Yes.

11       MR. TAGUCHI:  Okay.

12            (Dialing phone.  Phone ringing.)

13       MS. GARRISON:  Hello?

14       HEARING OFFICER LEE:  Hi.  This is Leland Lee calling

15  from the Department of Motor Vehicles.

16       MS. GARRISON:  Hi.

17       HEARING OFFICER LEE:  Hi.  I'm trying to contact

18  Laurie Garrison.

19       MS. GARRISON:  Yes, this is Laurie Garrison.

20       HEARING OFFICER LEE:  Hi, Ms. Garrison.  We're on

21  speaker phone because we're recording our conversation.

22       MS. GARRISON:  Okay.  I understand.

23       HEARING OFFICER LEE:  I have Attorney Taguchi and

24  Mr. Bhari [sic]?

25       MR. TAGUCHI:  Bhatnagar.

-74-

1       HEARING OFFICER LEE:  Bhatnagar here also.

2       MS. GARRISON:  Hello?

3       HEARING OFFICER LEE:  I'm here.  Can you still hear

4    me?

5       MS. GARRISON:  Yes, I can hear you.

6       HEARING OFFICER LEE:  Okay.  I have Attorney Taguchi

7    and Mr. Bhatnagar here, too.

8       MR. TAGUCHI:  We're all here.

9       MS. GARRISON:  Okay.  I'm just saying hi.

10       HEARING OFFICER LEE:  Hi.

11       MS. GARRISON:  I'm aware of their presence, too.

12       HEARING OFFICER LEE:  Okay.  Do you promise you will

13    tell the truth, the whole truth, and nothing but the

14    truth?

15       MS. GARRISON:  Yes, I do.

16       HEARING OFFICER LEE:  Thank you.  Counsel?

17       MS. GARRISON:  You're welcome.

18       MR. TAGUCHI:  Good morning, Ms. Garrison.

19    Ms. Garrison, what do you do for a living?

20       MS. GARRISON:  Can you repeat that, please?

21       MR. TAGUCHI:  What do you do for a living?  What do

22    you do for work?

23       MS. GARRISON:  Oh, associate architect.  I am a

24    reserve, Air Force Reserve.

25       MR. TAGUCHI:  How long have you been in the Air For

1   Reserves?

2        MS. GARRISON:  Eighteen years.

3        MR. TAGUCHI:  How long have you been an associate

4   architect?

5        MS. GARRISON:  Three years.

6        MR. TAGUCHI:  And what city do you live in?

7        MS. GARRISON:  San Anselmo.

8        MR. TAGUCHI:  And how old are you, approximately?  I

9   know it's not police to ask a woman.

10       MS. GARRISON:  Forty-six.

11       MR. TAGUCHI:  And do you --

12       MS. GARRISON:  Is that funny?

13       MR. TAGUCHI:  No, no.

14       MS. GARRISON:  Okay.

15       MR. TAGUCHI:  It's just I know it's not -- it's not

16   polite to ask a woman how old she is.

17       MS. GARRISON:  Oh.

18       MR. TAGUCHI:  But usually in this --

19       MS. GARRISON:  Well, in this case I'll make an

20   exception.

21       MR. TAGUCHI:  Yeah.  Thank you.  How long have you

22   known Abhi Bhatnagar?

23       MS. GARRISON:  About three years.  A little more.

24       MR. TAGUCHI:  And what's the nature of your

25   relationship with him?

-76-

1      MS. GARRISON:  We're friends.  Good friends.

2      MR. TAGUCHI:  Okay.  And then turning your attention

3  to May 20th of this year when Abhi was arrested, did you

4  have any contact with him that evening?

5      MS. GARRISON:  Yes, I did.

6      MR. TAGUCHI:  And what -- how did you contact -- or

7  how did you contact each other, or who contacted who?

8      MS. GARRISON:  I contacted him about 11:00 that

9  evening, and then he said he would call back, and he

10  didn't.  I tried to call him, and it sounded like he

11  was -- he was getting arrested.  Or -- or then he called

12  me back later and then told me that he was taking like a

13  test.

14      HEARING OFFICER LEE:  Counsel, let me interrupt.

15      MS. GARRISON:  And we got cut off.

16      HEARING OFFICER LEE:  Ms. Garrison, let me cut you

17  off first.

18          (Off the record.)

19      HEARING OFFICER LEE:  Okay.  We're back on record.

20  Ms. Garrison, you may continue.

21      MS. GARRISON:  Yes.

22      MR. TAGUCHI:  All right.  So he -- he said he'd call

23  you at 11:00.  No.  You talked to him at 11:00.  He said

24  he would call you back.  You then testified that he never

25  called you back, so then you were worried and you called

1  him?

2      MS. GARRISON:  Well, I wondered what happened,

3  because he usually calls back.  And that -- and it

4  sounded like -- he said he was getting confronted by an

5  officer to take a breath test or something or --

6      MR. TAGUCHI:  Did he tell you where he was at the

7  time when he said he was taking a breath test?

8      MS. GARRISON:  Well, the breath test, it sounded like

9  he was getting taken away later, but he was -- at the

10 time he called back it sounded like he walked the line

11 and -- and -- I don't know if that's what it was exactly.

12 But he said he did really well.  And then it sounded like

13 he was being taken to is it Martinez?

14     MR. TAGUCHI:  Okay.  Did you -- how many times did

15 you speak to him that evening?

16     MS. GARRISON:  Like twice when I called, and then a

17 third time when he called back, and that was about two

18 o'clock.

19     MR. TAGUCHI:  And what did you -- were you on -- what

20 did you use to talk to him with?  What I mean by that is

21 like a cell phone --

22     MS. GARRISON:  Oh, yes.

23     MR. TAGUCHI:  -- a land line or --

24     MS. GARRISON:  My cell phone.  That's the only

25 number.  This number that you're calling right now.

1   MR. TAGUCHI:  Okay.  And how did he call you, if you

2   know?

3   MS. GARRISON:  With his cell phone.

4   MR. TAGUCHI:  Okay.  When he talked to you -- so,

5   again, after he was taken to Martinez, what -- what was

6   first said?

7   MS. GARRISON:  I don't know if he -- hmm.

8   MR. TAGUCHI:  You said --

9   MS. GARRISON:  Oh, we --

10  MR. TAGUCHI:  You said Abhi called you around the

11  early morning hours of that -- of that day, about two

12  o'clock; is that correct?

13  MS. GARRISON:  Yeah, it was 2:00 in the morning.

14  MR. TAGUCHI:  And then how did he sound like?

15  MR. BHATNAGAR:  She's at work.

16  MS. GARRISON:  Can I -- can I get my statement?

17  Would you mind?

18  MR. TAGUCHI:  No.  Yeah.  I don't mind at all.

19  MS. GARRISON:  Okay.  Thanks.  Hold on.

20      (Pause on the record.)

21  MS. GARRISON:  Okay.  I'm back.  Well, I was -- when

22  he -- I think when he was at the station.  It's kind of

23  been awhile.  But -- but I asked how he got in that

24  situation.

25  MR. TAGUCHI:  What did he say?

-79-

1          MS. GARRISON:  It sounded like he said there was

2    something wrong with his eye and it was red and his

3    contact was hurting him.  And then he said something

4    about, let's see, like he was -- sorry.  I'm at work

5    right now.  It's kind of distracting.  Well, I could hear

6    in the background this officer making a lot of

7    comments --

8          MR. TAGUCHI:  What comments were --

9          MS. GARRISON:  -- because it got (inaudible).

10         MR. TAGUCHI:  What comments did --

11         MS. GARRISON:  (Inaudible.)

12         MR. TAGUCHI:  What comments stuck out in your mind

13   that you heard him saying?

14         MS. GARRISON:  Well, especially when we got -- when

15   we got cut off and like I was asking him -- I really

16   wanted to know if I could help him or -- or come over or,

17   you know -- but I was just hearing a lot of stuff in the

18   background and -- and getting distracted by things like

19   take it easy and -- and talking -- this officer was

20   talking about Asian people taking jobs, and was getting

21   pretty upset.

22         And -- and I wanted to know if -- if he was being

23   arrested or whatever.  And -- and I could -- the last

24   thing I heard was that like the phone was being taken

25   away, or he could -- or it was just that, "We're leaving

1  now and get in -- just get off the phone you terrorist."
2  I was like, god, what, what, you know.  And he hung up
3  the phone and that was the last I heard.

4      MR. TAGUCHI:  What -- what was the tone of voice that
5  the officer used that you heard when he said, "We're
6  leaving now and" --

7      MS. GARRISON:  Well, I thought it was pretty violent.
8  He just -- it was kind of like a tone that I -- it was
9  making me really upset that he was -- I don't know what
10 was happening to him.  Like I just thought it was pretty
11 brutal and very abusive.

12     MR. TAGUCHI:  So you heard what sounded like an --
13 how did you know it was an officer?

14     MS. GARRISON:  I think it sounded like he was the
15 only one -- the only other person around that area.  I --
16 I couldn't tell if he was talking to someone else on a
17 police line or just talking to Abhi.

18     MR. TAGUCHI:  So you heard the officer saying that
19 about the Asians taking jobs --

20     MS. GARRISON:  Yeah.  And --

21     MR. TAGUCHI:  -- here and --

22     MS. GARRISON:  Yeah.  And "Get off the phone, you
23 terrorist."

24     MR. TAGUCHI:  And he called him a terrorist?

25     MS. GARRISON:  Yeah.

1          MR. TAGUCHI:  Okay.  All right.  I have nothing
2    further.

3          HEARING OFFICER LEE:  Thank you, counsel.

4          MS. GARRISON:  It was very inappropriate.  Especially
5    if I'm a reservist, I have to say something about that.
6    I think that's -- that's just scary if a police officer
7    is doing that.

