DEPARTMENT OF MOTOR VEHICLES
LICENSING OPERATIONS DIVISION
DRIVER SAFETY HEADQUARTERS
P.O. BOX 187010, M/S J256
SACRAMENTO, CA 95818-7010
(916) 657-8527



| FOR DMV USE ONLY |
|---|
| 126 - |

## ADMINISTRATIVE PER SE
## NOTICE OF FAILURE TO FILE CRIMINAL CHARGES
(23140, 23152 and 23153 V.C.)
Vehicle Code Section 13353.2(e)(f)

DRIVER'S NAME: Abhinav Bhatnagar
CALIFORNIA DRIVER LICENSE NO.: D3219816
OUT OF STATE DRIVER LICENSE NO.: 
STATE: 
ADDRESS: 36927 Papaya St.
CITY: Newark  STATE: CA  ZIP CODE: 94560
DATE OF BIRTH: 04-30-76
TELEPHONE NO. Daytime: (510) 449-4543  Residence: 510-790-9254
ARREST DATE: 05/20/06

### DISTRICT ATTORNEY'S STATEMENT

Criminal charges related to the arrest of the above-named driver under Section 23140, 23152 or 23153 V.C. have **not been filed** by the District Attorney because of lack of evidence.

A driver has a renewed right to request a hearing on an Administrative Per Se (0.05% or 0.08% BAC) suspension by the department. Section 13353.2(f) V.C. requires a **detailed explanation** specifying which evidence was defective or lacking and why such evidence was considered defective or lacking. Attach a separate sheet, if necessary, and any relevant supporting documents. (This section **does not apply** if the driver refused to submit to or failed to complete a chemical test.)

**CHECK THE APPROPRIATE BOX(ES) AND EXPLAIN FULLY BELOW:**
☐ INSUFFICIENT PROBABLE CAUSE
☐ UNLAWFUL ARREST
☐ ACCURACY OF CHEMICAL TEST EQUIPMENT AND/OR COMPLIANCE WITH TESTING PROCEDURES
☒ OTHER

Probable cause for the stop was insufficient, the supression motion was granted and as a result, the District Attorney's office dismissed all charges.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

DISTRICT ATTORNEY'S NAME: Douglas B. Foley
DISTRICT ATTORNEY OFFICE: Contra Costa Co.
TELEPHONE NO.: (925) 646-2625
ADDRESS: 10 Douglas Dr Suite 130
CITY: Martinez  STATE: CA  ZIP CODE: 94553
DISTRICT ATTORNEY'S SIGNATURE: Douglas B Foley
DATE: 1/5/07

WHITE – DMV    YELLOW – DRIVER    PINK – DISTRICT ATTORNEY
A Public Service Agency

DS 702 (REV. 3/08)