SUPERIOR COURT, STATE OF CALIFORNIA,

COUNTY OF CONTRA COSTA

APPELLATE DIVISION

COPY

--o0o--

PEOPLE OF THE STATE OF CALIFORNIA,      ) No._____
                                         )
     Plaintiff and Respondent,           )
                                         )
     vs.                                 ) CONTRA COSTA
                                         ) SUPERIOR COURT
ABHINAV BHATNAGAR,                       ) NO. 968674-2
                                         )
     Defendant and Appellant.            )

TRANSCRIPT OF AUDIOTAPED PROCEEDINGS

BEFORE HONORABLE JOEL GOLUB, COMMISSIONER

ON APPEAL

MARCH 5, 2007

APPEARANCES:

For the Appellant:          JUSTICE FIRST
                            Attorneys at Law
                            By:  JENNY HUANG
                            2831 Telegraph Avenue
                            Oakland, CA 94609

For the Respondent:         ROBERT J. KOCHLY
                            District Attorney
                            By:
                            Deputy District Attorney
                            Court House
                            Martinez, CA 94553

Transcribed by:    JOHN A. ZANDONELLA, CSR No. C-795



Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4805
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA

2    WALNUT CREEK

3    HONORABLE JOEL GOLUB, COMMISSIONER

4    --oOo--

5

6  PEOPLE OF THE STATE OF CALIFORNIA,        )
                                             )
7          Plaintiff,                        )
                                             )
8      vs.                                   )   No. 968674-2
                                             )
9                                            )
   ABHINAV BHATNAGAR,                        )
10                                           )
11         Defendant.                        )
   ──────────────────────────────────────   )

12

13

14

       REPORTER'S TRANSCRIPT OF AUDIOTAPED PROCEEDINGS
15
              TRAFFIC COURT TRIAL
16
                MARCH 5, 2007
17

18

19  APPEARANCES:

20      OFFICER INGRASSIA, San Ramon Police Department

21      JENNY HUANG, Representing Defendant

22      ABHINAV BHATNAGAR, Defendant

23

24

25

26  Transcribed by:    JOHN A. ZANDONELLA, CSR No. C-795



Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1       <u>INDEX OF WITNESSES</u>

2   <u>WITNESS</u>                                                    <u>PAGE</u>

3   OFFICER INGRASSIA

4   Cross-Examination by Ms. Huang                        6

5   Recross-Examination by Ms. Huang                     15

6   ABHINAV BHATNAGAR

7   Direct Examination by Ms. Huang                      27

8   Redirect Examination by Ms. Huang                    28

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26


Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    PROCEEDINGS                                   MARCH 7, 2007

2

3         THE COURT:  Abhinav Bhatnagar.

4         Let's find out who everybody is.

5         MR. BHATNAGAR:  I'm Abhinav, Your Honor.

6         THE COURT:  I'm okay.

7         MR. BHATNAGAR:  Good afternoon.

8         THE COURT:  Good afternoon.

9         Okay.  You are?

10        OFCR. INGRASSIA:  I'm Officer Ingrassia, San Ramon

11   Police Department.

12        MS. HUANG:  Good afternoon.  Jenny Huang with

13   Justice First, attorney for Abhinav Bhatnagar.

14        THE COURT:  Is he here today?

15        MS. HUANG:  He's right here.

16        THE COURT:  It's an auditory recording.  So unless

17   you say it, it doesn't, it doesn't count.

18        MS. HUANG:  Excuse me.  Yes.

19        THE COURT:  I know he's here.

20        MS. HUANG:  Okay.  So this is being recorded then,

21   I just wanted to --

22        THE COURT:  It is.

23        MS. HUANG:  Okay.  Great.

24        THE COURT:  That's why I made you do it --

25        MS. HUANG:  Okay.

26        THE COURT:  -- by saying it verbally.



**Zandonella**
**REPORTING SERVICE, INC.**

-4-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    MS. HUANG:   Thank you.

2    THE COURT:   Okay.   Are you ready to proceed?

3    MS. HUANG:   Sure.

4                 OFFICER INGRASSIA

5    called as a witness on behalf of the people,

6    being duly sworn, testified as follows:

7                 DIRET EXAMINAION BY

8    OFCR. INGRASSIA:   Good afternoon, Your Honor.

9    Officer Ingrassia, San Ramon Police Department.

10   Your Honor, this citation was issued on

11   September 29th of last year at approximately 2:15 in the

12   morning.   At that date and time, I was dressed in full

13   police uniform and operating a fully marked patrol

14   vehicle.

