440 YGNACIO VALLEY ROAD  WALNUT CREEK, CA 94596

**NOTICE, SENTENCE, COMMITMENT FORM** — **CLERK'S DOCKET AND MINUTES**

DOCKET NO. 1-968674-2

| | |
|---|---|
| DEFENDANT (NAME) | BHATNAGAR ABHINAV |
| DEPT. | 059 |
| DATE | 03/14/2007 |
| TIME | 13:30 |
| ROC | SENT |
| BAIL | OR |
| POSTED BY | |
| DEFENSE ATTORNEY | HUANG |
| TIME WAIVED | |
| JUDGE | JOEL GOLUB |
| COURT REPORTER | |
| DEPUTY CLERK | L. ZAHN |

MINUTES CERTIFIED CORRE[CT]

— PROCEEDINGS —
— APPLICABLE ENTRIES APPLY —

### CITATION FACSIMILE

```
CITE 1324235   AGY 025   DATE 09/29/06   2:10
NAME BHATNAGAR ABHINAV
ADDR 36927 PAPAYA ST
     NEWARK              CA   94560
DOB 04/30/76  DRV LIC D3219816   CA EXP
VEH LIC 5FXA510  CA  YR 2004  MAKE NISAN
                           DUE 11/28/06
---VIOLATIONS----  PA PRF   BAIL  DISP
1 I CVC 21461a      Y   N          NG
  TRAF CONTROL DEVICES
```

Savoy, Mary  968662[?]

```
PRIORS ASSESSMENT                    .00
PENALTY ASSESSED                     .00
OTHER FEES                           .00

TOTAL BAIL                           .00
SPEED/LIM/SAFE               OVERWGT
LOCATION MARKET PL/MONTEGOMER
NOTE GRAVEYARD       OFFCR INGRASSIA/65945

NEXT APPR 03/14/2007
```

*exhibit returned*

### BAIL STATUS ORDERS
☐ Bail Forfeited and: no further action/ can't for dispo of bail/ bail exonerated
☐ Bail applied to fine.   ☐ Excess exonerated.
☐ Waiver of depositor to be filed by _____
☐ Bail forfeiture set aside and reinstated  ☐ Pay $____ Assessment
☐ Bail dispo date _____   ☐ Vacated by _____
☐ Summary Judgment to be entered   ☐ Other _____

### JAIL/REMANDING ORDERS
☐ BE IMPRISONED _____ DAYS _____ DAYS CREDIT/SUSPENDED
☐ Sentence to commence _____ ☐ At main jail
☐ Concurrent/ Consecutive to _____ ☐ Any sentence
☐ Work Alternative Program, contact CAF  ☐ immediately  ☐ within 15 days
☐ REMANDED TO COUNTY JAIL, BAIL SET AT $ _____
☐ ORDERED RELEASED: On OR/Promise to appear  ☐ Court Courtesy
☐ Committed to custody until sentence served in full

### APPEARANCE / ARRAIGNMENT / WAIVER / PLEA
DEFENDANT: ☐ APPEARING  ☐ IN CUSTODY  ☐ NOT APPEARING
☑ APPEARS WITH/BY ATTORNEY/PARENT _____
☐ ANSWERS TRUE NAME AS CHARGED
☐ DULY ARRAIGNED    ☐ BY VIDEO
PLEADS: GUILTY CT #____  NOT GUILTY CT #____  NO CONTEST, Found Guilty CT #____
TIME FOR TRIAL WAIVED/NOT WAIVED   TIME FOR SENT WAIVED/ NOT WAIVE[D]
☐ TRANSFER FOR TRIAL TO ORIGINAL JURISDICTION
☐ INTERPRETER _____ SWORN/OATH ON FILE
☐ ORDER _____ Interpreter  ☐ Interpreter Coordinator Notifi[ed]

### CONTINUANCE/REFERRAL/BENCH WARRANT ORDERS
DATE _____ TIME _____ FOR _____
DATE _____ TIME _____ FOR _____
☐ DEFT REFERRED TO: PUBLIC DEF / CT PROB OFF / DIVER / JUV PROB
☐ BENCH WARRANT TO ISSUE BAIL $_____  ☐ HOLD UNTIL _____
☐ MUST APPEAR  ☐ CASH BAIL  ☐ NO VOL APP  ☐ NO CITE RELEASE
☐ BENCH WARRANT RECALLED/ SET ASIDE  ☐ Vacate Date of _____
☐ OTHER _____

### DISPOSITION FINE/PROGRAMS
☐ DEFT PLACED ON COURT PROB. FOR _____ MONTH(S)/YEAR
☐ PROBATION: REINSTATED/REVOKED/TERMINATED SUCCESSFULLY
Pay fine/fees by or            $_____ OR_____ ON CT#_____
comply by or appear
on _____              $_____ OR_____ ON CT#_____
_____ at _____ am/pm  $_____ OR_____ ON CT#_____
☐ FINE REDUCED     Total $ _____   ☐ +$24 traffic school fee
☐ REFER TO GCS/CCU FOR PAYMENTS  ☐ CIVIL ASSESSMENT SET ASIDE
Make monthly payments of $ _____ beginning _____ until paid in [full]
☐ ACCOUNT RECEIVABLE FEE ASSESSED: $15 / $30 / $35 / WAIVED
☐ SHOW PRF OF CORR. CT #_____ THEN: DISM/JS ☐ ACCEPT PROOF OF SALE/JUNK
☐ $10 PROOF FEE ASSESSED / WAIVED  ☐ PAY COURT COSTS $_____
☐ ATTEND: TS/AOP/CPS ON CT #_____ . COMPLETE BY _____
☐ DISM ON COMPLETION  ☐ PROOF ACCEPTED  ☐ TS DELETED
☐ WORK _____ VOL HRS AS ASSIGNED BY _____ ☐ IN LIEU OF F[INE]
☐ PAY FEES AND REGISTER AT CLERK'S OFFICE IMMEDIATELY  ☐ FEE WAIVED
☐ JUDGMENT/FINE SUSPENDED ON CT #_____  ☐ IN LIEU OF F[INE]
☑ DISMISSED/FOUND NOT GUILTY CT # _____  ☐ PROOF SHOWN CT #_____
☐ NOTIFY DEFENDANT    ☐ NOTIFY POLICE OFFICER

### DRIVER'S LICENSE ORDER
☐ SUSPENDED/RESTRICTED: Term of surrender _____ DAYS/MONTHS/YEA[RS]
☐ MAY DRIVE TO AND FROM: WORK / SCHOOL / COURT PROGRAMS
☐ SURRENDER LICENSE TO COURT BY _____   ☐ DL310 SER[VED]
☐ DRIVER'S LICENSE HOLD TO REMAIN UNTIL SENTENCE SATISFIED
☐ RESTRICTION/SUSPENSION/HOLD ORDERED LIFTED
Other _____
☐ SEE REVERSE FOR ADDITIONAL TERMS AND INSTRUCTIONS

**TO THE SHERIFF COMMITMENT** (Penal Code, Section 1213) I hereby certify that the following is a true copy of the entry of Judgment or Order and is your authority for the execution thereof.

**DEFENDANT COPY**

DATED: _____      _____
TR 5004 REV. 2/01                    (JUDGE OF THE SUPERIOR COURT)