

## County of Contra Costa
### Office of the Sheriff
Warren E. Rupf
Sheriff

*September 13, 2006*

*Ms. Diana Garrido*
*800 Ferry Street*
*Martinez, CA 94553*

*Ms. Garrido:*

*The Office of the Sheriff, Contra Costa County, is in receipt of your letter alleging misconduct on the part of Deputy Ingrassia during the arrest of your client, Mr. Abhinav Bhatnagar, on May 20, 2006, (San Ramon Police report #06-12996). Per policy, the letter was referred to Professional Standards/ Internal Affairs for investigation/ resolution.*

*It is my understanding that the matter is still pending court action/ adjudication. A Citizen's report/ complaint form will be mailed to Mr. Bhatnagar's address, 36927 Papaya Street, Newark, CA 94560. Regardless of the completion of the form, a capable Sheriff's Office employee will initiate an internal investigation.*

*Thank you for bringing the matter to our attention. The Sheriff's Office always strives to provide the highest quality of law enforcement services. If I may be of further assistance, please call or contact me at the number provided below.*

*Sincerely,*

**WARREN E. RUPF**, *Sheriff*

*By: Eric Navarro, Lieutenant*
*Professional Standards Unit*
*(925) 335-1519*