

**PUBLIC DEFENDER**
Contra Costa County

David C. Coleman
Public Defender

CENTRAL/EAST OFFICE
*Supervising Attorneys*
Patrick Cannon
Suzanne J. Chapot
Susan Hutcher

September 29, 2006

Lieutenant Eric Navarro
Professional Standards Unit / Internal Affairs
Contra Costa County Office of the Sheriff
724 Escobar Street
Martinez, CA 94553

Re:   *People v. Bhatnagar*, San Ramon Police report no. 06-12996

Dear Lt. Navarro,

Thank you for initiating an investigation regarding the conduct of Deputy Ingrassia in the above-referenced case. I am writing to inform you of a recent incident.

At about 2 a.m. this morning, Mr. Bhatnagar was in the Valero gas station where Deputy Ingrassia stopped him last time. As Mr. Bhatnagar exited the gas station in his vehicle, Deputy Ingrassia followed him. Mr. Bhatnagar made a legal left turn and was pulled over by the deputy about three to four traffic lights down the road.

Deputy Ingrassia came over to Mr. Bhatnagar's window and said, "What the fuck are you doing in San Ramon? I don't want to see your ass in San Ramon." Mr. Bhatnagar asked what the problem was, as he'd followed all driving regulations. The deputy stated that Mr. Bhatnagar had made an illegal u-turn. Deputy Ingrassia then told Mr. Bhatnagar, in substance: "You can take me to court, but you can't do anything to me. I can take your ass to jail anytime. I could take you to jail right now." The deputy then issued a ticket for the alleged illegal u-turn, City of San Ramon Police Department citation no. 25-132423 5, and told Mr. Bhatnagar not to come back to San Ramon.

Thank you for your assistance in this matter. If you require further information, please do not hesitate to contact me. My direct line is (925) 335-8041.

Best Regards,

Diana Garrido
Attorney for Mr. Bhatnagar