

# PUBLIC DEFENDER
## Contra Costa County

David C. Coleman
Public Defender

**CENTRAL/EAST OFFICE**
*Supervising Attorneys*
**Patrick Cannon**
**Suzanne J. Chapot**
**Susan Hutcher**

December 1, 2006

Lieutenant Eric Navarro
Professional Standards Unit / Internal Affairs
Contra Costa County Office of the Sheriff
724 Escobar Street
Martinez, CA 94553

Re:   *People v. Bhatnagar*, 1-127484-4
      Sheriff's Office Police Report No. 06-12996 (San Ramon)

Dear Lt. Navarro,

I am writing to update you on the status of the above case. A motion to suppress evidence was heard and granted on November 27, 2006 by Judge Treat in Department 12. Judge Treat made a finding of fact that Officer Ingrassia was in the gas station to search for possible DUI suspects coming from the bar across the street and that he singled Mr. Bhatnagar out for investigation based on his race. Implicit in this finding is that the officer falsified the reason for detaining Mr. Bhatnagar. The case was subsequently dismissed.

I am ordering a transcript from this proceeding and will forward a copy once I have received it. I trust your office will take whatever action is appropriate.

Best Regards,

Diana Garrido
Deputy Public Defender