UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, <br><br> Plaintiff, <br> vs. <br><br> JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON. <br><br> Defendants. | Case No.: Case No. CV07-02669 (CRB) <br><br> **PROPOSED ORDER FOR PLAINTIFF'S 1st MOTION *IN LIMINE*** |

This matter is before the court upon Plaintiff's First Motion *In Limine*, filed on March 14, 2008. Based upon the supporting and opposing documents submitted on these motions, all the documents contained in the record herein, and the motion hearing conducted on April 25, 2008, the Court hereby issues the following rulings:

(1) The decision of Contra Costa County Superior Court Judge Charles Treat, dated November 27, 2006, in *People v. Bhatnagar*, Case No. 127484-4, granting Mr. Bhatnagar's motion to suppress and dismissing his criminal charges for driving under the influence of alcohol shall be admitted in its entirety as evidence against:

_____ Defendant Ingrassia          _____ Contra Contra County & the City of San Ramon

These findings \_\_\_\_\_will  _____will not be given collateral estoppel effect.

(2) The decision of Contra Costa County Commissioner Joel Golub, dated March 14, 2007, in *People v. Abhinav Bhatnagar*, Case No. 968674-2, finding Mr. Bhatnagar not guilty of the traffic citation issued by Defendant Ingrassia on September 29, 2006 shall be admitted in its entirety as evidence against:

_____ Defendant Ingrassia          _____ Contra Contra County & the City of San Ramon

1  These findings _____will _____will not be given collateral estoppel effect.

2

3  (3) The decision of Department of Motor Vehicles ("DMV") Hearing Officer J. Beireis-
4  Molnar, dated March 30, 2007, setting aside the suspension of Mr. Bhatnagar's driver's license
5  shall be admitted in its entirety as evidence against:
6  _____ Defendant Ingrassia          _____ Contra Contra County & the City of San Ramon
7  These findings _____will _____will not be given collateral estoppel effect.

8

9  (4) The decision of Contra Costa County Superior Court Judge William Kolin, dated
10  August 8, 2007, in *People v. Raymond Eli*, Case No. 128472-8, granting Mr. Eli's motion to
11  suppress and dismissing the criminal charges against Mr. Eli shall be admitted in its entirety as
12  evidence against:
13  _____ Defendant Ingrassia          _____ Contra Contra County & the City of San Ramon

14

15  (5) The decision of Contra Costa County Superior Court Judge Nancy Stark, dated
16  August 8, 2007, in *People v. Richard Smith*, Case No. 5-070257-1, granting Mr. Smith's motion
17  to suppress and dismissing the criminal charges against Mr. Smith shall be admitted in its
18  entirety as evidence against:
19  _____ Defendant Ingrassia          _____ Contra Contra County & the City of San Ramon

20

21  **IT IS SO ORDERED.**
22  Dated: April ___, 2008

23                                              _____
24                                              The Honorable Charles R. Breyer
                                                United States District Judge
25
26
27
28