1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  GREGORY C. HARVEY(SBN 47974)
   Assistant County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile: (925) 335-1866
   email: gharv@cc.cccounty.us
6
   Attorneys for Defendants
7  COUNTY OF CONTRA COSTA
   and CITY OF SAN RAMON
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13  ABHINAV BHATNAGAR,                    Case No. CV07-02669 CRB

14            Plaintiff                   DECLARATION OF BARBARA
                                          HOULIHAN
15  v.

16  JASON INGRASSIA, COUNTY OF
    CONTRA COSTA, and CITY OF SAN
17  RAMON,

18            Defendants.

19

20  I, Barbara Houlihan, declare:

21

22  1.    I make the following declaration based on my personal knowledge and, if called as a

23        witness, I am competent to testify to the matters stated below.

24

25  2.    I am a dispatcher for the Contra Costa County Sheriff's Department and contract cities

26        where the Sheriff provides police services.  In May of 2006, the Sheriff provided police

27        services to the City of San Ramon.

28

DECLARATION OF BARBARA HOULIHAN

Case No. CV07-02669 CRB                                                               1

3.    I have worked as a dispatcher for the County for ten years.

4.    As part of my duties, I receive emergency and non-emergency calls made requesting police assistance, I dispatch officers by radio to locations in the community to respond to calls, receive calls from officers as to their location, availability for service and their activities, and provide a communications link for back-up and technical support.

5.    In addition to the partial list of activities in paragraph 4, I make entries in a computerized log of the calls received and made at the time of the calls.  This document is called a dispatch log.

6.    Exhibit B is a compilation of true and correct copies of the dispatch log entries for the night of May 19-20, 2006 relating to Officers Ingrassia, Jones and Mr. Bhatnagar.

    a.    B-1 covers transmission relating to Officers Jason Ingrassia (CC92-94)

    b.    B-2 covers transmissions relating to Officer Nathan Jones (CC95-96)

    c.    B-3 covers transmissions specifically associated with Officer Ingrassia's interaction with Abhinav Bhatnagar (CC89-90).

    d.    B-4 is a map of San Ramon upon which I have located the locations referred to in the transmissions (1) Montevideo and Davonna, (2) 2114 Crestfield, (3) Central Park at Bollinger Canyon Road and Alcosta Boulevard.

7.    I was on duty the night of May 19-20, 2006 and participated in the calls listed below , with the sole exception of the 2:44 a.m call shown in subparagraph k .  I am familiar with the codes that are used in the dispatch log.  The dispatch log indicates the following transmissions between midnight of May 19 and 2:44:13 am on May 20, 2008.

    a.    12:04:00 a.m    At 12:04 a.m., Officer Ingrassia reported that he was
        (Ingrassia)    making a traffic stop at *Montevideo and Davonna* in San Ramon.  At 12:05 a.m., Officer Ingrassia requested

DECLARATION OF BARBARA HOULIHAN

1   information from me on David Mock and provided Mr.

2   Mock's drivers license number.   At 12:44:48, Officer

3   Ingrassia reported that he had cleared the scene from his

4   traffic stop at Montevideo and Davonna.

5

6   b.   12:08:25    At 12:08:25, Officer Jones reported that he was

7        (Jones)    involved in a traffic stop at Wedgewood and Bollinger.

8                   He reported that he cleared the scene at 12:09:23.  He

9                   then responded to an alarm at Hellicon Court.at 12:13

10                  a.m and cleared that scene at 12:21:35

11

12  c.   12:34:24   At 12:34:24, Officer Nathan Jones was dispatched to

13       (Jones)    back up another officer at Longs in San Ramon at 2455

14                  San Ramon Valley Road.  He reported that he was on

15                  scene at 12:39:09.  He reported that he was clear of the

16                  scene at 12:41:44.

17

18  d.   12:43:26   At 12:43:26, I dispatched Officer Jones to 2316 Canyon

19       (Jones)    Village, but at 12:44:32 I preempted this call.

20

21  e.   12:44:32   At 12:44:32, I dispatched Officer Jones to 2114

22       (Jones)    Crestfield Drive to provide backup. At 12:45:41, Officer

23                  Jones acknowledged that he was on his way to provide

24                  back up at 2114 Crestfield Dr.   At 12:50:14, the on-

25                  scene button was pressed on the unit computer

26                  automatically transmitting a message indicating that

27                  Officer Jones was on scene.  At 12:58:43, Officer Jones

28                  reported that he was back in service.

DECLARATION OF BARBARA HOULIHAN

| | | |
|---|---|---|
| f. | 12:45:09 (Ingrassia) | Officer Ingrassia indicated that he was on his way to provide backup at *2114 Crestfield Drive*. At 12:50:28, Officer Ingrassia reported that he was on scene at 2114 Crestfield Drive. At 12:58:42, Officer Ingrassia reports that he was back in service. |
| g. | 01:03:43 (Ingrassia) | Officer Ingrassia reported to me that he was checking out the area of *Central Park*, a large park at the location of *Alcosta Boulevard and Bollinger Canyon Road in San Ramon*. At 01:07:18 he reports that he has just cleared that location. |
| h. | 01:07:50 (Ingrassia) | I transmitted a call for response to a report of "suspicious circumstances." Officer Ingrassia "preempted" this call at 01:08:23. This means that he was asking that some other officer be assigned to respond. |
| i. | 01:08:23 (Ingrassia) | At 01:08:23, Officer Ingrassia also reported that he was making a traffic stop at the Valero Gas Station on Market Place of a vehicle with the license 5FXA510. At 01:08:42, Officer Ingrassia indicated that he was going to perform a field sobriety test. |
| j. | 01:09:18 | I dispatched Officer Jones to the Valero Station to provide backup. At 01:09:58, Officer Jones reported that he was on scene. At 01:14:55., the log reflects that |

DECLARATION OF BARBARA HOULIHAN

Case No. CV07-02669 CRB

1    Officer Jones requested information through his unit's

2    computer terminal relating to Abhinav Bhatnagar by

3    entering in to the computer terminal Mr. Bhatnagar's

4    driver's license and birthdate.

5

6    k.    01:30:53    At 01:30:53, Officer Ingrassia reported that he had one

7    person in custody for DUI.  At 01:31:00, I transmitted a

8    case number to Officer Ingrassia.  At 01:31:02, Officer

9    Ingrassia requested a tow vehicle.  At 01:32:05, I input

10    into the computer the identity of the tow company that

11    was actually enrout to his location.  At 01:37:13, Officer

12    Ingrassia reported that he was on scene at the San

13    Ramon Police Station.  At 01:39:46, Officer Ingrassia

14    requested that a blood alcohol technician be sent to San

15    Ramon PD for a blood alcohol draw. There are no

16    further transmissions from Officer Ingrassia in the log

17    until 02:44:13, when Officer Ingrassia reported that he

18    was on his way to Martinez Detention facility with one

19    in custody.

20

21    The above statements are true and correct.  Executed under penalty of perjury on March

22    31    , 2008.

23

24    _____

Barbara Houlihan

25    Barbara Houlihan

26

27

28

DECLARATION OF BARBARA HOULIHAN