SILVANO B. MARCHESI (SBN 42965)
County Counsel
GREGORY C. HARVEY (SBN 47974)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: gharv@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA
and CITY OF SAN RAMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, <br><br> Plaintiff <br><br> v. <br><br> JASON INGRASSIA, COUNTY OF CONTRA COSTA, and CITY OF SAN RAMON, <br><br> Defendants. | Case No. CV07-02669 CRB <br><br> DECLARATION OF STEPHANIE WILLIAMS |

I, Stephanie Williams, declare:

1. I make this declaration based on my own personal knowledge and, if called to testify, I would be competent to testify to the following facts.

2. I am a forensic toxicologist employed by the Contra Costa County Sheriff's Department since May of 2004 and am assigned to the Contra Costa County Crime Lab. The Crime Lab runs tests for not only Contra Costa County, but also for many other police agencies in the area. I am currently, and was on May 31, 2006, a certified forensic alcohol supervisor and have been certified as forensic alcohol analyst. I have been

---

DECLARATION OF STEPHANIE WILLIAMS

Case No. CV07-02669 CRB                                                                                                              1

specifically trained in the proper manner of performing blood alcohol testing.

3. I hold a BS degree in Genetics from the University of California at Davis. I have an AS degree in Mathematics and Physical Science from American River College.

4. I was trained in forensic alcohol analysis and performed forensic alcohol analysis at the Crime Lab in San Bernadino County. I also took outside courses in the subject of blood alcohol analysis. I was certified by the California Department of Health Services as a forensic alcohol analyst in May of 2000.

5. I was also employed by Washoe County, Nevada Sheriff's Department and received more on-the-job training in alcohol analysis. I also took other training course on alcohol analysis. I was certified as a forensic analyst in alcohol in April of 2001 by the State of Nevada. While working for Washoe County, I was responsible for forensic breath alcohol analyses for all of Northern Nevada.

6. After being hired by the County of Contra Costa, I had additional on-the-job training in alcohol analysis and have continued to keep up with course in the subject.

7. I have performed several thousand blood alcohol tests using the method used to test the blood from kit 34644.

8. On May 26, 2006, I received two sealed vials marked with the name of Mr. Abhinav Bhatnagar and was marked with the kit number 34644. One vial was reserved for future testing. The seals on the vials were unbroken. The paperwork accompanying the vials indicated that it was from blood drawn from Abhinav Bhatnagar drawn on May 20, 2006.

---

DECLARATION OF STEPHANIE WILLIAMS

Case No. CV07-02669 CRB                                                                                           2

9. Using standard blood measuring techniques and equipment in compliance with Title 17 of the California Code of Regulations sections 1220, 1220.1(a), 1220.2, 1220.3, and 1220.4, I tested the blood from the second vial marked with Mr. Bhatnagar's name and kit number 34644.

10. The equipment used was in proper working order and is checked for performance on a regular basis.

11. The blood alcohol result obtained from the testing of the vial of blood marked with Mr. Bhatnagar's name and the kit number 34644 was **0.09 % W/V Blood Alcohol.**

12. This blood alcohol result is consistent with a Preliminary Alcohol Screening (PAS) results of 0.091 % and 0.092 % obtained an hour before the blood draw assuming that the PAS device was properly calibrated and used.

13. Exhibit F attached to this declaration is a true and correct copy of the report of the results my testing of Mr. Bhatnagar's blood on May 31, 2006.

14. Exhibit K is a true and correct copy of the outside of the envelope which was sealed when I received it. At the time I received it, the envelope contained the two sealed vials containing Mr. Bhatnagar's blood. On the outside of the envelope is the signed chain of custody with my signature showing the date I received it.

The above statements are true and correct. Executed under penalty of perjury on March 27, 2008 in Martinez, California.

*Stephanie Williams*
STEPHANIE WILLIAMS

---

DECLARATION OF STEPHANIE WILLIAMS

Case No. CV07-02669 CRB                                            3