SILVANO B. MARCHESI (SBN 42965)
County Counsel
GREGORY C. HARVEY (SBN 47974)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic mail: gharv@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA
and CITY OF SAN RAMON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>　　　　Plaintiff<br><br>v.<br><br>JASON INGRASSIA, COUNTY OF CONTRA COSTA, and CITY OF SAN RAMON,<br><br>　　　　Defendants. | Case No. CV07-02669 CRB<br><br>EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION AND SUPPORTING DOCUMENTATION IN OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE (1) TO ADMIT EVIDENCE OF THE FINDINGS OF CERTAIN STATE COURT PROCEEDINGS AND (2) TO FIND THAT DEFENDANTS ARE COLLATERALLY ESTOPPED BY THE FINDINGS IN THE STATE COURT PROCEEDINGS |

DATED:  April 3, 2008        SILVANO B. MARCHESI, County Counsel


By:_____
　　GREGORY C. HARVEY
　　Assistant County Counsel
　　Attorneys for Defendants
　　COUNTY OF CONTRA COSTA
　　AND CITY OF SAN RAMON