**EXHIBIT B**

**EXHIBIT B-1**

```
.UHIQ    PAGE NO.0001  42620            01-16-2007 09:22
                              UNIT HISTORY INQUIRY REPORT
------------------------------------------------------------------------
N  DUTY: 18:32:45 05-19-2006   DAREA:  SRA    CONTROL: SRA   MID: S107  FK:
   DUTY: 06:56:22 05-20-2006   UNIT :  25Z2

   1: 65945  INGRASSIA,JASON
5-19-2006

8:32:45 S107 ON-DUTY      BADGE = 65945
8:33:33 SC26 DISP-ENR  061390937 3/243A 9741 BROADMOOR DR ,SRA
8:37:31 S107 ONSCENOK
8:41:44 S107 MISC        25Z2, SUBJECT GOA AT HOSPITAL, ACCORDING TO HOSPITAL STAF
                         F NEGATIVE 243
8:42:04 S107 FNLTYPE     25Z2 FINALTYPE:243A-->243 PRI:3-->2
8:42:04 S107 CLEAR       25Z2 UNF, NOTES
8:55:13 S107 MISC        25Z2, *********(925)570-0191**********

9:06:45 S107 BACK-ER  061391019 3/1712 25Z4 OLYMPIA FIELDS DR/BOCA RATON CT
9:07:52 S107 ONSCENOK
9:14:19 SC31 INSRVICE 25Z2
9:14:21 SC31 BACK-ER  061391027 2/488SL 25Z3 3207 CROW CANYON PL ,SRA
19:19:23 S107 QUERY      Q L/5BLV720
9:23:48 S107 ONSCENE
9:23:59 S107 MISC        25Z2, AREA CHK
9:27:38 SC31 INSRVICE 25Z2
9:27:43 SC31 DISP-ENR 061391044 2/1033A 2032 FEATHERMINT DR ,SRA
9:31:56 SC26 ONSCENE
9:32:04 SC26 PREEMPT
9:32:09 SC26 BACK-OS  061391042 1/1033S 25K94 100 MONTGOMERY ST ,SRA
9:35:19 S107 INSRVICE 25Z2
9:37:22 SC26 DISP-ENR 061391044 2/1033A 2032 FEATHERMINT DR ,SRA
9:37:26 SC26 CLEAR       25Z2 CAN
9:39:31 SC26 DISP-ENR 061391065 3/1664 1 TRILLIUM LN ,SRA
9  :50 SC26 CHGLOC       TELEPHONE
    :54 SC26 MISC        25Z2, 97 VEH/21[05/19/06194454001]
  9:50 S107 QUERY        Q L/3ULF912

0:00:35 S107 FNLTYPE     25Z2 FINALTYPE:1664-->1744
0:00:35 S107 CLEAR       25Z2 CON, EPO EXPIRED, TRO NOT SERVED....
0:08:47 S107 QUERY       Q L/7B96624
0:10:37 S107 MISC        25Z2, DL NAME/ESTRADA,RICHARD CTY/SAN RAMON
0:11:02 S107 QUERY       Q N/ESTRADA,RICHARD S/M D/19620128
0:12:30 S107 BACK-OS  061391088 1/T 25K94 CHEVRON/BOLL
0:13:15 SC12 ONSCENOK
20:20:15 S107 INSRVICE 25Z2
0:23:44 SC12 DISP-ENR 061391105 3/415J BELLE MEADE DR/BROADMOOR DR ,SRA
0:33:43 S107 ONSCENOK
0:39:54 S107 FNLTYPE     25Z2 FINALTYPE:415J-->1702
