**EXHIBIT C**

## OFFICE OF THE SHERIFF
## CONTRA COSTA COUNTY

January 9, 2007

## Certificate

Dept Record Number: SP06-12996

I, The undersigned, am the duly authorized custodian of records for Contra Costa County Sheriff's Office, with the authority to certify said records, and I certify to the following:

(A) That, including this certification, all records specified under Section 1158 of the Evidence Code relating to the understated and which are in my custody, have been reproduced at my office, in my presence, under my direct control.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2007, at 40 Glacier Dr., Martinez, CA

Signed:    Lisa Hoffmann              Phone:(925) 313-2454
           (Custodian)

Print Your Name:    *Lisa Hoffmann*

-OR-

I hereby declare under penalty of perjury, that after a thorough search of my files, I do not have the requested records as described on the attached request form. Audio Tape not Available.

Executed on January 9, 2007, at 40 Glacier Dr., Martinez, CA

Signed:    Lisa Hoffmann              Phone:(925) 313-2454
           (Custodian)

Print Your Name:    *Lisa Hoffmann*

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT**
P.O. Box 391, Martinez, California 94553-0039

Beat: 73

- ☒ Face Page
- ☐ Continuation
- ☐ Supplemental

☐ D.V.  ☐ HRO  ☒ Arrest  ☐ SI

| 1. DR No. | 2. City Code | 3. Crime/Classification | 4. Detail | 5. More Persons |
|---|---|---|---|---|
| 06-12996 | SR/25 | Driving Drunk/Drugs - Misdemeanor (23152A) | 1. 23152A  2. | ☐ |

| Day / Date / Time of Occurrence | 7. Date / Time Reported | 8. Employee No. | 9. Reclassification |
|---|---|---|---|
| SATURDAY / 05/20/2006 / 0130 HOURS | 05/20/2006 / 0130 HRS | 65945 | ☐ |

**10. Address / Location of Occurrence:** 1081 MARKET PLACE, SAN RAMON (VALERO GAS STATION)

11. ☒ PRI  ☐ VIC  ☐ WIT  ☐ MSP  ☐ RUN  ☐ SUS  ☐ LEAD  ☐ OTHER

**12. Name (L, F, M):** REPORTING OFFICER

28. ☐ PRI  ☒ VIC  ☐ WIT  ☐ MSP  ☐ RUN  ☐ SUS  ☐ LEAD  ☐ OTHER

**29. Name (L, F, M):** P.O.S.

44. ☐ PRI  ☐ VIC  ☐ WIT  ☐ MSP  ☐ RUN  ☒ SUS  ☐ LEAD  ☐ OTHER

**45. Name (L, F, M):** BHATNAGAR, ABHINAV (NMN)
**46. Race/Sex/Age:** O / M / 30
**47. DOB:** 04/30/1976
**48. Driver License No.:** D3219816
**49. Address (Zip Code):** 36927 PAPAYA STREET, NEWARK 94560
**50. Home Phone:** 510-44904543
**51. Employed By or School:** E
**52. Work Phone:** N/A
**53. Hair:** BLK  **54. Eyes:** BRO  **55. Ht:** 510  **56. Wt:** 160
**58. Social Security No.:** 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
**60. Booking or Cite No.:** 2006010601

| 62. Veh/Ves | 63. Lic No. (State) | 64. Year | 65. Make | 66. Model | 67. Body Style | 68. Color Top/Bottom |
|---|---|---|---|---|---|---|
| ☒ S ☐ Vict | 5FXA510 | 2004 | NISSAN | SENTRA | 4 DR | SILVER |

**69. Status:** ☒ Stored
**70. Registered Owner:** ARUN BHATNAGAR
**71. R.O. Address:** 36927 PAPAYA STREET, NEWARK
**72. Towed to or Released to:** AMERICAN TOW
**73. Who has Keys?:** AMERICAN TOW

**74. Evid:** ● Yes ○ No
**75. F/P:** ○ Yes ● No
**76. Dispo of Evidence:** SRPD EVIDENCE REFRIGERATOR
**77. Missing:** N/A
**78. Damaged:** N/A

**79. Brief Synopsis of Incident:**

THIS REPORT CONCERNS THE ARREST OF S-BHATNAGAR FOR VC 23152(A)-DUI. BHATNAGAR WAS STOPPED FOR MAKING AN ILLEGAL U-TURN AND AN UNSAFE TURN. UPON CONTACT, BHATNAGAR ADMITTED TO DRINKING ALCOHOL AND HAD OBJECTIVE SIGNS OF BEING UNDER THE INFLUENCE OF ALCOHOL (DROOPY RED EYES, SLURRED SPEECH, AND AN ODOR OF AN ALCOHOLIC BEVERAGE COMING FROM HIS BREATH). BHATNAGAR PERFORMED A SERIES OF FSTs AND PROVIDED TWO BREATH SAMPLES IN THE PAS DEVICE (.095 %BAC AND .096 %BAC). BASED ON HIS STATEMENTS OF DRINKING, PERFORMANCE OF THE FSTs, AND THE RESULTS OF THE PAS, I ARRESTED BHATNAGAR FOR VC 23152(A)-DUI. I TRANSPORTED BHATNAGAR TO THE SRPD, WHERE HE PROVIDED A BLOOD SAMPLE AND THEN HE WAS TRANSPORTED TO THE MARTINEZ DETENTION FACILITY, WHERE HE WAS BOOKED ON THE ABOVE CHARGE. SGT. CRAIG WAS ADVISED AND APPROVED THE ARREST.

