# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CERTIFIED
COPY

ABHINAV BHATNAGAR,                )
                                  )
              Plaintiff,          )
         -vs-                     )     CASE NO. C07-02669
                                  )
                                  )
JASON INGRASSIA, individually)
and in his official capacity;)
COUNTY OF CONTRA COSTA; and  )
CITY OF SAN RAMON,           )
                                  )
              Defendants.          )
_____ )

DEPOSITION OF ABHINAV BHATNAGAR

Wednesday, October 17, 2007

10:00 a.m.

McNamara, Dodge, Ney,
Beatty, Slattery, Pfalzer, Borges &
Brothers, LLP
1931 San Miguel
Walnut Creek, California

Monica A. Comer
License Number 11017

07-489MC



RECEIVED
NOV 0 7 2007
COUNTY COUNSEL
MARTINEZ CALIF.



**Landi Court Reporters
and Video Services**

1292 Lincoln Ave. ▪ San Jose, CA 95125
Tel: 408.279.8590 ▪ Fax: 408.279.0577
www.landireporters.com

```
 1                    A P P E A R A N C E S

 2

 3    For the Plaintiff:

 4                      JUSTICE FIRST, LLP
                       BY:  JENNY C. HUANG
 5                          MICHAEL J. SOLIS, FELLOW
                       2831 TELEGRAPH AVENUE
 6                     OAKLAND, CALIFORNIA  94609
                       510-628-0695
 7

 8    For the Defendant, Jason Ingrassia:

 9                      MCNAMARA, DODGE, NEY, BEATTY,
                       SLATTERY, PFALZER, BORGES & BROTHERS, LLP
10                     BY:  JAMES FITZGERALD, III
                       1211 NEWELL AVENUE
11                     WALNUT CREEK, CALIFORNIA  94596
                       925-817-3826
12    For the Defendant, Contra Costa County:

13                     CONTRA COSTA COUNTY
                       COUNTY COUNSEL
14                     BY:  GREGORY C. HARVEY
                          ASSISTANT COUNTY COUNSEL
15                     651 PINE STREET, 9TH FLOOR
                       MARTINEZ, CALIFORNIA  94553-1229
16                     925-335-1890

17

18    The Videographer:
                       LANDI COURT REPORTERS AND VIDEO SERVICES
19                     BY:  ILYSE ZIMMERMAN, VIDEO TECHNICIAN
                       1292 LINCOLN AVENUE
20                     SAN JOSE, CA 95125
                       (408) 279-8590

21

22    Also Present:  LT. ERIC NAVARRO
                     JASON INGRASSIA
23

24                          --o0o--

25
```

# EXHIBIT D-1

1    test, you were being cooperative with him, you had told

2    him that you had just come in to get gas.  You had told

3    him you had been drinking.  Are all those three -- are

4    those three facts true?

5         MS. HUANG:  Objection.  I believe that

6    mischaracterizes his testimony.

7         MR. HARVEY:  It's not asking what his testimony

8    is.  It's asking whether those three facts are true.  Do

9    you understand that question?

10        MS. HUANG:  Objection.  Compound question.

11        MR. HARVEY:  All right.  Let me do it one at a

12   time.

13      Q    BY MR. HARVEY:  You told him you had been

14   drinking; yes?

15      A    Yes.

16      Q    You had told him that you had just driven in to

17   buy gas when he asked you about whether you had been

18   across the street at the bar?

19      A    I told him yes, you know, I didn't come from

20   the bar.

21      Q    And you told him you had just come in to buy

22   gas?

23      A    Yeah, I was getting gas.  I must have told him,

24   yes.

25      Q    All right.  And you told him that you had had

299

# EXHIBIT D-2

1        A    Yes, I mean --

2        Q    All right.  You believe in being cooperative

3    with law enforcement officers; is that right?

4        A    Yes, sir.

5        Q    And when he asked you the questions about

6    drinking you wanted to help him by answering because you

7    had a relative who had been killed by a drunk driver; is

8    that right?

9        A    Yes, sir.

10       Q    You wanted to be cooperative with Officer

11   Ingrassia in the early morning hours of May 20th, 2006,

12   at the Valero gas station; is that right?

13       A    I was cooperative with him, sir.

14       Q    I see.  You wanted to do whatever he asked to

15   you do to keep -- help keep drunk drivers off the road;

16   is that right?

17       A    Yes, sir, I believe that.

18       Q    All right.  And you told Officer Ingrassia that

19   you had been drinking that night?

20       A    Yes, sir.

21       Q    And you told him you had two drinks that night?

22       A    Yes, sir.

23       Q    And you told him that you had had cough

24   medicine that night?

