# EXHIBIT E

1             UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                --oOo--

COPY

4

5 ABHINAV BHATNAGAR,            )

6             Plaintiff,     )

7           vs.           )   No. C07-02669

8                    )

9 JASON INGRASSIA, COUNTY OF   )

10 CONTRA COSTA and CITY of    )

11 SAN RAMON,             )

12            Defendants.   )

13 _____)

14

15

16       DEPOSITION OF JONATHAN YOUNG

17

18     Taken before KAREN L. HENDERSHOTT,

19      A Certified Shorthand Reporter,

20   License No. C-6022, State of California

21

22           January 22, 2008

23

24              --oOo--

RECEIVED

FEB 0 7 2008

COUNTY COUNSEL
MARTINEZ CALIF.

25



Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

# EXHIBIT E-1

1          MR. HARVEY:  Now you're not.

2          MR. CANDAPPA:  I wasn't then either, just for the

3     record.

4          MR. HARVEY:

5          Q.  Can you describe what the kit contains?

6          A.  Yeah.  The kit contains mostly everything we

7     need for the blood draw.  It contains a gauze, a needle,

8     a needle holder, a Band Aid, an iodine packet, two tubes

9     and a bubble wrap for the tubes.  It also it contains

10    labels and a seal.

11         Q.  All right.  Showing you Exhibit 2.

12             (Whereupon, Defendants' Exhibit No. 2 was

13              marked for identification)

14    MR. HARVEY:

15    Q.  Can you tell me what Exhibit 2 is?

16    A.  The case number.

17    Q.  No, what is the exhibit?

18    Do you know what the document is?

19    A.  Oh, yes, sir.

20    Q.  Can you tell me what the document is?

21    A.  This is the blood kit we used for a draw.

22    Q.  And who is the subject of the blood kit?

23    Who is the subject of the draw?

24    A.  Excuse me if I don't pronounce it right.

25    Abhinav Bhatnagar.



Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1      Q.  Okay.  And can you tell us the date of the

2  draw?

3      A.  It is 5/20/06.

4      Q.  And the time of the draw?

5      A.  2:30 a.m..

6      Q.  And did you record the name of the officer?

7      A.  The witnessing officer?

8      Q.  Yes.

9      A.  Again, excuse me if I pronounce it wrong.

10  Inpassio --

11      Q.  Ingrassia?

12      A.  Ingrassia.

13      MR. CANDAPPA:  Objection, you know, leading the

14  witness.  That was not -- and it also misstates the

15  witness's testimony.  That was not what the witness

16  said.

17      I'm also going to object and make a note for the

18  record that this witness is not testifying from his

19  recollection, but he's rather reading from Exhibit 2,

20  and that Mr. Harvey it appears to me is coaching the

21  witness.

22      THE WITNESS:  Well, I do recognize it once you said

23  it because that's someone I draw for occasionally.

24      MR. HARVEY:

25      Q.  Okay.


Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

26

# EXHIBIT E-2

1      A.  Well, first thing I do is set up.  I'll bring

2   the kit, I'll open it.  I'll hand the officer his

3   paperwork.  And I'll take the supplies and I'll set them

4   up, basically, so I can go mobile.  I'll put them in a

5   napkin.  I'll get them already.

6      And then whenever the officer's ready we will go

7   and withdraw blood from the subject.

8      Q.  All right.  Do you recall where the blood was

9   drawn in San Ramon on that night?

10     A.  No, sir.

11     Q.  All right.  Now, let's go to Exhibit 3.

12         (Whereupon, Defendants' Exhibit No. 3 was

13          marked for identification)

14     MR. HARVEY:

15     Q.  Looking at the signature line of the document

16   in Exhibit 3, which is entitled Declaration, is that

17   your signature?

18     A.  Yes, sir.

19     Q.  All right.  And is it your writing where the

20   name Abhinav Bhatnagar is?

21     A.  Yes.

22     Q.  And the name Jonathan Young at the top of the

23   page, is that your writing?

24     A.  Yes, sir,

25     Q.  And you're employed at CML?

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    A.  Yes, sir.

2    Q.  Is that your writing?

3    A.  Yes, sir.

4    Q.  And did you check off that you were a clinical

5    laboratory bioanalyst?

