# EXHIBIT F



06-6116-1

Forensic Services Division
Contra Costa County Office of the Sheriff
1960 Muir Road, Martinez, Ca. 94553

## REPORT OF LABORATORY EXAMINATION

| | | | |
|---|---|---|---|
| Laboratory No: | 06-6116-1 | Agency: | San Ramon Police Department |
| Report Date: | 5/31/2006 | Agency Case No.: | 06-12996 |
| Service: | Alcohol Analysis | Requested by: | J. Ingrassia |
| Request Date: | 5/24/2006 | Case Type: | Alcohol & Drugs |
| Suspect(s): | Bhatnagar, Abhinav | Complainant(s): | None Indicated |

**Offenses:**

23152 CVC

**Date of incident:**
5/20/2006

**Description of Evidence** *(Initial package(s) were submitted tape sealed unless otherwise stated)*

Lab Evid #1: Blood Alcohol/Drug envelope

   Test Subject:   **Bhatnagar, Abhinav**
   Type of sample:   Blood            Container No.:   34644
   Collected By:   J. Young

**Blood Alcohol Results:**
   0.09   % W/V Blood Alcohol
   Date of analysis:   5/31/2006

I certify, under perjury, under the laws of the State of California, that the above blood/urine analysis was performed during the regular course of my duties, and is a true and correct copy thereof. I further certify that I am qualified to perform these analyses pursuant to Title 17 of the California Code of Regulations, and that the equipment used in arriving at the results was in proper working order at the time I performed this analysis.

Reported By:                                              Approved By:

*Stephanie Williams*                                      *A R. Sr*

Stephanie Williams, Forensic Toxicologist                 Arsenio D Ricafrente, Forensic Toxicologist
(Forensic Alcohol Supervisor)                             (Forensic Alcohol Supervisor)

Date:   May 31, 2006

Executed in Martinez, Contra Costa County, California

Bhatnagar v. CCC  CV07-02669 CRB
CC112

Page 1 of 1