# EXHIBIT G

**EXHIBIT G-1**



CENTRAL PARK            VALERO GAS STATION        "EL BALAZO"

**EXHIBIT G-2**

