# EXHIBIT H

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Abhinav Bhatnagar

E-filing

v.

Jason Ingrassia, County of Contra Costa, and
City of San Ramon

SUMMONS IN A CIVIL CASE

CASE NUMBER: C07-02669 EMC

TO: (Name and address of defendant)

Deputy Sheriff Jason Ingrassia, Badge No. 65945
Office of the Sheriff, County of Contra Costa
651 Pine Street, 7th Floor
Martinez, CA 94553

Deputy Sheriff Jason Ingrassia, Badge No. 65945
San Ramon Police Department
2222 Camino Ramon
San Ramon, CA 94583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jenny Huang
JUSTICE FIRST, LLP
2831 Telegraph Avenue
Oakland, CA 94609

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE May 21, 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 8/8/2007 |
| NAME OF SERVER (PRINT)  Jenny Huang | TITLE  Attorney for Plaintiff | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
　Contra Costa County Superior Court, 1010 Ward Street, Martinez, CA 94553

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/2007
　　　　　　　　Date　　　　　　　　　　Signature of Server

2831 Telegraph Avenue, Oakland, CA 94609
　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.