**EXHIBIT J**

# cingular

Billing Cycle Date: 0?/??/20/06
Account Number: 5???974

## Call Detail (Continued)   510-449-4543

User Name: ABHINAY BHATNAGAR

Rate Code: RGSM=America Local 400, PVMM=Unlimited M2M Mins, PVNW=Unl Night/Wknd Mins, PVXX=600 Additional Mins, DEFP=DA/Premium Messaging
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: VM=VOICE MAIL, M2MC=EXPANDED M2M, VMCC=AnyPath Call Completion, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 379 |  | 05/19 | 7:08PM | 510-421-0248 | OAKLAN CA | 2 | PVXX | DT |  |  |  | 0.00 |
| 380 |  | 05/19 | 7:09PM | 925-228-5200 | MARTIN CA | 1 | PVXX | DT |  |  |  | 0.00 |
| 381 |  | 05/19 | 7:32PM | 408-202-6726 | SAN JO CA | 1 | PVXX | DT |  |  |  | 0.00 |
| 382 |  | 05/19 | 7:32PM | 510-449-4543 | VMAIL CL | 1 | PVXX | DT | VM |  |  | 0.00 |
| 383 |  | 05/19 | 7:32PM | 408-202-6726 | SAN JO CA | 1 | PVXX | DT |  |  |  | 0.00 |
| 384 |  | 05/19 | 7:40PM | 408-202-6726 | SAN JO CA | 2 | PVXX | DT |  |  |  | 0.00 |
| 385 |  | 05/19 | 7:45PM | 408-202-6726 | SAN JO CA | 1 | PVXX | DT |  |  |  | 0.00 |
| 386 | SAT | 05/20 | 2:01AM | 415-233-3610 | SAN RA CA | 3 | PVNW | NW |  |  |  | 0.00 |
| 387 |  | 05/20 | 2:02AM | 408-202-6726 | CALL WAIT | 2 | PVNW | NW | CW |  |  | 0.00 |
| 388 |  | 05/20 | 2:07AM | 408-202-6726 | SAN JO CA | 2 | PVNW | NW |  |  |  | 0.00 |
| 389 |  | 05/20 | 8:17AM | 510-421-0248 | OAKLAN CA | 1 | PVNW | NW |  |  |  | 0.00 |
| 390 |  | 05/20 | 8:18AM | 510-449-4543 | VMAIL CL | 2 | PVNW | NW | VM |  |  | 0.00 |
| 391 |  | 05/20 | 8:19AM | 510-421-0248 | OAKLAN CA | 1 | PVNW | NW |  |  |  | 0.00 |
| 392 |  | 05/20 | 8:23AM | 415-233-3610 | INCOMI CL | 5 | PVNW | NW |  |  |  | 0.00 |
| 393 |  | 05/20 | 8:27AM | 510-421-0248 | OAKLAN CA | 1 | PVNW | NW |  |  |  | 0.00 |
| 394 |  | 05/20 | 8:28AM | 925-228-5200 | MARTIN CA | 1 | PVNW | NW |  |  |  | 0.00 |
| 395 |  | 05/20 | 8:56AM | 415-233-3610 | INCOMI CL | 2 | PVNW | NW |  |  |  | 0.00 |
| 396 |  | 05/20 | 9:02AM | 415-233-3610 | SAN RA CA | 8 | PVNW | NW |  |  |  | 0.00 |
| 397 |  | 05/20 | 9:17AM | 925-831-9220 | DANVIL CA | 3 | PVNW | NW |  |  |  | 0.00 |
| 398 |  | 05/20 | 9:23AM | 925-831-9220 | DANVIL CA | 2 | PVNW | NW |  |  |  | 0.00 |
| 399 |  | 05/20 | 9:26AM | 925-646-2941 | CONCOR CA | 2 | PVNW | NW |  |  |  | 0.00 |
| 400 |  | 05/20 | 9:33AM | 408-202-6726 | SAN JO CA | 2 | PVNW | NW |  |  |  | 0.00 |
| 401 |  | 05/20 | 11:23AM | 415-233-3610 | SAN RA CA | 8 | PVNW | NW |  |  |  | 0.00 |
| 402 |  | 05/20 | 1:48PM | 408-202-6726 | INCOMI CL | 7 | PVNW | NW |  |  |  | 0.00 |
| 403 |  | 05/20 | 5:14PM | 209-985-3047 | INCOMI CL | 1 | PVNW | NW |  |  |  | 0.00 |
| 404 |  | 05/20 | 5:14PM | 209-985-3047 | MODEST CA | 1 | PVNW | NW |  |  |  | 0.00 |
| 405 |  | 05/20 | 6:19PM | 510-449-4543 | VMAIL CL | 1 | PVNW | NW | VM |  |  | 0.00 |
| 406 |  | 05/20 | 6:22PM | 408-202-6726 | SAN JO CA | 2 | PVNW | NW |  |  |  | 0.00 |
| 407 |  | 05/20 | 11:19PM | 415-233-3610 | SAN RA CA | 4 | PVNW | NW |  |  |  | 0.00 |
|  |  |  | Subtotal Minutes |  |  | 1299 |  |  |  |  |  | 0.00 |
| Totals |  |  |  |  |  | 1299 |  |  |  |  |  | 0.00 |

Interstate Calls Subtotal    0.00
Intrastate Calls Subtotal    0.00

(handwritten margin note: "GRECKSON COMPARISON")

## Calling Name Delivery to Landline Customers

Beginning next month, your account name and wireless number will be displayed on Caller ID when you make wireless-to-landline calls. Previously, only your wireless number was displayed. No action is required to have your account name displayed. To block your account name, on all wireless-to-landline calls, you may contact Customer Care at 611 on your mobile or 1 866 Cingular. This change does not affect how your name will display on wireless-to-wireless calls.

## Auto Pay Authorization Agreement

*For use only with Auto Pay phone enrollment*
If I enroll, I authorize Cingular Wireless to pay my bill monthly by debiting my bank account. I can cancel authorization by notifying Cingular at www.cingular.com, by calling 1-800-331-0500, or by dialing 611 from my wireless phone. If my bank rejects a payment, I may be charged a return fee.