# EXHIBIT K

06-12996 Blood 17D

**CONTRA COSTA COUNTY**
**OFFICE OF THE SHERIFF**
**FORENSIC SERVICES DIVISION**

Forensic Services Division Case #
**06-006116**

LAB 001

Kit No.: 34644

Blood Alcohol/Drug envelope
CCCSO Evidence
128864

Expiration Date: December 30, 2007

## BLOOD SAMPLE FOR ALCOHOL/DRUG ANALYSIS

Analyze for: ☒ Alcohol    ☐ Drugs (Amphetamines, Opiates, Cocaine, Benzodiazepines)
☐ Others (Please List): _____
☒ Test for drugs if BAC ≤ 0.08%

☐ Check if this is a referee sample for the subject's breath results: _____

1. Police Agency: SRPD
2. Agency Case No.: 06-12996
3. Offense(s): 23152 VC A    Incident Date: 5-20-06    Time: 0130
4. Subject's Name: ABHINAV BHATNAGAR    ☒ Suspect ☐ Victim ☐ Other  ☒ Live ☐ Dead
5. Witnessing Officer: J. INGRASSIA    Badge No.: 65945
6. Person Drawing Blood: J. YOUNG
7. Location of Withdrawal: SAN RAMON
8. Date Sample Taken: 05-20-06    Time: 0230

If CHP, indicate arrest location
City _____ Street _____
☐ Unincorporated

### CHAIN OF POSSESSION:

| Received From: | Received By: | Date: |
|---|---|---|
| J.Y. | J. INGRASSIA 65945 | 5-20-06 |
| J. INGRASSIA 65945 | SRPD REFER | 5-20-06 |
| SRPD | Fredrickson | 5-24-06 |
| Fredrickson | KW | 5-24-06 |
| Evid | S. Williams | 5/26/06 |
| S. Williams | Evid | 6/1/06 |
| Evid | R. Bowden | 7-21-06 |
| R. Bowden | Split 1 gray top vial via US Mail to Slade | 7-27* 7-21 |
| R. Bowden | Evid | 7-21-06 |
| EVID | T BWONG | 6-8-07 |
| T BWONG | A Dunn | 6-8-07 |

**FOR LABORATORY USE:**
☐ Sealed ☐ Unsealed ☐ Other _____ # Vials: _____