# EXHIBIT L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CERTIFIED COPY**

ABHINAV BHATNAGAR,                   )
                                     )
                                     )
              Plaintiff,             )
        -vs-                         )  CASE NO. C07-C02669-CRV
                                     )
                                     )
JASON INGRASSIA, individually)
and in his official capacity;)
COUNTY OF CONTRA COSTA; and  )
CITY OF SAN RAMON,                   )
                                     )
              Defendants.            )
_____)

RECEIVED
DEC 2 6 2007
COUNTY COUNSEL
MARTINEZ CALIF.

DEPOSITION OF MARCUS CAMPAGNA


Tuesday, December 4, 2007


12:20 p.m.


McNamara, Dodge, Ney,
Beatty, Slattery, Pfalzer, Borges &
Brothers, LLP
1931 San Miguel
Walnut Creek, California


Monica A. Comer
License Number 11017

07-559MC



**Landi Court Reporters
and Video Services**
1292 Lincoln Ave. • San Jose, CA 95125
Tel: 408.279.8590 • Fax: 408.279.0577
www.landireporters.com

# EXHIBIT L-1

1  Lillianna.

2      Q  Okay.  Let me go back and ask you a couple

3  questions about that, because -- now, this Lillianna

4  person, what's her last name?

5      A  Quesida or Queseda, I'm not sure.  Starts with

6  Q.

7      Q  Did you call her to meet with the two of you

8  for dinner?

9      A  Yes.

10      Q  And why did you call her?

11      A  One, she's a friend.  She is a friend.  She's

12  a really nice lady.  Two, she was a primary witness for

13  my termination in the case, and she had written really

14  statements to help me along in my case.  And she met up

15  with us just to, you know, have a good dinner and maybe

16  go over some documents if we had them.  Maybe if Abhi

17  had some new documents regarding wrongful termination.

18  And to help them out in the class action, because they

19  were all involved in the class action as well.

20      Q  Okay.  So I take it Mr. Bhatnagar knew her?

21      A  Yes, he did.

22      Q  Okay.  So if he told me at deposition he

23  didn't know who she was, that's not quite right?

24      A  Oh.  No, he knows her.

25      Q  Okay.  How long had he known her?

1  generally some optimism about him getting this job?

2      A    Maybe.  Maybe not.  I don't recall at that

3  time.

4      Q    Okay.  So who called you who to schedule the

5  dinner to talk about this job opportunity and the

6  lawsuit?

7      A    He did.

8      Q    Mr. Bhatnagar?

9      A    Yes, he did.

10     Q    And was it sort of an understanding that those

11 would the two things you'd be talking about?

12     A    Yes.

13     Q    His job potential?

14     A    Yes.

15     Q    Or job possibilities for him and also the

16 lawsuit?

17     A    Yes.

18     Q    And he knew you were going to be inviting

19 Lillianna for the lawsuit part of it?

20     A    Yes.

21     Q    Okay.  And who -- who called Lillianna, then,

22 and actually scheduled the dinner?

23     A    I believe I did.

24     Q    Okay.  And you say you went to some place in

25 Walnut Creek?

34

1      A   Yes.

2      Q   All right.  And how did you get to Walnut

3  Creek?

4      A   Drove with Abhi.  He actually picked me up

5  from my house in San Ramon at the 420B Canyon Woods

6  Place.  From there we proceeded and took 680 to Walnut

7  Creek.  I believe the restaurant was called On The

8  Border or something like that.  I am not sure.

9      Q   Left Bank?

10     A   Left Bank.  Thank you.  I always get those two

11  mixed up.  Left Bank.

12     Q   I only know Left Bank.  I don't know On The

13  Border, so --

14     A   Yeah.

15     Q   I just guessed.

16     A   Big difference in food.

17     Q   Okay.  And so Left Bank is a French place?

18     A   Yes, I believe so.

19     Q   So not a Mexican place?

20     A   Exactly.  You're right.

21     Q   Okay.  Did you guys make a reservation?

22     A   I don't recall.  I think we just walked in.

23  We had to wait for a table, so we went to -- no,

24  actually, no, we didn't, because we had to go to the

25  bar.  I ordered the first round of drinks, so no, we

35

1    didn't.  We had to wait for a table.

2        Q   Okay.  What time did you get to the

3    restaurant?

4        A   It was after 7:00.  Sometime after 7:00.

5        Q   Do you remember what day of the week this was?

6    Or was it a weekend?

7        A   No.

8        Q   All right.  Could it have been after 8:00 when

9    you got to this restaurant?

10       A   Probably.

11       Q   What's your best estimate?

12       A   Oh, boy.  Between 7:00 and 8:00.

13       Q   And you said Mr. Bhatnagar picked you up at

14   your house?

15       A   Yes.

16       Q   And you met Lillianna at the restaurant?

17       A   Yes.

18       Q   What kind of car was Mr. Bhatnagar driving?

19       A   Small -- small car.  I think it was a Nissan

20   or something like that, or Mazda.

