# EXHIBIT M

To Whom It May Concern:

I Marcus Campagna had dinner with Mr. Abhinav Bhatnagar along with my friend Ms Lilliana on 05-19-06. I remember Mr. Bhatnagar had a sore throat but he said he is fine for the evening. He had a Margarita and Budlite beer as I remember. We left the restaurant around quarter to one. Just before leaving Mr. Bhatnagar had noticed his gas was empty. I offered him that I will follow up to the gas station if his car had trouble. He said that his car is small and he will make it to the gas station as it is nearby and thanked me. I also noticed that he drank some cough syrup for his throat. After almost an hour I noticed a missed call and I thought it might be Mr. Bhatnagar so I called him. When I called him he was in custody of San Ramon police. He was crying and telling me that he was trying to get gas and somehow got arrested for DUI. I heard in the background that officer was telling him to stop crying and saying it's only a misdemeanor and even though you look like a terrorist I am not charging you for that. I told Mr. Bhatnagar how you could listen all that and then his phone got disconnected. Few minutes later he called me and I was very concerned for him. He told me that he was alone in the police station with the officer and there was no one else. He sounded extremely nervous and scared of the officer and then heard the officer to hang up the phone and it seemed he grabbed the phone from him. Mr. Bhatnagar that evening seemed fine except his throat and he complained about his contact lenses. I don't know much of Mr.Bhatnagar but he seems a very nice person and definitely not alcoholic. Whenever I had met him before he never drank except for those two drinks that night. Infact he came to meet me to help him out to get a job as he doesn't have a job but it's unfortunate the way he was treated.

If you have any questions regarding this matter, you can contact me at the following numbers listed below. I declare under penalty of perjury that the foregoing is true and correct.

Marcus Campagna
(925) 830-1714 home
(408) 202-6726 cell