# EXHIBIT N

## To Whom It May Concern:

I have known Mr. Bhatnagar for almost three years. During this time, I've rarely seen him drink- at the most three times and that was controlled. I was highly surprised that he was arrested for a DUI. On 05-20-06 Mr. Bhatnagar called me in the early hours of Saturday at approximately 2 a.m. He sounded very scared and said that he was in police custody in San Ramon. I asked him how he got in that situation and he replied that he was trying to get gas and unfortunately it was across from a bar that he didn't know was there at the time. Also, Mr. Bhatnagar explained to me that the officer thought he was drunk as his eyes were red, but actually his contact lenses were hurting. When I tried to speak with him I could hear the officer yelling at him in the background: "Boy take it easy. You Asians create a lot of trouble everywhere in the world and steal jobs here. I was abruptly cut off by the officer who yelled at Mr. Bhatnagar "We're leaving NOW, get going you terrorist." Mr. Bhatnagar then explained to me that they were going to the Martinez jail. I wasn't allowed to talk with Mr. Bhatnagar- I could clearly see this was police abuse of power. I also tried to contact the police stations in San Ramon and Martinez department later but to no avail.

If any further questions regarding this matter, I can be contacted at the following number listed below. I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct. I can testify in court if needed.

*[signature: Laurie Garrison]*

Laurie Garrison
Associate Architect
U.S. Air Force Reserve
(415) 233-3610