SILVANO B. MARCHESI (SBN 42965)
County Counsel
GREGORY C. HARVEY (SBN 47974)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: gharv@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA
and CITY OF SAN RAMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABHINAV BHATNAGAR, | Case No. CV07-02669 CRB |
|---|---|
| Plaintiff | (PROPOSED) ORDER DENYING PLAINTIFF'S MOTIONS IN LIMINE (1) TO ADMIT EVIDENCE OF THE FINDINGS OF CERTAIN STATE COURT PROCEEDINGS AND (2) TO FIND THAT DEFENDANTS ARE COLLATERALLY ESTOPPED BY THE FINDINGS IN THE STATE COURT PROCEEDINGS |
| v. | |
| JASON INGRASSIA, COUNTY OF CONTRA COSTA, and CITY OF SAN RAMON, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS ORDERED THAT plaintiff's motions in limine (1) to admit evidence of the findings of certain state court proceedings and (2) to find that defendants are collaterally estopped by the findings in the state court proceedings are DENIED.

SO ORDERED.

Date:_____          _____
                                CHARLES R. BREYER, JUDGE
                                UNITED STATES DISTRICT COURT