# McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

ATTORNEYS AT LAW

MICHAEL J. NEY
THOMAS G. BEATTY
ROBERT M. SLATTERY
THOMAS E. PFALZER
GUY D. BORGES
ROGER J. BROTHERS
GARY R. JOHNSON
JAMES V. FITZGERALD, III
MARTIN J. AMBACHER
ROBERT W. HODGES
J. WESLEY SMITH
PAUL B. WALSH
ANN H. LARSON
R. DEWEY WHEELER
SETH J. SCHWARTZ
ROBERT W. LAMSON

RICARDO A. MARTINEZ
DIANNE KREMEN COLVILLE
LISA R. ROBERTS
DENISE BILLUPS-SLONE
J. LUCIAN DODSON III
JAMES E. ALLEN
ERIC G. LUNDBERG
DENISE J. SERRA
WILMA J. GRAY
HOWARD PATRICK SWEENEY
PETER J. HIRSIG
PATRICK L. MOORE
RICHARD M. McNEELY
GARY A. WATT
NOAH G. BLECHMAN
MICHAEL P. CLARK

JENIFER K. LEECE
BARBARA L. MILLER
CATHLEEN A. IRWIN
JENNIFER A. PHILLIPS
SUZANNE FOLEY SPRAGUE
SHARON A. GARSKE
MILOSLAV KHADILKAR
PETER W. SEKELICK
JEANNE C. SHIH
TONYA R. DRAEGER
HENRY WILLIAMS III
MATTHEW P. SULLIVAN
CARRIE E. CROXALL
AARON M. SCOLARI
SHAWN F. HARDING
PETRA BRUGGISSER

CHRISTOPHER N. ODNE
NOLAN S. ARMSTRONG
MARK P. IEZZA
CHRISTOPHER T. LUSTIG
BARTON J. CERIONI
RYAN J. BARNCASTLE
MILJOY B. LINSAO
TANNER D. BRINK
CHRISTINE E. GARSKE
WILLIAM L. McCASLIN
CONNOR M. DAY
KEVIN T. KERR
ANDREA N. de KONING
NATHANIEL A. SMITH
RAYELLE D. SABO
J. GARRET DEAL

1211 NEWELL AVENUE
WALNUT CREEK, CA 94596-5331

**PLEASE RESPOND TO:**
P.O. BOX 5288
WALNUT CREEK, CA 94596

TELEPHONE: (925) 939-5330
FACSIMILE: (925) 939-0203

www.mcnamaralaw.com

SOLANO COUNTY OFFICE
639 KENTUCKY STREET, FIRST FLOOR
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

SAN JOAQUIN COUNTY OFFICE
2316 ORCHARD PARKWAY, SUITE 120
TRACY, CA 95377
TELEPHONE: (877) 839-5330
FACSIMILE: (209) 839-6758

PARTNERS EMERITUS
DANIEL J. McNAMARA
DOUGLAS C. McCLURE

RICHARD E. DODGE
(1941 – 2000)

OF COUNSEL
WILLIAM K. HOUSTON, JR.
ANTHONY J. DeMARIA

April 14, 2008

Noah G. Blechman
noah.blechman@mcnamaralaw.com

Ms. Jenny C. Huang
Justice First, LLP
2831 Telegraph Avenue
Oakland, CA 94609

Jivaka Candappa, Esq.
46 Shattuck Square, Suite 15
Berkeley, CA 94704

Re:    **Bhatnagar, Abhinav v. Jason Ingrassia, et al.**

Dear Ms. Huang and Mr. Candappa:

In reviewing Plaintiff's recently filed reply brief in support of Plaintiff's motion in limine, Plaintiff **incorrectly** makes an argument that Defendant Ingrassia's opposition was untimely (Reply Brief, fn. 1). Plaintiff is clearly mistaken. Immediately following the last case management conference with Judge Breyer on February 15th, myself, Ms. Huang and Mr. Harvey set a briefing schedule in this matter in the hallway outside of Judge Breyer's courtroom. You will recall that Judge Breyer stated that the parties may agree essentially to any briefing schedule. In that vein, the following schedule was agreed upon:

    Plaintiff's Motion to Be Filed By    March 14th
    Defendants' Oppositions Filed By     April 11th
    Plaintiff's Reply Brief Filed By     April 18th
    Hearing on Motion in Limine          April 25th

Attached is a copy of an e-mail that I sent to my secretary confirming this briefing schedule. I also vividly remember setting the above schedule as Defendants allowed Plaintiff

Ms. Jenny C. Huang
Jivaka Candappa, Esq.
April 14, 2008
Page 2

Re:   <u>Bhatnagar, Abhinav v. Jason Ingrassia, et al.</u>

approximately 30 days to file her motion and we expected and received approximately 30 days to file our opposition. My notes from the hallway that day also reflect this briefing schedule. Defendants did not agree to a three week deadline to file our oppositions, but the agreement was essentially four weeks, the same period given to Plaintiff to file his motion papers.

Defendant Ingrassia filed his opposition timely on April 11th. Perhaps Plaintiff confused the fact that Mr. Harvey filed his opposition brief on April 4th, one week ahead of schedule, with the actual deadline of April 11th. Though we concede that the schedule agreed to above did not fully comply with the local rules for filing deadlines for motions, Judge Breyer allowed the parties to agree on such a schedule, which was the agreed upon schedule by all parties, and no changes to this schedule were made by the agreement of all parties. As such, we fully expect Plaintiff to <u>withdraw</u> his untimeliness argument with regard to Defendant Ingrassia's opposition.

Should you have any questions, please do not hesitate to contact the undersigned, or James V. Fitzgerald, III, the lead trial attorney on this matter.

Very truly yours,

Noah G. Blechman

NGB:ssa

Encl.

cc:   Greg Harvey, Esq. (w/encl.)

# Noah Blechman

| | |
|---|---|
| **From:** | Noah Blechman |
| **Sent:** | Friday, February 22, 2008 11:26 AM |
| **To:** | Sabrina Ahia |
| **Cc:** | James Fitzgerald |
| **Subject:** | Bhatnagar |

This is the briefing schedule on Plaintiff's motion to admit ev. of prior court findings vs. Ingrassia in this civil action:

| | |
|---|---|
| Plaintiff's to file motion by | March 14, 2008 |
| Defendants opposition filed by | April 11th, 2008 |
| Plaintiff's reply due filed by | April 18th, 2008 |
| Hearing on Motion | April 25th, 10 am with J. Breyer. |

Please calendar. Thanks. NB

    Noah G. Blechman, Esq.
    noah.blechman@mcnamaralaw.com
    McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers LLP
    1211 Newell Avenue; Post Office Box 5288
    Walnut Creek, CA 94596-5331

    Phone (925) 939-5330, Ext. 209
    Fax    (925) 930-5678