# BHATNAGAR AFFIDAVIT
# EXHIBIT 1



County of Contra Costa

**Office of the Sheriff**
Warren E. Rupf
Sheriff

March 12, 2007

Mr. Abhinav Bhatnagar
36927 Papaya Court
Newark, CA 94560

Mr. Bhatnagar:

This letter is to inform you that the investigation of your Citizen Complaint report that you dated November 16, 2006 is completed. For the record, the investigation focused on your allegations of misconduct by Officer J. Ingrassia on two separate occasions.

Internal Affairs Sergeant, T. Anderson, conducted an exhaustive investigation. Commander S. Daly, Captain D. Pascoe and Interim Police Chief, J. Hatchell, reviewed his report. There was further review by Undersheriff G. Lawrence.

Your allegation(s) of misconduct, specifically treatment of the public and equality of enforcement, have both concluded with an **unfounded** finding. That means the investigation has disclosed sufficient evidence to prove the acts complained of <u>did not occur</u> as alleged.

Should you have any questions, or feel I can be of further assistance, please call the number listed below.

Sincerely,

WARREN E. RUPF, Sheriff

Eric Navarro, Lieutenant
Professional Standards Unit
(925) 335-1519