# HUANG REPLY AFFIDAVIT

# EXHIBIT 1

# AGE 21 AND OLDER OFFICER'S STATEMENT
SECTIONS 13353 & 13353.2 CALIFORNIA VEHICLE CODE (CVC)

**DMV** — A Public Service Agency
COMPLETE IN BLACK INK

APS

FORWARD THIS FORM TO YOUR LOCAL DRIVER SAFETY OFFICE WITHIN 5 BUSINESS DAYS

RECEIVED JUN - 3 2006

| LAW ENFORCEMENT AGENCY CASE NO. | ARREST DATE | FOR DMV USE ONLY |
|---|---|---|
| 06-12996 | 5-20-06 | |

| DRIVER'S NAME (LAST, FIRST, M.I.) | DRIVER LICENSE NO. | CLASS | STATE |
|---|---|---|---|
| BHATNAGAR, ABHINAV (NMI) | D3219865 | C | CA |

| MAILING ADDRESS | STATE | ZIP CODE |
|---|---|---|
| 36927 PADAYA ST, NEWARK CA | | 94560 |

DOB: 4-30-76   Sex: M   Hair: BLK   Eyes: BRO   Ht.: 510   Wt.: 160

THUMB PRINT (Right thumb or specify)

Driver License: ☐ Suspended/Revoked ☒ Surrendered to Officer (Attach) ☐ Not in Possession ☐ Out-of-State
☐ 0.08% or more BAC Chemical Tests Results ☐ Chemical Test Refusal ☐ Forced Blood Test
(Complete reverse)   (Complete reverse)

Vehicle Lic. No. or VIN  STXA510  ☐ COMMERCIAL VEHICLE: Vehicle operation requires a commercial driver license (Section 15210 CVC). On 5-20-06 at 0108 AM/PM in (City and County) SAN RAMON CONTRA COSTA CA, the above named driver was:

☒ Driving: ☒ observed by this officer or ☐ the observer shown in the shaded area below, ☐ admitted to driving.
☐ Arrested per Section 40300.5 CVC. (Describe details in probable cause section on second page.)
☐ Involved in a collision. Attach collision report. In the probable cause section on the second page, describe how time of collision was established.

I had reasonable cause to believe the driver was driving a motor vehicle with alcohol and/or drugs present in the blood or while under the influence. The driver was arrested by this officer or by the person shown in the shaded area below on 5/20/06 (Day/Month/Year) at 0108 AM/PM for violation of Section 23152 or 23153 CVC, or Section 191.5(a) or 192(c) of the Penal Code.

PROBABLE CAUSE. Describe in detail the facts and circumstances that led to the stop or contact. If driving was observed by someone other than the arresting officer, what did the observer say? State details on second page of this form hereby incorporated by reference, and sign the certification on the second page.

| ☒ Driving observed | ☒ Driver arrested | ☐ Collision witnessed | By ☐ Another Officer ☐ Citizen | ☐ Driving observed | ☐ Driver arrested | ☐ Collision witnessed | By ☐ Another Officer ☐ Citizen |

NAME (PLEASE PRINT) _____   NAME (PLEASE PRINT) _____
ADDRESS _____   ADDRESS _____
TELEPHONE NO.   OFFICER'S BADGE/ID NO.   OFFICER'S AGENCY   TELEPHONE NO.   OFFICER'S BADGE/ID NO.   OFFICER'S AGENCY

OBJECTIVE SYMPTOMS of intoxication ☒ Bloodshot/watery eyes ☒ Odor of alcoholic beverage ☒ Unsteady gait ☒ Slurred speech
☐ Other: _____   Observed by: J INGRASSIA   at 0110 AM/PM

## CHEMICAL TEST 0.08% OR MORE BLOOD ALCOHOL CONCENTRATION (BAC)

Breath Test Results (Attach copy of the results, if available)
TEST 1 ___% BAC on ___ DATE ___ TIME ___ AM/PM   TEST 2 ___% BAC on ___ DATE ___ TIME ___ AM/PM   TEST 3 ___% BAC on ___ DATE ___ TIME ___ AM/PM (WHEN APPLICABLE)

BREATH TEST MACHINE OPERATOR'S CERTIFICATION: I certify under penalty of perjury under the laws of the State of California, that the above breath test sample results were obtained in the regular course of my duties. I further certify that I am qualified to operate this equipment and that the test was administered pursuant to the requirements of Title 17 of the California Code of Regulations.

Date ___   Signature X ___   Badge/ID No. ___   Agcy./Div. ___

Blood Test Results   ☒ Blood Test on 5-20-06 DATE ___ TIME AM/PM   ☐ Forced Blood Test

Urine Test Results   ☐ Both Breath and Blood tests unavailable.   ☐ Drug use suspected.
☐ Urine Test   First Void on ___ DATE ___ TIME AM/PM   Test on ___ DATE ___ TIME AM/PM

I certify under penalty of perjury, under the laws of the State of California, that the information contained in this Officer's Statement is true and correct.
EXECUTED ON: Date 5-20-06   AT: City SAN RAMON   County CONTRA COSTA   State CA

| OFFICER'S PRINTED NAME | BADGE/ID NO. | TELEPHONE NO. |
|---|---|---|
| J. INGRASSIA | 65945 | (925) 646-2441 |

| AGENCY | AREA | COURT CODE (IF UNKNOWN, COURT NAME) |
|---|---|---|
| SRPD | 0100 | WC SUPERIOR |

☒ did ☐ did not personally serve a copy of the Order of Suspension/Revocation to the driver on the issue date shown below.

