# EXHIBIT 2



2007 APR -6 P 3:47

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
WALNUT CREEK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | NO. 130194-4 |
| | DA NO. C 07 003361-3 |
| VS. | COMPLAINT - FELONY |
| DIEGO DIAZ, AND  1st App | 01) H&S 11352(a) |
| DAYMON LESHON MOSES, 5 YEARS | 02) H&S 11350(a) |
| DEFENDANT(S)./ | |

The undersigned states, on information and belief, that DIEGO DIAZ and DAYMON LESHON MOSES, Defendant, did commit a felony, a violation of HEALTH AND SAFETY CODE SECTION 11352(a) (TRANSPORTING CONTROLLED SUBSTANCE), committed as follows:

On or about December 22, 2006, at San Ramon, in Contra Costa County, the Defendant, DIEGO DIAZ and DAYMON LESHON MOSES, did unlawfully transport, import into the State of California, sell, furnish, administer, and give away, and did unlawfully offer and attempt to transport, import, sell, furnish, administer, and give away Cocaine, a controlled substance.

COUNT TWO:

The undersigned further states, on information and belief, that DIEGO DIAZ and DAYMON LESHON MOSES, Defendant, did commit a felony, a violation of HEALTH AND SAFETY CODE SECTION 11350(a) (POSSESSING CONTROLLED SUBSTANCE), committed as follows:

On or about December 22, 2006, at San Ramon, in Contra Costa County, the Defendant, DIEGO DIAZ and DAYMON LESHON MOSES, did unlawfully possess Cocaine.

COMPLAINANT REQUESTS THAT DEFENDANT(S) BE DEALT WITH ACCORDING TO LAW.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
DATED: March 13, 2007        AT MARTINEZ, CALIFORNIA

_____
OFFICER SHIELDS
COMPLAINANT

_____
JOSE MARIN/jm
DEPUTY DISTRICT ATTORNEY         SAN RAMON POLICE DEPARTMENT