# HUANG REPLY AFFIDAVIT
# EXHIBIT 4

PA RATE-H

DEFENDANT __MOSES, DAYMON LESHON__    DEPT. __025__    DATE __9/27/2007__    TIME __8:30 AM__
ADDRESS __2539 ANNAPOLIS ST__    __EAST PALO ALTO__    __CA__    DOB __08/27/1974__
ROC __PX__   __FEL__   PROB ____   DEFENSE ATTORNEY __PD-CLARK T__    TIME ____ WAIVED
CUSTODIAL STATUS    SBOND    $5,000    TARGET: 6/?
CHARGES __01-F-H&S-11352(a)__    __02-F-H&S-11350(a)__

── PROCEEDINGS ──

JUDGE __JOHN LAETTNER__    COURT REPORTER __J. LENT__    DEPUTY CLERK __D. PRITCHARD__    MINUTES CERTIFIED CORRECT
ASSIGN. TO DEPT. ____    JUDGE __W/__    COURT REPORTER ____    DEPUTY CLERK ____

APPLICABLE ENTRIES MARKED

**APPEARANCE**
- [x] Deft. proceeds in PRO PER
- [x] Deft. appears ☐ in custody [x] Deft. not appearing
- [x] With/by Atty./Pub. Def./ADO __Clark__
- [x] Deputy Dist. Atty. __Seguin__
- ☐ Court Probation Off. ____
- ☐ Interp. ____ sworn/oath on file
- ☐ Cert. ☐ Non-Cert. ☐ Qualified per Rule 984.2
- ☐ Order ____ Int. ☐ Int. Coord. notified

**ARRAIGNMENT**
- ☐ Answers true name as charged ____
- ☐ Waives Arr/reading of Complaint
- ☐ Handed copy of Complaint/Discovery
- ☐ Deft. duly arr. ☐ Video ☐ on Prob. Vio.
- ☐ Deft. waives arr. on amended complaint

**WARRANT**
- ☐ Bench/Arrest Warrant to issue Bail Set at $ ____
- ☐ Recalled ☐ Set Aside ☐ Remain Out
- ☐ No PTA Release ☐ No Vol. App.
- ☐ Hold until ____

**BAIL ORDERS**
- ☐ Bail forfeit & continued 190 days ☐ Bail Exon
- ☐ Bail forfeiture set aside & reinstated upon payment of fee $ ____

**REFERRALS**
- ☐ ____ Referred To: PUBLIC DEFENDER
- ☐ ____ Referred To: PROB. Bail Study/PPR
- ☐ Referred per ☐ 288.1 PC ☐ 1368 PC
- ☐ Adult Pre-Trial/PC 1000 Diversion eligibility
- ☐ Pub. Def. Conflict Filed; Appointed ADO
- ☐ Report to ____ for booking
- ☐ 977 waiver filed ☐ 170.6 PC filed/oral
- ☐ In re law notice given

**WAIVERS/PLEAS**
- ☐ Written Plea filed ☐ Pleads Guilty, Ct.# ____
- ☐ Pleads No Contest, Found Guilty, Ct.# ____
- ☐ Pleads Not Guilty, Ct.# ____ PR
- ☐ Jury Trial Waived/Demanded
- ☐ Time for Trial/Sent Waived/Not Waived
- ☐ Time for PX 10/60 Days Waived/Not Waived
- ☐ Admit/Denies ____ Priors/Refusal/Enhance

**CONTINUANCES**
- [x] 11/8 8:30 PX WC
- [x] 11/6 8:30 PRC D24-mg
- ☐ Vacate date of ____
- [x] Def. must/need not appear    PV

**MOTIONS/ORDERS**
- ☐ Peo/Def. Motion to/for/cont. ____
- ☐ Submitted with argument ☐ without argument
- ☐ Granted ☐ Denied ☐ Submitted ☐ No Action Taken
- ☐ Grounds: ____
- ☐ D.A. Motion to file amended complaint
- ☐ Complaint amended on its face to add Ct.# ____, a violation of section ____
- ☐ Pursuant to 23103.5CVC
- ☐ Strike the words felony and feloniously. Substitute the word misdemeanor wherever it appears in Complaint.
- ☐ Per Court/DA dismiss, Complaint/Ct.# ____
- ☐ Criminal Protective Order issued and served

**PROBATION**
- ☐ Court Probation granted for ____ mo/yr
- ☐ Adult Pre-Trial/PC 1000 Diversion granted
- ☐ Probation/Diversion/Reinstated/Modified/Extended to ____ Original terms in full force and effect except as ordered.
- ☐ Deft. given/waived rights to Revoc. Hg; Admits/Denies allegations
- ☐ Prob. Revoked: ☐ Def. found in violation of probation
- ☐ Probation/Diversion: Terminated: Successfully/Unsuccessfully/Denied
- ☐ Pay Prob. Vio. fine of $ ____ ☐ Upon payment of fine/completion of jail sentence
- ☐ Criminal Proceedings Reinstated/Dismissed

**FINES**
- ☐ Pay a fine of $ ____ ☐ Rest. Fine of ____
- ☐ Pay $10 cite fee/$25 Booking Fee/ $ ____ CJA Fee
- ☐ Pay balance of fine/ ☐ In lieu of fine ☐ Susp. $ ____ after fine.
- ☐ Make monthly payments to CCU P.O. Box 2528 Martinez, CA 94553 Phone (925) 646-1951 by ____
- ☐ ____ hours Volunteer work by ____ Fee $ ____
- ☐ Re-refer/reinstate to Level I/Level II/PCDDP
- ☐ Referred to ORC for Attorney Fee Costs of $ ____
- ☐ License Suspended/Revoked ____ months/years
- ☐ DL310/DL309 Served ☐ Advised 14607.8 CVC
- ☐ Pay fine/comply or appear on ____ at ____

**COMMITMENT**
- ☐ Be imprisoned ____ days/months/years
- ☐ ____ days/months/years credit
- ☐ ____ days/months/years suspended
- ☐ Sentence to commence ____
- ☐ Serve consecutive/concurrent
- ☐ with ____ ☐ with any sentence
- ☐ Main Jail ☐ Electronic Home Detention
- ☐ WAP Contact CAB immediately / within 15 days.
- ☐ Day for day credit for time served in approved residential program. Proof by ____

**CONDITIONS**
- ☐ Obey all laws.
- ☐ Do not use any alcohol. Do not go to places where alcoholic beverages are the chief item of sale.
- ☐ Attend ____ AA/NA meetings per week and present proof at each court appearance.
- ☐ Submit to search and testing
- ☐ Destroy ☐ Return weapon
- ☐ Stay away from ____

- ☐ REMANDED to County Jail: Bail Set in the amt. of $ ____
- ☐ Ordered released ☐ On OR ☐ Promise to Appear ☐ Def. to be allowed ____ phone calls
- ☐ Court Courtesy ☐ State Prison Commitment ☐ Committed to custody until sentence is satisfied in full

TO THE SHERIFF; COMMITMENT: I hereby certify that this is a true copy of the Entry of Judgment or Order and is your authority for the execution thereof.
☐ See other minute pages for additional proceedings.

DATED: __SEP 27 2007__    __JOHN T. LAETTNER__
                         (JUDGE OF THE SUPERIOR COURT)

☐ See attached additional orders.

CRIM. MINUTES (4/01)
CR-8005