# HUANG REPLY AFFIDAVIT
# EXHIBIT 5

## Felony Trial Team Division

**Paul Sequeira**
Assistant District Attorney
725 Court Street, 4th Floor
Martinez, CA 94553
Telephone (925) 957-2200
Fax (925) 957-2240
psequeira@contracostada.org



The felony trial team is the backbone of the District Attorney's Office. The trial team takes to jury trial all felonies in Contra Costa County that are not assigned to special units such as the Sexual Assault or Homicide. This would include vehicular manslaughter, attempted murder, carjacking, robbery, residential burglary, felony assaults, auto theft, felony thefts, drug sales, possession for sale of drugs and simple possession.

In 2002, the felony trial team conducted 95 jury trials which took over 400 Superior Court days to complete.

The felony trial team also handles all preliminary hearings in felony cases for the Central-Eastern area operations of the District Attorney's Office. This covers a geographical area from the southern border of the county in San Ramon to Orinda, back to Martinez and all the way to the eastern border of the county in Discovery Bay. The preliminary hearings for felony cases for Western area operations are handled by the Western Area Operations in Richmond.

In addition to felony trials and preliminary hearings, the felony trial team also staffs the two Superior Court Calendar Departments. These departments handle procedural matters for all felonies in the county. This would include pleas, sentencings, probation revocations, pre-trial conferences, motions, settings, restitution hearings, etc.

The felony trial team is an extremely busy unit handling the largest volume of cases in the office. Despite increasing caseloads and dwindling resources, the felony trial team continues to have a high success rate in trial and provides many valuable services to the citizens of Contra Costa County.

© Contra Costa County District Attorney, 2003
legal | top of page | home | webmaster