**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 2, 20008**

**C-07-02669** CRB

**ABHINAV BHATNAGAR  v.  JASON INGRASSIA**

| Attorneys: | Jenny Huang | Gregory Harvey, James Fitzgerald |
|---|---|---|
|  |  | Noah Blechman |

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **James Yeomans**

| PROCEEDINGS: | RULING: |
|---|---|
| 1. P's Motion in Limine | Submitted |
| 2. |  |
| 3. |  |

**ORDERED AFTER HEARING:**

Discovery to go forward, counsel to work out schedule on discovery.

( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

(X) **Referred to Magistrate Judge MARIA-ELENA JAMES for:**   Settlement

(X) CASE CONTINUED TO June 13, 2008 @ 8:30 a.m. for  Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____        Deft to Name Experts by _____

P/T Conference Date Dec. 02, 2008 @ 2:30 p.m.  Trial Date Dec. 08, 2008 @ 8:30 a.m.  Set for 5-7 days
                                                Type of Trial:  (X)Jury    ( )Court

Notes: _____