| | |
|---|---|
| 1 | JUSTICE FIRST, LLP |
| | Jenny C. Huang, SBN 223596 |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA  94609 |
| 3 | Telephone: (510) 628-0695 |
| | Fax: (510) 272-0711 |
| 4 | E-mail: jhuang@justicefirstllp.com |

Attorneys for Plaintiff ABHINAV BHATNAGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABHINAV BHATNAGAR, | ) | Case No.:  C-07-02669 (CRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| vs. | ) | **OF COUNSEL** |
| | ) | |
| JASON INGRASSIA, COUNTY OF | ) | |
| CONTRA COSTA, and CITY OF SAN | ) | |
| RAMON, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE THAT Jenny Huang, being the attorney of record for PLAINTIFF Abhinav Bhatnagar in this action, hereby associates Nadia Aziz, SBN 252966, as counsel for Plaintiff in this matter.  The contact information for such associated counsel is as follows:

> Nadia Aziz
> JUSTICE FIRST, LLP
> 2831 Telegraph Avenue
> Oakland, CA 94609
> Phone: (510) 628-0695
> Fax: (510)  272-0711
> e-mail:  naziz@justicefirstllp.com

Date:  June 2, 2008              JUSTICE FIRST, LLP
                                 2831 Telegraph Avenue
                                 Oakland, CA 94609

                                 By:   /s/ Jenny Huang
                                     Attorney for Plaintiff ABHINAV BHATNAGAR

1
2    Nadia Aziz hereby accepts the above association.
3  Date: June 2, 2008                    JUSTICE FIRST, LLP
4                                        2831 Telegraph Avenue
                                          Oakland, CA 94609
5
6                                        By:  /s/ Nadia Aziz_____
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ASSOCIATION OF COUNSEL

2