Total Time (Hrs): **3.5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** June 3, 2008
**TITLE:** Bhatnagar -v-Ingrassia                                    **CASE #:** C-07-2669 CRB

### APPEARANCES:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Jenny C. Huang | Noah G. Blechman |
| Nadia Aziz | Jim Fitzgerald |
|  | Gregory C. Harvey |

**Deputy Clerk:** Brenda Tolbert                                    **FTR:**

### PROCEEDINGS:

____ Case Management
____ Further Case Management
____ Status Conference
____ Pretrial Conference
 X   Further Settlement Conference (Length: 3.5 Hr/s.)
____ Evidentiary Hearing
____ Examination of Judgment Debtor
____ Motions
____ Other:

### ORDER/RESULTS:

Settlement Conference Held.

**Case Continued To:** July 15, 2008 at 2:00 p.m.     **For:** Furt Setmt Conf
**Case Referred To:** _____     **For:** _____

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda, Other: