IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, | Case No. C07-02669 CRB (MEJ) |
| Plaintiff, | |
| vs. | ORDER SETTING DATE FOR FURTHER SETTLEMENT CONFERENCE |
| JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON, | |
| Defendants. / | |

    This court has contacted Judge Breyer, and he has approved the cutoff for fact discovery for Tuesday, September 30, 2008, as agreed to by the parties. Discovery for defendants County of Contra Costa and City of San Ramon is stayed until Wednesday, July 16, 2008. Discovery for defendant Ingrassia is stayed until Monday, June 30, 2008.

    The settlement conference is continued to Tuesday, July 15, 2008 at 2 pm. Both parties are ordered to exchange settlement proposals and copy their proposals to this court by Wednesday, June 18, 2008.

IT IS SO ORDERED.

Dated: June 4, 2008

                                                            Maria-Elena James
United States Magistrate Judge