IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR,                                              No. C 07-02669 CRB

    Plaintiff,                                                              **Clerk's Notice**

  v.

JASON INGRASSIA, et al.,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference currently on calendar for June 13, 2008 to Friday, July 25, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement due July 18, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 5, 2008                                                           FOR THE COURT,

                                                                              Richard W. Wieking, Clerk

                                                                              By: _____
                                                                                 Barbara Espinoza
                                                                                  Courtroom Deputy

**United States District Court**
For the Northern District of California