IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, | Case No. C07-02669 CRB (MEJ) |
| Plaintiff, | |
| vs. | ORDER AMENDING TIME FOR FURTHER SETTLEMENT CONFERENCE |
| JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON, | |
| Defendants. | |

On Wednesday, June 4, 2008, this court issued an order setting a further settlement conference for July 15, 2008 at 2 pm. The court hereby amends that order to change the time of that settlement conference from 2 pm to 10:30 am on June 15, 2008.

IT IS SO ORDERED.

Dated: June 5, 2008

_____
Maria-Elena James
United States Magistrate Judge