**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR,

    Plaintiff,

vs.

JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON,

    Defendants.

Case No. C07-02669 CRB (MEJ)

ORDER AMENDING TIME FOR FURTHER SETTLEMENT CONFERENCE

In its June 6, 2008 order, the court inadvertently listed the date for the upcoming further settlement conference as June 15, 2008. That was incorrect. The settlement conference will take place at 10:30 a.m., on Tuesday, July 15, 2008, in Judge James' chambers, at 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: June 5, 2008



Maria-Elena James
United States Magistrate Judge