IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,         | No. C 07-02669 CRB |
|     Plaintiff, | **Clerk's Notice** |
| v. | |
| JASON INGRASSIA, | |
|     Defendant.                       / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference for Monday, July 21, 2008 at 9:00 a.m. before the Honorable Charles R. Breyer.  The case management statement shall be filed on or before July 18, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: July 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy