**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Magistrate Judge Maria-Elena James**

Date: **7/15/2008**          Time: 10:30 a.m. - 12:00 p.m.

**C -07-2669 CRB (MEJ)**

**Abhinav Bhatnagar  v Jason Ingrassia, et al.**

Attorneys: Plaintiff:     Jenncy C. Huang and Nadia Aziz
              Defendant:     James V. Fitzgerald, III, Scott Daly, Gregory C. Harvey,
                             Eric Navarro and Penny Bailey

Deputy Clerk: **LASHANDA SCOTT**          Reporter:  **Not Reported**

**PROCEEDINGS:**                          **RULING:**

1. Settlement Conference                   Matter Held
2. _____     _____

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Case did not settle.

(  ) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court___

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                                    Type of Trial:  (  )Jury    (  )Court
Notes: _____