**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 21, 2008**

**C-07-02669** CRB

**ABHINAV BHATNAGAR  v.  JASON INGRASSIA**

| Attorneys: | Jenny Huang | Gregory Harvey |
|---|---|---|
| | | James Fitzgerald |

Deputy Clerk: **BARBARA ESPINOZA**           Reporter: **Not Reported**

**PROCEEDINGS:**                                                        **RULING:**

1. Further Case Management Conference - Held

2. 

3. 

**ORDERED AFTER HEARING:**

Any discovery issues are to be address by a magistrate judge.  Trial date to remain as previously set.

( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____    for ____

Discovery Cut-Off ____                          Expert Discovery Cut-Off ____
Plntf to Name Experts by ____              Deft to Name Experts by ____
P/T Conference Date ____    Trial Date ____    Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: ____