1  JUSTICE FIRST, LLP
   Jenny C. Huang, SBN 223596
2  Nadia Aziz, SBN 252966
   2831 Telegraph Avenue
3  Oakland, CA  94609
   Telephone: (510) 628-0695
4  Fax: (510) 272-0711
   E-mail: jhuang@justicefirstllp.com
5          naziz @justicefirstllp.com

6  JIVAKA CANDAPPA, SBN 225919
   46 Shattuck Square, Suite 15
7  Berkeley, CA  94704
   Telephone: (510) 981-1808
8  Fax: (510) 981-1817
   E-mail: jcandappa@sbcglobal.net
9
   Attorneys for Plaintiff Abhinav Bhatnagar
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13
                                          )
14                                        )  Case No.: Case No. CV-07-02669 (CRB)
   ABHINAV BHATNAGAR,                     )
15                                        )
              Plaintiff,                  )  **NOTICE OF PLAINTIFF'S**
16                                        )  **MOTION TO COMPEL RESPONSES TO**
       vs.                                )  **1ST SET OF DISCOVERY REQUESTS ON**
17                                        )  **DEFENDANT INGRASSIA**
   JASON INGRASSIA, individually and in   )
18 his official capacity; COUNTY OF       )
   CONTRA COSTA; and CITY OF              )  Date:  August 22, 2008
19 SAN RAMON.                             )  Time:  10:00 a.m.
                                          )  Honorable Charles R. Breyer
20                                        )
                                          )
21           Defendants.                  )

22  _____

23

24  TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

25       PLEASE TAKE NOTICE that on August 22, 2008, at 10:00 a.m., in the Courtroom of

26  the Honorable Charles R. Breyer, Federal District Judge of the Northern District of California,

27  Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Abhinav

28  Bhatnagar will move the Court for an order requiring Defendant Ingrassia to (1) answer specified

1  interrogatories in Plaintiff's 1st Set of Interrogatories on Defendant Ingrassia, and (2) produce
2  documents responsive to specified document requests in Plaintiff's 1st Set of Document Requests
3  on Defendant Ingrassia.  This motion is made pursuant to Fed.R.Civ.Pro. 26(b)(1) and Civil
4  Local Rules 7 and 37 on the grounds that the discovery at issue is relevant, may lead to the
5  discovery of admissible evidence, is unprivileged, and Defendant Ingrassia has failed to permit
6  lawful discovery.

     This motion is based upon the accompanying memorandum of points of authorities, the declaration of Plaintiff's counsel, Jenny Huang, and all exhibits attached thereto.  Pursuant to Civil Local Rule 6-3, Plaintiff files a separate motion seeking leave to file this motion on an expedited basis.

Dated: July 26, 2008
       Oakland, California

                                 **JUSTICE FIRST, LLP**
                                 Attorneys for Plaintiff Abhinav Bhatnagar
                                 By:
                                    /s/ Jenny Huang
                                 Jenny C. Huang
                                 2831 Telegraph Avenue
                                 Oakland, CA  94609
                                 Tel.: (510) 628-0695

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR, )
    Plaintiff, ) Case No.: Case No. CV07-02669 (CRB)
  vs. )
JASON INGRASSIA, individually and in )
his official capacity; COUNTY OF ) **PROOF OF SERVICE**
CONTRA COSTA; and CITY OF )
SAN RAMON. )
      )
    Defendants. )
      )

I, Jenny Huang, hereby declare as follows:

1. I am a citizen of the United States of America over the age of eighteen years. My business address is 2831 Telegraph Avenue, Oakland, California, 94609. I am not a party to this action.

2. On July 26, 2008, I served by electronically filing a true and correct copy of the **Notice of Plaintiff's Motion to Compel Responses to Plaintiff's 1st Set of Discovery Requests on Defendant Ingrassia, Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel, the Declaration of Jenny Huang with attached exhibits,** and **Plaintiff's Proposed Order** to the following parties:

| | |
|---|---|
| Mr. Gregory Harvey | Mr. James Fitzgerald, III |
| Counsel for Municipal Defendants | Counsel for Defendant Ingrassia |
| Asst. County Counsel | McNamara Dodge et al. LLP |
| Contra Costa County | P O Box 5288 |
| 651 Pine Street, 9th Floor | Walnut Creek, CA 94596-1288 |
| Martinez, CA 94553 | |

I declare under penalty of perjury the foregoing is true and correct.

Date: July 26, 2008
     Oakland, California

                                /s/ Jenny Huang
                                JENNY C. HUANG