UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>Plaintiff,<br>vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>Defendants. | Case No.: Case No. CV07-02669 (CRB)<br><br>**PROPOSED ORDER FOR PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S 1ST SET OF DISCOVERY REQUESTS ON DEFENDANT INGRASSIA** |

This matter is before the court upon Plaintiff's Motion to Compel Responses to Plaintiff's 1st Set of Discovery Requests on Defendant Ingrassia, filed on July 26, 2008. Based upon the supporting and opposing documents submitted on these motions, all the documents contained in the record herein, and the motion hearing conducted on August ____, 2008, the Court hereby issues the following rulings:

(1) Defendant Ingrassia shall provide responses to Plaintiff's 1st Set of Interrogatories, Request Nos. 1, 3, and 5-15 within five days of the court's order.

(2) Defendant Ingrassia shall provide documents in response to Plaintiff's 1st Set of Document Requests, Request Nos. 1, and 7-11 within five days of the court's order.

**IT IS SO ORDERED.**

Dated: August ___, 2008

_____
United States District Judge