JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
Nadia Aziz, SBN 252966
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail:  jhuang@justicefirstllp.com
         naziz @justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
46 Shattuck Square, Suite 15
Berkeley, CA  94704
Telephone: (510) 981-1808
Fax: (510) 981-1817
E-mail:  jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>              Plaintiff,<br><br>       vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br><br>              Defendants. | Case No.:  Case No. CV-07-02669 (CRB)<br><br>**NOTICE OF PLAINTIFF'S MOTION TO FILE EXPEDITED MOTION TO COMPEL RESPONSES TO 1ST SET OF DISCOVERY REQUESTS ON DEFENDANT INGRASSIA**<br><br>Date:  August 22, 2008<br>Time:  10:00 a.m.<br>Honorable Charles R. Breyer |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE that Plaintiff Abhinav Bhatnagar hereby moves the Court for

an order permitting Plaintiff to file an expedited motion to compel responses to Plaintiff's 1st Set

of Discovery Requests on Defendant Ingrassia.  This motion is made pursuant to Fed.R.Civ.Pro.

1 | 26(b)(1) and Civil Local Rules 6-1 and 6-3 and is based upon the accompanying declaration of

2 | Plaintiff's counsel, Jenny Huang.

3

4 | Dated:  July 26, 2008

5 |         Oakland, California

6 | **JUSTICE FIRST, LLP**
   Attorneys for Plaintiff Abhinav Bhatnagar

7 | By:

8 |         /s/ Jenny Huang_____
   Jenny C. Huang

9 | 2831 Telegraph Avenue
   Oakland, CA  94609

10 | Tel.: (510) 628-0695

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, | ) |
| Plaintiff, | ) Case No.: Case No. CV07-02669 (CRB) |
| vs. | ) |
| JASON INGRASSIA, individually and in | ) |
| his official capacity; COUNTY OF | ) **PROOF OF SERVICE** |
| CONTRA COSTA; and CITY OF | ) |
| SAN RAMON. | ) |
| | ) |
| Defendants. | ) |
| | ) |

I, Jenny Huang, hereby declare as follows:

1.  I am a citizen of the United States of America over the age of eighteen years.  My business address is 2831 Telegraph Avenue, Oakland, California, 94609.  I am not a party to this action.

2.  On July 26, 2008, I served by electronically filing a true and correct copy of the **Notice of Plaintiff's Motion to File Expedited Motion to Compel Responses to Plaintiff's 1ˢᵗ Set of Discovery Requests on Defendant Ingrassia, the Declaration of Jenny Huang** and **Plaintiff's Proposed Order** to the following parties:

Mr. Gregory Harvey                  Mr. James Fitzgerald, III
Counsel for Municipal Defendants    Counsel for Defendant Ingrassia
Asst. County Counsel                McNamara Dodge et al. LLP
Contra Costa County                 P O Box 5288
651 Pine Street, 9th Floor          Walnut Creek, CA  94596-1288
Martinez, CA  94553

I declare under penalty of perjury the foregoing is true and correct.

Date:    July 26, 2008
         Oakland, California

                                        /s/ Jenny Huang
                                         JENNY C. HUANG