UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>    Plaintiff,<br>  vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>    Defendants. | Case No.:  Case No. CV07-02669 (CRB)<br><br>**PROPOSED ORDER FOR PLAINTIFF TO FILE EXPEDITED MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT INGRASSIA** |

This matter is before the court upon Plaintiff's Request to File an Expedited Motion to Compel Responses to Plaintiff's 1st Set of Discovery Requests on Defendant Ingrassia, filed on July 26, 2008.  Based upon the supporting and opposing documents submitted on this request and all the documents contained in the record herein, the Court hereby issues the following order:

(1) Defendant Ingrassia shall file opposition papers to Plaintiff's Motion to Compel Responses to Plaintiff's 1st Set of Discovery Requests on Defendant Ingrassia by August ___, 2008;

(2) Plaintiff Bhatnagar shall file reply papers on Plaintiff's Motion to Compel Responses to Plaintiff's 1st Set of Discovery Requests on Defendant Ingrassia by August ___, 2008;

(3) The parties shall appear for a hearing on Plaintiff's Motion to Compel Responses to Plaintiff's 1st Set of Discovery Requests on August ___, 2008 at ____ a.m./p.m.

**IT IS SO ORDERED.**

Dated: August ___, 2008

_____
United States District Judge