1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ABHINAV BHATNAGAR,                          No. C 07-02669 CRB

12          Plaintiff,                           **ORDER OF REFERENCE**

13      v.

14   JASON INGRASSIA,

15          Defendant.
     _____/

16

17          Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for

18   ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered

19   at the convenience of his/her calendar.

20

21   Dated:   July 28, 2008                      _____
                                                 CHARLES  R. BREYER
22                                               UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California