8          HEARING OFFICER LEE:  Ms. Garrison, so you don't know
9    whether -- who said that or not?

10         MS. GARRISON:  Well, I could tell -- I thought it was
11   the officer, the only other person around.

12         HEARING OFFICER LEE:  You -- you --

13         MS. GARRISON:  That's the only other person I heard
14   talking.

15         HEARING OFFICER LEE:  Okay.  This happened at a gas
16   station, though.

17         MR. TAGUCHI:  No, no, no.  That's not what she
18   testified to.

19         MS. GARRISON:  No.  I think that's when he was at --
20   at the --

21         HEARING OFFICER LEE:  Oh, so you're --

22         MS. GARRISON:  Yeah.  In Martinez or --

23         HEARING OFFICER LEE:  Oh, this was at the detention
24   facility?

25         MS. GARRISON:  When they go to the station, yeah.

1        HEARING OFFICER LEE:  Oh.  And why did you say it was

2  a detention facility?

3        MS. GARRISON:  Well, I believe he was being arrested.

4        HEARING OFFICER LEE:  Do you know why he was

5  arrested?

6        MS. GARRISON:  It was something to do with a DUI or

7  making an alleged right turn.

8        HEARING OFFICER LEE:  Okay.  And you say you known

9  Mr. Bhatnagar for -- you call him Abhi for short, right?

10  For --

11        MS. GARRISON:  It was a U-turn, right turn.  Yes,

12  Abhi.

13        HEARING OFFICER LEE:  Okay.  You known him for about

14  three years?

15        MS. GARRISON:  Yes.

16        HEARING OFFICER LEE:  During these three years have

17  you seen Mr. Abhi consume any alcoholic beverages?

18        MR. TAGUCHI:  That's not relevant.

19        MS. GARRISON:  No, no.

20        HEARING OFFICER LEE:  It's in her statement.

21        MS. GARRISON:  No, not at all.  I'm very surprised

22  that this was -- this was happening to him and still is

23  happening to him.

24        HEARING OFFICER LEE:  But in your statement you say

25  you saw him drink at -- at most three times.

1    MS. GARRISON:  Three times in my presence and --

2    HEARING OFFICER LEE:  So have you seen him drink

3  alcoholic beverages in your presence, yes or no?

4    MS. GARRISON:  Oh, yes.  Yes.  But not -- you know,

5  not excessively.  Maybe one ounce.  And he's not one to

6  drink.

7    HEARING OFFICER LEE:  When you say he's not one to

8  drink, that mean he's not one to drink alcoholic

9  beverages?

10    MS. GARRISON:  Just like maybe one ounce.  I've never

11  seen him drink more than one ounce.

12    HEARING OFFICER LEE:  Okay.

13    MS. GARRISON:  In all of our conversations he's never

14  talked about it.  He's always is very refined and -- and

15  not -- not expressed any interest in it.

16    HEARING OFFICER LEE:  Okay.  I thank you.  Counsel?

17    MS. GARRISON:  You're welcome.

18    MR. TAGUCHI:  Ms. Garrison, when you were talking to

19  Abhi, did it sound like he was under the influence of any

20  alcoholic beverage when you were talking to him any time

21  that evening?

22    MS. GARRISON:  No, it didn't sound like he was drunk,

23  but it sounded -- it was just late.  He was tired maybe,

24  but not -- not slurring his speech for sure.

25    MR. TAGUCHI:  So you -- so he wasn't slurring his

 1 | speech?

 2 |     MS. GARRISON:  No.

 3 |     MR. TAGUCHI:  Okay.  I have nothing further.

 4 |     HEARING OFFICER LEE:  Ms. -- Ms. Garrison, how --

 5 | what does a person who's tired sound like?

 6 |     MS. GARRISON:  Oh, just like he needed some sleep.

 7 | That's it.

 8 |     HEARING OFFICER LEE:  How can -- what --

 9 |     MS. GARRISON:  I think that's pretty usual for 2:00

10 | in the morning.

11 |     HEARING OFFICER LEE:  Yeah.  But what -- what clues

12 | lead you in to believe that he was tired and needed some

13 | sleep?  I mean how does that sound?  How does one sound

14 | like that?

15 |     MS. GARRISON:  Oh, that's -- that's what he sounds

16 | like when he's -- when he talks to me at 1:00 or 2:00 in

17 | the morning.  But that's not often either, so --

18 |     HEARING OFFICER LEE:  Yeah.  Can you describe that --

19 | that sound, that -- that -- that indication that would

20 | lead you to believe he's sleepy?

21 |     MS. GARRISON:  Kind of yawn.  That's about it.

22 |     HEARING OFFICER LEE:  So he was yawning throughout

23 | the conversation with you?

24 |     MS. GARRISON:  Not really, but -- no, he wasn't

25 | yawning.  Just kind of --

1    HEARING OFFICER LEE:  But he sounded like he was
2  yawning?
3    MS. GARRISON:  No, not yawning, but, you know, just
4  like --
5    HEARING OFFICER LEE:  I understand.  Thank you,
6  Ms. Garrison.  Counsel?
7    MR. TAGUCHI:  No, nothing.  Nothing further.  Thank
8  you very much.
9    HEARING OFFICER LEE:  Thank you.
10    MS. GARRISON:  (Inaudible) very, very loud around my
11  work sometimes.
12    HEARING OFFICER LEE:  I understand.  Thank you for
13  your time and taking time off and testifying.  You're
14  free --
15    MS. GARRISON:  Oh, you're welcome.
16    HEARING OFFICER LEE:  You're free to go now.
17    MS. GARRISON:  Okay.  All right.  Thanks for calling.
18    HEARING OFFICER LEE:  You're welcome.
19    MS. GARRISON:  Okay.  Bye.
20    HEARING OFFICER LEE:  Bye.  Okay.  Counsel?
21    MR. TAGUCHI:  Ken Mark, 757-7152.
22    HEARING OFFICER LEE:  Area code 510?
23    MR. TAGUCHI:  Yes.
24    HEARING OFFICER LEE:  Seven?
25    MR. TAGUCHI:  Five seven.

1          HEARING OFFICER LEE:  Five seven.

2          MR. TAGUCHI:  Seven one five two.

3          HEARING OFFICER LEE:  Seven one five two.

4               (Dialing phone.  Phone ringing.)

5          PHONE RECORDING:  The number or code you dialed is

6     incorrect.  Please check the number or code and try

7     again.

8          HEARING OFFICER LEE:  All right.  All right.  Seven

9     five seven.

10         MR. TAGUCHI:  757-7152.

11         HEARING OFFICER LEE:  Seven one five two.

12         MR. BHATNAGAR:  Five three.

13         MR. TAGUCHI:  Seven five three.  Sorry.

14         HEARING OFFICER LEE:  757-7153.

15              (Dialing phone.  Phone ringing.)

16         HEARING OFFICER LEE:  Ken Mark?

17         MR. TAGUCHI:  No.  I didn't --

18         HEARING OFFICER LEE:  Yeah.

19         MR. BHATNAGAR:  Ken Mark.

20         MR. MARK:  Hello?

21         HEARING OFFICER LEE:  Hi.  This is the Department of

22    Motor Vehicles, Oakland Driver Safety Office, calling for

23    Mr. Ken Mark.

24         MR. MARK:  Yeah.  Speaking.

25         HEARING OFFICER LEE:  Hi, Mr. Mark.  We're recording

                              -87-

1   our conversation.  That's why we're on speaker phone.

2         MR. MARK:  Yes.

3         HEARING OFFICER LEE:  I have Attorney Taguchi and

4   Mr. Bhatnagar here.

5         MR. MARK:  Yes.

6         HEARING OFFICER LEE:  Do you promise you will tell

7   the truth, the whole truth and nothing but the truth?

8         MR. MARK:  I do.

9         HEARING OFFICER LEE:  Okay.  Can I have you state

10  your name for the record?

11        MR. MARK:  Yeah.  It's Kenneth Mark.

12        HEARING OFFICER LEE:  And counsel, do you want to

13  give a brief voir dire?

14        MR. TAGUCHI:  Sure.  Mr. Mark, what do you do for a

15  living, sir?

16        MR. MARK:  I'm a forensic toxicologist.  I own and

17  operate Bay Area Forensic Laboratory in Hayward.

18        MR. TAGUCHI:  And how long have you owned and

19  operated Bay Area Forensic Lab?

20        MR. MARK:  Approximately what, 16, 17 years.  Since

21  1989.

22        MR. TAGUCHI:  What is your education in regards to

23  forensic science?

24        MR. MARK:  I have a bachelors degree in chemistry

25  from University of California.  I have completed a one-

1  week course as a forensic alcohol supervisor.  The course
2  was approved by Department of Health Services and given
3  by California Department of Justice.  And allowed me to
4  take and pass the state licensing exam as a forensic
5  alcohol supervisor.

6      MR. TAGUCHI:  What type of experience do you have as
7  a forensic alcohol supervisor?

8      MR. MARK:  Say that again?

9      MR. TAGUCHI:  What kind of experience do you have?

10     MR. MARK:  My most relevant experience is that I work
11 for the County of San Mateo Sheriff's Forensic Laboratory
12 where I was a Supervising Toxicologist.  I was the person
13 who was in charge of the alcohol testing program.  I
14 authored the methods that we're using for blood, breath
15 and urine testing.  And I was called to testify by the
16 prosecution, by the D.A.'s Office, on approximately 800
17 cases.