15   I had just turned onto southbound Market Place

16   from Bollinger Canyon Road and I observed a silver

17   Nissan Sentra also traveling southbound.   The vehicle

18   made a U-turn at the Montgomery, Montgomery Drive

19   intersection with Market Place against a No U-Turn sign.

20   I got behind the vehicle and made a traffic stop on

21   the vehicle on, he made a -- first we made a left turn

22   on Bollinger Canyon, enforced the traffic stop.   The

23   vehicle yielded on Camino Ramon.

24   I exited my patrol car, contacted Mr. Bhatnagar,

25   the gentleman standing to my left, who I recognized from

26   a previous contact.   I told Mr. Bhatnagar the reason for


Zandonella
REPORTING SERVICE, INC.

-5-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1   the stop and I issued him a citation for Vehicle Code

2   21461(a), failure to obey a sign.

3       Mr. Bhatnagar signed the promise to appear and was

4   released on scene.

5       THE COURT:  Okay.  And before you start your

6   questions, we'll take a brief recess.

7       MS. HUANG:  Okay.  Great.

8       (Off the record.)

9       THE COURT:  We're back on the record.

10      Questions for the officer, please.

11      MS. HUANG:  Yes.  I'd like to show the officer an

12  aerial map of the area in which the violation was

13  allegedly made.

14                    CROSS-EXAMINATION BY

15      MS. HUANG:

16      Q.   Would you take a look at this, Officer.

17      Do you recognize this -- the map and all the

18  streets depicted in here?

19      A.   INGRASSIA:  Yes.

20      Q.   And is this the area on which you spoke?

21      A.   Yes.

22      Q.   Where were you when you saw Mr. Bhatnagar's

23  vehicle?

24      A.   I had just turned onto Market Place from

25  Bollinger Canyon Road.

26      Q.   Traveling which direction, east or west?



**Zandonella**
**REPORTING SERVICE, INC.**

–6–

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1      A.    I don't remember which direction on Bollinger I

2   was traveling.

3      Q.    Okay.  And then you said he made an illegal

4   U-turn at Montgomery Street?

5      A.    Montgomery.

6      Q.    Okay.  And did you follow him making that

7   illegal U-turn?

8      A.    Yes.

9      Q.    Okay.  And then you said that you turned left

10   onto Bollinger Canyon Road?

11      A.    Yes.

12      Q.    Is there any reason why you waited until Camino

13   Ramon to pull him over?

14      A.    Yes.

15      Q.    Why was that?

16      A.    Because we stopped at a red light.  And I find

17   it's confusing to put on your red lights when people are

18   stopped at red lights to pull somebody over.  So I

19   waited for the traffic to pull out.

20      Q.    Okay.  And which red light are you talking

21   about, at Bollinger Canyon Road or --

22      A.    To make, for a left hand --

23      Q.    -- and Market Street?

24      A.    -- for left turn traffic.

25      Q.    Okay.  As you can see from this map, there's

26   other opportunities to pull him over after the


Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    stoplight, isn't that right, prior to Camino Ramon?

2        A.    I didn't think it was a good officer safety

3    issue to pull somebody over in the middle of Bollinger

4    Canyon Road.

5        Q.    Did you recognize Mr. Bhatnagar when you saw

6    him after pulling him over?

7        A.    Once I pulled him over, yes.

8        Q.    And you knew that he was the driver of the car

9    prior to approaching his car, didn't you?

10       A.    No, I didn't.

11       Q.    When you approached him, you asked him what the

12   fuck was he doing in San Ramon, didn't you?

13       A.    No.

14       Q.    And you threatened that you would arrest him if

15   you ever saw him again in San Ramon, didn't you?

16       A.    No.

17       Q.    Did you run a check on Mr. Bhatnagar's license

18   that evening?

19       A.    Yes.

20       Q.    And how is it that you came to recognize

21   Mr. Bhatnagar?

22       A.    From a previous contact.

23       Q.    You had met Mr. Bhatnagar on May -- in May

24   2006, is that correct?

25       A.    Yes.

26       Q.    And that was in regards to a DUI that you


Zandonella
REPORTING SERVICE. INC.

-8-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

 1 | arrested him for, correct?

 2 |     A.    Yes.

 3 |     Q.    Was Mr. Bhatnagar driving the same car when you

 4 | arrested him on May 20th as the one he was driving when

 5 | you pulled him over on September 29th?

 6 |     A.    Yes.

 7 |     Q.    And what was the outcome of the criminal charge

 8 | brought against Mr. Bhatnagar for your May, May 2006

 9 | arrest?

10 |     A.    The outcome?