0:39:54 S107 CLEAR       25Z2 STC, SUBJECTS GOA
0:40:10 S107 QUERY       Q L/3BFJ681
0:41:24 S107 MISC        25Z2, DL NAME/SINGH,BALWINDER CTY/HAYWARD

1:18:11 S107 ONVIEW   061391164 1/94 ALCOSTA/VILLAGE
1:18:23 S107 QUERY       Q N/HOEFT,ANDREW S/M D/19870620


.UHIQ    PAGE NO.0002  42620   ADM5   01-16-2007 09:22
                              UNIT HISTORY INQUIRY REPORT


1:18:36 S107 QUERY       Q N/EDENFIELD,ANDREW S/M D/19870620
1:18:52 S107 QUERY       Q N/HUGHS,TRAVIS S/M D/19880728
1:22:12 SC22 ONSCENOK
1:26:43 S107 QUERY       Q N/MARMOR,DAVID S/M D/19880924
1:  :13 S107 FNLTYPE     25Z2 FINALTYPE:94-->1719 PRI:1-->2
    :13 S107 CLEAR       25Z2 CON
  :59 S107 QUERY         Q L/3KGK341
1:31:26 S107 MISC        25Z2, DL NAME/MCKESSON,STEVEN CTY/DUBLIN
1:31:45 S107 QUERY       Q N/MCKESSON,STEVEN S/M D/19840426
1:32:54 S107 BACK-ER  061391175 1/T 25Z4 HONDA -FIRCREST/ALC
1:33:05 S107 ONSCENE
```

Bhatnagar v. CCC  CV07-02669 CRB
CC92

```
                                               Tue Jan 16 09:24:09 2007
21:35:21 S107 INSRVICE
21:40:08 S107 QUERY     Q L/4V   ...
21:40:52 S107 QUERY     Q L/4...  .699
21:43:21 S107 QUERY     Q L/3XRV411
21:47:06 SC12 TFC-STOP  061391191 1/T BLVD/COURTYARDMARRIOT @1801ND, MAINE
21:47:24 SC12 QUERY     Q L/1801ND ST/MA T/PC
21:48:02 SC12 QUERY     Q L/1801ND ST/ME T/PC
21:49:35 SC21 NEWLOC    18090 SAN RAMON VALLEY BL ,SRA
21:49:46 S107 ONSCENOK
21:50:37 S107 FNLTYPE   25Z2 FINALTYPE:T-->1710 PRI:1-->3
21:50:37 S107 CLEAR     25Z2 CON
21:54:11 S107 QUERY     Q L/4UBG107
21:59:49 S107 QUERY     Q L/3LWW838

22:03:16 S107 QUERY     Q L/4PKY391
22:04:15 S107 QUERY     Q L/4YMP490
22:05:46 SC21 ONVIEW    061391211 3/MA BOLLINGER CANYON RD/SAN RAMON VA
22:06:03 SC21 QUERY     Q L/2PCA950
22:10:18 SC21 ONSCENOK
22:12:13 SC21 MISC      25Z2, OWNER REQ 1185
22:13:03 SC21 MISC      25Z2, EXPEDITE FOR 1125
22:13:56 SC21 TOWRQST   AMER-S YES, AMER-SAMERICAN TOW (SOUTH COUNTY) 9258319220
                        ,WILL EXPD
22:15:44 SC21 TOWCNCL   AMER-S CAN, AMER-SAMERICAN TOW (SOUTH COUNTY) 9258319220
                        ,OWNER REQ NOT ROTATIONAL.