Bhatnagar v. CCC  CV07-02669 CRB
CC100

**82. Reporting Deputy (Print):** J. INGRASSIA
**83. Date/Time Written:** 05/20/2006 2000
**84. Dispo:** CLR
**85. Approving Supv (Print):** Sgt. W. D. Holtz
**86. Supv No.:** 33500
**87. Date:** 5-22-06

1 of 4

36112 11/94

## CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT
P.O. Box 391, Martinez, CA 94553-0039

☒ Continuation
☐ Supplemental

Beat: 73
☐ D.V.  ☐ HRO  ☒ Arrest  ☐ SI

| 1. DR No. | 2. City Code | 3. Crime / Classification | 4. Detail | 5. Reclassification |
|---|---|---|---|---|
| 06-12996 | SR/25 | Driving Drunk/Drugs - Misdemeanor (23152A) | 1: 23152A  2: | ☐ |

| 6. Victim Name (L,F,M) | 7. Date Orig. Report | 8. Employee No. |
|---|---|---|
| P.O.S. | 05/20/2006 | 65945 |

| 9. Address / Location of Occurrence | 10. Suspect's Name (L,F,M) |
|---|---|
| 1081 MARKET PLACE, SAN RAMON (VALERO GAS STATION) | BHATNAGAR, ABHINAV (NMN) |

11. Property Description

12. Recovered Property $
13. Narrative / Statements

On 05/20/2006 and 0108 hours, I was driving in a marked San Ramon patrol car in full uniform at westbound Bollinger Canyon Road near the intersection with Market Place. While at this location I saw a silver Nissan Sentra (CA Lic 5FXA510) make a u-turn from westbound Bollinger Canyon Road to eastbound Bollinger Canyon Road at the intersection with Bishop Ranch 1 East. This turn was a violation of VC 22101(d) as there was a sign at this intersection that read, "No U-Turn." I waited for a safe time to proceed through the intersection and made a u-turn at the same intersection, with the intentions of catching up to the vehicle to make a traffic stop. The vehicle then made a right turn into the number one (left) lane of southbound Market Place and I followed. The vehicle then made an abrupt right turn from the left lane, across the right lane of Market Place, into the Valero Gas Station at 1081 Market Place. When the vehicle made this turning movement he was directly in front of me and I was forced to use my breaks to slow down to avoid a possible collision, a violation of VC 22107. The vehicle then pulled next to a gas pump and stopped. I activated my emergency lights to signal to the driver that I was making a traffic stop.

I exited my patrol car and made contact with the driver of the vehicle, S-Bhatnagar, at the open driver's door window. Bhatnagar identified himself with an expired California Driver License. While I was talking to Bhatnagar, I notice a slight odor of an alcoholic beverage coming from his breath. I also noticed that Bhatnagar had bloodshot droopy eyes and a slightly slurred speech. I asked Bhatnagar if he had drank any alcoholic beverages tonight? Bhatnagar told me he drank 1 ½ glasses of wine at a restaurant in Pleasant Hill, but could not remember the name of the restaurant. I performed a Horizontal Gaze Nystagmus (HGN) test of Bhatnagar using my finger as stimulus. Bhatnagar had a lack of smooth pursuit to the stimulus with the HGN onset at maximum deviation and an angle of onset at approximately 40 degrees.

Due to Bhatnagar driving, statements, and objective symptoms of intoxication I decided to conduct a DUI investigation. I asked Bhatnagar to exit the vehicle. Bhatnagar exited the vehicle, and walked to an open area underneath the gas station overhang, where I had directed him. When Bhatnagar walked his gait was slightly staggered and I could now smell a stronger odor of an alcoholic beverage coming from his breath.

I explained to Bhatnagar that I was going to conduct a series of field sobriety tests, FST's. I advised him that I would explain and demonstrate each test and that he should ask any questions if he didn't understand prior to performing the tests. I asked Bhatnagar if he had any injuries, physical defects, or problems that would prevent him from performing the FST's. Bhatnagar told me he had a back injury from a car accident 1 ½ years prior, but the injury would probably not prevent him from performing the tests. Bhatnagar agreed to and performed the FST's as outlined on the DUI supplement form.

I explained to Bhatnagar that I would like to perform one final FST, a Preliminary Alcohol Screening, PAS, devise test. I explained that this was not the State mandated breath test and was voluntary. Bhatnagar agreed to take the PAS test.