25       A    Yes, sir.

1    Q    A cough syrup?

2    A    Yes, sir.

3    Q    Do you know what the alcoholic content of the

4    cough syrup was?

5    A    I don't know.

6    Q    What brand was it?

7         MS. HUANG:  Objection.  Asked and answered.

8         MR. HARVEY:  I understand.

9         THE WITNESS:  I don't remember, you know, what.

10   Q    BY MR. HARVEY:  Do you know how many doses of

11   cough medicine you had had that night?

12   A    I had cough syrup all day long.

13   Q    All day long?

14   A    I had taken in the afternoon once and then in

15   the nighttime after, so it was like twice, yeah, but the

16   one in the afternoon was a lot earlier.

17   Q    As you sit here today, there are three or four

18   brands of cough medicine that you use?

19   A    Yeah, Walgreen's, you know, when I go to

20   Walgreen's or Longs.

21   Q    So you use the store brand of Walgreen's or

22   Longs because it's cheaper?

23        MS. HUANG:  Objection.  Assumes facts not in

24   evidence.

25   Q    BY MR. HARVEY:  That's question.  Do you buy

# EXHIBIT D-3

1    remember that part.

2         Q    Okay.

3         A    I might have or I might not to be --

4         Q    Are there things about this incident that you

5    don't remember?  Things that he may have asked you that

6    you don't remember?

7         A    I just today going through documents with the

8    counsel, and what I remember, I answered what I

9    remembered.

10        Q    That's right.  I understand you're answering

11   what you remember, but there -- I am asking you now when

12   you sat down to review the documents, did they help

13   refresh your recollection?

14        A    Yeah, I had not the seen police report for a

15   long time.

16        Q    All right.  So in your main memory, other than

17   what you found out from the documents you may have

18   forgotten some of the details of these events; is that

19   right?  Until you reviewed the documents?

20        A    I remember mainly everything.

21        Q    You remember mainly everything.  Okay.  When

22   you were speaking with Officer Ingrassia he asked you if

23   you had been drinking; is that right?

24        A    Yes, sir.

25        Q    That was one of his first questions to you;

291

1   correct?

2       A   No, sir.  He asked me first, like, did you come

3   from the bar.

4       Q   His next question after that was have you been

5   drinking after you said no?

6       A   No, he said, like, we find a lot of drunk

7   people here, it's weekend, Friday night or something,

8   and we find a lot of drunk people here.  It is the only

9   club or bar here.

10      Q   Right.  I understand that.  That's a statement.

11  His next question to you was have you been drinking?

12      A   Yes, I can say that was the one.

13      Q   Okay.  And because you believe in respecting

14  people, especially law -- law officers, you were

15  answering his questions; right?

16      A   Yes, sir.

17      Q   And because of that respect, you believe that

18  you should do what the law enforcement officers ask you

19  to do; is that right?

20      A   I respect the law.  I respect --

21      Q   Listen my question, though.  I understand you

22  respect the law, we established that with the last

23  question.  I am asking you now because of that respect,

24  you believed at that time you should do what the officer

25  told you to do; is that right?

1          A    Yes, I mean --

2          Q    All right.  You believe in being cooperative

3    with law enforcement officers; is that right?

4          A    Yes, sir.

5          Q    And when he asked you the questions about

6    drinking you wanted to help him by answering because you

7    had a relative who had been killed by a drunk driver; is

8    that right?

9          A    Yes, sir.

10         Q    You wanted to be cooperative with Officer

11   Ingrassia in the early morning hours of May 20th, 2006,

12   at the Valero gas station; is that right?

13         A    I was cooperative with him, sir.

14         Q    I see.  You wanted to do whatever he asked to

15   you do to keep -- help keep drunk drivers off the road;

16   is that right?

17         A    Yes, sir, I believe that.

18         Q    All right.  And you told Officer Ingrassia that

19   you had been drinking that night?

20         A    Yes, sir.

21         Q    And you told him you had two drinks that night?

22         A    Yes, sir.

23         Q    And you told him that you had had cough

24   medicine that night?

25         A    Yes, sir.

293

# EXHIBIT D-4

1    Q    What did you tell him you were sick from?

2    A    My contact lenses were hurting.  They were old,

3  so.  He did ask me, can you do some physical test.  And

4  I just listened to him, whatever he told me to do.

5    Q    Did Ingrassia tell you that before you did the

6  field sobriety test that your eyes were bloodshot?