6    A.  No.

7    Q.  How about phlebotomist?

8    A.  Yes, sir.

9    Q.  And did you date this document?

10   A.  Yes, sir.

11   Q.  And put in the name of the city?

12   A.  Yes, sir.

13   Q.  Now, the document indicates -- would this

14   document be filled out at the time you draw the blood?

15   A.  Yes, sir.

16   Q.  And does the document describe what is done

17   when you draw the blood?

18   A.  Yes, sir.

19   Q.  All right.  Where would you get the name of the

20   subject from?

21   A.  The officer.

22   Q.  All right.  Do you do anything to confirm the

23   name of the subject with the subject when you draw the

24   blood?

25   A.  No, sir.  I'm sorry, in some occasions I'll


**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

32

1  see an ID, but I don't ask for one.

2      Q.  All right.  And you don't recall in this case

3  whether you did or not?

4      A.  No, sir.

5      Q.  All right.  Now, when you finish drawing the

6  blood what do you do with it?

7      A.  Normally I mix it, I'll package it, and I'll

8  hand it to the officer.

9      Q.  When you say you mix it, what do you do when

10 you mix it?

11     A.  I believe they call it invert.  You basically

12 you shake it four or five times just to make sure it

13 mixes with the anticoagulant.

14     Q.  Okay.  There is an anticoagulant in the tube?

15     A.  Yes, sir.

16     Q.  When you draw the blood and put it into the

17 tube --

18     A.  It's already in there.

19     Q.  Then what do you do?

20 You've got the blood in the tube.

21     A.  I'll label it.

22     Q.  How do you label it?

23     A.  There is two labels that come on every tube.

24 One tube goes over the top, and one tube goes around the

25 side.


**Zardonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1       Q.  When you say one tube, were you talking about

2  one label?

3       A.  Yes.  One label going over the top and one

4  label going on the side of the tube.

5       Q.  When you place the label on the side of the

6  tube does that label have the kit number on it?

7       A.  Yes, sir.

8       Q.  And does the label going over the top of the

9  stopper have the kit number on it?

10      A.  No, sir.

11      Q.  So the only one that has the kit number on it

12  is the one that goes around the tube?

13      A.  Yes, sir.  The way I put them on is you can't

14  get one off without the other.

15      Q.  All right.  So you seal them so -- or you put

16  them on so that you can't take the top off the tube

17  without breaking the seal?

18      A.  Exactly.

19      Q.  All right.  And is the manner of taking the

20  blood described in Exhibit 3?

21      A.  Yes, sir.

22      Q.  And you normally fill two vials?

23      A.  Yes, sir.

24      Q.  And is the name of the person from whom the

25  blood is drawn placed on the vials?



Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3629

34

1    A.  No, sir.

2    Q.  All right.  The only thing that relates to the

3  name of the person would be the outside of the kit where

4  the name of the person is recorded?

5    A.  Also on the labels.

6    Q.  All right.  How does the name get on the

7  labels?

8    A.  Normally the officer puts it on there.

9    Q.  Okay.  So when you state in this declaration

10  the vials of blood were labeled with full name of the

11  defendant, the date and time of withdrawal, and I placed

12  my initials on the label, would that be something you

13  would do in every case?

14    A.  I'm sorry?

15    Q.  Would that -- in your declaration you indicate

16  the vials of blood were labeled with the full name of

17  the defendant, the date and time of withdrawal and

18  placing your initials on the label.

19    Is that something would you do in every case?

20    A.  Not in every case.  I put my signature on there

21  and sometimes the officer would fill it out and

22  sometimes I would fill out.

23    Q.  All right.  Who filled out -- the name on the

24  label would be different but there would be a name on

25  the label in every case?



Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

35

1    A.  Yes, sir.

2    Q.  And would you either sign or initial the label

3  in every case?

4    A.  Yes, sir, every case.

5    Q.  All right.  And would you put the date and time

6  of withdrawal on the label in every case?

7    A.  Yes, sir.

8    Q.  All right.  And would that be put on the label

9  before or after the label was put on the vial of blood?

10   A.  We would withdraw the blood first.

11   Q.  All right.  So you withdraw the blood --

12   A.  And then label it.

13   Q.  All right.  Would you put the name on the label

14  before the label is put on the vial?