21       Q   Do you recall what time he picked you up at

22   your house?

23       A   No, I do not.

24       Q   Do you remember what time he got to your

25   house?

# EXHIBIT L-2

1    A    It was after 7:00.

2    Q    Was your wife home?

3    A    Yes.

4    Q    Is there a reason she didn't go with you?

5    A    It was primarily business, so, you know, she

6    worked a long day.  She starts work at 5:30, 6:00

7    o'clock.  Last thing she wants to do is go out to

8    dinner and discuss work.

9    Q    Did she know Mr. Bhatnagar?

10    A    Not really, no.

11    Q    Okay.  Had you had anything to drink before

12    you left of an alcoholic nature?

13    A    No.

14    Q    Do you know whether or not Mr. Bhatnagar had

15    had anything to drink of an alcoholic nature before he

16    picked you up?

17    A    No.

18    Q    When you got to the restaurant, do you have

19    any recollection as to what either you, Lillianna or

20    Mr. Bhatnagar ordered when you bought that first round

21    of drinks?

22    A    I just remember they were -- I think I had a

23    tequila and a beer.  And they both had these blue

24    drinks, I don't know what they were, but they were

25    blue.  But they had alcohol in them.

37

1    Q    All right.  How long were you at the bar

2  before you got a table?

3    A    Probably 10 minutes, 15 minutes.

4    Q    Okay.  And did you have any more than one

5  drink while you were at the bar?

6    A    No, it was just one drink each at the bar.

7    Q    When you sat down for dinner, did you order

8  right away?

9    A    Yes, we ordered appetizers.  We ordered a lot

10  of food.  I remember I ordered the chicken, and it came

11  like a whole chicken, and so I had -- I gave him -- I

12  gave Abhi the rest of my dinner.  It was a big piece of

13  chicken.  And I believe he had salmon, and Lillianna

14  had salmon.

15    Q    Okay.  And did you have hors d'oeuvres before?

16    A    I know we had hors d'oeuvres, I just don't

17  know what we had.

18    Q    Did you or anybody else have anything of a

19  alcoholic nature with dinner?

20    A    Oh, yes.

21    Q    Okay.  Tell me what you had.

22    A    I remember we had another round at least.

23    Q    Did anybody order a bottle of wine?

24    A    I don't recall that.

25    Q    Do you have any recollection as to how many

38

# EXHIBIT L-3

1    Q    All right.  How long were you at the bar

2    before you got a table?

3    A    Probably 10 minutes, 15 minutes.

4    Q    Okay.  And did you have any more than one

5    drink while you were at the bar?

6    A    No, it was just one drink each at the bar.

7    Q    When you sat down for dinner, did you order

8    right away?

9    A    Yes, we ordered appetizers.  We ordered a lot

10   of food.  I remember I ordered the chicken, and it came

11   like a whole chicken, and so I had -- I gave him -- I

12   gave Abhi the rest of my dinner.  It was a big piece of

13   chicken.  And I believe he had salmon, and Lillianna

14   had salmon.

15   Q    Okay.  And did you have hors d'oeuvres before?

16   A    I know we had hors d'oeuvres, I just don't

17   know what we had.

18   Q    Did you or anybody else have anything of a

19   alcoholic nature with dinner?

20   A    Oh, yes.

21   Q    Okay.  Tell me what you had.

22   A    I remember we had another round at least.

23   Q    Did anybody order a bottle of wine?

24   A    I don't recall that.

25   Q    Do you have any recollection as to how many

                                                          38

1    drinks Mr. Bhatnagar had when you were having dinner?

2        A    A couple.

3        Q    Okay.  So he had at least one at the bar, or

4    he had one at the bar and then he had at least a couple

5    at dinner?

6        A    Maybe so, yes.

7        Q    Okay.  And what were you guys talking about at

8    dinner?

9        A    The case, and Patrick Williams.

10        Q    Okay.  And what were you talking about with

11    regard to Mr. Williams?

12        A    Getting an application to Patrick Williams at

13    soon as possible, because he had a position that he

14    wanted to close there at his store for a manager in

15    training.

16        Q    Okay.  Were you interested in that position?

17        A    Yes, I was.

18        Q    So you were suggesting it to Mr. Bhatnagar

19    when you were maybe going to compete for the position?

20        A    Probably so.

21        Q    Did you ever apply for it?

22        A    I walked in there, talked to Patrick for a

23    while and didn't like what was going on.  You could

24    already see when you have management background that

25    it's not going to be for you, and so I just walked out.

39

1    Q   Did you yourself have a concern about him

2   driving based on what he'd had to drink?

3    A   Not really.  I thought he was all -- I mean, I

4   thought that he could drive.  I didn't have a big

5   concern.

6    Q   Were you surprised when you got a call that he

7   was arrested for DUI based on --

8    A   Yes, I was.  I did.

9    Q   Okay.  So you didn't think he'd had that much

10   to drink?