ISSUE DATE OF ORDER 5-20-06   SIGNATURE OF ARRESTING OFFICER X _____

IF ORDER SERVED BY ANOTHER OFFICER: I personally served a copy of the order to the driver on the date shown below.
ISSUE DATE   OFFICER'S PRINTED NAME   BADGE/ID NO.   SIGNATURE OF OFFICER X

S 387 (REV. 10/2003)   White—DMV   Yellow—Law Enforcement   Pink—Driver   continued on reverse

**OFFICER'S STATEMENT**
**SECTIONS 13353 AND 13353.2 CVC**

DMV
A Public Service Agency
COMPLETE IN BLACK INK
APS

| LAW ENFORCEMENT AGENCY CASE NO. | ARREST DATE | FOR DMV USE ONLY | | | THUMB PRINT (Right thumb or specify) |
|---|---|---|---|---|---|
| 06-1399G | 5-20-06 | | | | |

| DRIVER'S NAME (LAST, FIRST, M.I.) | DRIVER LICENSE NO. | CLASS | STATE |
|---|---|---|---|
| BHATNAGAR, ABHINAV (NMI) | D3219516 | C | CA |

| MAILING ADDRESS | STATE | ZIP CODE |
|---|---|---|
| 36073 Papaya ST, NEWARK CA | | 94560 |

DOB: 4-30-76   Sex: M   Hair: BLK   Eyes: BRN   Ht.: 510   Wt.: 160

Driver License: ☐ Suspended/Revoked  ☒ Surrendered to Officer (Attach)  ☐ Not in Possession  ☐ Out-of-State
☐ 0.08% or more BAC Chemical Tests Results  ☐ Chemical Test Refusal  ☐ Forced Blood Test

PROBABLE CAUSE (DESCRIBE IN DETAIL THE FACTS AND CIRCUMSTANCES THAT LED TO THE STOP OR CONTACT. COMPLETE AND SIGN THE CERTIFICATION BELOW.)

On 05/20/2006 and 0108 hours, I was driving in a marked San Ramon patrol car in full uniform at westbound Bollinger Canyon Road near the intersection with Market Place. While at this location I saw silver Nissan Sentra (CA Lic 5FXA510) make a u-turn from westbound Bollinger Canyon Road to eastbound Bollinger Canyon Road at the intersection with Bishop Ranch 1 East. This turn was a violation of VC 22101(d) as there was sign at this intersection that read, "No U-Turn." I waited for a safe time to proceed through the intersection and made a u-turn at the same intersection, with the intentions of catching up to the vehicle to make a traffic stop. The vehicle then made a right turn into the number one (left) lane of southbound Market Place and I followed. The vehicle then made an abrupt right turn from the left lane, across the right lane of Market Place, into the Valero Gas Station at 1081 Market Place. When the vehicle made this turning movement he was directly in front of me and I was forced to use my breaks to slow down to avoid a possible collision, a violation of VC 22107. The vehicle then pulled next to a gas pump and stopped. I activated my emergency lights to signal to the driver that I was making a traffic stop.

I exited my patrol car and made contact with the driver of the vehicle, S-Bhatnagar, at the open driver's door window. Bhatnagar identified himself with an expired California Driver License. While I was talking to Bhatnagar, I notice a slight odor of an alcoholic beverage coming from his breath. I also noticed that Bhatnagar had bloodshot droopy eyes and a slightly slurred speech. I asked Bhatnagar if he had drank any alcoholic beverages tonight? Bhatnagar told me he drank 1 ½ glasses of wine at a restaurant in Pleasant Hill, but could not remember the name of the restaurant. I performed a Horizontal Gaze Nystagmus (HGN) test of Bhatnagar using my finger as stimulus. Bhatnagar had a lack of smooth pursuit to the stimulus with the HGN onset at maximum deviation and an angle of onset at approximately 40 degrees.

*I certify under penalty of perjury, under the laws of the State of California, that the information in the above statement is true and correct.*

EXECUTED ON: Date 5-22-06  AT: City SAN RAMON  County CONTRA COSTA  State CA

| OFFICER'S PRINTED NAME | BADGE/ID NO. | SIGNATURE OF OFFICER |
|---|---|---|
| J. INDRIKSSIA | 65945 | X J.I. |

| AGENCY | AREA |
|---|---|
| SRPD | 0700 WC SUPERIOR |

(REV. 10/2002)   White—DMV   Yellow—Law Enforcement   Pink—Driver