18     I left San Mateo County in 1989, set up Bay Area
19 Forensic Laboratory.  After about a year it was licensed
20 as a forensic alcohol laboratory by Department of Health
21 Services.  And in the capacity of owning and operating
22 that laboratory, I testified additionally another 900
23 cases and primarily at the behest of the defense.  And
24 that's in forensic toxicology, primarily analysis and
25 interpretation of alcohol.  And I've also testified and

1  qualified over 1,000 times at DMV APS hearings.

2      MR. TAGUCHI:  At this time I'll --

3      HEARING OFFICER LEE:  Yes.

4      MR. TAGUCHI:  -- move him as an expert in forensic --

5      HEARING OFFICER LEE:  Toxicol --

6      MR. TAGUCHI:  -- alcohol toxicology.

7      HEARING OFFICER LEE:  Okay.  The Department will

8  recognize Mr. Mark as an expert in forensic alcohol

9  toxicology.

10     MR. TAGUCHI:  Mr. Mark, turning your attention to the

11 case of Abhi Bhatnagar, have you been asked to render any

12 opinions in regards to his case?

13     MR. MARK:  Yes.

14     MR. TAGUCHI:  Okay.  What documents have you looked

15 at in order to arrive at your conclusion?

16     MR. MARK:  Okay.  My conclusion is not based solely

17 on documents, but the documents that I did review were

18 the DMV discovery, which was the CHP -- or the Arrest

19 Report and the DMV DS 367 and the probable cause

20 statement.

21     MR. TAGUCHI:  Okay.  What other factors did you take

22 into consideration in regards to any opinion -- any

23 opinion that he will be rendering in this matter?

24     MR. MARK:  I was apprised of the testimony that was

25 going to be given by the Licensee, and my opinion was

1    based very much on that testimony.

2        MR. TAGUCHI:  So the state -- you rely on the

3    statement of Mr. Bhatnagar?

4        MR. MARK:  The statement that he apprised me he would

5    be testifying to in this hearing.

6        MR. TAGUCHI:  Okay.  And then so what are your

7    opinions in regarding to Mr. Bhatnagar's case?

8        MR. MARK:  Okay.  Well, first of all, my opinion is

9    that he would have been less than a .08 at the time that

10   he was driving, and that was -- the traffic stop was at

11   1:08 a.m.  And the basis of the opinion is that I was

12   advised he was going to be testifying that his drinking

13   consisted of a marguerita and a Bud Lite.  The marguerita

14   being of an undefined size, but the total drink that he

15   consumed that evening was a Bud Lite and the marguerita.

16       And that the marguerita was consumed nominally over

17   roughly a 20-minute period ending somewhere around 12:45.

18   The traffic stop being 1:08, that there would be roughly

19   a 20-minute, perhaps 30-minute interval between the time

20   of the last drink and the time of the driving.  And that

21   there was a dinner, just, you know, a salad, dessert,

22   vegetables, a main course, likely a fish.

23       And based on that, my opinion is that very little of

24   the marguerita would have been absorbed by the time of

25   the traffic stop at 1:08 if it was consumed on a meal.

1   And since the only contribution, a Bud Lite, would be --

2   would be roughly a .02 percent, my opinion is that he

3   would not be substantially higher than a .02 at the time

4   that he was driving.

5       MR. TAGUCHI:  Now, did you review the toxicologist's

6   report submitted by the DMV in this matter?

7       MR. MARK:  I did see the report by I believe it was

8   Contra Costa Crime Lab.  Bear with me.  I'm on a sidewalk

9   in Boston, and so I'm flipping through the pages trying

10  to --

11      HEARING OFFICER LEE:  You're very busy.

12      MR. MARK:  My shelf is an area underneath a fire

13  hydrant on the wall of a building, so it doesn't make for

14  an ideal desk.  Yes.  I'm looking at Forensic Services

15  Division, Contra Costa Office of the Sheriff, Report of

16  Laboratory Examination, and the reported results being a

17  .09 percent.

18      MR. TAGUCHI:  Are you -- do you know when the blood

19  sample was drawn?

20      MR. MARK:  Based on their alcohol report, it does not

21  indicate a time of draw.  And I believe that the space

22  that is on the DS 367, which is the space where it would

23  normally be filled in, was not present on the alcohol

24  report.  I mean on the -- the DS 367.  I believe that

25  it's referenced somewhere in the report, but not in any

1 | of the sworn documents.

2 |     MR. TAGUCHI:  So in this DS 367 there's absolutely no

3 | indication as to the time the blood sample was drawn; is

4 | that correct?

5 |     MR. MARK:  That's correct.

6 |     MR. TAGUCHI:  And I guess I can't show you this blood

7 | sample for alcohol drug analysis either since you are

8 | not --

9 |     HEARING OFFICER LEE:  We did get -- we did get

10 | testimony from Officer Ingrassia.

11 |     MR. MARK:  Okay.  Bear with me for a second here.

12 | You can probably hear the siren in the background, so I

13 | can't hear anything.

14 |     HEARING OFFICER LEE:  Counsel, if we got testimony

15 | from Deputy Ingrassia, you can indicate that.

16 |     MR. MARK:  I think they're gone.  Okay.  Go ahead.

17 |     HEARING OFFICER LEE:  We're still confirming.  Hold

18 | on.

19 |     MR. MARK:  What was that?

20 |     HEARING OFFICER LEE:  We're -- we're processing the

21 | information now.  Stand by.

22 |     MR. MARK:  Just a second.  Hold on.  Okay.  Was there

23 | a question pending?

24 |     MR. TAGUCHI:  No, there was no question pending other

25 | than --

1     MR. MARK:  Okay.  Okay.

2     MR. TAGUCHI:  There's no indication -- did you see

3  any indication in the main body of the police report

4  about what time the blood test occurred?

5     MR. MARK:  I'll have to take a quick look at that.

6  You want to hold?  I do not see any.

7     MR. TAGUCHI:  Interesting.  I don't see any either.

8     HEARING OFFICER LEE:  The officer testified to that

9  last time.

10     MR. TAGUCHI:  What did he testify to?

11     HEARING OFFICER LEE:  Two thirty based on that report

12  you're looking at.

13     MR. MARK:  So, actually, the only reference is on --

14  I don't know.  Does DMV have the Arrest Report including

15  the field sobriety tests?  Specifically I'm looking in

16  the lower right-hand corner it says page two of eight.

17     HEARING OFFICER LEE:  Yes, we have that.

18     MR. MARK:  The answer is yes?

19     HEARING OFFICER LEE:  Yes.

20     MR. MARK:  Okay.  Yeah.  There's an indication on

21  that where blood was drawn at 2:30 a.m., 0230.

22     MR. TAGUCHI:  Based on your analysis with the result

23  shown of a .09, would that confirm to your opinion that

24  that'd be the accurate -- or that would be reasonable to

25  assume?

-94-

1       MR. MARK:  I have no reason to disbelieve the alcohol

2   at the time of the draw.  But based on the drinking

3   profile, that would not reflect the blood alcohol at the

4   time of driving.  My opinion would remain that it would

5   have been substantially less than a .08.  Likely as low

6   as a .02 at the time he was actually driving at 1:08.

7       MR. TAGUCHI:  And that's based on a -- that he

8   finished that marguerita at 12:45 a.m. that same -- that

9   same early morning hour?

10      MR. MARK:  Yes.

11      MR. TAGUCHI:  All right.  Thank you very much.  I

12  have nothing further.

13      HEARING OFFICER LEE:  Thank you, counsel.  Mr. Mark,

14  would your opinion change if the time of the Bud Lite was

15  given more information?  What if we were to assume that

16  the Bud Lite was a 40-ounce Bud Lite?

17      MR. MARK:  Let's see.  Forty ounce, my opinion would

18  change as far as what the likely blood alcohol level

19  would be.  It would not change my opinion as to whether

20  or not he would have been a .08 or greater.

21      HEARING OFFICER LEE:  So your opinion would have

22  changed that he would still be less than .08?

23      MR. MARK:  No, that would not change.  If he had --

24  if he had a 40-ounce, then it would have been probably a

25  .06 percent.

1       HEARING OFFICER LEE:  Okay.

2       MR. TAGUCHI:  The ultimate -- the ultimate question

3  of whether he was .08 or greater, the answer remains the

4  same.

5       HEARING OFFICER LEE:  Okay.  If instead it was a 40-

6  ouncer it was -- what if this was a 12-ounce one?

7       MR. MARK:  That was what my original opinion was

8  based on was a .02 based on a 12-ounce.

9       HEARING OFFICER LEE:  So he would have been .02 at

10  the time of driving?

11       MR. MARK:  Yes.

12       HEARING OFFICER LEE:  And you're saying that he would

13  have absorbed .07 from 1:08 a.m. to 2:30 a.m.?

14       MR. MARK:  Yes.

15       HEARING OFFICER LEE:  Okay.  So if it was a 40-ounce

16  it would have been a .06?

17       MR. MARK:  Yes.

18       HEARING OFFICER LEE:  If it was a 60-ounce what would

19  it have been?

20       MR. MARK:  Well, first of all, before I answer it,

21  I've never heard of a 50-ounce beer.  But a 50-ounce, he

22  would --

23       HEARING OFFICER LEE:  No, no, no.  The question was

24  60, six zero.