11 |     Q.    Yes.

12 |     A.    The case was dismissed on a motion.

13 |     MS. HUANG:    I'd like to ask the Court for judicial

14 | notice of a case involving Mr. Bhatnagar.    I have the

15 | minute order from the matter, which was heard by Judge

16 | Treat in this Court.    And I also have the transcript for

17 | the suppression hearing in that case.

18 |     THE COURT:    Show it to the officer.    The officer's

19 | right here.

20 |     MS. HUANG:    Oh.

21 |     THE COURT:    Okay.    Continue, please.

22 |     MS. HUANG:    Q.    You testified at the suppression

23 | motion hearing, isn't that correct?

24 |     A.    Yes.

25 |     Q.    And you testified under oath in that case, as

26 | you did in this case, that Mr. Bhatnagar made an illegal

**Zandonella**
REPORTING SERVICE, INC.

–9–

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1   U-turn, isn't that correct?

2       A.   Say that again, please.

3       Q.   Did you testify in the suppression motion

4   hearing in the prior case involving Mr. Bhatnagar, that

5   he made an illegal U-turn, as you are in this case?

6       A.   That he had made an illegal U-turn for --

7       Q.   On the evening --

8       A.   This evening that we're talking about now --

9       Q.   In regards --

10      A.   -- or on the original time?

11      Q.   In regards to the May 2006 arrest.

12      A.   Yes, I did.

13      Q.   And Judge Treat didn't believe your testimony

14  in that respect, did he?

15      A.   You'll have to ask him.

16      Q.   Do you recall whether he believed your

17  testimony in that case?

18      A.   I didn't stick around to hear his, his

19  disposition.

20      Q.   Okay.  And in fact, Judge Treat found that you

21  had no lawful reason to stop Mr. Bhatnagar, didn't he?

22      A.   I haven't read these transcripts.  I know that

23  the case was dismissed.

24      Q.   And isn't it true that Judge Treat concluded,

25  and I quote: "I do not credit the officer's testimony.

26  It appears to me as most credible that the officer was



Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1  trolling for drunk drivers across from the bar and

2  picked on this defendant because of this race -- because

3  of his race."

4      And you don't recall that ruling, that --

5      A.   I wasn't there for that ruling.

6      Q.   A witness by the name of Richard Ha (phonetic)

7  testified against you in the prior case you had with

8  Mr. Bhatnagar, correct?

9      A.   I haven't read these transcripts.

10     Q.   Do you recall a witness testifying against you

11 in that case?

12     A.   I wasn't there to see the witness testifying.

13 I left after I testified.

14     Q.   Okay.   Where was Mr. Bhatnagar when you first

15 saw him on September 29th, 2006?

16     A.   He was traveling southbound on Market Place.

17     Q.   Okay.   And in fact, he was at the Valero gas

18 station when you first saw him, isn't that correct?

19     A.   No.

20     Q.   You saw him speaking that night with a witness

21 who testified against you in the prior case, isn't that

22 correct?

23     A.   No.

24     Q.   You are currently under investigation by the

25 Contra County (sic) Sheriff's Department for a complaint

26 filed by the Contra Costa Public Defender's Office

**Zandonella**
**REPORTING SERVICE, INC.**

-11-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1  relating to Mr. Bhatnagar, isn't that correct?

2      A.    Yes.

3      Q.    And at the time of the infraction in

4  question --

5      A.    Actually, to actually correct my last answer,

6  the investigation has been completed.

7      Q.    Okay.  And at the time of the infraction in

8  question, you knew that you were being investigated by

9  the Internal Affairs Division as a result of

10 Mr. Bhatnagar's complaint against you for racial

11 profiling, is that correct?

12     A.    At the time that this ticket was issued?

13     Q.    Yes.

14     A.    No, I did not know that yet.

15     Q.    On September 29th, you had personal reasons to

16 pull over Mr. Bhatnagar, isn't that right?

17     A.    No.

18     Q.    And that's why you drove several blocks before

19 pulling over Mr. Bhatnagar, correct?

20     A.    The answer was no to the first question.

21     Q.    And you did that because you didn't want

22 Richard Ha to see you pulling over Mr. Bhatnagar,

23 correct?

24     A.    No.

25     Q.    You didn't want him to be another witness

26 against you in this case like he was the prior case,

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    correct?

2        A.    No, that's not correct.

3        Q.    Judge Treat is not the only Superior Court

4    Judge in this Courthouse who's discredited your

5    testimony under oath, is he?