22:19:57 S107 FNLTYPE   25Z2 FINALTYPE:MA-->1744
22:19:57 S107 CLEAR     25Z2 STC
22:25:05 S107 QUERY     Q L/5PUU806
22:39:16 SC21 BACK-OS   061391246 1/T 25Z3 3104 CROW CANYON PL ,SRA
22:42:02 S107 INSRVICE  25Z2

23:04:34 S107 QUERY     Q L/5JMS817
23:04:54 S107 QUERY     Q L/5JSM817
23:06:13 S107 QUERY     Q L/4BPW232
23:09:21 S107 QUERY     Q L/2MWV114
23:10:02 S107 QUERY     Q L/3THA288
23:19:08 S107 BACK-ER   061391265 3/415P 25K94 PADDOCK DR/BOLLINGER CANYON RD ,
23:..:51 S107 ONSCENE
23:21:32 SC21 CHGLOCOS  2507 PADDOCK DR ,SRA
23:24:04 S107 INSRVICE  25Z2
23:29:47 S107 QUERY     Q L/4ZFM235

.UHIQ    PAGE NO.0003 42620    ADM5    01-16-2007 09:22
                            UNIT HISTORY INQUIRY REPORT


23:32:39 S107 QUERY     Q L/5MXL861
23:34:36 S107 ONVIEW    061391296 1/95 BCR/SUNSET
23:34:55 S107 QUERY     Q N/HORROCKS,KATHERINE S/F D/19810104
23:35:20 SC21 NEWLOC    BOLLINGER CANYON RD/SUNSET DR ,S
23:35:24 S107 ONSCENOK
23:37:14 S107 FNLTYPE   25Z2 FINALTYPE:95-->1711 PRI:1-->3
23:37:14 S107 CLEAR     25Z2 CON
23:40:52 S107 QUERY     Q L/2OLIVS
23:48:16 SC21 ONVIEW    061391311 2/OASST 2220 CAMINO RAMON ,SRA
23:48:27 SC21 ONSCENOK  W/CHP FROM CALL .1294
23:54:13 SC21 FNLTYPE   25Z2 FINALTYPE:OASST-->1738 PRI:2-->3
23:54:13 SC21 CLEAR     25Z2 STC
23:54:17 SC21 BACK-ER   061391316 1/1033S 25K94 9900 BROADMOOR DR ,SRA
5-20-2006

00:00:33 SC21 RCONTACT
00:00:58 SC21 INSRVICE  25Z2
00:04:00 SC13 TFC-STOP  061400007 1/T MONTEVIDEO/DAVONNA @1RNC017
00:05:43 S107 ONSCENOK
00:05:59 S107 QUERY     Q N/MOCK,DAVID S/M D/19721102
00:..:06 SC13 NEWLOC    MONTEVIDEO DR/DAVONA DR ,SRA
00:..:12 SC13 RCONTACT
00:..:34 SC13 CASE      SP0600012991 Assigned
00:44:48 S107 FNLTYPE   25Z2 FINALTYPE:T-->14601 PRI:1-->3
00:44:48 S107 CLEAR     25Z2 CIT
00:45:09 S107 BACK-ER   061400039 1/415V 25Z3 2114 CRESTFIELD DR ,SRA
00:50:28 S107 ONSCENE
```

Bhatnagar v. CCC   CV07-02669 CRB
CC93

```
00:55:14 S116 ONSCENOK
00:58:52 S107 INSRVICE  25Z2

01:03:43 S107 ONVIEW    061400055 2/59 CENTRAL PARK
01:07:18 S107 FNLTYPE   25Z2 FINALTYPE:59-->1702 PRI:2-->3
01:07:18 S107 CLEAR     25Z2 STC
01:07:50 SC13 DISPATCH  061400058 1/SCIRC 2304 CRESTFIELD DR ,SRA
01:08:23 SC13 PREEMPT
01:08:30 SC13 TFC-STOP  061400061 1/T VALERO/MARKET @5FXA510
01:08:42 SC13 MISC      25Z2, FSTS
01:09:18 SC13 NEWLOC    1091 MARKET PL ,SRA
01:13:49 SC13 ONSCENOK
01:30:53 SC13 MISC      25Z2, 1 I/C FOR DUI
01:31:00 SC13 CASE      SP0600012996 Assigned
01:31:02 SC13 MISC      25Z2, 1185
01:31:15 SC13 MISC      25Z2, 21W4 ADV'D
01:32:05 SC13 TOWRQST   AMER-S YES, AMER-SAMERICAN TOW (SOUTH COUNTY) 9258319220