Distribution: ☐ B  ☐ C  ☐ DA  ☐ DE  ☐ L  ☐ O  ☐ SR  ☐ V
☐ Investigation  ☐ Vice  ☐ Narcotics  ☐ Juv  ☐ Coroner
☐ Property Ck.  ☒ ACS  ☐ Intel.  ☐ R.O.  ☐ SHC
☒ Patrol Captain  ☐ Compl. Ofc.  ☐ Marine Patrol  ☐ DV Unit
☐ Other

15. Additional Routing

Bhatnagar v. CCC  CV07-02669-CRB
CC101

| 16. Reporting Deputy (Print) | 17. Date/Time Written | 18. Dispo |
|---|---|---|
| J. INGRASSIA | 05/20/2006 2000 | CLR |
| 19. Approving Supv (Print) | 20. Supv No. | 21. Date | 22. Page |
| Sgt. W. D. Holtz | 33500 | 5-22-06 | 2 of 4 |

361 12 11/94

| | CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT C/ | 0000 | Beat 73 |
|---|---|---|---|
| ☒ Continuation ☐ Supplemental | P.O. Box 391, Martinez, CA 94553-0039 | | ☐ D.V. ☐ HRO ☒ Arrest ☐ SI |

| 1. DR No. | 2. City Code | 3. Crime / Classification | 4. Detail | 1: 23152A | 5. Reclassification |
|---|---|---|---|---|---|
| 06-12996 | SR/25 | Driving Drunk/Drugs - Misdemeanor (23152A) | | 2. | ☐ |

| Victim Name (L,F,M) | 7. Date Orig. Report | 8. Employee No. |
|---|---|---|
| P.O.S. | 05/20/2006 | 65945 |

| 9. Address / Location of Occurrence | 10. Suspect's Name (L,F,M) |
|---|---|
| 1081 MARKET PLACE, SAN RAMON (VALERO GAS STATION) | BHATNAGAR, ABHINAV (NMN) |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

12. Recovered Property $        13. Narrative / Statements

I checked Bhatnagar and confirmed he had no foreign objects in his mouth. Bhatnagar gave PAS breath test samples as follows; at 0130 hours .095 % BAC, and at 0133 .096 % on the ALCO-SENSOR IV, SRPD PAS # 7, SN 042768. The temperature displayed on the PAS when it was used was 22 degrees Celsius. The PAS devise is maintained by Officer Goyich of San Ramon PD.

Based on Bhatnagar's driving, his statements, objective symptoms of intoxication, and performance of the FST's, I believed Bhatnagar was driving while intoxicated. I advised Bhatnagar that he was under arrest for DUI and placed him in handcuffs in the back seat of my patrol car.

I advised Bhatnagar of the state requirement for him to provide a breath or blood test to determine his BAC. Bhatnagar chose to take a blood test.

I advised dispatch to have a blood technician respond to SRPD for a blood draw. Phlebotomist J. Young drew the blood from Bhatnagar and placed and sealed the blood draw ials into blood evidence kit envelope # 34664 and turned it over to me. I placed the blood evidence kit envelope into the evidence refrigerator at SRPD. A copy of the blood draw form is attached to this report.

Bhatnagar was transported to the MDF where he was booked for VC 23152(a)-DUI. Sgt Craig was advised of and approved the actions taken.

Officer Jones inventoried and prepared the vehicle for towing and storage. American Tow (45 Beta Ct, San Ramon) responded to the scene and towed the vehicle. The vehicle was entered into the system (FCN 1420614000754).

Bhatnagar v. CCC   CV07-02669 CRB
CC102

| 14. Distribution | | | | | | | 15. Additional Routing | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ B ☐ C | ☐ DA | ☐ DE | ☐ L | ☐ O | ☐ SR | ☐ V | | | |
| ☐ Investigation | ☐ Vice | ☐ Narcotics | | ☐ Juv | ☐ Coroner | | 16. Reporting Deputy (Print) | 17. Date/Time Written | 18. Dispo. |
| ☐ Property Ck. | ☒ ACS | ☐ Intell | | ☐ R.O. | ☐ SHC | | J. INGRASSIA | 05/20/2006 2000 | CLR |
| ☒ Patrol Captain | ☐ Compl. Ofc. | ☐ Marine Patrol | | ☐ DV Unit | | | 19. Approving Supv (Print) | 20. Supv No | 21. Date | 22. Page |
| ☐ Other | | | | | | | Sgt. W.D. Holtz | 33500 | 5-22-06 | 3 of 4 |

35112 11/94

| | | | |
|---|---|---|---|
| ☒ Continuation | CONT[RA] COSTA COUNTY SHERIFF'S DEPARTMENT CA  0000 | | Beat 73 |
| ☐ Supplemental | P.O. Box 391, Martinez, CA 94553-0039 | | ☐ D.V.  ☐ HRO  ☒ Arrest  ☐ S[] |

| 1. DR No. | 2. City Code | 3. Crime / Classification | 4. Detail | | 5. Reclassification |
|---|---|---|---|---|---|
| 06-12996 | SR/25 | Driving Drunk/Drugs - Misdemeanor (23152A) | 1: 23152A  2: | ☐ |
| Victim Name (L,F,M) | | 7. Date Orig. Report  05/20/2006 | 8. Employee No.  65945 | | |
| P.O.S. | | | | | |
| 9. Address / Location of Occurrence  1081 MARKET PLACE, SAN RAMON (VALERO GAS STATION) | | 10. Suspect's Name (L,F,M)  BHATNAGAR, ABHINAV (NMN) | | | |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER. A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

12. Recovered Property $     13. Narrative / Statements

ATTACHEMENTS:

DUI supplement
Copy of Blood Draw Form
Copy of Blood Draw Declaration
Copy of CDL
Copy of Admin per se form.