7    A    No, he never said my eyes were bloodshot.

8    Q    Did he ever tell you that he could smell the

9  odor of alcoholic beverage on your person?

10    A    No, he didn't say anything like that.

11    Q    Okay.  He asked you to perform some field

12  sobriety tests?

13    A    Yes, sir.

14    Q    And you agreed to do so?

15    A    I'm sorry.

16    Q    You agreed to do so?

17    A    Yes, sir.

18    Q    And can you tell us what he asked you to do?

19    A    As to my recollection I remember he told me to

20  walk in a straight line.  Lift my leg up.  That's all I

21  remember.

22    Q    In your mind, did you have any opinion as to

23  whether or not you were able to do those things?

24    A    Yes.

25    Q    Okay.

167

1    A   I did perfect.

2    Q   Okay. In your opinion you did perfectly?

3    A   Yes.

4    Q   Did Officer Ingrassia tell you that he had a

5  slightly different opinion?

6    A   He didn't say anything about those physical

7  tests.

8    Q   Okay. Did he ask you to do what's called a PAS

9  test, P-a-s?

10    A   He just told me to blow on this. You have to

11  just go ahead and blow on this.

12    Q   Okay. And did you do that?

13    A   Yes, sir.

14    Q   Did you guys have any conversation up to this

15  point when you are blowing on the PAS machine that we

16  haven't talked about?

17    A   That's it. He told me to blow again on the PAS

18  device.

19    Q   Okay. I just want to emphasize again the

20  reason I am asking these questions is I want there, you

21  were. So one of the reasons that I do the deposition is

22  to know everything you know about it so that I can

23  evaluate it. So that's why I am asking these things,

24  and I want to make sure I know everything you know. so

25  is there anything else, any other conversation you had

# EXHIBIT D-5

1    A    I don't remember, I don't think so he had any

2    conversation.  Mainly it was Officer Ingrassia all the

3    time, even in the field sobriety test.  He was the one

4    telling me to do the test and everything.

5    Q    Did Officer Ingrassia -- how many field

6    sobriety tests did Officer Ingrassia do with you?

7         MS. HUANG:  Objection.  Asked and answered.

8         THE WITNESS:  I believe at least two.  Two I

9    remember.  I don't know.  Maybe three, but at least two.

10   He did tell me to do those.

11   Q    BY MR. HARVEY:  So he asked you to count

12   backwards?

13   A    I don't think so.  He told me to walk in a

14   straight line.  And the leg one.  I don't think he told

15   me to count backwards.  I don't remember.  I don't think

16   so.  What do you mean, like count what?

17   Q    You don't remember counting for Officer

18   Ingrassia?

19   A    No, it was more like he told me to walk, and

20   the leg one.

21   Q    No, I have got that.  He told you to walk, he

22   told you to stand on one leg, but did he also tell you

23   to count?

24   A    No, he didn't tell me to --

25   Q    Is it your testimony here today that you have

310

1    never testified under oath that he told you to count?

2        A    Maybe.  I don't really remember.  I remember

3    these two for sure.  I don't remember --

4        Q    So you don't remember all of the ones that he

5    asked you to do?

6        A    Yes.  I don't remember right now.  You know,

7    it's been a while.

8        Q    Okay.  After he asked you to do the field

9    sobriety test, he asked you to blow into the PAS device;

10    is that right?

11        A    Yes, sir.  He told me to blow at some device.

12    I didn't know what the device was.

13        Q    And you were cooperating with him, so you did

14    that?

15        A    Yes, sir.

16        MS. HUANG:  Objection.  Asked and answered.

17        Q    BY MR. HARVEY:  And when you -- you blew into

18    the PAS device, did he tell you that you had blown over

19    the limit?

20        A    No, he told me to blow again, made me blow many

21    times.

22        Q    How many times did you blow into the PAS

23    device?

24        A    Many.  I don't know.  He made me blow many

25    times.  Six, seven times, something like that.

311

# EXHIBIT D-6

1      A    I did perfect.

2      Q    Okay.  In your opinion you did perfectly?

3      A    Yes.

4      Q    Did Officer Ingrassia tell you that he had a

5   slightly different opinion?

6      A    He didn't say anything about those physical

7   tests.

8      Q    Okay.  Did he ask you to do what's called a PAS

9   test, P-a-s?

10     A    He just told me to blow on this.  You have to

11  just go ahead and blow on this.

12     Q    Okay.  And did you do that?

13     A    Yes, sir.

14     Q    Did you guys have any conversation up to this

15  point when you are blowing on the PAS machine that we

16  haven't talked about?

17     A    That's it.  He told me to blow again on the PAS

18  device.