15   A.  Yes.

16   Q.  Okay.  And then once you have drawn the blood

17  and you have the name down on the label is the label

18  then placed on the vial of blood?

19   A.  Yes, sir.

20   Q.  And then the top is sealed?

21   A.  Yes, sir, the top is sealed first and then the

22  name goes after.

23   Q.  So that you can't take that top seal off

24  without breaking it?

25   A.  Exactly.


Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

# EXHIBIT E-3

1  described in the declaration?

2      A.  Exactly.

3      MR. HARVEY:  All right.  And your objection was

4  noted throughout that line, if you would like.

5      You didn't make objections to those questions, but

6  I thought I would give you the opportunity if you wanted

7  to object.

8      MR. CANDAPPA:  I mean, I think the same question, I

9  am not waiving the objection.

10     MR. HARVEY:

11     Q.  All right.  Now, I'm going to show you a

12  document.  And I just want you to confirm, and this is

13  Exhibit 4, confirm for me on Exhibit 4 the number of the

14  kit that was tested for this report.  I have laboratory

15  examination dated 5/31/2006.

16         (Whereupon, Defendants' Exhibit No. 4 was

17          marked for identification)

18     MR. HARVEY:

19     Q.  Do you see the kit number that was tested on

20  this document or container number?

21     A.  Oh, yes, sir.

22     Q.  And that number is 34644?

23     A.  Yes.

24     Q.  And is that the same number as on the kit that

25  you used to test Mr. Bhatnagar's blood --

**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

38

1    A.  Yes.

2    Q.  -- in Exhibit 2?

3    A.  Yes.

4    MR. CANDAPPA:  I'm going to object on the basis

5  that this same line of questioning with reference to

6  exhibit -- did you say Exhibit D or Exhibit 4?

7    MR. HARVEY:  Exhibit 4.

8    MR. CANDAPPA:  Exhibit 4 lacks sufficient

9  foundation for this witness to render a competent

10  answer.

11    MR. HARVEY:

12    Q.  How long does it normally take you to get from

13  your house to the San Ramon Police Station?

14    A.  About 20 minutes.

15    Q.  Okay.  And how long does it take you to get

16  ready to go?

17    A.  About five minutes.

18    Q.  All right.  Is there any way to determine where

19  you were when you received the phone call on the night

20  of May 20th, 2006?

21    A.  Yes.

22    Q.  How can we determine that?

23    A.  Actually, no, there is not.  There can and

24  there can't be.  It depends on my log.

25    Q.  All right.


**Zandonella**
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

# EXHIBIT E-4

**CONTRA COSTA COUNTY**
**OFFICE OF THE SHERIFF**
**FORENSIC SERVICES DIVISION**

LABORATORY BARCODE ONLY

Kit No.: 3 4 6 4 4
Expiration Date: December 30, 2007

### BLOOD SAMPLE FOR ALCOHOL/DRUG ANALYSIS

Analyze for: ☒ Alcohol    ☐ Drugs (Amphetamines, Opiates, Cocaine, Benzodiazepines)

☐ Others (Please List) _____
☒ Test for drugs if BAC ≤ 0.08%

☐ Check if this is a referee sample for the subject's breath results: _____

| | If CHP, indicate arrest location |
|---|---|
| 1. Police Agency: SRPD | City _____ Street _____ |
| | ☐ Unincorporated |
| 2. Agency Case No.: 06 12996 | |

3. Offense(s): 23152 VC A    Incident Date: 5.20.06    Time: 6130

4. Subject's Name: ABHINAV BHATNAGAR    ☒ Suspect ☐ Victim ☐ Other    ☒ Live ☐ Dead

5. Witnessing Officer: J. INDOVASSIA    Badge No.: 6594

6. Person Drawing Blood: J. YOUNG

7. Location of Withdrawal: SAN RAMON

8. Date Sample Taken: 05-20-06    Time: 0230

**CHAIN OF POSSESSION:**

| Received From: | Received By: | Date: |
|---|---|---|
| | J. INDOVASSIA 6594 | 5.20.06 |
| J. INDOVASSIA 6594 | SRPD REFER | 5.20.06 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FOR LABORATORY USE:    Bhatnagar v. CCC  CV07-02669 CRB
☐ Sealed ☐ Unsealed ☐ Other _____    CC106
2 Vials

EXHIBIT
2

# EXHIBIT E-5

## DECLARATION

JONATHAN YOUNG _____, under penalty of perjury says:
(Print Name)

I am employed by _____ CML _____ in the capacity checked below:

☐ physician                              ☑ clinical laboratory bioanalyst
☐ registered nurse                       ☑ phlebotomist
☐ licensed vocational nurse              ☐ certified paramedic
☐ licensed clinical laboratory technologist

On this date I took blood from a person identified to me as

ABHINAV BHATNAGAR _____, the defendant.