11    A   I thought, well, I thought that he had enough

12   that maybe if he were to get pulled over, it would

13   still be, you know, there was going to be consequences,

14   yes.  But, you know, I couldn't, after I had seen as

15   much as he ate, I mean, he had a a lot of food in him.

16   I didn't think that it would matter.  I thought it

17   would help him, if anything, so.

18    Q   Did the alcohol appear to have any effect on

19   Mr. Bhatnagar?

20    A   No.

21    Q   Okay.  All right.  So Mr. Bhatnagar had at

22   least one drink at the bar before you sat down?  Two

23   drinks during dinner, and then did he have a beer also

24   at the bar near your house?

25    A   A beer, yeah.  I don't know if he finished it,

42

1  but I know we got a beer, and, you know, I wished him

2  luck with the job, and hope everything went well

3  dropping off his application.

4      Q   When he was at the restaurant, did you have

5  any sense what sort of drink he had?

6      A   It was like they call them a foo-foo drink.  I

7  don't drink those, so I don't know what it was called.

8  But I know it had a lot, you know, they're yea big.

9      Q   Okay.  That's what, about eight inches?

10     A   Maybe an eight-ounce glass or something like

11 that.

12     Q   Okay.  And do you have an impression whether

13 or not it was hard drink or -- well, it was a hard

14 drink or mixed drink?

15     A   It was a mixed drink, yes, it was.

16     Q   Okay.  All right.  Had you ever been with

17 Mr. Bhatnagar when he'd had anything of an alcoholic

18 nature before?

19     A   No.

20     Q   All right.  So you both go home after you have

21 gone to the bar near your house, Mr. Bhatnagar leaves,

22 what do you do?

23     A   I actually put on the T.V., because I'm night

24 owl, and I was up for a while, and I get a phone call,

25 I believe I got a phone call, or I might have called

43

# EXHIBIT L-4

1    drinks Mr. Bhatnagar had when you were having dinner?

2        A    A couple.

3        Q    Okay.  So he had at least one at the bar, or

4    he had one at the bar and then he had at least a couple

5    at dinner?

6        A    Maybe so, yes.

7        Q    Okay.  And what were you guys talking about at

8    dinner?

9        A    The case, and Patrick Williams.

10       Q    Okay.  And what were you talking about with

11   regard to Mr. Williams?

12       A    Getting an application to Patrick Williams at

13   soon as possible, because he had a position that he

14   wanted to close there at his store for a manager in

15   training.

16       Q    Okay.  Were you interested in that position?

17       A    Yes, I was.

18       Q    So you were suggesting it to Mr. Bhatnagar

19   when you were maybe going to compete for the position?

20       A    Probably so.

21       Q    Did you ever apply for it?

22       A    I walked in there, talked to Patrick for a

23   while and didn't like what was going on.  You could

24   already see when you have management background that

25   it's not going to be for you, and so I just walked out.

39

1        A    Yes, I did.  For about six months.

2        Q    All right.  What sort of things did you do for

3    Carrow's?

4        A    Management.

5        Q    And what stores did you manage?

6        A    Just that one.

7        Q    In where, Martinez?

8        A    Yes.

9        Q    Where is it physically located in Martinez?

10       A    I don't recall that right now, the address.  I

11   think it was off Highway 4, something like that.

12       Q    Okay.  So it's up in the newer area of

13   Martinez?

14       A    Yes.

15       Q    All right.  I am thinking there is one in

16   Pleasant Hill.  Am I correct or incorrect about that?

17       A    I am not sure.  I know they closed down a lot

18   of Carrow's and Coco's at the time that I came in, so.

19       Q    All right.  So were you manager the whole time

20   you worked there?

21       A    Yes.

22       Q    And why was it that you left?

23       A    Act -- the thing that happened was that Abhi

24   got wrongfully terminated.  And I was a witness for

25   Abhi at the time.  And they fired me for de --

                                                        17

1    defending him at that time.  And that's how we

2    actually, you know, talked about the situation

3    throughout that he had with his lawsuit against Carrow'

4    for the last couple of years, so it's off and on he has

5    been calling up.

6         Q    Is it your understanding that lawsuit is still

7    pending?

8         A    Yes, it is.

9         Q    Okay.  And you said that you expressed the

10   opinion that Mr. Bhatnagar had been wrongfully

11   terminated; is that what you said?

12        A    Yes, he was.

13        Q    And you had knowledge of that?

14        A    Yes, I did.

15        Q    And what was your understanding as to the

16   facts and circumstances that led to that wrongful

17   termination?

18        A    That -- if I can recall, it was just he didn't

19   get along with the GM there, Andrea, and I don't know

20   her last name, I forgot it.  But they just didn't get

21   along, and she had him terminated for her own reasons,

22   and that's all I know about that.

23             It wasn't -- he didn't get fired fairly.  You

24   know what I am saying?  They fired him unfairly and

25   that was it.  It was just no questions about it.  He

18

1   just -- they just fired him, no reason.  And so when I

2   asked Andrea about it, that she never gave me a

3   specific reason.