25       MR. MARK:  Sixty, six zero?

1      HEARING OFFICER LEE:  Yes.

2      MR. MARK:  My opinion is if he had absorbed a 60-
3  ounce, then he probably would have been approximately a
4  .09 percent.

5      HEARING OFFICER LEE:  Okay.  Would your opinions also
6  change if you were given a preliminary alcohol screening
7  test information?

8      MR. MARK:  Only if it was deemed that the result was
9  reliable.  Meaning that there's evidence that it was a
10  properly administered test on a properly calibrated
11  device and that --

12      HEARING OFFICER LEE:  So you -- so you wouldn't base
13  any opinion without that information?

14      MR. MARK:  No.  Because it's not -- not reliable
15  information until it's --

16      HEARING OFFICER LEE:  But -- but you're telling me
17  you're basing an opinion an unknown information?  You
18  don't know the determined size of the marguerita.  That's
19  unknown.  But you're willing to base an opinion on that?

20      MR. MARK:  Well, my opinion changed, as -- as you
21  pointed out.  You said -- you changed the size of the
22  beer, which would cause the marguerita to be smaller and
23  it would have caused the net rise to be smaller.  So it
24  was subject to change if the drink sizes were defined
25  differently.  If you were to tell me that there was going

1  | to be evidence that the PAS device was working properly,

2  | it was properly administered, and the person was

3  | competent, then I would change my opinion.

4  |     HEARING OFFICER LEE:  Okay.  Thank you.  Thank you,

5  | Mr. Mark.  Counsel?

6  |     MR. TAGUCHI:  Nothing further.

7  |     HEARING OFFICER LEE:  Thank you, sir.

8  |     MR. MARK:  Thank you.

9  |     HEARING OFFICER LEE:  You're welcome.

10 |     MR. MARK:  Have a good day.  Bye-bye.

11 |     HEARING OFFICER LEE:  Bye-bye.

12 |     MR. TAGUCHI:  We're going to submit the document the

13 | Declaration of Marcus Campagna.  I think you have that.

14 |     HEARING OFFICER LEE:  Yes.  I have that as **Licensee**

15 | **Exhibit G**, as in George.

16 |     MR. TAGUCHI:  And I'm going to go ahead and my client

17 | is going to testify.

18 |     HEARING OFFICER LEE:  Mr. Bhatnagar?

19 |     MR. BHATNAGAR:  Yes.

20 |     HEARING OFFICER LEE:  Do you promise you will tell

21 | the truth, the whole truth and nothing but the truth?

22 |     MR. BHATNAGAR:  Yes, sir.

23 |     HEARING OFFICER LEE:  Thank you.

24 |     MR. TAGUCHI:  All right.  Mr. -- I'm going to sit

25 | over here.  Mr. Bhatnagar, how old are you, sir?

1        MR. BHATNAGAR:  I'm 30 years old.

2        MR. TAGUCHI:  And what city do you live in?

3        MR. BHATNAGAR:  Newark.

4        MR. TAGUCHI:  What do you do for a living?

5        MR. BHATNAGAR:  I'm trying to go to school right now

6    and right now I don't have a job.  But I -- I worked in

7    restaurant business.

8        MR. TAGUCHI:  All right.  What's your education?

9        MR. BHATNAGAR:  I'm very close to getting to AA

10   degree.

11       MR. TAGUCHI:  Okay.  Turning your attention to the

12   evening of May 19th in the evening, can you tell me

13   who -- where were you at?

14       MR. BHATNAGAR:  On May 19th I'd gone to see

15   Mr. Marcus Campagna.

16       MR. TAGUCHI:  And who is Marcus Campagna?

17       MR. BHATNAGAR:  Marcus Campagna, I -- I know him

18   briefly through another friend, Mike, who had worked

19   briefly in restaurant business.  And he also is in

20   restaurant business.  And I had gone to meet him to find

21   a job, you know, as a manager, and he had some options he

22   was telling me.

23       MR. TAGUCHI:  Okay.  Were you with anybody else that

24   evening?

25       MR. BHATNAGAR:  Yes, sir.  I was --

1      MR. TAGUCHI:  Who was that?

2      MR. BHATNAGAR:  I was with his friend, his -- I

3  believe she's like a sister, Ms. Lydia.  I don't remember

4  her last name, but her first name is Lydia.

5      MR. TAGUCHI:  Where were you that -- where did you

6  three go that evening?

7      MR. BHATNAGAR:  We went to a restaurant and we were

8  talking about job scenarios.  And I was telling him that

9  I'm trying to finish school and if I hope I can get a job

10  because I really need a job real bad.

11      MR. TAGUCHI:  Okay.

12      MR. BHATNAGAR:  And I'd be grateful.

13      MR. TAGUCHI:  What restaurant were you at?

14      MR. BHATNAGAR:  It was -- it was like an American and

15  Italian restaurant mix.

16      MR. TAGUCHI:  In what city?

17      MR. BHATNAGAR:  It was Pleasant -- Pleasant Hill, I

18  think, sir.

19      MR. TAGUCHI:  Okay.  Did you have anything alcoholic

20  to drink that evening?

21      MR. BHATNAGAR:  I'm sorry, sir?

22      MR. TAGUCHI:  Did you have anything of an -- did you

23  have alcoholic beverage that evening?

24      MR. BHATNAGAR:  Yes, sir.

25      MR. TAGUCHI:  And what alcoholic beverage did you

1   drink?

2        MR. BHATNAGAR:  I had a beer and a marguerita.

3        MR. TAGUCHI:  Okay.  And what type of beer did you

4   have?

5        MR. BHATNAGAR:  Beer was Bud Lite.  Could be

6   Budweiser.

7        MR. TAGUCHI:  What time did you start -- what time

8   did you first have a drink that evening?

9        MR. BHATNAGAR:  I don't drink usually, but I start

10  around 11:45, something like that, or twelve o'clock.

11  Close to something like that.  Eleven thirty.  I'm not

12  sure the exact time.  Around 11:30, 11:45 I start.

13       MR. TAGUCHI:  Did you have anything of an alcoholic

14  nature any time that day other than that evening?

15       MR. BHATNAGAR:  No.  I have a lot of cough syrup

16  because my sore throat.  That's all I remember.  I have a

17  lot of cough syrup that day.

18       MR. TAGUCHI:  so what -- what time did you first --

19  did you have the marguerita first or the Bud Lite first?

20       MR. BHATNAGAR:  No.  I had the Bud Lite first.

21       MR. TAGUCHI:  And what size was that Bud Lite?

22       MR. BHATNAGAR:  It was a regular bottle.

23       MR. TAGUCHI:  It was a 12-ounce bottle?

24       MR. BHATNAGAR:  Yeah, a 12-ounce bottle.

25       MR. TAGUCHI:  And what time did you start drinking

1  that and what time did you finish that?

2      MR. BHATNAGAR:  I believe I started -- I don't even

3  remember the exact time.  Around 11:45 p.m., 11:30.  But

4  I was eating, you know.  I had a big dinner and salad

5  and --

6      MR. TAGUCHI:  What else did you eat that evening?

7      MR. BHATNAGAR:  I had a salad.  I had a salmon.  I

8  believe it was fish, salmon or something, but it was a

9  fish dinner.  And I had a dessert.

10     MR. TAGUCHI:  So after you finished your -- your beer

11  and then you said you had a marguerita?

12     MR. BHATNAGAR:  Yes.

13     MR. TAGUCHI:  What size was the marguerita?

14     MR. BHATNAGAR:  It's -- you know, like I only drink

15  occasionally.  I'm just guessing.  It's like it was

16  like -- like how they serve in the glass, you know, in

17  restaurants and bar.

18     MR. TAGUCHI:  What's your best approximation in

19  ounces?

20     MR. BHATNAGAR:  Okay.  I'm really bad, but I can just

21  guess.  Like a little like -- it can be like regular

22  size.  A little above regular size I would say.

23     MR. TAGUCHI:  Regular size glass and a glass being

24  eight ounces?

25     MR. BHATNAGAR:  Yeah, something like that.

1      MR. TAGUCHI:  And do you know how many shots of
2  tequila were in that?

3      MR. BHATNAGAR:  No, I do not.  Not to my knowledge.

4      MR. TAGUCHI:  Okay.

5      MR. BHATNAGAR:  It was just one drink I had.  And
6  Mr. Campagna said, "You know, come on, won't hurt you,
7  and just have that marguerita."

8      MR. TAGUCHI:  What time did you finish that?  What
9  time did you finish the marguerita?

10     MR. BHATNAGAR:  It was, I believe, quarter to 1:00,
11  something like that.

12     MR. TAGUCHI:  Okay.  And then when you -- after you
13  finished at a quarter to 1:00, what happened next?

14     MR. BHATNAGAR:  We left because the restaurant was
15  going to close.  We left right away.  I dropped
16  Mr. Marcus Campagna, and I ran out of gas and --

17     MR. TAGUCHI:  You dropped -- you dropped him off?
18  You drove him home?

19     MR. BHATNAGAR:  Yes.  He -- no.  Actually, he drove
20  in his car.  My car was in San Ramon where he lives.  So
21  I picked up my car.  And then when I turned my car keys
22  on, I was out of gas I noticed.  So Mr. Campagna told me
23  that if you want I can follow you so that if you run out
24  of gas.  Because I thought, oh, my god, you know, like
25  I'm out of gas.  So I don't want to be stuck out.  So he

1  offered.  But I said, "No.  I'll make it."  Because I

2  have a small car, Nissan.  I'll make it to the gas

3  station.  Because I had gone to the gas station prior to

4  from his residence.