6        A.    I don't, I don't know.

7        Q.    In fact, just last month, Judge Kolin

8    discredited your testimony, your sworn testimony in a

9    case against Raymond Eli (phonetic), isn't that correct?

10       A.    I wasn't there for his ruling as well.

11       Q.    Are you familiar with Raymond Eli?

12       A.    Yes.

13       MS. HUANG:   I'd like to ask the Court to take

14   judicial notice of a case involving Raymond Anthony Eli,

15   a case heard by Judge Kolin in this Court, for your

16   review.

17       THE COURT:   Do you have any other questions?

18       MS. HUANG:   I do.

19       THE COURT:   Your questions.

20       MS. HUANG:   Thank you.

21       Q.    Criminal charges against Mr. Eli were dismissed

22   because Judge Kolin concluded, contrary to your sworn

23   testimony, that you had no lawful basis upon which to

24   stop Mr. Eli, isn't that correct?

25       A.    I haven't read this yet.

26       Q.    Would you like to read it?

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1     THE COURT:  Go ahead with your questions, Counsel.

2     MS. HUANG:    Q.   The defendant in that case,

3  Raymond Eli, is African American, isn't he?

4     A.   Yes.

5     Q.   Other than the two incidents we've discussed on

6  May 20th and September 29th, have you ever had any other

7  communications with Mr. Bhatnagar, either directly or

8  indirectly?

9     A.   Other than the two stops, two vehicle stops?

10    Q.   That's right.

11    A.   Well, there was a DMV hearing.

12    Q.   Okay.

13    A.   I think that was it.

14    Q.   No other communications with Mr. Bhatnagar?

15    A.   No.

16    Q.   Are you aware that Mr. Bhatnagar and his family

17  have received numerous threatening and harassing phone

18  calls since he was arrested by you on May 20th?

19    A.   I'm aware of some sort of incident like that,

20  yes.

21    Q.   Have you been advised by anyone with the

22  Internal Affairs division at Contra Costa County that

23  you're not to have any communications with

24  Mr. Bhatnagar?

25    A.   I don't, I don't think they advised me of that.

26    MS. HUANG:  No further questions.  I would just ask

**Zandonella**
REPORTING SERVICE, INC.

-14-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    that these documents be moved into evidence.

2        THE COURT:  And your client is aware that he has

3    the right to remain silent, he has the right to make a

4    statement, you advised him of his rights, is that

5    correct?

6        MS. HUANG:  Yes.

7        THE COURT:  Any other evidence?

8        MS. HUANG:  We'll have testimony from

9    Mr. Bhatnagar.

10       THE COURT:  He can do a narrative.

11       MS. HUANG:  Okay.  I have some questions for him as

12   well, if that's okay.

13                    ABHINAV BHATNAGAR

14       the Defendant herein, testified as follows:

15                  DIRECT EXAMINATION BY

16       MS. HUANG:

17       Q.   What were you doing in San Ramon on the evening

18   of September 29th, Mr. Bhatnagar?

19       A.   I had gone to see Mr. Richard Ha to give him

20   the subpoena, which was faxed by the Public Defender's

21   Office.  They wanted some information regarding his

22   driver license and address.

23       Q.   And why were you meeting with Mr. Ha in person?

24       A.   Because he works in the nighttime and he was

25   scared to come to Court on the prior one.

26       Q.   And how long were you talking with Richard Ha

Zardonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1  that evening?

2      A.    I talked with him for approximately, at least

3  ten minutes.

4      Q.    And where did you meet with him?

5      A.    At the same place, Valero gas station.

6      Q.    How many exits are there to leave the Valero

7  gas station by car?

8      A.    How many exits --

9      Q.    Yes.

10     A.    -- for this gas station?

11     Q.    Yeah, to leave, to exit the gas station by car.

12     A.    There's like two.

13     Q.    Okay.  And I'm gonna show you a photo that you

14  could take a look at and see if that fairly depicts the

15  two exits that you just spoke to.

16     A.    Yes.

17     Q.    And which exit did you leave from?

18     A.    I got out from the carwash exit, the other

19  side.  That's the way you usually turn left.  I turned

20  left.

21     Q.    The second exit.

22     A.    Yes.

23     Q.    And that was onto Montgomery Street?

24     A.    Yes.

25     Q.    And which way did you then drive off of, when

26  you exited the gas station?

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1      A.    I turned left on Market and left on Bollinger.

2      Q.    Okay.    I'm gonna show you another photo which

3  depicts the area which I believe you said you turned, is

4  that, is that correct?

5      A.    Yes.

6      Q.    And you turned left from the lane, from the

7  lane that's depicted there in that photo?