01:34:02 SC13 CHGLOC    2220 CAMINO RAMON ,SRA, SM 76.9
01:34:10 SC13 MISC      25Z2, 21W4 COPY
01:37:13 SC13 ONSCENE   EM 78.3
01:37:18 SC13 ONSCENOK
01:39:46 SC13 MISC      25Z2, BAD TECH TO PD

02:44:13 SC32 TRANSPRT  901 COURT ST ,MAR, SM 78.3

03:04:53 SC32 ONSCENE   EM 99.7
..UHIQ   PAGE NO.0004 42620   ADM5    01-16-2007 09:22
                         UNIT HISTORY INQUIRY REPORT

03:05:19 SC32 ONSCENOK
03:40:59 S107 CHGLOC    19
03:56:42 S107 FNLTYPE   25Z2 FINALTYPE:T-->23152 PRI:1-->3
03:56:42 S107 CLEAR     25Z2 ARR
03:59:12 S107 QUERY     Q L/5EYL879

04:28:54 SC31 DISP-ENR  061400157 1/SCIRC 605 LOMOND CR ,SRA
04:4:58 S107 ONSCENE
04:0:50 SC31 ONSCENOK
04:45:12 S107 QUERY     Q L/4PNX872
04:45:54 S107 FNLTYPE   25Z2 FINALTYPE:SCIRC-->1732
04:45:54 S107 CLEAR     25Z2 UTL, HOUSE APPEARED SECURE, AREA CHECK DONE
04:51:24 S107 7-FUEL    3/7F 34
04:54:53 S107 INSRVICE  25Z2
04:57:20 SC31 BACK-OS   061400165 3/415N 25Z3 6001 BOLLINGER CANYON RD ,SRA
04:57:28 SC31 ONSCENOK
04:57:40 SC31 MISC      25Z2, ITS LAWN MOWERS
04:58:00 S107 CLEAR     25Z2 UNF, LAWN MOWERS

06:56:22 SC21 OFF-DUTY

OPERATOR ASSIGNMENTS:       S107    65945   INGRASSIA,JASON
                            SC26    63758   PARKER,NANCY
                            SC31    69318   COLLIER,DESHONNA
                            SC12    67211   IMPASTATO,NICKI
                            SC22    47361   SLOAN,MARCIA
                            SC21    69651   DESIMONE,MONICA
                            SC13    56368   HOULIHAN,BARBARA
                            S116    65936   BRINKLEY,STEVEN

.UHIQ    PAGE NO.0005 42620   ADM5    01-16-2007 09:22
                         UNIT HISTORY INQUIRY REPORT

------------------------------------------------------------------
ON  DUTY: 18:29:46  05-20-2006   DAREA:  SRA    CONTROL: SRA    MID: S107   FK:
OFF DUTY: 06:46:43  05-21-2006   UNIT :  25Z2

         65945   INGRASSIA,JASON

 9:46 S107 ON-DUTY    BADGE = 65945
 6:31:23 S107 MISC      25Z2, *****(925)570-0191*****
 8:32:48 SC13 DISPATCH  061400855 3/602M 2995 MONTEVIDEO DR ,SRA
 8:33:01 S107 ENROUTE
 8:40:15 S107 ONSCENE
```

Bhatnagar v. CCC  CV07-02669 CRB
CC94

Page 3

# EXHIBIT B-2

```
·UHIQ    PAGE NO.0001 42620              01-16-2007 09:25
                                  UNIT HISTORY INQUIRY REPORT
-------------------------------------------------------------------------------
   DUTY: 18:36:31 05-19-2006   DAREA:  SRA    CONTROL: SRA   MID: 18A4   FK:
   DUTY: 06:56:22 05-20-2006   UNIT :  25Z4

    1: 66145   JONES,NATHAN
05-19-2006

 8:36:31 18A4 ON-DUTY    BADGE = 66145
 8:40:27 SC26 DISP-ENR   061390981 3/PARKER 2964 SOMBRERO CR ,SRA