Bhatnagar v. CCC  CV07-02669 CRB
CC103

| Distribution | | | | | | | | 15. Additional Routing | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ B  ☐ C | ☐ DA | ☐ DE | ☐ L | ☐ O | ☐ SR | ☐ V | | | | |
| ☐ Investigation | ☐ Vice | ☐ Narcotics | | ☐ Juv | ☐ Coroner | | | 16. Reporting Deputy (Print)  J. INGRASSIA | 17. Date/Time Written  05/20/2006 2000 | 18. Dispo  CLR |
| ☐ Property Ck. | ☒ ACS | ☐ Intell. | | ☐ R.O. | ☐ SHC | | | | | |
| ☒ Patrol Captain | ☐ Compl. Ofc. | ☐ Marine Patrol | | | ☐ DV Unit | | | 19. Approving Supv (Print)  Sgt. W. D. Holtz | 20. Supv No  33500 | 21. Date  5-22-06 | 22. Page  4 of 4 |
| ☐ Other | | | | | | | | | | |

36112 11/94

**DUI Arrest Supplement**

SAN RAMON POLICE DEPARTMENT CA0070000
2220 Camino Ramon, San Ramon, CA. 94583.

| 1. DR No. | 2. Crime/Classification | 3. Detail Code | 4. | ☐Felony ☒Misd. ☒Arrest ☐Cite |
|---|---|---|---|---|
| 2-12996 | DUI | 23152A 2 | | |

| 5. Victim Name (L, F) | 6. Address/Location of Occurrence | 7. Employee No. |
|---|---|---|
| P.O.S. | 1091 MARKET PLACE, SAN RAMON | 65945 |

## Traffic Stop and Initial Contact

**Traffic Conditions**
☒ Sparse  ☐ Medium
☐ Light   ☐ Heavy

**Weather Conditions**
☐ Clear   ☐ Fog
☒ Cloudy  ☐ Rain

**Lighting**
☐ Daytime  ☐ Dusk/Dawn
☐ Dark     ☒ Street Lights

**Street Conditions**
☒ Dry  ☐ Rough Road
☐ Wet  ☐ Construction

Describe Location of Traffic Stop: GAS STATION LOT

### Preliminary Interview  BACK INJURY 1.5 YRS AGO

| Are you an Epileptic or Diabetic? | Yes ☐ No ☒ | Do you take Insulin? | Yes ☐ No ☒ | Do you have any Physical Defects? | Yes ☒ No ☐ | Time of last drink? "1.5 HRS AGO" | What time is it now? 0125 HRS |
|---|---|---|---|---|---|---|---|
| Do you take any drugs/medication? CLARITIN | Yes ☒ No ☐ | Are you sick or injured? ALLERGIES | Yes ☒ No ☐ | Are you under a Doctor or Dentists Care? | Yes ☒ No ☐ | Time you woke up? 0600 HRS | How many hours slept? 6 HRS |
| What was your last meal? SALMON INDIAN FOOD | | What were you drinking? CHARDONNAY & MERLOT | | Did you feel the effects? Yes ☐ No ☒ | | Mechanical problems with your vehicle? NO | |
| Where were you drinking? RESTAURANT IN PLEASANT HILL | | Where did you start driving? RESTAURANT IN PLEASANT HILL | | Where were you going? NEWARK | | Where are you now? "SAN RAMON" "I'M A LITTLE LOST" | |

Comments: BHATNAGAR COULD NOT REMEMBER THE NAME OF THE RESTAURANT HE WAS AT IN PLEASANT HILL. HE DROPPED A FRIEND OFF IN SAN RAMON AND NEEDED GASOLINE BEFORE CONTINUING TO NEWARK. THIS WAS BHATNAGARS REASONING FOR MAKING THE ILLEGAL U-TURN.

Objective Signs of Intoxication:
☒ Bloodshot/Watery eyes  ☒ Odor of Alcoholic Beverage
☒ Unsteady Gait          ☒ Slurred Speech

### Horizontal Gaze Nystagmus

| HGN Yes ☒ No ☐ | Pupil Size? Equal ☒ Unequal ☐ | Tracking? Equal ☒ Unequal ☐ | Eyelids Normal ☐ Droopy ☒ | Able to follow Stimulus? Yes ☒ No ☐ | Lack of Smooth Pursuit? Yes ☒ No ☐ | Vertical Gaze Nystagmus? Yes ☐ No ☒ |
|---|---|---|---|---|---|---|

Comments: BHATNAGAR WAS WEARING CONTACT LENSES AND MADE SEVERAL COMMENT ABOUT THEM BOTHERING HIS EYES AND CAUSING THE REDNESS IN HIS EYES.