19     Q    Okay.  I just want to emphasize again the

20  reason I am asking these questions is I want there, you

21  were.  So one of the reasons that I do the deposition is

22  to know everything you know about it so that I can

23  evaluate it.  So that's why I am asking these things,

24  and I want to make sure I know everything you know.  so

25  is there anything else, any other conversation you had

# EXHIBIT D-7

1  never testified under oath that he told you to count?

2      A   Maybe.  I don't really remember.  I remember

3  these two for sure.  I don't remember --

4      Q   So you don't remember all of the ones that he

5  asked you to do?

6      A   Yes.  I don't remember right now.  You know,

7  it's been a while.

8      Q   Okay.  After he asked you to do the field

9  sobriety test, he asked you to blow into the PAS device;

10  is that right?

11     A   Yes, sir.  He told me to blow at some device.

12  I didn't know what the device was.

13     Q   And you were cooperating with him, so you did

14  that?

15     A   Yes, sir.

16         MS. HUANG:  Objection.  Asked and answered.

17     Q   BY MR. HARVEY:  And when you -- you blew into

18  the PAS device, did he tell you that you had blown over

19  the limit?

20     A   No, he told me to blow again, made me blow many

21  times.

22     Q   How many times did you blow into the PAS

23  device?

24     A   Many.  I don't know.  He made me blow many

25  times.  Six, seven times, something like that.

1    Q    Do you know on which breaths he tested you?

2    A    I'm sorry, what breath?  Like he told me to

3    blow on --

4    Q    He just told you to blow, but he didn't tell

5    you when he was actually testing or taking the samples,

6    did he?

7    A    No, he just kept on telling me blow, blow

8    again.

9    Q    And after he checked out what the PAS device

10   said, was that the first time he told you you are under

11   arrest?

12   A    No, he never told me under arrest any time.

13   Q    It was after that that he told you cuff up?

14   A    No, it was six, seven times.

15   Q    After the PAS test that's when he told you to

16   cuff up; is that right?

17   A    Yeah, but I think the last time he said, you

18   know, put your hands behind.

19   Q    All right.  So before that did you have any

20   sense that you were about to be arrested?

21   A    I don't know.  I was cooperating with the

22   officer, you know.

23   Q    My question was up to the point at which he

24   asked you to put your hands behind your back to cuff up,

25   did you have any sense that you were being arrested?

312

# EXHIBIT D-8

1    with Ingrassia up to now that we haven't talked about?

2          MS. HUANG:  Objection.  Vague.

3          THE WITNESS:  Whatever interaction with

4    Ingrassia, I told you, to now, whatever, until now, at

5    the gas station.  That's it.

6       Q   BY MR. FITZGERALD:  Okay.  Nothing -- you've

7    told me everything that happened up to the point where

8    you take the PAS test?

9       A   It's --

10         MS. HUANG:  Objection.  Vague.

11         THE WITNESS:  The girl at the gas station made

12   a remark, you know, you guys look good in the uniform.

13   I don't know what she said, but she made a remark on

14   their uniform, when she was talking to the other

15   officer, too, and the other officer was real friendly

16   with her.

17      Q   BY MR. FITZGERALD:  Okay.  But that didn't have

18   anything to do with you and Ingrassia?

19      A   No.

20      Q   Okay.  So have you told me everything that

21   happened between you and Ingrassia up to this point

22   where he asked you to blow in the PAS machine?

23         MS. HUANG:  Objection.  Vague.

24         THE WITNESS:  Yeah.  He made me blow many times

25   on this device.

                                                        169

1     Q    BY MR. FITZGERALD:  Did you ask him how you did

2   or did he tell you how you did?

3     A    I did ask him.

4     Q    What did he say?

5     A    He said you are on the borderline.

6     Q    Okay.  He said you are on the borderline?

7     A    Yeah.

8     Q    Okay.

9     A    Yes.  I'm sorry.

10    Q    And what did he say after that?

11    A    He said put your hands behind, and handcuffed

12   me and he took my wallet and handkerchief, or -- I don't

13   remember if I had any medications or something, but

14   whatever I had in my pockets he took.

15    Q    So he patted you down before he put you in the

16   police car?

17    A    Yes.

18    Q    Okay.  Up to this point in time, had Officer

19   Ingrassia said anything to you that you thought was

20   inappropriate?

21    A    He had not said anything, but I felt weird that

22   I was being -- where this other person, they were not

23   doing anything to that girl.

24    Q    Okay.  Did -- was Officer Ingrassia rude to you

25   in any way up to this point in time?