I cleaned the area to be punctured with the non-alcoholic disinfectant, included in the Contra Costa County Criminalistics Laboratory blood withdrawal kit.

Using the sterilized needle and holder from the kit, I inserted the needle into the defendant's vein and withdrew enough blood to fill the two vacuum vials.

I discarded the needle, holder and disinfectant and shook the vials thoroughly to prevent the blood from clotting.

The vials of blood were labelled with the full name of the defendant, the date and time of withdrawal and I placed my initials on the label.

I gave the vials to the officer who accompanied the defendant, and I observed the officer seal the top of each vial with a label seal and place his initials on the seal and on the label of each vial.

The sample(s) was/were taken in a medically approved manner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __05-20-06_____ at __SAN RAMON_____ California.

_____
(Signature of Declarant)

**EXHIBIT**
**3**

To be completed by person collecting blood.

Bhatnagar v. CCC   CV07-02669 CRB
CC107

(WHITE COPY)      DISTRICT ATTORNEY'S COPY - PLEASE RETURN TO THE BLOOD WITHDRAWAL KIT
(YELLOW COPY)     POLICE AGENCY'S COPY - PLEASE DETACH AND MAINTAIN FOR YOUR RECORDS
(PINK COPY)       COPY FOR PERSON MAKING BLOOD WITHDRAWAL - PLEASE DETACH AND MAINTAIN FOR YOUR RECORDS
(GOLDENROD COPY)  LABORATORY'S COPY - PLEASE RETURN TO THE BLOOD WITHDRAWAL KIT

BADCC; DEC.1 2/96

4 of 8

# EXHIBIT E-6



06-6116-1

### Forensic Services Division
### Contra Costa County Office of the Sheriff
1960 Muir Road, Martinez, Ca. 94553

### REPORT OF LABORATORY EXAMINATION

| | | | |
|---|---|---|---|
| Laboratory No: | 06-6116-1 | Agency: | San Ramon Police Department |
| Report Date: | 5/31/2006 | Agency Case No.: | 06-12996 |
| Service: | Alcohol Analysis | Requested by: | J. Ingrassia |
| Request Date: | 5/24/2006 | Case Type: | Alcohol & Drugs |
| Suspect(s): | Bhatnagar, Abbinav | Complainant(s): | None Indicated |

**Offenses:**

23152 CVC

**Date of incident:**
5/20/2006

**Description of Evidence** *(initial package(s) were submitted tape sealed unless otherwise stated)*
Lab Evid #1: Blood Alcohol/Drug envelope

| | | | |
|---|---|---|---|
| Test Subject: | **Bhatnagar, Abbinav** | | |
| Type of sample: | **Blood** | Container No.: | 34644 |
| Collected By: | J. Young | | |

**Blood Alcohol Results:**

    **0.09** % W/V Blood Alcohol
    Date of analysis:  5/31/2006

> **EXHIBIT**
> **4**

I certify, under perjury, under the laws of the State of California, that the above blood/urine analysis was performed during the regular course of my duties, and is a true and correct copy thereof. I further certify that I am qualified to perform these analyses pursuant to Title 17 of the California Code of Regulations, and that the equipment used in arriving at the results was in proper working order at the time I performed this analysis.

Reported By:                                     Approved By:

*Stephanie Williams*                             *A R Sun*

Stephanie Williams, Forensic Toxicologist        Arsenio D Ricafrente, Forensic Toxicologist
(Forensic Alcohol Supervisor)                    (Forensic Alcohol Supervisor)

Date:    May 31, 2006

Executed in Martinez, Contra Costa County, California

Bhatnagar v. CCC  CV07-02669 CRB
CC112