4       Q   Okay.  So what was it that you were aware of

5   that led you to form the conclusion that he was

6   wrongfully terminated?

7       A   Well, you have to have a reason to fire

8   somebody.

9       Q   Okay.  So your -- your feeling was that he was

10  fired without a reason?

11      A   Exactly.

12      Q   Therefore that meant --

13      A   Yes.

14      Q   -- it was wrongful?

15      A   Yes.

16      Q   Okay.  Did anybody from the company ever

17  explain to you why they fired him?

18      A   Not that I can recall.

19      Q   Did Mr. Bhatnagar ever tell you why he thought

20  they'd fired him?

21      A   Race.  His race.  He said something about

22  race.

23      Q   Okay.  Do you recall specifically what he told

24  you about that?

25      A   That -- he said Andrea didn't like him -- like

                                                    19

1    A    No.

2    Q    Okay.

3    A    That's it.

4    Q    All right.  So how much time elapsed between

5    the time when Mr. Bhatnagar was terminated and you were

6    terminated from Carrow's?

7    A    I believe it was like a month.

8    Q    Okay.  Did anything happen in that month

9    period of time where anybody from Carrow's criticized

10   you for sticking up for Mr. Bhatnagar or anything like

11   that?

12   A    Yes.

13   Q    Tell me what happened about that.

14   A    Basically Andrea didn't like it when I

15   questioned her about Abhi's termination, and soon after

16   I asked her a couple of questions why, you know, why

17   did you fire Abhi, because he was, you know, a great

18   employee.  She said it was none of my business.  And I

19   got a visit the next day with a termination letter.

20   Q    Really?  That quickly?

21   A    That quickly.  That fast.  And that was that.

22   Q    Did you do anything about that?

23   A    Yes, I did.  I, actually, it was a great

24   thing.  I didn't do anything for a while.  I just

25   wanted to let it go because, you know, I was doing my

24

1    own property management anyways, I have 11 homes, and

2    it turns out to be that Abhi gave me a call one day,

3    and says, hey, you know, I have this real great

4    attorney, Daniel Feder in San Francisco, and I think he

5    is taking care of a class action against Carrow's right

6    now.

7             I said, well, you know what, I will go down

8    there.   I will talk to the guy.   And I went down there,

9    talked to him, and he turned out to be a really good

10   attorney, and he said he'd take care of my wrongful

11   termination and I said, great, go for it.   And that's

12   where we're at now.

13        Q    So what's your understanding of the status of

14   that case?

15        A    Right now the class action, from what I heard

16   it's going to be settled soon.   Like January 24th they

17   have a court date.

18        Q    Do you know where the case is filed?

19        A    Through --

20        Q    What court?

21        A    I want to say Walnut Creek, but I'm not sure.

22        Q    So Contra Costa County?

23        A    Yeah, Contra Costa County.

24        Q    Do you know the name of the judge?

25        A    Oh, god, no, I don't, but I could get you that

1    Lillianna.

2        Q    Okay.  Let me go back and ask you a couple

3    questions about that, because -- now, this Lillianna

4    person, what's her last name?

5        A    Quesida or Queseda, I'm not sure.  Starts with

6    Q.

7        Q   .Did you call her to meet with the two of you

8    for dinner?

9        A    Yes.

10       Q    And why did you call her?

11       A    One, she's a friend.  She is a friend.  She's

12   a really nice lady.  Two, she was a primary witness for

13   my termination in the case, and she had written really

14   statements to help me along in my case.  And she met up

15   with us just to, you know, have a good dinner and maybe

16   go over some documents if we had them.  Maybe if Abhi

17   had some new documents regarding wrongful termination.

18   And to help them out in the class action, because they

19   were all involved in the class action as well.

20       Q    Okay.  So I take it Mr. Bhatnagar knew her?

21       A    Yes, he did.

22       Q    Okay.  So if he told me at deposition he

23   didn't know who she was, that's not quite right?

24       A    Oh.  No, he knows her.

25       Q    Okay.  How long had he known her?

                                                              30

1  generally some optimism about him getting this job?

2      A   Maybe.  Maybe not.  I don't recall at that

3  time.

4      Q   Okay.  So who called you who to schedule the

5  dinner to talk about this job opportunity and the

6  lawsuit?

7      A   He did.

8      Q   Mr. Bhatnagar?

9      A   Yes, he did.

10     Q   And was it sort of an understanding that those

11  would the two things you'd be talking about?

12     A   Yes.

13     Q   His job potential?

14     A   Yes.

15     Q   Or job possibilities for him and also the

16  lawsuit?

17     A   Yes.

18     Q   And he knew you were going to be inviting

19  Lillianna for the lawsuit part of it?

20     A   Yes.

21     Q   Okay.  And who -- who called Lillianna, then,

22  and actually scheduled the dinner?