5      MR. TAGUCHI:  Okay.  How many times had you been to

6  his residence before this evening?

7      MR. BHATNAGAR:  At least I would say four to five

8  times at least.

9      MR. TAGUCHI:  So you initially went to his house.

10  You dropped your car off there.  And the three of you

11  left from his house to the restaurant?

12      MR. BHATNAGAR:  No.  Just me and Marcus.

13      MR. TAGUCHI:  Okay.  You and Marcus.  So you went to

14  the restaurant, and then he drove you back to the -- to

15  his house?

16      MR. BHATNAGAR:  Yes.

17      MR. TAGUCHI:  Okay.  Then from there you left and you

18  knew that you were running low on gas so you needed to

19  stop?

20      MR. BHATNAGAR:  I was very -- because I had gone to

21  his house before.  I knew this gas station was pretty

22  close, so I'll make it to the gas station.

23      MR. TAGUCHI:  Which gas station are you referring to?

24      MR. BHATNAGAR:  Valero gas station.

25      MR. TAGUCHI:  The one --

-104-

1       MR. BHATNAGAR:  On --

2       MR. TAGUCHI:  The one --

3       MR. BHATNAGAR:  On Market.

4       MR. TAGUCHI:  Okay.

5       MR. BHATNAGAR:  On Market Street.

6       MR. TAGUCHI:  The one that the police officer

7   testified to?

8       MR. BHATNAGAR:  Yes.

9       MR. TAGUCHI:  Now, how many times have you been to

10   that -- that gas station before?

11      MR. BHATNAGAR:  I would say at least six to seven

12   times, maybe more, but at least six, seven times.

13      MR. TAGUCHI:  That's the one identified in --

14      MR. BHATNAGAR:  Yes.

15      MR. TAGUCHI:  -- C?

16      MR. BHATNAGAR:  I've gone there many times.

17      MR. TAGUCHI:  Okay.  When -- so what is the direction

18   or the route that you took from Mr. Campagna's house to

19   the gas station?

20      MR. BHATNAGAR:  I was on Bollinger and I was going

21   towards -- towards the freeway and to the gas station.

22   That would be westbound, I believe.  I'm -- I'm not sure

23   which direction is westbound.

24      MR. TAGUCHI:  So you're heading towards the freeway.

25      MR. BHATNAGAR:  Yeah.

1    MR. TAGUCHI: And showing you what has been marked as

2    **Exhibit A**, can you show Mr. Lee which way you were going?

3    MR. BHATNAGAR: Yes. I was going this way.

4    MR. TAGUCHI: Okay. And then where did you make a

5    left at?

6    MR. BHATNAGAR: I made a left at the intersection of

7    Market and Bollinger. Because it's a big intersection.

8    There are five lanes. And I've gone there. So it's very

9    open, big intersection. I was on the left lane. Number

10    two lane.

11    MR. TAGUCHI: And then showing you **Exhibit B**, this is

12    the intersection that you were at when you made a left

13    turn?

14    MR. BHATNAGAR: Yes. Yes.

15    MR. TAGUCHI: Now, there seems to be two left turn

16    lanes. Which one were you in?

17    MR. BHATNAGAR: I was in the number two lane.

18    MR. TAGUCHI: Okay. What's -- where it's depicted

19    the car on the right here?

20    MR. BHATNAGAR: Yes.

21    MR. TAGUCHI: In that lane?

22    MR. BHATNAGAR: Yes.

23    MR. TAGUCHI: Okay. Now, the police officer

24    testified that you went past the gas station. You went

25    to Bishop and then you made a U-turn onto Bishop. Is

1   that correct?

2        MR. BHATNAGAR:  No.

3        MR. TAGUCHI:  Okay.  When you made a left turn

4   into -- onto Market --

5        MR. BHATNAGAR:  Uh-hmm.

6        MR. TAGUCHI:  -- what did you do next?

7        MR. BHATNAGAR:  I was on the right-hand lane and I

8   turned right into the gas station.

9        MR. TAGUCHI:  Okay.  And where did you pull up into?

10       MR. BHATNAGAR:  The gas station.  I pulled up into

11  the gas station.

12       MR. TAGUCHI:  Okay.  Showing you what's been marked

13  as **Exhibit C,** where did you park in the gas station?

14       MR. BHATNAGAR:  Right here.

15       MR. TAGUCHI:  Where the car is depicted?

16       MR. BHATNAGAR:  Yeah.  Yes.

17       MR. TAGUCHI:  That's the same area where --

18       MR. BHATNAGAR:  Yeah.

19       MR. TAGUCHI:  -- Mr. Ha first saw you?

20       MR. BHATNAGAR:  Yes.

21       MR. TAGUCHI:  Was there any police officers behind

22  you?

23       MR. BHATNAGAR:  No.

24       MR. TAGUCHI:  Did the police officer who testified

25  here before make contact with you at the driver's window?

1       MR. BHATNAGAR:  No.

2       MR. TAGUCHI:  Okay.  So what did you do when you

3   first pulled up?

4       MR. BHATNAGAR:  When I got out of the car, first I

5   was going to pay by credit card.  I wasn't sure.  But I

6   had some cash.  So I was thinking it's better to use the

7   cash.  I started walking towards the cashier.  And there

8   was this girl.  She approached me and she looked really

9   drunk.  And she asked me like, "Do you have any money?  I

10  just need some cigarettes."  And all that stuff.  And I

11  said, "I'm sorry," you know.  And she was saying, "Oh,

12  you know, like you're not gay, right?"  I mean I'm sorry.

13  You know, because she was good looking, but I don't care.

14  But I said, "I don't have any money.  I'm sorry, I can't

15  help you."  And then all of a sudden I saw like a police

16  officer approach me and ask me that --

17      MR. TAGUCHI:  Did you see the police officer pull up

18  in the car?

19      MR. BHATNAGAR:  No.  I was talking to the girl, and

20  the police officer -- I wasn't sure the car was parked.

21  He stepped out.  He kept walking.  And then he walked

22  towards me.

23      MR. TAGUCHI:  Where did you see the police car --

24      MR. BHATNAGAR:  The police car was --

25      MR. TAGUCHI:  -- stop?

1       MR. BHATNAGAR:  -- was -- first when I saw it, it was

2  right across the other side of my direction.  Opposite

3  direction on this side right here.

4       MR. TAGUCHI:  And you're referring to C.  And he was

5  in the -- he was in the --

6       MR. BHATNAGAR:  Number -- if I'm looking at it --

7       MR. TAGUCHI:  -- other driveway?

8       MR. BHATNAGAR:  -- it's number three.  Yeah, right

9  here.

10      MR. TAGUCHI:  So he's parked in front of three?

11      MR. BHATNAGAR:  Yeah, number three.  And I was --

12      MR. TAGUCHI:  Facing which direction, towards you or

13  away from you?

14      MR. BHATNAGAR:  Towards me.

15      MR. TAGUCHI:  Okay.  And did you see the police

16  officer here that testified?  Is that the same person

17  we're talking about?

18      MR. BHATNAGAR:  The same person, yes.

19      MR. TAGUCHI:  Okay.  Did you see him get out of the

20  patrol car, or where did you first see him?

21      MR. BHATNAGAR:  Actually, I don't -- I -- I don't

22  believe see him come out of the car first.  He was

23  already out when I was talking to the girl.  And then

24  he --

25      MR. TAGUCHI:  Which direction were you facing when

1 | you were talking -- when this girl was talking to you?

2 |     MR. BHATNAGAR:  There was some other -- there was

3 | another police officer who started walking towards the

4 | girl because the girl looked really drunk.  And she also

5 | asked him -- I mean I'm not sure, but she was also asking

6 | them money.  And this officer saw my contact lenses and

7 | my eyes were -- were very watery because of these contact

8 | lenses.  Those were the only --

9 |     MR. TAGUCHI:  My question is, which direction were

10 | you facing when you were talking to this girl?

11 |     MR. BHATNAGAR:  I was facing towards the cashier.

12 |     MR. TAGUCHI:  Based on -- okay.

13 |     MR. BHATNAGAR:  Towards the cashier.

14 |     MR. TAGUCHI:  Okay.  So the police officer was behind

15 | you when they first pulled up?

16 |     MR. BHATNAGAR:  Yeah.  He was -- the other police

17 | officer wanted to talk to the girl, and then he -- they

18 | approached me there.

19 |     MR. TAGUCHI:  Okay.

20 |     MR. BHATNAGAR:  They looked at me.

21 |     MR. TAGUCHI:  Did he -- did the officer put on his

22 | red light?

23 |     MR. BHATNAGAR:  No, there was no lights on.

24 |     MR. TAGUCHI:  So he just walked up to you?

25 |     MR. BHATNAGAR:  Yeah.  He said, "There's a bar right

1  across and your eyes are pretty red, you know.  You had

2  any drinks at that bar?"  And I said, "No."  And, "You

3  had any alcoholic beverages?"  And I -- I believe in

4  honesty.  I had alcoholic beverage, so I told him, yes, I

5  had.  And he said, "Okay.  Then just step -- you know,

6  you need to just come to the side."  And made me walk

7  from here and made me do the test later.

8       MR. TAGUCHI:  So he -- you were in front of your car

9  when he told you to come here?

10      MR. BHATNAGAR:  He made me walk here, right here in

11  this area.  I was standing here.