8      A.    Yes.

9      MS. HUANG:    Okay.    I'd like to have both of these

10 photos marked as exhibits and put into evidence.

11     Q.    At any time that evening, did you make an

12 illegal U-turn?

13     A.    No.

14     Q.    And at what point did you notice a police car

15 behind you?

16     A.    When I was stopped at Market and Bollinger.

17 The car was right behind me.

18     Q.    And how long was the police car behind you

19 before you were pulled over?

20     A.    I turned left on Bollinger and got to the left

21 lane.    I changed into the middle lane.    He was behind

22 me, following me past the traffic light.    And then he

23 turned his lights on and told me to pull over.

24     Q.    And do you recall about what point he turned

25 his lights on?

26     A.    On the second traffic light after passing two

**Zandonella**
REPORTING SERVICE, INC.

-17-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1   traffic lights.

2       Q.   Okay.   And where were you pulled over?

3       A.   I was pulled over on Bollinger and Camino

4   Ramon.

5       Q.   What happened when Officer Ingrassia approached

6   your car?

7       A.   "Do you remember me?"

8       Q.   That's what he said?

9       A.   Yeah.   He said more things, too.   He said like,

10  "What the, what the" -- excuse me,   Your Honor -- "What

11  the fuck are you doing in San Ramon?   I'll break your

12  bones if I see you in San Ramon.   (Unintelligible) you

13  can't do anything to me and I can take you to jail

14  anytime."

15      And I mean, at that time I was really scared that I

16  was gonna be beaten up.   And I just told, you know,

17  like, "What do you want me to do?"

18      And he said, "I don't want to see you in San Ramon.

19  And if I see you in San Ramon, I'm gonna just hurt you

20  pretty bad," and talking to me in very, verbally

21  abusing.   Excuse my language but I have to tell.

22      Q.   When Officer Ingrassia mentioned your attorney,

23  what did you take that to mean?

24      A.   He meant probably Keven (unintelligible) DMV

25  prior who had questioned him at a DMV hearing, and also

26  Ms. Garita (phonetic) who had complained to the Contra

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1   Costa Sheriff Department in August, and this was in

2   September, September 29th.

3       Q.   Okay.  I'm gonna have this marked as Exhibit 5,

4   which I'd like to show you.

5       Do you recognize this document right here?

6       A.   Yes.

7       Q.   As?

8       A.   Dated September 13, 2006, yes.

9       Q.   And what is that?

10      A.   It's like the Contra Costa Sheriff County is in

11  receipt of a letter from attorney, Ms. Donna Garita,

12  alleging misconduct on the part of Officer Ingrassia,

13  during my -- your arrest on May 20, 2006, San Ramon

14  Police Report 06-12996.  The allegations are taken

15  seriously.  Please take the time to complete and return

16  to office citizens report form.  And (unintelligible).

17      Q.   And that letter's dated September 13th --

18      A.   Yes.

19      Q.   -- which is a few weeks before the incident in

20  question?

21      A.   Yes.

22      Q.   How did you react when Ingrassia said those

23  things to you that you testified to?

24      A.   I was, I was really scared.  And I had, luckily

25  my cell phone, but he seen, he thought like I was on the

26  cell phone or something, so that kind of saved me.

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    But he was upset because I complained and Ms.

2  Garita had complained to the Internal Affairs.

3    Q.   I'm gonna show you what I marked as Exhibit 6.

4  And if you could look at it and tell me if this is the

5  letter that -- to which you just testified to.

6    A.   Yes.

7    Q.   And when was that complaint, when was that

8  letter sent?

9    A.   September 29th.

10   Q.   The same day of the incident in question --

11   A.   Yes.

12   Q.   -- correct?

13   A.   Yes.

14   Q.   This was not the first time Ingrassia has

15  threatened you, Mr. Bhatnagar, is it?

16   A.   No.

17   Q.   And when was the first time that he threatened

18  you?

19   A.   He threatened me at the police station, stating

20  that, "You Asians come and steal jobs here.  You look

21  like a terrorist."  I was crying.  I'm sorry, Your

22  Honor.  At that time I was, you know, scared.  I've

23  never been arrested my whole life.

24    And he was saying like I was like I was with my

25  grandmother the last stage, and she was an Indian.  He

26  said, "Don't cry, don't cry like a little boy.  It's

**Zandonella**
REPORTING SERVICE. INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1  just a misdemeanor and I'm not charging for a terrorist

2  crime.  And you Asians come and steal jobs here.

3  Wherever you go, you create trouble."

4      And I was just trying to be polite, and I respect

5  police officers.  That's my teachings I've been given

6  from my family, you know, despite that.