 8:50:00 18A4 ONSCENE
 8:51:55 18A4 ONSCENOK
 8:52:35 18A4 FNLTYPE    25Z4 FINALTYPE:PARKER-->1712
 8:52:35 18A4 CLEAR      25Z4 UTL, VEHICLE GOA

 9:04:03 18A4 ONVIEW     061391019 3/1712 OLYMPIA FIELDS DR/BOCA RATON CT @7T36344
                         ///, UNOCCUPIED/
 9:04:05 18A4 ONSCENOK
 9:08:19 SC31 NEWLOC     OLYMPIA FIELDS DR/BOCA RATON CT
 9:08:29 SC24 HAZARD     3105 WILLOW PASS RD ,WPI
 9:11:18 SC31 MISC       25Z4, 1185 NO SPECIAL
 9:11:21 SC31 CASE       SP0600012972 Assigned
 9:13:14 SC31 TOWRQST    SRATOW YES, SRATOWSAN RAMON TOW 9258206304
 9:51:52 18A4 FNLTYPE    25Z4 FINALTYPE:1712-->1718
 9:51:52 18A4 CLEAR      25Z4 RTF, CVC22651K

11:30:54 SC22 TFC-STOP   061391175 1/T HONDA -FIRCREST/ALC @SILVER
11:32:55 18A4 QUERY      Q N/MARTIN,JERRY S/M D/19840309
11:35:47 18A4 ONSCENOK
11:42:20 18A4 FNLTYPE    25Z4 FINALTYPE:T-->1710 PRI:1-->3
11:42:20 18A4 CLEAR      25Z4 CIT, CVC22450A

   :50  SC23 ONVIEW     061391237 1/95 FIRCREST LN/ALCOSTA BL ,SRA @4CZW255
    :01 18A4 ONSCENOK
    :12 18A4 FNLTYPE    25Z4 FINALTYPE:95-->1710 PRI:1-->3
  .30:12 18A4 CLEAR      25Z4 CON, WARNED
12:36:45 18A4 QUERY      Q N/WILLIAMSON,ZACHARY S/M D/19881018
12:45:21 18A4 ONVIEW     061391254 1/1195 BLUEHART/BOLLINGER @5PLY590///
12:45:38 SC21 NEWLOC     BLUEHEART WY/BOLLINGER CANYON RD
12:47:54 18A4 QUERY      Q N/BOVELL,TIFFANY S/F D/19860403
12:50:45 SC21 ONSCENOK
12:52:06 18A4 FNLTYPE    25Z4 FINALTYPE:1195-->1710 PRI:1-->3
12:52:06 18A4 CLEAR      25Z4 CON, WARNING

23:52:45 SC21 ONVIEW     061391315 3/MA VISTA MONTE DR/OLD RANCH RD ,SRA, 3WSE500
23:52:50 SC21 QUERY      Q L/3WSE500
23:53:02 SC21 ONSCENOK
23:55:43 18A4 CHGLOCOS   76 GAS STATION ON ALCOSTA AT MON
23:55:53 SC21 ONSCENOK
23:59:28 18A4 FNLTYPE    25Z4 FINALTYPE:MA-->1744
23:59:28 18A4 CLEAR      25Z4 STC
05-20-2006

00:08:25 SC13 TFC-STOP   061400014 1/T S WEDGEWOOD/BOLLINGER @3NTS879

·UHIQ    PAGE NO.0002 42620   ADM5   01-16-2007 09:25
                                  UNIT HISTORY INQUIRY REPORT


00:09:16 18A4 ONSCENOK
00:09:23 18A4 FNLTYPE    25Z4 FINALTYPE:T-->1710 PRI:1-->3
00:09:23 18A4 CLEAR      25Z4 CON
   3:49 18A4 ONVIEW     061400018 2/1033A HELICON CT/224
    :24 SC13 MISC       25Z4, POSS RELATED TO CALL #17
    :02 18A4 CHGLOCOS   2113 WATECREST
  .8:39 SC13 ONSCENOK
00:21:55 SC13 PREEMPT
00:34:24 SC13 BACKUP     061400027 2/488SL 25Z3 2455 SAN RAMON VALLEY BL ,SRA
00:35:08 SC13 ENROUTE
00:39:09 18A4 ONSCENE
```

Bhatnagar v. CCC   CV07-02669 CRB
CC95

```
00:39:19 SC13 ONSCENOK
00:41:44 18A4 INSRVICE 25Z4
00:43:33 SC13 DISPATCH 061400020 3/415N 2316 CANYON VILLAGE C  ,SRA
00:44:26 SC13 PREEMPT