Describe Test Location, Surface, Weather, and Lighting: THE TESTS WERE PERFORMED AT A GAS STATION. THE STATION WAS OPEN FOR BUSINESS, SO IT WAS WELL LIT. THE WEATHER WAS SLIGHTLY CLOUDY BUT DRY, AND APPROX. 55-60 DEGREES

Bhatnagar v. CCC  CV07-02669 CRB
CC104

| 23. Additional Routing | | | |
|---|---|---|---|
| Distribution: ☐B ☐C ☐DA ☐DE ☐L ☐O ☐SR ☐V ☐Investigation ☐Vice ☐Narcotics ☐Juvenile ☐Coroner ☐Property Clerk ☐ACS ☐Intelligence ☐R.O. ☐SHC ☐Patrol Captain ☐Complaint Office ☐Marine Patrol ☐DV Unit ☐Other | 24. Reporting Deputy (Print) J. INGRASSIA | 25. Date/Time Written 5/20/06 at ___ Hrs. | 26. Dispo. Susp. |
| | 27. Approving Supervisor (Print) | 28. Supv. No.  29. Date | 30. Page 1 of 8 |

| DUI Arrest Supplement | SAN RAMON POLICE DEPARTMENT CA0070000 |
|---|---|
| | 2220 Camino Ramon, San Ramon, CA. 94583 |

| 1. DR No. | 2. Crime/Classification | 3. Detail Code 23152A | 4. ☐Felony ☒Misd. ☒Arrest ☐Cite |
|---|---|---|---|
| 06-12996 | DUI | | |
| 5. Victim Name (L, F) | 6. Address/Location of Occurrence | | 7. Employee No. |
| P.O.S. | 1091 MARKET PLACE, SAN RAMON | | 65945 |

## Field Sobriety Tests

**Modified Position of Attention:**

Sway: 1 Inches     Sway: 1 Inches
Internal Clock: 20 Estimated as 30 seconds
Eyelid Tremors: Yes ☒  No ☐
Comments:

**Finger To Nose:**

Eyelid Tremors: Yes ☒  No ☐
Comments:

**Walk and Turn:**

Type of Footwear: BLACK DRESS SHOES
Describe Turn: AS DIRECTED
Comments: USED ARMS TO BALANCE THROUGHOUT TEST

**One Leg Stand:**

| L | R | |
|---|---|---|
| ☐ | ☐ | Sways while balancing |
| ☒ | ☒ | Uses arms to balance |
| ☐ | ☐ | Hopping |
| ☒ | ☐ | Puts foot down (Describe in comments) |

Comments: WHILE STANDING ON HIS RIGHT FOOT, BHATNAGAR SKIPPED FROM "2" TO "6" WHILE COUNTING AND COUNTED "7" TWICE.

**Additional F.S.T. (If Needed):** N/A

Trombetta Advisement: The breath testing equipment does not retain any breath sample for later analysis by you or anyone else. If you want a sample retained, you may provide a blood sample that will be retained at no cost to you. If you do so, the blood sample may be tested for alcohol or drug content by either party in a criminal prosecution.

| Advised of Arrest For DUI? | Advised of Test Requirement? | Agreed to Test? | Test Given? |
|---|---|---|---|
| Yes ☒ No ☐ | Yes ☒ No ☐ | Yes ☒ No ☐ | Blood ☒ Breath ☐ Urine ☐ |
| **Breath:** | **Blood:** | **P.A.S. Results** | **Trombetta:** |
| Date:  Time: | Date: 5/20 Time: 0230 | P.A.S. Number | Advised: Yes ☐ No ☒ |
| Test 1:  Test 2: | BAD Tech: J. YOUNG | Temperature 26°C | Additional Test: |
| Test 3: | Witness: J. INGRASSIA | B.A.C. Result .095 & .096 | Blood ☐ Urine ☐ None ☒ |
| Location Where Chemical Test Conducted: SRPD | | Disposition Of Test Sample: SRPD EVIDENCE REFER | |

Bhatnagar v. CCC  CV07-02669 CRB
CC105

| Distribution | 23. Additional Routing | | |
|---|---|---|---|
| ☐B ☐C ☐DA ☐DE ☐L ☐O ☐SR ☐V | 24. Reporting Deputy (Print) | 25. Date/Time Written | 26. Dispo. |
| ☐Investigation ☐Vice ☐Narcotics ☐Juvenile ☐Coroner | J. INGRASSIA | 5/20/08 at    Hrs. | Susp. |
| ☐Property Clerk ☐ACS ☐Intelligence ☐R.O. ☐SHC | 27. Approving Supervisor (Print) | 28. Supv. No. | 29. Date | 30. Page |
| ☐Patrol Captain ☐Complaint Office ☐Marine Patrol ☐DV Unit | | | | 2 of 8 |
| ☐Other | | | | |

**CONTRA COSTA COUNTY**
**OFFICE OF THE SHERIFF**
**FORENSIC SERVICES DIVISION**

LABORATORY BARCODE ONLY

Kit No.: 34644
Expiration Date: December 30, 2007

### BLOOD SAMPLE FOR ALCOHOL/DRUG ANALYSIS

Analyze for: ☒ Alcohol  ☐ Drugs (Amphetamines, Opiates, Cocaine, Benzodiazepines)