23     A   I believe I did.

24     Q   Okay.  And you say you went to some place in

25  Walnut Creek?

                                                    34

# EXHIBIT L-5

1    Q    Do you know whether or not Mr. Bhatnagar ever
2    applied?
3    A    Yes, he did.  He actually --
4    Q    What happened?
5    A    He told me he applied.  I don't know what
6    happened after the fact, though.  I know he applied.
7    Q    Did he ever -- did he ever tell you that he
8    got the job or didn't get the job?
9    A    No.
10    Q    Did you ever see Mr. Williams and did he ever
11    tell you whether he got the job or didn't or why not?
12    A    No.
13    Q    All right.  How long were you at the
14    restaurant?
15    A    At least until 10:00.  Maybe past 10:00.  A
16    lot of talking going on.
17    Q    Okay.  And then when you left the restaurant,
18    where did you go?
19    A    On the way back we actually, we said bye to
20    Lillianna, and on the way back there was a bar next to
21    my house, a little bar, it's called El Balazo, and went
22    in there and had one more beer, and then after that,
23    about 20, 30 minutes after that we went home.
24    Q    Okay.  Did you walk from the bar to your
25    house?

40

# EXHIBIT L-6

1    Q    Do you know whether or not Mr. Bhatnagar ever
2    applied?
3    A    Yes, he did.  He actually --
4    Q    What happened?
5    A    He told me he applied.  I don't know what
6    happened after the fact, though.  I know he applied.
7    Q    Did he ever -- did he ever tell you that he
8    got the job or didn't get the job?
9    A    No.
10    Q    Did you ever see Mr. Williams and did he ever
11    tell you whether he got the job or didn't or why not?
12    A    No.
13    Q    All right.  How long were you at the
14    restaurant?
15    A    At least until 10:00.  Maybe past 10:00.  A
16    lot of talking going on.
17    Q    Okay.  And then when you left the restaurant,
18    where did you go?
19    A    On the way back we actually, we said bye to
20    Lillianna, and on the way back there was a bar next to
21    my house, a little bar, it's called El Balazo, and went
22    in there and had one more beer, and then after that,
23    about 20, 30 minutes after that we went home.
24    Q    Okay.  Did you walk from the bar to your
25    house?

40

1    A    No, we drove.

2    Q    Okay.  So it's --

3    A    I was still sober.

4    Q    But it's not that close to your house, then?

5    A    No, it's actually about two blocks from the

6  house.  It's very close.  You could walk.  I mean, five

7  minutes.

8    Q    Okay.  And what time did you get to your

9  house, is your best estimate?

10    A    After 10:00.

11    Q    Okay.  Was it before 12:00?

12    A    Yes, I believe so, yes.

13    Q    Okay.  When you got to your house did you

14  invite Mr. Bhatnagar in?

15    A    Yes, I did.

16    Q    How long did he stay at your house before he

17  left?

18    A    He didn't.

19    Q    He did not stay.

20    A    No, he said he had to go, and I asked him are

21  you sure.  And he said sure, I am fine, I can drive, I

22  am good.  I didn't have that much to drink.  And I said

23  okay, you are your own man, go ahead.  See you later.

24    Q    Okay.

25    A    And that was that.

41

# EXHIBIT L-7

1   but I know we got a beer, and, you know, I wished him

2   luck with the job, and hope everything went well

3   dropping off his application.

4       Q   When he was at the restaurant, did you have

5   any sense what sort of drink he had?

6       A   It was like they call them a foo-foo drink.  I

7   don't drink those, so I don't know what it was called.

8   But I know it had a lot, you know, they're yea big.

9       Q   Okay.  That's what, about eight inches?

10      A   Maybe an eight-ounce glass or something like

11  that.

12      Q   Okay.  And do you have an impression whether

13  or not it was hard drink or -- well, it was a hard

14  drink or mixed drink?

15      A   It was a mixed drink, yes, it was.

16      Q   Okay.  All right.  Had you ever been with

17  Mr. Bhatnagar when he'd had anything of an alcoholic

18  nature before?

19      A   No.

20      Q   All right.  So you both go home after you have

21  gone to the bar near your house, Mr. Bhatnagar leaves,

22  what do you do?

23      A   I actually put on the T.V., because I'm night

24  owl, and I was up for a while, and I get a phone call,

25  I believe I got a phone call, or I might have called

43

1   him, I'm not sure.  I am not sure how that went.  But I

2   remember talking to him.  He called me.  It was from

3   the jail, and he told me that he was getting a DUI, and

4   I was -- I didn't know what to say, because, you know,

5   you are going to jail.

6        And I said, well, what's going to happen now.

7   And he stated to me, well, the officer's going to let

8   somebody pick me up in 20 to 30 minutes, I believe

9   that's what he said.  I'm not sure.  And I said, okay,

10  so what do you need from me.  Well, can you pick me up.

11  And I'm like, well, I can send you a taxi, you know.

12  And -- because it was already late.  And the officer in

13  the background said 20, 30 minutes.  And then all of a

14  sudden it hung up.  That was it.  Didn't hear any

15  conversation between him and the officer at all.

16  Nothing.  But he didn't seem distressed.  He didn't

17  seem like he was angry or anything like that.  He just

18  seemed normal, so.