12      MR. TAGUCHI:  By the cash register?

13      MR. BHATNAGAR:  Yeah.  Actually, we were not inside

14  the store.  We were right outside the door.  And the girl

15  was there.  And then he made walk here and made me do

16  the --

17      MR. TAGUCHI:  Did you see Richard Ha?

18      MR. BHATNAGAR:  Yes.  Yes.

19      MR. TAGUCHI:  And where was he?

20      MR. BHATNAGAR:  He was standing right here.

21      MR. TAGUCHI:  Did you have any conversation with him

22  that evening?

23      MR. BHATNAGAR:  Who, me?  No.  I have no idea of

24  Mr. Ha.

25      MR. TAGUCHI:  Right.

1        MR. BHATNAGAR:  I mean I didn't knew him, you know.

2        MR. TAGUCHI:  So -- so the police officer had you do

3    some of those tests that he -- those sobriety tests?

4        MR. BHATNAGAR:  Yes.  Yes.

5        MR. TAGUCHI:  And how did you perform on them?

6        MR. BHATNAGAR:  I believed in all honesty that I did

7    really good.  I was listening to him very carefully.  He

8    made me do (inaudible).  He made walk around, turn

9    around, turn -- touch my nose, alphabetically say this

10    and that, and I just followed each and every thing.

11        MR. TAGUCHI:  So, to your knowledge, did he see you

12    pull up in the parking lot?

13        MR. BHATNAGAR:  No.  He -- I'm pretty sure he didn't

14    see me pull up because it was at least -- at least -- if

15    you count one, two -- one minute, sixty seconds, it was

16    at least two to three minutes he came later, after that

17    timeframe.  And usually -- what I believe is why he came

18    because the girl who was there, she looked really drunk,

19    and the other police officer had approached that girl.

20    But I have no knowledge what -- what they did to the

21    girl.

22        MR. TAGUCHI:  Okay.  He also testified that, you

23    know, you made a right -- a U-turn at Bishop Canyon and

24    then made a right turn and cut in front of him.

25        MR. BHATNAGAR:  No, no, no, no.  There was -- how can

1  I -- how can I cut him?  Because I turned left.  And I

2  was only driving 35 miles an hour.  And I been to this

3  gas station many times.  And I had to get to the gas.

4       MR. TAGUCHI:  And he -- and he also --

5       MR. BHATNAGAR:  Doesn't make any sense to go make --

6  go forward and make a U-turn to get to the gas station.

7       MR. TAGUCHI:  He said he pulled up right behind you

8  and put the red light on.

9       MR. BHATNAGAR:  No, no, no.  Was not at all.  Because

10 I was at the gas station already when he approached me

11 later.

12      MR. TAGUCHI:  Well, he also said when he -- he

13 approached -- when he first approached you that you were

14 inside -- you were inside the -- the car.  I mean --

15      MR. BHATNAGAR:  No, no.  I was --

16      MR. TAGUCHI:  -- it says so written in his police

17 report.

18      MR. BHATNAGAR:  No.  I was not inside the car.  I was

19 already outside the car.  I mean I have nothing to -- I

20 mean that's a fact.  I was outside the car.

21      MR. TAGUCHI:  And how long were you outside the

22 car -- or how long had you been at the gas station before

23 the police officer pulled up?

24      MR. BHATNAGAR:  I didn't see him pull up.  But I

25 would say when I first saw the police officer it was at

1  least two to five minutes frame, you know, something like

2  that.

3      MR. TAGUCHI:  Okay.  Now, you say there's some bar

4  across the street that --

5      MR. BHATNAGAR:  Yes.

6      MR. TAGUCHI:  -- Mr. Ha testified to as well?

7      MR. BHATNAGAR:  Yes.  And prior I had no knowledge

8  that there was a bar across that gas station.

9      MR. TAGUCHI:  Okay.  So when -- so after you did

10 field sobriety tests, what happened next?

11     MR. BHATNAGAR:  He made me blow on something

12 that's -- I've never been arrested and I never

13 experienced this kind of thing.  He made me blow on

14 something many times.  And I had sore throat and I had

15 lot of cough syrup.  And he said, "Keep blowing.  Keep

16 blowing."  And he was getting upset that, "Are you weak,

17 or your lungs are weak or something?"  I said, "I'm

18 sorry, Officer.  You want me to blow again in it, I will

19 blow it."  So I kept on blowing in it.

20     MR. TAGUCHI:  And what happened?  How many -- about

21 how many times did he want you to blow into this thing?

22     MR. BHATNAGAR:  I at least blow in four to five times

23 at least in that device, whatever he made me do.

24     MR. TAGUCHI:  Okay.  After you -- you blew into this

25 device, what happened next?

-114-

1        MR. BHATNAGAR:  He said, "You're at the bottom line

2  and I have to arrest you.  And just put your hands behind

3  and that's it."

4        MR. TAGUCHI:  And what --

5        MR. BHATNAGAR:  And he just handcuffed me and took me

6  to the car.

7        MR. TAGUCHI:  Okay.  And what happened next?

8        MR. BHATNAGAR:  He took me to the police station, and

9  I was crying, you know, to be very frank.  And I'm sorry.

10  When I think about it, I get stressed, but I'll try to

11  control my emotions.

12        MR. TAGUCHI:  Okay.  Now, Laurie Garrison, when did

13  you first talk to her that evening?

14        MR. BHATNAGAR:  That evening I talked to prior,

15  before going to the restaurant to -- to Laurie Garrison.

16  Because I was in touch with her.  I don't -- I was trying

17  to call everybody to find me a job, too.  Which I told

18  her not to tell anybody else, but I'm trying to get a

19  job.  So I requested her.  So I was in touch with her too

20  that evening.

21        MR. TAGUCHI:  And when did you first call her after

22  you made -- after the police made contact with you?

23        MR. BHATNAGAR:  To my knowledge, I was heavily

24  nervous.  I called from my cell phone when I was at the

25  police station around two o'clock from my cell phone.

1    MR. TAGUCHI:  What happened next when you -- when you

2  were -- you said you were crying or upset and --

3    MR. BHATNAGAR:  I was -- I was very upset because the

4  way I felt like I was -- I was really scared.  I was

5  really nervous.  I thought I'd be beaten up.  I was just

6  trying to take it easy, you know.

7    MR. TAGUCHI:  So what -- what did the police officer

8  say, you know, when you were talking to Ms. --

9    HEARING OFFICER LEE:  Counsel, let me get some

10  tissues.  I'll be right back.

11    MR. BHATNAGAR:  I'm sorry.

12        (Off the record.)

13    HEARING OFFICER LEE:  Okay.  We're back on record.  I

14  just paused to get some tissues.

15    MR. BHATNAGAR:  Thank you.  Thank you, sir.  All I

16  remember very clearly that I was crying and I was upset.

17  And one of my family member was also kind of sick and in

18  her last stage.  And he said, "It's only misdemeanor.

19  You look like a terrorist.  I'm not going to charge you

20  for that."

21    MR. TAGUCHI:  He said you look like a terrorist but

22  he's not charging you with that?

23    MR. BHATNAGAR:  Yeah.

24    MR. TAGUCHI:  What else did he tell you that was

25  derogatory?

1    MR. BHATNAGAR:  Then I was talking to Mr. Campagna,

2  and by mistake my phone had turned on speaker phone on

3  two, you know.  I was requesting him if he can help me

4  out and pick me up later.  Because it was my dad's car.

5  And he got really upset, too.  And he -- he also said,

6  "You know, you Asians create a lot of trouble all over

7  the world."  Because he did not -- he did ask -- I mean

8  he asked my driver's license number and every

9  information.  That he said, "What background are you?"

10  And I told him, "I'm Indian, you know."  And then he

11  said, "You come and take jobs here and then you're

12  crying, you know.  You take people's livelihood and then

13  you're crying.  Be a man and just face it."

14    MR. TAGUCHI:  Any other derogatory comments that he

15  made to you during that evening?

16    MR. BHATNAGAR:  I was really -- I was trying to block

17  it.  These two things are very clear in my head.  But at

18  that time I was just trying to get through it and just

19  follow him whatever he was telling me.  And he was

20  telling me, "Okay."  He was -- he wanted me to take the

21  breath one at the police station.  And then he -- I

22  requested, "I don't mind taking the blood one."  And he

23  said, "No.  It'll make you wait longer."  And he -- I

24  still remember he talked to someone and said, "I don't

25  want to come right now.  I want to delay and wait for

1   this guy to -- around certain time to take his blood."

2       MR. TAGUCHI:  So he intentionally delayed your --

3       MR. BHATNAGAR:  Yeah.

4       MR. TAGUCHI:  -- your taking blood?

5       MR. BHATNAGAR:  I had no idea, but I realize it now.

6   I had no idea at that time why.  Because I was telling

7   him, you know, "Whatever you want to do, I'm ready to do,

8   you know, to do the testing."  He said blood is -- is

9   this and this and this, and I will make you wait, and

10  that's it.

11      MR. TAGUCHI:  Since we've been here -- since we've

12  been here, when he's testified, have you come into

13  contact with the same officer who testified against you

14  at this hearing?

15      MR. BHATNAGAR:  Uh-hmm.  Yes.

16      HEARING OFFICER LEE:  Yes.

17      MR. TAGUCHI:  Okay.  In what circumstance was it that

18  he came into contact with you?

19      MR. BHATNAGAR:  I --

20      MR. TAGUCHI:  Or where were you?  Let me ask you that

21  first.

22      MR. BHATNAGAR:  Yes.  I had gone to the gas station

23  again to meet Mr. Richard Ha to give him a subpoena

24  from -- because I don't have money to get attorney.  I

25  have a public defender.  And public defender's detective

1  has faxed me the subpoena on Richard Ha's name.