7      Q.  Were these any witnesses to these statements --

8      A.  Yes.

9      Q.  -- that were made by Ingrassia?

10     A.  Yes.

11     Q.  And did these witnesses testify in your prior

12 proceeding?

13     A.  Yes.

14     Q.  In regards to the May 20th arrest, those

15 charges were dismissed against you, isn't that correct?

16     A.  Yes.

17     Q.  And after the dismissal, did you have occasion

18 to meet with the prosecutor in that case?

19     A.  Yes.  I had contacted the Deputy District

20 Attorney's Office.  And they also felt bad and they also

21 gave a statement regarding, for DMV purposes, that it

22 was an unlawful arrest.  And they had given a written

23 statement signed by Deputy, Mr. Foley.

24     Q.  And was anything else said at that time?

25     A.  He felt sorry for me, you know, like what you

26 went through.  I was in his office in Martinez.  I had

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1   gone to meet him in his office.

2       Q.   Other than on May 20th and on September 29th,

3   has Ingrassia ever threatened you at any other time?

4       A.   I believe so, over the phone many times.  But

5   again, it's usually blocked numbers.

6       Q.   And what kinds of things are said to you during

7   these phone calls?

8       A.   You know, "I'm gonna break your family, kill

9   your family or fuck your mom."

10      And my dad also is scared, you know, like -- well,

11  you can laugh as much as you want, Officer Ingrassia,

12  but --

13      THE COURT:  You need to address your answers to me.

14      MR. BHATNAGAR:  Yes.

15      THE COURT:  I'm the one making the decision today.

16      MR. BHATNAGAR:  Yes, Your Honor.

17      THE COURT:  You should be focused on me and not the

18  officer.

19      MR. BHATNAGAR:  I'm sorry.

20      THE COURT:  You understand me, don't you?

21      MR. BHATNAGAR:  Yes, sir.

22      THE COURT:  Okay.

23      MR. BHATNAGAR:  Thank you.

24      It was pretty aggressive.  And I never had any kind

25  of trouble like that, so it was pretty -- I was really

26  scared for my family, too.

**Zandonella**
REPORTING SERVICE. INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1          MS. HUANG:

2          Q.   Approximately how many such phone calls have

3   you received?

4          A.   At least, until now, like 40 to 50.

5          Q.   And did the Contra Costa Public Defender's

6   Office send a letter of complaint on your behalf to the

7   Contra Costa Sheriff's Department?

8          A.   Yes.

9          Q.   I'd like to have you look at this letter

10  marked as Exhibit 7, and if you could tell me whether

11  this is --

12         THE COURT:   I need to interrupt you.  You keep

13  marking them with the numeric system.  You know as the

14  defendant it's in alpha.

15         MS. HUANG:   We're doing letters okay.

16         THE COURT:   It's always done that way.

17         MS. HUANG:   Okay.

18         THE COURT:   And the prosecution or the plaintiff is

19  always done with numeric.

20         MS. HUANG:   Thank you, Your Honor.

21         THE COURT:   So we're gonna renumber --

22         MS. HUANG:   I'll go back and fix it.  Okay.

23         THE COURT:   We're gonna reletter all of your

24  documents in a moment.

25         MS. HUANG:   Okay.

26         THE COURT:   You understand that.


Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1     MS. HUANG:  Yes.  Thank you.

2     THE COURT:  Okay.  And if you want us to mark it

3   contemporaneously, if you pass it to the clerk, but you

4   don't have to.

5     MS. HUANG:  Okay.  Thank you.

6     Q.   If you could review this letter and tell me if

7   this is the letter to which you've just testified.

8     A.   Yes.  It's dated August 30, 2006.  And it's

9   Scott Holder, chief of police (unintelligible).

10    Q.   Did those phone calls ever stop?

11    A.   After the suppress motion, it kind of slowed,

12  but just get like 300 blank calls from late night, 2:00

13  o'clock, 3:00 o'clock, nobody says anything.

14    MS. HUANG:  I have no further questions, Your

15  Honor.

16    THE COURT:  Okay.  Mr. Bhatnagar, obviously what

17  you've been saying are pretty serious allegations,

18  obviously on the face of it.

19    Let me go to another topic, okay?

20    MR. BHATNAGAR:  Yes, sir.

21    THE COURT:  Did you make the U-turn?

22    MR. BHATNAGAR:  No, sir.

23    THE COURT:  Did you say that to the officer at the

24  time of the stop?