00:44:32 SC13 BACKUP    061400039 1/415V 25Z3 2114 CRESTFIELD DR ,SRA
00:45:41 SC13 ENROUTE
   :09 18A4 ONSCENE
00:54:14 S116 ONSCENOK
00:58:43 18A4 INSRVICE 25Z4

01:08:39 SC13 BACKUP    061400061 1/T 25Z2 VALERO/MARKET
01:09:05 SC13 ENROUTE
01:09:18 SC13 NEWLOC    1091 MARKET PL ,SRA
01:09:58 18A4 ONSCENE
01:13:49 SC13 ONSCENOK
01:14:55 18A4 QUERY     Q N/BHATNAGAR,ABHINAV S/M D/19760430

02:03:41 18A4 INSRVICE 25Z4
02:04:08 SC31 DISP-ENR 061400062 3/415J 540 CANYON WOODS CR #204 ,SRA
02:09:35 18A4 ONSCENE
02:10:23 SC31 ONSCENOK
02:11:20 18A4 CLEAR     25Z4 UTL, JUV GOA
02:15:28 SC31 TFC-STOP 061400112 1/T IFO THE PD @3SWM613
02:19:04 SC31 QUERY     Q N/PENDER,BRAD S/M D/19840708
02:20:15 SC31 ONSCENOK
02:23:41 SC31 FNLTYPE   25Z4 FINALTYPE:T-->1711 PRI:1-->3
02:23:41 SC31 CLEAR     25Z4 CON
02:23:49 SC31 BACK-ER  061400111 1/T 25Z3 PINE VALLEY RD/TAREYTON AV ,SRA
02:27:04 18A4 ONSCENE
02:34:38 18A4 INSRVICE 25Z4
02:48:07 18A4 BACK-OS  061400121 2/1033A 25Z3 2680 BISHOP DR #225 ,SRA
02:51:55 18A4 ONSCENOK
02:52:18 18A4 INSRVICE 25Z4

03:41:12 SC32 DISPATCH 061400143 1/911ABN 401 CANYON WOODS PL ,SRA
03:43:00 SC32 ENROUTE
   :38 18A4 ONSCENE
  3:31 SC32 ONSCENOK
03:56:45 18A4 CLEAR     25Z4 UTL, ALL APPEARS GOOD

04:04:34 SC31 BACK-ER  061400152 2/1033 25Z3 12935 ALCOSTA BL ,SRA

.UHIQ    PAGE NO.0003  42620  ADM5   01-16-2007 09:25
                      UNIT HISTORY INQUIRY REPORT


4:08:43 SC11 ONSCENOK
4:09:02 SC11 INSRVICE 25Z4
4:29:54 18A4 BACK-ER  061400157 1/SCIRC 25Z2 605 LOMOND CR ,SRA
4:35:07 SC31 ONSCENE
4:40:50 SC31 ONSCENOK
4:41:44 18A4 INSRVICE 25Z4

6:56:22 SC21 OFF-DUTY

PERATOR ASSIGNMENTS:       18A4    66145    JONES,NATHAN
                           SC26    63758    PARKER,NANCY
                           SC31    69318    COLLIER,DESHONNA
                           SC24    70196    RYAN,JILLIAN
                           SC22    47361    SLOAN,MARCIA
                           SC23    45011    CRASE,CELESTE
                           SC21    69651    DESIMONE,MONICA
                           SC13    56368    HOULIHAN,BARBARA

.UHIQ    PAGE NO.0004  42620  ADM5   01-16-2007 09:25
                      UNIT HISTORY INQUIRY REPORT
-------------------------------------------------------------------
 DUTY: 18:28:28  05-20-2006   DAREA:  SRA   CONTROL: SRA   MID: 18A4   FK:
FF DUTY: 06:46:37  05-21-2006   UNIT :  25Z4

ID1:  66145  JONES,NATHAN
```

Bhatnagar v. CCC CV07-02669 CRB
CC96

# EXHIBIT B-3

```
CHIQ    PAGE NO.0001 54  2  HQ01    01-09-2007 08:54
                     Contra Costa, County of
                  CALLS-FOR-SERVICE INQUIRY RESPONSE