☐ Others (Please List) _____
☒ Test for drugs if BAC ≤ 0.08%

☐ Check if this is a referee sample for the subject's breath results: _____

1. Police Agency: SRPD
2. Agency Case No.: 06-12996
3. Offense(s): 23152 VC A  Incident Date: 5-20-06  Time: 0130
4. Subject's Name: ABHINAV BHATNAGAR   ☒ Suspect ☐ Victim ☐ Other   ☒ Live ☐ Dead
5. Witnessing Officer: J. INGRASSIA   Badge No.: 6549
6. Person Drawing Blood: J. YOUNG
7. Location of Withdrawal: SAN RAMON
8. Date Sample Taken: 05-20-06   Time: 0230

If CHP, indicate arrest location
City _____ Street _____
☐ Unincorporated

**CHAIN OF POSSESSION:**

| Received From: | Received By: | Date: |
|---|---|---|
| [signature] | J. INGRASSIA 6549 | 5-20-06 |
| J. INGRASSIA 6549 | SRPD REFER | 5-20-06 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FOR LABORATORY USE**
☐ Sealed ☐ Unsealed ☐ Other _____  # Vials _____

Bhatnagar v. CCC  CV07-02669 CRB
CC106

# DECLARATION

__JONATHAN YOUNG__, under penalty of perjury says:
(Print Name)

I am employed by __CML__ in the capacity checked below:

- ☐ physician
- ☐ registered nurse
- ☐ licensed vocational nurse
- ☐ licensed clinical laboratory technologist
- ☒ clinical laboratory bioanalyst
- ☒ phlebotomist
- ☐ certified paramedic

On this date I took blood from a person identified to me as __ABHINAV BHATNAGAR__, the defendant.

I cleaned the area to be punctured with the non-alcoholic disinfectant, included in the Contra Costa County Criminalistics Laboratory blood withdrawal kit.

Using the sterilized needle and holder from the kit, I inserted the needle into the defendant's vein and withdrew enough blood to fill the two vacuum vials.

I discarded the needle, holder and disinfectant and shook the vials thoroughly to prevent the blood from clotting.

The vials of blood were labelled with the full name of the defendant, the date and time of withdrawal and I placed my initials on the label.

I gave the vials to the officer who accompanied the defendant, and I observed the officer seal the top of each vial with a label seal and place his initials on the seal and on the label of each vial.

The sample(s) was/were taken in a medically approved manner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __05-20-06__ at __SAN RAMON__, California.

_____
(Signature of Declarant)

To be completed by person collecting blood.

Bhatnagar v. CCC  CV07-02669 CRB
CC107

(WHITE COPY)     DISTRICT ATTORNEY'S COPY - PLEASE RETURN TO THE BLOOD WITHDRAWAL KIT
(YELLOW COPY)    POLICE AGENCY'S COPY - PLEASE DETACH AND MAINTAIN FOR YOUR RECORDS
(PINK COPY)      COPY FOR PERSON MAKING BLOOD WITHDRAWAL - PLEASE DETACH AND MAINTAIN FOR YOUR RECORDS
(GOLDENROD COPY) LABORATORY'S COPY - PLEASE RETURN TO THE BLOOD WITHDRAWAL KIT

BADCC: DEC.1 2/96

4 of 8

```
Printed for: SRP1/6594                              Sat May 20 01:41:38 2006
CONTRA COSTA COUNTY         REQUESTED BY xxxxxx                       01:41
05/20/2006

RAV0000097.ID
DATE:05-20-06*TIME:01:41*
DMV RECORD FOR LAW ENFORCEMENT USE ONLY
DL/NO:D3219816*B/D:04-30-1976*NAME:BHATNAGAR ABHINAV*
RES/ADDR: AS OF 04-11-06:36927 PAPAYA ST NEWARK 94560*
OTH/ADDR AS OF 01-13-04:36927 PAPAYA ST   NEWARK *
IDENTIFYING INFORMATION:
SEX:MALE*HAIR:BLACK*EYES:BRN*HT:5-10*WT:160*
ID CARD MLD:07-13-01*EXPIRES:04-30-07*
LIC/ISS:04-11-06*EXPIRES:04-30-10*CLASS:C NON-COMMERCIAL*
ENDORSEMENTS:NONE*
ORIGINAL DL ISSUE DATE:05-22-02*
LATEST APP:
DL TYPE:RENEWAL*ISS/DATE: 04-11-06*OFFICE: FRE*BATES:POL*
RESTR:MUST WEAR CORRECTIVE LENSES WHEN DRIVING,
LICENSE STATUS:
   VALID*
DEPARTMENTAL ACTIONS:
NONE
CONVICTIONS:
VIOL/DT    CONV/DT     SEC/VIOL      DKT/NO           DISP      COURT   VEH/LIC
06-14-04   10-13-04    21461A VC     0295311           AF        07410  5FXA510
                                     ABST DISM 1803.5, 1808.7 VC
DMV POINT COUNT 0
09-13-05   04-07-06    22349A VC     6702491           C         01450  5FXA510
DMV POINT COUNT 1
FAILURES TO APPEAR:
NONE
ACCIDENTS:
DATE/TIME      LOCATION                VEH LIC   REPORT NO      FR CASE NO
2-19-03 20    OAKLAND              032404 4BOJ133  93700317696
              NOT AT FAULT, OTHER PARTY AT FAULT
1-25-04 22    OAKLAND              051704 5CBB907  01092008452   04 01 81691
              NOT AT FAULT, OTHER PARTY AT FAULT
01-04-05 99   NEWARK               012005 5FXA510                05 00 35820
END
```