19       Q    All right.  Did you have anything else to

20  drink of an alcoholic nature after you got home when

21  you were watching T.V.?

22       A    Yes.

23       Q    What did you drink?

24       A    I started drinking some, I had Bud Light, and

25  I might have drank some more tequila.

44

# EXHIBIT L-8

1    (Telephone interruption.)

2    THE WITNESS:  True.  That's not me.

3    THE VIDEOGRAPHER:  Going off the record, the

4    time is 1:05.

5    (Short break taken.)

6    THE VIDEOGRAPHER:  Back on the record.  The

7    time is 1:16.

8    Q   BY MR. FITZGERALD:  Okay.  Mr. Campagna, I was

9    asking you a question when we took a break due to some

10   electronic interference.  During the break, you

11   indicated to me that you had the phone number available

12   that we talked about you, and you went out and got it

13   from your car, so for the record why don't you give us

14   Lillianna's phone number.

15   A   Yes, Lillianna's phone number is 925-768-2077.

16   Q   Okay.  And what you're referring to, does that

17   give us her last name?

18   A   No, it doesn't.

19   Q   Okay.

20   A   Sorry about that.

21   Q   That's okay.  All right.  And I think before

22   we took the break I was beginning to ask you some

23   specific questions about what we previously marked as

24   Exhibit Number 1.  And I will start out again.

25   The first sentence reads:

49

1             "I, Marcus Campagna, had dinner with

2            Mr. Bhatnagar along with my friend

3            Ms. Lillianna on May the 19th, 2006."

4            Is that statement correct?

5     A   Yes.

6     Q   The next sentence says:

7            "I remember Mr. Bhatnagar had a sore

8            throat but he said he is fine for the

9            evening," period.

10           Do you remember Mr. Bhatnagar telling you

11 that?

12     A   Yes, he did, and he had real -- I think he had

13 some kind of allergy problem with his eyes.  They were

14 really bloodshot at the beginning of the night.  I

15 tried telling him to get some Visine or something like

16 that.

17     Q   Okay.

18     A   He said he had some.

19     Q   The next sentence says:

20            "He," I'm assuming we are referring to

21 Mr. Bhatnagar here, "had a margarita and a Bud Light

22 beer, as I remember," period.

23           Based on what you've told me before, that

24 statement is not true; is that correct?

25     A   Yes.

1      Q    So that -- the statement that he had margarita

2  and a Bud Light beer is not true.

3      A    I don't remember him having a beer.  Maybe the

4  mixed drink, yes, of course.

5      Q    Okay.  But you don't remember that?

6      A    No.

7      Q    So the fact that this statement says that you

8  remember that, that's an incorrect statement?

9      A    Yes.

10     Q    All right.  The next sentence says:

11          "We left the restaurant around quarter

12          to 1:00."

13          Is that statement true?

14     A    I don't recall the time that we left.

15     Q    Quarter to 1:00 would be a little bit later

16  than what you and I were discussing?

17     A    Yes.

18     Q    As you sit here now, do you recall what time

19  you left the restaurant?

20     A    Way before 1:00, I believe.

21     Q    Okay.  So that statement in Exhibit Number 2

22  is incorrect?

23     A    I believe so.

24     Q    All right.  The next sentence says:

25          "Just before leaving Mr. Bhatnagar had

51

1          noticed his gas was empty," period.

2          Did you know that?

3     A    No.

4     Q    Okay.  So that statement in Exhibit Number 2

5  is not correct as well?

6     A    Exactly.

7     Q    All right.  The next sentence says, "I

8  offered" -- let's strike that.

9          Okay.  All right.  The next sentence says:

10         "I offered him that I will follow up to

11         the gas station if his car had trouble."

12         Is that statement true?

13    A    No.

14    Q    Just so we're clear here, did you drive to the

15  restaurant or did Mr. Bhatnagar drive to the

16  restaurant?

17    A    I did.

18    Q    So then when -- so Mr. Bhatnagar drove his car

19  to your house and he left your house in his car?

20    A    Exactly.  When he came back he took his car

21  and left.

22    Q    But you drove to and from the restaurant?

23    A    Yes.

24    Q    The next sentence in Exhibit 2 says:

25         "He said that his car is small and he

52

1    will make it to the gas station as it is

2    nearby and thanked me."

3    Did that happen?

4    A    I don't recall.

5    Q    The next sentence says:

6    "I noticed that he drank some cough

7    syrup for his throat."

8    Is that statement true?

9    A    I don't recall. I don't recall him saying

10   that. No, it's not true.

11   Q    The next sentence says:

12   "After almost an hour I noticed a missed

13   call and I thought it might be

14   Mr. Bhatnagar, so I called him."

15   Is that statement in Exhibit 2 true?

16   A    Yes, I remember that.

17   Q    Okay. The next sentence says:

18   "When I called him he was in custody of

19   San Ramon police."

20   Is that statement true?

21   A    I'm not sure. I remember -- I'm -- I'm not

22   sure if he called me back or not after I called him and

23   I got a missed call from him, but I remember we talked

24   that night. And I want to say he did call me when he

25   was in custody in the San Ramon Police Department.