2       Mr. Ha was very scared.  He didn't want to go

3  anywhere.  Same with Laurie Garrison.  Same with Marcus

4  Campagna.  And which Mr. Ha had told me another thing

5  personally, too, but I will tell that later.

6       I had gone to tell Mr. Ha that just give the facts.

7  This is a subpoena.  You have to go to court.

8       MR. TAGUCHI:  What was the date of that?

9       MR. BHATNAGAR:  That was September 29th, I believe.

10 Something like that.  When I go -- when I received the

11 fax.  I mean he gave it to me.  And then I showed him the

12 subpoena and I said, "The public defender office will be

13 contacting you for court."

14      MR. TAGUCHI:  Okay.  So you -- you went back to this

15 gas station to give him a subpoena?

16      MR. BHATNAGAR:  Yes.  Yes.

17      MR. TAGUCHI:  Okay.  And tell him about the court

18 date that --

19      MR. BHATNAGAR:  Yes.  And --

20      MR. TAGUCHI:  -- he was going to testify to?

21      MR. BHATNAGAR:  Yeah.  And also told him that

22 detective would be giving him in person subpoena.

23      MR. TAGUCHI:  Okay.  And then --

24      MR. BHATNAGAR:  We wanted his DMV number and his date

25 of birth and his address.  So that's why I had gone to

1  meet Richard Ha because he worked in that graveyard time.

2  And after that I got out of the car.  I drove -- I

3  followed all the -- because I know I was scared.  I saw

4  like someone kept following me for almost one mile again.

5       MR. TAGUCHI:  On -- on what street?

6       MR. BHATNAGAR:  Same with the gas station on Market.

7       MR. TAGUCHI:  Okay.

8       MR. BHATNAGAR:  It was a police officer right behind

9  me.  I turned left to get to the freeway --

10      MR. TAGUCHI:  Okay.

11      MR. BHATNAGAR:  -- on Bollinger.  Getting to the

12  freeway and almost -- at least half a mile, I believe, at

13  least I'm sure, and then this cop turned his lights on

14  again, pulled me over to the side street and he pulled me

15  over and guess what, it's the same police officer.  And

16  he says -- sir, excuse my language.  He says, "What the

17  fuck you doing in San Ramon?  I don't want you to see in

18  San Ramon, you know.  Whatever attorneys you get, I can

19  take you to jail any time, beat your ass up."

20      And I said, "I'm -- I'm sorry.  What have I done?

21  I'm just" -- you know, like tell me have I done anything

22  wrong right now.  Like I'm -- you know, if you want to do

23  any testing, I'll do it again.  And he said, "No, no, no.

24  Just show me your" -- this time like prior he had not

25  asked my insurance papers.

1        MR. TAGUCHI:  Uh-hmm.

2        MR. BHATNAGAR:  This time he asked my insurance

3   papers, which I had.  I show it to him.  He asked my

4   license, which I had shown him the temporary license

5   which I have from the DMV office.  And he knew

6   everything, but he asked everything.  And he said, you

7   know, "I don't want you to see in San Ramon."  And then

8   he gave me a ticket again for making a U-turn again, and

9   I made no U-turn.

10       MR. TAGUCHI:  Showing you a copy of what I have

11  marked next in order.  Is this a copy of the ticket that

12  he gave to you that night --

13       MR. BHATNAGAR:  Yeah.

14       MR. TAGUCHI:  -- for making a U-turn when you --

15       MR. BHATNAGAR:  Same -- yeah.

16       MR. TAGUCHI:  -- you never made a U-turn that

17  evening?

18       MR. BHATNAGAR:  Yeah.  I never made a U-turn.  Right

19  at the same place.  And after going through all this, you

20  know.  And he's saying I made an illegal U.  I didn't --

21  I didn't argue with him.  I just -- I just walked away.

22  Because there was no point.  There was no point in, you

23  know, arguing with him.

24       MR. TAGUCHI:  That's unbelievable.

25       MR. BHATNAGAR:  And he was upset because I believe

1  the public defender, I don't know the legal term, did

2  some kind of on his background, like Pitchess motion,

3  and --

4      MR. TAGUCHI:  Is that -- and that's his name at the

5  bottom of the -- that ticket?

6      MR. BHATNAGAR:  Yes.

7      MR. TAGUCHI:  And what -- what -- what's the date of

8  the ticket?

9      MR. BHATNAGAR:  The date of the ticket, it says

10 29th September.

11     MR. TAGUCHI:  So you -- you left from the gas

12 station --

13     MR. BHATNAGAR:  Same time.

14     MR. TAGUCHI:  -- down Bollinger Canyon, and so there

15 was no way that you were making a U-turn anywhere?

16     MR. BHATNAGAR:  Yeah.  No.  I had not.  Because what

17 I did was I got out of the gas station.  I turned left.

18 There is a bar.  There's something.  Everything.  And

19 then I got to the parking lot.  Because I was very

20 careful.  Then I turned.  Then I turned right.  And then

21 I turned left at the traffic light to go on some

22 freeways.

23     MR. TAGUCHI:  And mark this and put it into evidence

24 and show it to Mr. Lee.

25     HEARING OFFICER LEE:  H, I.  **Exhibit J.**

1       (**Licensee's Exhibit J** marked for identification.)

2       MR. TAGUCHI:  So he literally threatened you to stay

3   out of San Ramon?

4       MR. BHATNAGAR:  Yes.  I think he saw me talking to

5   Mr. Ha and he got upset.  Because he patrols in that

6   location, and we were standing outside when I was

7   explaining the subpoena.  Probably he got upset me

8   talking to Mr. Ha explaining him the subpoena.  And he

9   also looked in the car with his light, you know, like he

10  knew that I had file folder.

11      MR. TAGUCHI:  All right.  I have nothing further.

12      HEARING OFFICER LEE:  Okay.  Mr. Bhatnagar, I know

13  that he asked these questions, but I'm not sure if I got

14  an answer.  What time did you start drinking the -- the

15  Budweiser, the Bud Lite?

16      MR. BHATNAGAR:  I believe, sir, it was around 11:145.

17      MR. TAGUCHI:  P.M.?

18      MR. BHATNAGAR:  P.M., yes.

19      MR. TAGUCHI:  What time did you finish the Bud Lite?

20      MR. BHATNAGAR:  I believe it was 12:30.  I was

21  drinking slowly with the food.

22      MR. TAGUCHI:  12:30 a.m.?

23      MR. BHATNAGAR:  Yes.

24      MR. TAGUCHI:  What time did you start the marguerita,

25  then?

-123-

1    MR. BHATNAGAR:  It was really like around 12:15.

2  They have other marguerita, but, you know, I was sipping

3  marguerita along with Budweiser a little bit.  But I was

4  drinking -- I don't drink, you know, usually.  Marguerita

5  I start around 12:15.

6    MR. TAGUCHI:  So you had two drinks at the same time?

7    MR. BHATNAGAR:  Yes.  My Bud -- my -- my Budweiser

8  was almost done around 12:15, but it was almost -- almost

9  finished, and Mr. Campagna ordered a marguerita for me.

10    MR. TAGUCHI:  Okay.  And what time did you finish the

11  marguerita?

12    MR. BHATNAGAR:  I believe it was quarter to 1:00.

13  Because the restaurant was getting closed and -- and I

14  finished the drink and I left.

15    MR. TAGUCHI:  Okay.  What was your dessert?

16    MR. BHATNAGAR:  I don't remember, but I can try to

17  contact the restaurant to get the receipt.  And if I

18  can't get that, I'll -- if you want that information,

19  then I'll give it to you.  But I had a decent size meal,

20  no doubt.

21    MR. TAGUCHI:  When did you first call Ms. Garrison?

22    MR. BHATNAGAR:  That -- that evening or you're

23  talking about --

24    MR. TAGUCHI:  Yeah.  (Inaudible.)

25    MR. TAGUCHI:  That evening the first -- first time.

1    MR. BHATNAGAR:  I believe I spoke to her earlier,

2  too, before this whole scene.  You know, I did talk to

3  her around 11:00 or -- you know, I can check my cell

4  phone records, because I did talk to her earlier, too.

5    MR. TAGUCHI:  So --

6    MR. BHATNAGAR:  I did tell her that I'm going to see,

7  you know, someone.  I didn't tell the names, but I -- I

8  hope I get a job, you know.

9    MR. TAGUCHI:  So you called her, or she called you

10  around 11:00?

11    MR. BHATNAGAR:  I don't (inaudible) that.  I don't

12  recollect that.  (Inaudible.)

13    MR. TAGUCHI:  But you do remember calling her while

14  you're in custody?

15    MR. BHATNAGAR:  Yes.  Yes.

16    MR. TAGUCHI:  Okay.

17    MR. BHATNAGAR:  I do call her.  And I do remember

18  very clearly that Mr. Campagna had called me first, and I

19  spoke to Mr. Campagna at least twice that I'm remembering

20  (inaudible).  At least twice I spoke to Mr. Campagna.

21  But Ms. Garrison I only spoke once at the -- at the

22  police station, to my recollection.

23    MR. TAGUCHI:  Where were you around eleven o'clock

24  p.m.?

25    MR. BHATNAGAR:  Eleven o'clock I was heading towards

1   Mr. -- I wasn't sure (inaudible) I was going to meet

2   Mr. Campagna.  And it was hard to get a hold of

3   Mr. Campagna.  And I was a little sick that day.  And I

4   said I want to meet him so that any job openings is

5   there, you have to try right away.  And I told

6   Mr. Campagna, and he said he has time that evening.  And

7   I said, okay, I'll try to meet him.  So I probably was on

8   my way from my place to -- to his place.