25    MR. BHATNAGAR:  Yes, I did.  And he didn't say --

26  he just pulled me on the side, and, "What are you doing

**Zandonella**
**REPORTING SERVICE, INC.**

-24-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1  here?"

2      He was upset to see me in San Ramon.

3      THE COURT:  No, I understand that part.

4      MR. BHATNAGAR:  Yes, sir.

5      THE COURT:  But did you make any statements to him

6  at that time --

7      MR. BHATNAGAR:  No.

8      THE COURT:  -- that you can recall?

9      MR. BHATNAGAR:  No.

10      THE COURT:  Okay.  Thank you.

11      Anything else?

12      OFCR. INGRASSIA:  Yes, Your Honor.  For the record,

13  none of these allegations are obviously true.

14      There is, there was an Internal Affairs

15  investigation brought against me based on these

16  allegations.  The Internal Affairs investigation has

17  been completed, and all of the allegations were

18  unfounded because none of them ever happened.

19      The investigation is in the review stage right

20  now, and it will very shortly be ready to look at, if

21  you want to -- I don't know how it works, if you can, if

22  you want to get a copy of that or how it works.

23      But they're unfounded.  I have no reason to do any

24  of those things to this man.  I contact several people a

25  night and I've made several arrests, and I've never had

26  any other complaints even remotely close to anything

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    like this.

2         So -- but I do maintain my same testimony.  I saw

3    him driving, he made a U-turn, he made a left-turn and

4    then I pulled him over and I issued him a citation.  So

5    that's all I have.

6         MR. BHATNAGAR:  Can I say something, sir?

7         THE COURT:  Well, you would want to speak to your

8    attorney first, wouldn't you?

9         MR. BHATNAGAR:  I'm sorry.

10        THE COURT:  Would you like a brief recess to do

11   that?

12        MS. HUANG:  Sure.

13        MR. BHATNAGAR:  No, no.

14        THE COURT:  Would you like a brief recess to do

15   that?

16        MR. BHATNAGAR:  Yeah.

17        THE COURT:  Yeah.

18        MR. BHATNAGAR:  Can I do --

19        THE COURT:  No one -- do you mind?  You don't mind.

20        MS. HUANG:  No.

21        THE COURT:  Okay.  And then you can give me those

22   documents which we're waiting for.

23        You can give them to the clerk.

24        MS. HUANG:  Okay.

25        THE COURT:  And if you want to take a seat, I'll

26   take someone else's case.  They'll be happy to go in



-26-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

```
 1    front.
 2         (Break in proceedings.)
 3         THE COURT:  Recalling the case of Abhinav
 4    Bhatnagar.
 5         Officer, I believe you had just finished.  And
 6    there was nothing else you wanted to say, is that true?
 7         OFCR. INGRASSIA:  That's where we were, yes, sir.
 8         THE COURT:  Okay.  Any other questions for the
 9    officer?
10         MS. HUANG:  No.  I do have a followup in response
11    to --
12         THE COURT:  Okay.
13         MS. HUANG:  -- your question to Mr. Bhatnagar.
14         THE COURT:  No other questions for the officer?
15         MS. HUANG:  No.
16         THE COURT:  Okay.
17         MS. HUANG:  Actually, I'm sorry, I do have one
18    question.
19         THE COURT:  Okay.
20                        OFFICER INGRASSIA
21                    testified further as follows:
22                    RECROSS-EXAMINATION BY
23         MS. HUANG:
24         Q.  You had stated that you did do a check on
25    Mr. Bhatnagar's license plate, is that correct?
26         A.  On his license plate?
```

**Zandonella**
**REPORTING SERVICE. INC.**

-27-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1      Q.   On his license plate.

2      A.   Yes.

3      Q.   You did.  And at what point did you do that?

4      A.   When we were stopped at the Bollinger and

5   Market Place light.

6      MS. HUANG:   Okay.  No further questions.

7      THE COURT:   Okay.

8      MS. HUANG:   And then for Mr. Bhatnagar.

9                   ABHINAV BHATNAGAR

10     the Defendant herein, testified further

11     as follows:

12                  REDIRECT EXAMINATION BY

13     MS. HUANG:    Q.   I'm gonna have you take a look at

14  Exhibit A, and if you could tell me at which -- there's

15  two exhibits depicted here.

16     A.   Uh-huh.

17     Q.   Could you show me which exhibit -- which exit

18  you left the gas station.

19     A.   Right here near the parking.  There's only

20  parking there, says it on there.

21     MS. HUANG:   Okay.  And for the record, he's

22  pointing to where the red car is indicated at the exit

23  of the Valero gas station.