-----------------------------------------------------------------------

INITIATE:   01:08:30 05-20-2006      CALL NUMBER:      061400061
ENTRY:      01:08:30                 CURRENT STATUS:   CLOSED
DISPATCH:   01:08:30                 PRIMARY UNIT:     25Z2
ON SCENE:   01:08:30                 CASE NUMBER:      060012996
CLOSE:      03:56:42                 DISPOSITION:      ARR

LOCATION:   1091 MARKET PL  , SRA  ( VALERO GAS STATION SRA   )
DAREA:      SRA
BEAT:       72                       TYPE:      T --> 23152
RD:         4557                     PRIORITY:  3
FIRE:       SRV24


05-20-2006
01:08:30 SC13 TFC-STOP  25Z2 @5FXA510
01:08:30 SC13 ID        25Z2 <65945>INGRASSIA,JASON
01:08:39 SC13 BACKUP    25Z2 25Z4
01:08:39 SC13 ID        25Z4 <66145>JONES,NATHAN
01:08:42 SC13 MISC      25Z2, FSTS
01:09:05 SC13 ENROUTE   25Z4
01:09:18 SC13 NEWLOC    LOCATION:VALERO/MARKET-->1091 MARKET PL ,SRA
01:09:58 18A4 ONSCENE   25Z4
01:13:49 SC13 ONSCENOK  25Z2
   3:49 SC13 ONSCENOK  25Z4
 14:55 18A4 QUERY     25Z4 Q N/BHATNAGAR,ABHINAV S/M D/19760430
01:30:53 SC13 MISC      25Z2, 1 I/C FOR DUI
01:31:00 SC13 CASE      25Z2 SP0600012996 Assigned
01:31:02 SC13 MISC      25Z2, 1185
01:31:15 SC13 MISC      25Z2, 21W4 ADV'D
01:32:05 SC13 TOWRQST   25Z2 AMER-S YES, AMER-SAMERICAN TOW (SOUTH COUNTY) 92583
                       9220
01:34:02 SC13 CHGLOC    25Z2 2220 CAMINO RAMON ,SRA, SM 76.9
01:34:10 SC13 MISC      25Z2, 21W4 COPY
01:37:13 SC13 ONSCENE   25Z2, EM 78.3
01:37:18 SC13 ONSCENOK  25Z2
01:39:46 SC13 MISC      25Z2, BAD TECH TO PD
01:40:21 SC13 CROSSREF  CF/061400003
02:03:02 HQ01 MISC      .061, 2004 NISSAN SENTRA, SILVER, 4DR, LIC/5FXA510, VIN/
                       N1CB51D34L907066, AUTH/22651H BY AMERICAN TOW 831-9220..
02:03:41 18A4 INSRVICE  25Z4
02:05:33 HQ01 MISC      .061, 4CRJ0HQ0100.UA SVS ENTRY TOWED/STORED VEHICLE LIC/5
                       FXA510 LIS/CA LIY/2007 LIT/PC 2004 NISS SEN 4D SIL VIN/3N
                       1CB51D34L907066 ORI/CA0070000 OCA/SP0612996 FCN/142061400
                       0754 DOT/20060520 MIS/AUTH 22651 BY AMERICAN TOW 8219220/
                       52043 NOA/N ENT/ON CALIF FILE ONLY[05/20/06020533001]
02:08:30 SC21 MISC      .61, 4EAG0SC2100.UA SVS-MODIFY FCN/1420614000754 OCA/SP06
                       12996[05/20/06020830001]
```

Bhatnagar v. CCC  CV07-02669 CRB
CC88

```
02:09:17 SC21 MISC           1, 2ND CHK OK, MODIFIED AL 1/TOW NUMBR
02:44:13 SC32 TRANSPRT  25Z2 901 COURT ST ,MAR, SM 78.3
03:04:53 SC32 ONSCENE   25Z2, EM 99.7
0  05:19 SC32 ONSCENOK 25Z2
   10:59 S107 CHGLOC    25Z2 19
```

Bhatnagar v. CCC  CV07-02669 CRB
CC89

**EXHIBIT B-4**