Bhatnagar v. CCC  CV07-02669 CRB
CC108

Page 1

S of 8

# AGE AND OLDER OFFICER'S STATEMENT — APS

**DMV** — A Public Service Agency
SECTIONS 13353 & 13353.2 CALIFORNIA VEHICLE CODE (CVC)
FORWARD THIS FORM TO YOUR LOCAL DRIVER SAFETY OFFICE WITHIN 5 BUSINESS DAYS
COMPLETE IN BLACK INK

| LAW ENFORCEMENT AGENCY CASE NO. | ARREST DATE | FOR DMV USE ONLY | | |
|---|---|---|---|---|
| 06-12996 | 5-20-06 | DRIVER LICENSE NO. D3219816 | CLASS C | STATE CA |

DRIVER'S NAME (LAST, FIRST, M.I.): BHATNAGAR, ABHINAV (NMI)
THUMB PRINT (Right thumb or specify)
MAILING ADDRESS: 36927 PAPAYA ST, NEWARK CA   ZIP CODE 94560
DOB: 4-30-76   Sex: M   Hair: BLK   Eyes: BRU   Ht.: 510   Wt.: 160

Driver License: ☐ Suspended/Revoked  ☒ Surrendered to Officer (Attach)  ☐ Not in Possession  ☐ Out-of-State
☐ 0.08% or more BAC Chemical Tests Results  ☐ Chemical Test Refusal (Complete reverse)  ☒ Forced Blood Test (Complete reverse)

Vehicle Lic. No. or VIN: 5FXA510
☐ COMMERCIAL VEHICLE: Vehicle operation requires a commercial driver license (Section 15210 CVC). On 5-20-06 at 0108 AM/PM (PM circled) in (City and County) SAN RAMON CONTRA COSTA CA, the above named driver was:

☒ Driving: ☒ observed by this officer or ☐ the observer shown in the shaded area below, ☐ admitted to driving.
☐ Arrested per Section 40300.5 CVC. (Describe details in probable cause section on second page.)
☐ Involved in a collision. Attach collision report. In the probable cause section on the second page, describe how time of collision was established.

I had reasonable cause to believe the driver was driving a motor vehicle with alcohol and/or drugs present in the blood or while under the influence. The driver was arrested by this officer or by the person shown in the shaded area below on 5/20/06 (Day/Month/Year) at 0108 AM/PM for violation of Section 23152 or 23153 CVC, or Section 191.5(a) or 192(c) of the Penal Code.

**PROBABLE CAUSE.** Describe in detail the facts and circumstances that led to the stop or contact. If driving was observed by someone other than the arresting officer, what did the observer say? State details on second page of this form hereby incorporated by reference, and sign the certification on the second page.

☒ Driving observed  ☒ Driver arrested  ☐ Collision witnessed   By ☐ Officer ☐ Citizen
☐ Driving observed  ☐ Driver arrested  ☐ Collision witnessed   By ☐ Officer ☐ Citizen

NAME (PLEASE PRINT): ____   NAME (PLEASE PRINT): ____
ADDRESS: ____   ADDRESS: ____
TELEPHONE NO. ( )   OFFICER'S BADGE/ID NO.   OFFICER'S AGENCY
TELEPHONE NO. ( )   OFFICER'S BADGE/ID NO.   OFFICER'S AGENCY

OBJECTIVE SYMPTOMS of intoxication: ☒ Bloodshot/watery eyes  ☒ Odor of alcoholic beverage  ☒ Unsteady gait  ☒ Slurred speech
☐ Other: ____   Observed by: J. INGRASSIA   at 0110 AM/PM

**CHEMICAL TEST 0.08% OR MORE BLOOD ALCOHOL CONCENTRATION (BAC)**
Breath Test Results (Attach copy of the results, if available)
TEST 1 ___% BAC on ___ DATE ___ TIME ___ AM/PM   TEST 2 ___% BAC on ___ DATE ___ TIME ___ AM/PM   TEST 3 ___% BAC on ___ DATE ___ TIME ___ AM/PM (WHEN APPLICABLE)

BREATH TEST MACHINE OPERATOR'S CERTIFICATION: I certify under penalty of perjury under the laws of the State of California, that the above breath test sample results were obtained in the regular course of my duties. I further certify that I am qualified to operate this equipment and that the test was administered pursuant to the requirements of Title 17 of the California Code of Regulations.