53

1    Q   So he called you from being in custody?

2    A   I believe so, yes.  From his jail cell.

3  That's what he said.  Or he had his phone on him.

4    Q   The next sentence says:

5        "He was crying and telling me that he

6        was trying to get gas and somehow got

7        arrested for DUI."

8        There's a lot of things in that sentence.  Is

9  any of that sentence true?

10   A   I didn't feel he was crying.  I didn't feel he

11 was, you know, being treated inhumanely in any way.  I

12 just didn't feel -- I don't know.  He didn't show any

13 feelings on the phone.

14   Q   Okay.  Then the next sentence says, quote:

15       "I heard in the background that officer

16       was telling him to stop crying and

17       saying it's only a misdemeanor and even

18       though you look like a terrorist, I am

19       not charging you for that."

20       Did you --

21   A   Absolutely not.

22   Q   Okay.  So that sentence is entirely not true?

23   A   Entirely not true.

24   Q   The next sentence says:

25       "I told Mr. Bhatnagar how could you

                                                      .54

1    listen all that, and then his phone got

2    disconnected," period.

3    Is that sentence true?

4   A   No.

5   Q   The next sentence says:

6    "Few minutes later he called and I

7    was very concerned for him," period.

8    Is that sentence true?

9   A   No.

10   Q   Next sentence says:

11    "He told me that he was alone in the

12    police station with the officer and

13    there was no one else," period.

14    Is that statement true?

15   A   No.

16   Q   The next sentence says:

17    "He sounded extremely nervous and scared

18    of the officer and then heard the

19    officer to hang up the phone, and it

20    seemed he grabbed the phone from him."

21    Is that statement true?

22   A   No.

23   Q   Is any of that statement true?

24   A.   No.

25   Q   All right.  Next sentence says:

55

1             "Mr. Bhatnagar that evening seemed fine

2             except his throat and he complained

3             about his contact lenses."

4          Is that sentence true?

5     A   I remember him talking about his -- his eyes

6  hurting.  They were red.  And that he had some

7  allergies.  Other than that, we didn't discuss it any

8  further.

9     Q  Okay.  The next sentence says:

10           "I don't know much of Mr. Bhatnagar, but

11           he seems a very nice person and

12           definitely not alcoholic."

13         Did you write that?

14     A  No, I did not.

15     Q  Do you have any opinion about any of that?

16     A  Well, he has never, ever drank a lot of any --

17  I mean, a lot of alcoholic beverages in front of me, if

18  that's what you are asking.  That statement is not what

19  I said.

20     Q  Okay.  The next sentence says:

21           "Whenever I had met him before he never

22           drank except for those two drinks that

23           night."

24         Is that sentence true?

25     A  Yes.

1     Q    Okay.  It says "two drinks that night,"

2  thought, but you've testified --

3     A    He had couple more than two drinks.  One from

4  the beginning, two during dinner at least, so that

5  statement there would be false.  It would be no.

6     Q    Okay.  And then he had the fourth drink in the

7  bar close to your house?

8     A    Exactly.  Yes.

9     Q    So at least four drinks?

10    A    At least.

11    Q    That you know of?

12    A    Yes.

13    Q    Then the next sentence says:

14         "In fact, he came to meet me to help him

15         out to get a job as he doesn't have a

16         job, but it's unfortunate the way he was

17         treated."

18         Did you write that?

19    A    No.

20    Q    Did you believe that was true?

21    A    No.

22    Q    Okay.  For the record, I am going to read

23  portions of Mr. Bhatnagar's deposition commencing on

24  page 237, line 2.  I am going to read you some things,

25  Mr. Campagna, then I am going to ask you some questions

57

1    restraining order.  I am tired of you calling.

2        Q    Did you actually tell her that?

3        A    Yeah, I got pissed off.  Like I said, I had a

4    lot of choice words with her.  I got very angry.  And

5    Abhi tried calling me up after that a couple times, and

6    I just wouldn't answer the phone.  I didn't want to

7    deal with it.  Now I am here today.

8        Q    Hopefully this will be the end of it.

9        Just to clarify, referring to Exhibit Number

10   2, what time of the day or night did Mr. Bhatnagar come

11   to your house and ask you to sign this?

12       A    It was late.

13       Q    Nighttime?

14       A    Yeah, it was late, it was like after 11:00,

15   maybe almost 12:00.  It was late.

16       Q    Okay.  So if he testified at deposition he

17   came by around noon, that would not be true?

18       A    Definitely not true.

19       Q    If he testified at deposition that you had

20   prepared Exhibit Number 2 and you handed it to him,

21   would that statement be true or not true?

22       A    Wouldn't be true.

23       Q    Okay.

24            MR. FITZGERALD:  Let's do this.  Why don't we

25   take a break.  Let's see if I can get you a copy of

                                                        66

1      A    Exactly, yes.

2      Q    All right.  Then let me direct your attention

3  to this part over here, for the record page 239, line

4  25, question by me:

5                "Did some point, did you get a copy of

6                Exhibit Number 11 in your possession?

7                "Answer:    Yes, sir.