9        MR. TAGUCHI:  Okay.

10       MR. BHATNAGAR:  So it was all of a sudden plan.  It

11  was not like for sure.

12       MR. TAGUCHI:  Okay.  So when did you start dinner?

13       MR. BHATNAGAR:  I started dinner -- we ordered dinner

14  first, actually.  Then the drinks later.  Now I remember.

15  Because we ordered the drink -- because they wanted us to

16  order the food first before the kitchen gets closed, or

17  something like that.  Whereas the -- the bar -- they

18  had -- the restaurant which I went, they had a section of

19  bar, too.

20       MR. TAGUCHI:  Okay.  So when did the --

21       MR. BHATNAGAR:  But we were -- we were sitting on the

22  table.  We were not in the bar section.  So the server

23  wanted us to order the food.

24       MR. TAGUCHI:  When did the food come?

25       MR. BHATNAGAR:  The food, I believe around -- around

1  like within 20 minutes.  We ordered 11:30.  Twelve --

2  around twelve o'clock at least.  By 12:00 we had dinner

3  on the table.

4      MR. TAGUCHI:  Okay.  So your came at 12:00 midnight?

5      MR. BHATNAGAR:  Yeah, approximately.  A little before

6  than that.

7      MR. TAGUCHI:  Okay.  Thank you, sir.

8      MR. BHATNAGAR:  Can I say something or --

9      MR. TAGUCHI:  Counsel, is it okay?

10     MR. TAGUCHI:  Well, why don't you tell me first.

11     MR. BHATNAGAR:  That's okay.  I believe --

12     MR. TAGUCHI:  Well, (inaudible).

13     HEARING OFFICER LEE:  I can -- let me -- let me take

14 a brief recess.  You confer.  And I'll be right back.

15          (Off the record.)

16     HEARING OFFICER LEE:  Counsel, we're back on record.

17     MR. TAGUCHI:  Yeah.  We have nothing further.

18     HEARING OFFICER LEE:  Okay.  Counsel, you wish to

19 make a closing?

20     MR. TAGUCHI:  Yes.  The DMV has the standard of

21 preponderance of evidence to prove several issues at this

22 hearing.  One is did the peace officer have reasonable

23 cause to believe that he was driving a motor vehicle

24 under the influence.  Okay?

25     Here you have a number of problems with the police

-127-

1  officer's credibility.  I mean it's just written all over
2  the place.  Testified by an independent stranger,
3  independent witness who's a stranger to Mr. Bhatnagar,
4  who is scared, who's been -- you know, English is his
5  second language, who has completely contradicted what the
6  police officer said about how the stop took place.

7      The police officer who -- who says that he saw
8  Mr. Bhatnagar make an illegal U-turn at Bishop, first,
9  you can't even make a left turn there, but of course you
10  can make a left turn there, says that he made a U-turn
11  there at Bishop, followed him, and then abruptly changed
12  lanes and then went into -- and cut in front of him,
13  which makes absolutely no sense whatsoever, and then goes
14  into this gas station.

15     The test -- the officer specifically testified,
16  specifically testified, based on my questioning, that he
17  pulled in right behind him and put on his red lights and
18  contacted Mr. Bhatnagar at the -- his driver window.  But
19  based on a completely independent witness who had -- who
20  witnessed the entire event, who was there, testified that
21  these police officers, they're there all the time.  Okay?
22  They're around that particular intersection.

23     And that Mr. Bhatnagar and he's been -- was there for
24  about two to three minutes before the police officer even
25  pulled up.  And the police officer didn't pull up behind

1  him.  He pulled up in the other driveway of the pump.

2  Not only he didn't pull in the same direction.  He pulled

3  in the opposite direction.  Okay?

4       Was there a red light on?  No, there was no red light

5  on.  There was another third woman there who was --

6  clearly that was drunk at the time that the police

7  officer initially approached.  And then, you know, oh,

8  sir, have you been drinking?  Completely, you know, no

9  reason to believe that -- first of all, he didn't see him

10  driving.  And under People versus Musak, if the police

11  officer sees no driving, then there can be no lawful

12  arrest.

13       Says -- you know, Abhi says, "Yeah, I had something

14  to drink."  Well, then come over here and let's start

15  taking -- taking some tests.  Assuming that, you know,

16  he's driving the car.  So he gives him the tests and --

17  and he feels that -- you know, the officer says, "Well,

18  you're under the influence.  I'm taking you in."  Arrests

19  him.  And he's completely belligerent, completely racist,

20  completely unprofessional conduct.

21       You know, he -- obviously he denies it, but we

22  have -- we have two witnesses.  One, the statement

23  declared under the penalty of perjury.  One by a U.S. Air

24  Force Reservist, who's testified that -- who was

25  completely shocked about, you know, Asians, you know,

1  taking up jobs and, you know, you're a terrorist.  And I
2  mean that is just unbelievable.

3      And hearing something like that, you know, you want
4  to believe that these, you know, police officers, you
5  know, are -- are -- maintain a certain integrity.  But
6  obviously this guy doesn't.

7      When Abhi came to me and said, "You won't believe
8  what happened to me.  That when I went to go see -- you
9  know, go see -- give a subpoena to Mr. Ha, this cop
10  followed me down the road for an hour, and then pulled me
11  over on some side street and told me never go to San --
12  San Ramon again."  I mean -- and then gave him a ticket
13  for -- the same ticket that he's alleging that -- you
14  know, making an illegal U-turn here.  That is -- that is
15  police harassment.  I don't -- I've never had a case
16  presented to the DMV where the evidence is so clear of
17  how abusive that this police officer was to an
18  individual.

19      There was no reasonable cause to believe that he was
20  driving a motor vehicle under the influence.  And
21  clearly, he was illegally arrested based on the testimony
22  of an independent witness who has -- you know, who has
23  nothing to -- nothing to gain by testifying either way.
24  As a matter of fact, he's scared.  He was scared to come
25  here.  Corroborated not only by Mr. -- you know,

1  Mr. Bhatnagar, but also some of the things that this
2  officer said by a friend who was able to overhear on a
3  cell phone during some of the communications that they
4  had that evening.

5      And also regarding the blood, you know, he -- he --
6  from finishing his drink to the time that he was actually
7  at that gas station, I mean there's no way that the blood
8  could have -- the alcohol could have absorbed in his
9  blood at that time to reach a .08.

10     Now, there's some evidence saying that, well, the --
11  you know, he waited.  Well, you know, if this -- if -- if
12  the officer's saying that he made contact with him at
13  1:08, and then he had a blood test an hour and a half
14  later saying he's -- wants to make him late, that doesn't
15  make sense.  Why would he first take him over to the
16  police station?

17     Usually -- you've been doing this long enough.  You
18  know when a person asks for a blood test that they just
19  take them right over to the -- take them over to the --
20  the hospital to draw the blood.  They don't first take
21  them over to the jail and then take them over there.  So
22  there's something very odd going here as far as why they
23  waited so incredibly long to administer this blood test.

24     And then he writes in his report that he uses kit
25  number 24664.  And then we see it's 34644.  You know,

1  it's just another -- is it an innocent mistake, or is --

2  you know, what is really going on with this particular

3  officer, especially in light of this harassment that he's

4  showing to him?

5      Can you believe that?  After he testifies in here,

6  follows him, sees -- probably sees him at this gas

7  station.  Follows him.  Pulls him over on a side street

8  in the middle of the night telling him don't ever come --

9  what police officer tells you -- I mean we live in a free

10  country.  What police officer tells you don't show --

11  don't go to a particular city?  Because he's challenging,

12  you know, his arrest for a DUI.  I mean that is just

13  insane.

14      There's -- you know, clearly there's -- there's not

15  enough evidence to -- to support a finding in this case.

16      HEARING OFFICER LEE:  Counsel, you wish to submit on

17  that?

18      MR. TAGUCHI:  Yes.

19      HEARING OFFICER LEE:  Mr. Bhatnagar, there's so much

20  information today, I have to take some time to deliberate

21  and review all the information once more.  I'll notify

22  you of my decision and a copy to counsel within the next

23  30 days of today's date by mail.

24      MR. BHATNAGAR:  Okay.

25      HEARING OFFICER LEE:  Thank you.  Thank you, counsel.

1          TRANSCRIBER'S CERTIFICATE

2            STATE OF CALIFORNIA

3            COUNTY OF YOLO

4      I, Leisa M. Miller, Vine, McKinnon & Hall,

5  2959 Promenade Street, Suite 200, West Sacramento,

6  California, 95691, hereby certify that I transcribed the

7  foregoing pages to the best of my ability from an

8  electronic recording taken at the hearing in the matter

9  of the driving privilege of:

10            Abhinav Bhatnagar

11        36927 Papaya Street, Newark, CA  94560

12  before a Board of Officers or employee of the Department

13  of Motor Vehicles, consisting of:

14          Hearing Officer Leland Lee

15  on the 26th of July and 11th of October, 2006, at

16          Department of Motor Vehicles

17        303 Hegenberger Road, Suite 400

18            Oakland, CA  94621

19      I declare under penalty of perjury under the laws of

20  State of California that the foregoing is true and

21  correct.

22      Executed this 22nd day of October, 2007, Sacramento,

23  California.

24

25                    _Leisa M. Miller_
                        Leisa M. Miller

                        -133-