24     Q.   When you pulled into the gas station, where did

25  you park on the evening of September 29th?

26     A.   Just right across the carwash in the gas

**Zandonella**
REPORTING SERVICE. INC.

-28-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    station, there's parking.

2         Q.   Okay.  And parked at the parking lot that's

3    nearest to Montgomery Street --

4         A.   Yes.

5         Q.   -- isn't that correct?

6         And so when you left, exited, you left on the

7    Montgomery Street.

8         A.   Yes.

9         Q.   And then you took the legal left turn from

10   Montgomery onto Market Street.

11        A.   Market, yes.

12        MS. HUANG:  Okay.  Okay.  No further questions for

13   Mr. Bhatnagar.

14        THE COURT:  Anything else?

15        MS. HUANG:  I do have, in response to Officer

16   Ingrassia's representation on the Internal Affairs

17   investigation, we have not been advised that the

18   investigation has concluded in any way.

19        And we were actually informed that even when the

20   investigation concludes, that the findings have to be

21   reviewed by the, by the chief.  And so we were told that

22   that would take some time to complete.

23        And despite, you know, regardless of what the

24   findings in that investigation were, we do have, you

25   know, a very similar case involving the same parties

26   here where, in which Officer Ingrassia also claimed that

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    there was an illegal U-turn made.

2        There was no illegal U-turn done here, just as

3    there was no illegal U-turn done in the case in May of

4    2006, as was found by Judge Treat.

5        Officer Ingrassia's testimony is not credible and

6    not believable here.  He did not turn his sirens on

7    until several lights down the road on Bollinger Canyon

8    Road.  And he had, despite having several opportunities

9    to pull Mr. Bhatnagar over, he did not pull him over

10   until several lights down the street at Camino Ramon.

11       And so to conclude, I would just argue that this

12   case is just yet another example of a continued pattern

13   of harassment by this officer against Mr. Bhatnagar in

14   which he's abused the legal process, and once again has

15   abused legal process here.

16       THE COURT:  Anything else?

17       Ms. HUANG:  That's it.

18       THE COURT:  All right.  You know I haven't read any

19   of the documents.  They were just given to me.  I'll

20   take the case under submission.

21       You have the absolute right, your client has the

22   absolute right -- what's this?

23       THE CLERK:  (Unintelligible.)

24       THE COURT:  (Unintelligible.)

25       THE CLERK:  Yes.

26       THE COURT:  Okay.  You have the absolute right to

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1  have the, have me render a decision in open court. And

2  if you'd like, you can come back, or your attorney can

3  come back and I can do that, or I can mail you a copy of

4  my decision. What do you prefer?

5      MS. HUANG:  I think we'd prefer to have it done in

6  open court.

7      THE COURT:  When would you like to come back?

8      MS. HUANG:  How quickly can we -- how long do you

9  expect to take?

10     THE COURT:  When would you like to come back?

11     MS. HUANG:  (Unintelligible.)

12     THE COURT:  Pick your date.

13     MS. HUANG:  Okay.  Sometime next week, would that

14 be enough time for Your Honor to review the documents or

15 do you anticipate --

16     THE COURT:  When would you like to come back?

17     MS. HUANG:  Next week.

18     THE COURT:  When?

19     MS. HUANG:  Okay.  How about, how about next

20 Wednesday?

21     THE COURT:  Okay.  1:30?

22     MS. HUANG:  March 14th at 1:30.

23     THE COURT:  Okay.  Officer, is it okay if I mail it

24 to you?

25     OFCR. INGRASSIA:  Absolutely, Your Honor.

26     THE COURT:  Thank you.

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1          MS. HUANG:   Thank you.

2          MR. BHATNAGAR:   Thank you.

3                            --o0o--

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26



Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1 STATE OF CALIFORNIA          )
                             )  ss.
2 COUNTY OF CONTRA COSTA       )

3

4     I, JOHN A. ZANDONELLA, do hereby certify:

5     That I am a Certified Shorthand Reporter of the

6 State of California, License No. C-795; that the

7 foregoing pages are a true and correct transcription of

8 the audiotaped proceedings before the Honorable Joel

9 Golub, Commissioner, Contra Costa Superior Court, Walnut

10 Creek, California, except as noted "unintelligible" or

11 "inaudible."

12

13     I further certify that I am not interested in the

14 outcome of said matter nor connected with or related to

15 any of the parties of said matter or to their respective

16 counsel.

17     Dated this 18th day of May, 2007, at Concord,

18 California.

19

20

21     

22     _____
       JOHN A. ZANDONELLA, CSR No. C-795

23

24

25

26

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829