Date ___   Signature X ___   Badge/ID No. ___   Agcy./Div. ___

Blood Test Results: ☒ Blood Test on 5-20-06 DATE ___ TIME AM/PM  ☐ Forced Blood Test

Urine Test Results: ☐ Both Breath and Blood tests unavailable.  ☐ Drug use suspected.
☐ Urine Test   First Void on ___ DATE ___ TIME AM/PM   Test on ___ DATE ___ TIME AM/PM

I certify under penalty of perjury, under the laws of the State of California, that the information contained in this Officer's Statement is true and correct.
EXECUTED ON: Date 5-20-06 AT: City SAN RAMON   County CONTRA COSTA   State CA
OFFICER'S PRINTED NAME: J. INGRASSIA   BADGE/ID NO. 65945   TELEPHONE NO. (925) 646-2441
AGENCY: SRPD   AREA 0700   COURT CODE (IF UNKNOWN, COURT NAME): WC SUPERIOR

☒ did ☐ did not personally serve a copy of the Order of Suspension/Revocation to the driver on the issue date shown below.
ISSUE DATE OF ORDER: 5-20-06   SIGNATURE OF ARRESTING OFFICER X ___

IF ORDER SERVED BY ANOTHER OFFICER: I personally served a copy of the order to the driver on the date shown below:
ISSUE DATE ___   OFFICER'S PRINTED NAME ___   BADGE/ID NO. ___   SIGNATURE OF OFFICER X ___

Bhatnagar v. CCC   CV07-02669 CRB
CC109

White—DMV   Yellow—Law Enforcement   Pink—Driver
DS 367 (REV. 10/2002)

**APS**

**DMV** — A Public Service Agency
COMPLETE IN BLACK INK

## OFFICER'S STATEMENT
### SECTIONS 13353 AND 13353.2 CVC

| LAW ENFORCEMENT AGENCY CASE NO. | ARREST DATE | FOR DMV USE ONLY | | | THUMB PRINT (Right thumb or specify) |
|---|---|---|---|---|---|
| 06-12956 | 5-20-06 | DRIVER LICENSE NO. D3219816 | CLASS C | STATE CA | |

DRIVER'S NAME (LAST, FIRST, M.I.): BHATNAGAR, ABHINAV (NMI)

MAILING ADDRESS: 36927 PAPAYA ST, NEWARK CA  STATE: CA  ZIP CODE: 94560

DOB: 4.30.76  Sex: M  Hair: BLK  Eyes: BRO  Ht: 510  Wt: 160

Driver License: ☐ Suspended/Revoked  ☒ Surrendered to Officer (Attach)  ☐ Not in Possession  ☐ Out-of-State
☐ 0.08% or more BAC Chemical Tests Results  ☐ Chemical Test Refusal  ☐ Forced Blood Test

**PROBABLE CAUSE** (DESCRIBE IN DETAIL THE FACTS AND CIRCUMSTANCES THAT LED TO THE STOP OR CONTACT. COMPLETE AND SIGN THE CERTIFICATION BELOW.)

On 05/20/2006 and 0108 hours, I was driving in a marked San Ramon patrol car in full uniform at westbound Bollinger Canyon Road near the intersection with Market Place. While at this location I saw silver Nissan Sentra (CA Lic. 5FXA510) make a u-turn from westbound Bollinger Canyon Road to eastbound Bollinger Canyon Road at the intersection with Bishop Ranch 1 East. This turn was a violation of VC 22101(d) as there was sign at this intersection that read, "No U-Turn." I waited for a safe time to proceed through the intersection and made a u-turn at the same intersection, with the intentions of catching up to the vehicle to make a traffic stop. The vehicle then made a right turn into the number one (left) lane of southbound Market Place and I followed. The vehicle then made an abrupt right turn from the left lane, across the right lane of Market Place, into the Valero Gas Station at 1081 Market Place. When the vehicle made this turning movement he was directly in front of me and I was forced to use my breaks to slow down to avoid a possible collision, a violation of VC 22107. The vehicle then pulled next to a gas pump and stopped. I activated my emergency lights to signal to the driver that I was making a traffic stop.

I exited my patrol car and made contact with the driver of the vehicle, S-Bhatnagar, at the open driver's door window. Bhatnagar identified himself with an expired California Driver License. While I was talking to Bhatnagar, I notice a slight odor of an alcoholic beverage coming from his breath. I also noticed that Bhatnagar had bloodshot droopy eyes and a slightly slurred speech. I asked Bhatnagar if he had drank any alcoholic beverages tonight? Bhatnagar told me he drank 1 ½ glasses of wine at a restaurant in Pleasant Hill, but could not remember the name of the restaurant. I performed a Horizontal Gaze Nystagmus (HGN) test of Bhatnagar using my finger as stimulus. Bhatnagar had a lack of smooth pursuit to the stimulus with the HGN onset at maximum deviation and an angle of onset at approximately 40 degrees.

I certify under penalty of perjury, under the laws of the State of California, that the information in the above statement is true and correct.

EXECUTED ON: Date 5.22.06  AT: City SAN RAMON  County CONTRA COSTA  State CA

| OFFICER'S PRINTED NAME | BADGE/ID NO. | SIGNATURE OF OFFICER | Bhatnagar v. CCC .CV07-02669 CRB |
|---|---|---|---|
| J. INGRASSIA | 65945 | X J.I. | CC110 |
| AGENCY: SRPD | | AREA: 0700 WC SUPERIOR | |

DS 367 (REV. 10/2002)  White—DMV  Yellow—Law Enforcement  Pink—Driver

7 of 8