8                "Question:    And how did that happen?

9                "Answer:    I had gone to his house.

10                "Question:    At what time of the day or

11                night did you go to his house?

12                "Answer:    I believe it was lunch hours.

13                It was before, I think it was noon or

14                1:00 o'clock in the afternoon.

15                "Question:    Can you tell me what day or

16                month it was?

17                "Answer:    I don't remember the date,

18                exact date.  It was in July or June, end

19                of June or July, first week or second

20                week somewhere, somewhere around that

21                time frame.  I don't remember the exact

22                week or date.

23                "Question:    2006?

24                "Answer:    Yeah, it was in 2006.

25                When Mr. Bhatnagar testified that you got --

71

1    he got this document from you, that presumably you

2    prepared, at noon or around lunchtime; is that

3    statement true or false?

4         A    False.

5              MR. FITZGERALD  Okay.  I don't think I have

6    any other questions.

7              MR. HARVEY:  I have no questions.

8              MR. CANDAPPA:  I have another few questions.

9              MR. FITZGERALD:  Sure.

10             MR. CANDAPPA:  Thanks.  You want to switch

11   sides?

12             THE VIDEOGRAPHER:  That would be better.

13             MR. CANDAPPA:  I guess that makes sense.  We

14   should go off the record.

15             THE VIDEOGRAPHER:  Going off the record, the

16   time is 1:48.

17                 (Off the record.)

18             THE VIDEOGRAPHER:  Back on the record, the

19   time is 1:50.

20                 EXAMINATION BY MR. CANDAPPA

21        Q    BY MR. CANDAPPA:  Mr. Campagna, my name is

22   Jivaka Candappa, and I represent the plaintiff,

23   Mr. Bhatnagar.

24             Is it fair to say that at one point in time in

25   the past you were not a reluctant witness in the

72

1    plaintiff, Mr. Bhatnagar, in connection with the

2    incident that you are testifying with respect to today?

3        A    No.

4        Q    Okay.  When you gave the written statement

5    which you -- which has been marked for purposes of this

6    deposition I believe as Exhibit 2, you gave that

7    voluntarily, didn't you?

8        A    No.

9        Q    Did you refuse to sign the statement that's

10   been marked as Exhibit 2?

11       A    I was misled to sign the statement.

12       Q    My question is when you signed it, did you

13   sign it voluntarily or did Abhi Bhatnagar in any way

14   coerce you to signing the statement?

15       A    It's a trick question.  I stated earlier he

16   came between 11:00 and 12:00 at night, I was very

17   tired, didn't read the statement, signed it, based on

18   truth on what he said he wrote regarding only the

19   restaurant and our dinner.  Whatever else he put into

20   that statement, he put into the statement.  I did not.

21   So I have signed it thinking that it was only a

22   statement about the restaurant and about the dinner

23   that we had regarding dinner and business that we were

24   discussing.

25       Q    Let's leave aside the substance of the

74

1    A    Yes.

2    Q    And you read those -- did you draft those

3    letters before you, you know, signed it?

4    A    No.  Usually there's a template and you follow

5    a template, you make a copy of it, depending on the

6    circumstances of the situation, and then you -- you

7    have them sign it, you know.  It could be I cheat on my

8    work hours, or my hours -- or it could be, you know,

9    coming in late and you have them sign it as a warning

10   and they get three and you are terminated, basically,

11   so --

12   Q    But Before they signed it did you have sign

13   the letter as someone who was the author of the letter,

14   of the corrective action notice?

15   A    You would sign a copy, yes, you would.

16   Q    So you would read it before you signed it?

17   A    Of course.

18   Q    Now, where exactly did you sign this statement

19   which has been marked as Exhibit 2 for purposes of this

20   deposition?  And let me explain what I mean by exactly.

21   It was I understand signed at your residence, but which

22   part of your residence did this signing actually take

23   place?

24   A    The front of my house.  Abhi came over, I have

25   a town home in Canyon Woods Apartments.  He came over.

98

1    I came out in my pajamas and signed it on the hood of

2    his car.

3        Q    I assume your wife -- your wife was at home at

4    the time as well?

5        A    Yes.

6        Q    Now, you used to own a couple of businesses?

7        A    Yes.

8        Q    And did that involve a lot of documentation?

9        A    Yes.

10       Q    Signing legal documents?

11       A    Yes.

12       Q    Documents that had legal significance?

13       A    Yes.

14       Q    And did you read those documents before you

15   signed it?

16       A    Yes, I did.

17       Q    And is it fair to say that when you signed

18   this document for Abhi, you knew it had legal

19   significance?

20       A    Yes, I did.

21       Q    You knew it was for the DMV hearing?

22       A    Yes, I did.

23       Q    And you knew you were submitting this under

24   penalty of perjury, did you not?

25       A    No.

99