JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
McNamara, Dodge, Ney, Beatty, Slattery,
Pfalzer, Borges & Brothers LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
JASON INGRASSIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>         Plaintiff,<br><br>vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON,<br><br>         Defendants. | Case No. C07-02669 CRB<br><br>**DECLARATION OF NOAH G. BLECHMAN IN SUPPORT OF DEFENDANT JASON INGRASSIA'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE [AN] EXPEDITED MOTION TO COMPEL RESPONSES TO FIRST SET OF DISCOVERY REQUESTS ON DEFENDANT INGRASSIA**<br><br>Date: August 22, 2008<br>Time: 10:00 a.m.<br>Dept: Courtroom 8, 19th Floor<br>Judge: Hon. Charles Breyer |

I, Noah G. Blechman, Esq., hereby declare:

1.  I am an attorney at law duly licensed to practice before the courts of the State of California and am a partner at the law firm of McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP; attorneys of record for Defendant JASON INGRASSIA. I have personal knowledge of each matter stated herein. I submit this declaration in support of Defendant JASON INGRASSIA'S ("Ingrassia") Opposition to Plaintiff Request to File [an] Expedited Motion to Compel Responses to First Set of Discovery Requests on Defendant Ingrassia.

2.  Fact discovery in this matter has been open since at least October, 2007.

3.  To date, Plaintiff has never noticed Ingrassia's deposition nor asked for dates for

DECLARATION OF NOAH G. BLECHMAN IN
SUPPORT OF INGRASSIA'S OPPOSITION TO
EXPEDITED MOTION TO COMPEL – C07-
02669-CRB

1  his deposition.

2  4.  On May 13, 2008, Jenny Huang, counsel for Plaintiff, served Plaintiff's First Set of Interrogatories and Document Requests on Ingrassia. Many of these interrogatories and requests sought confidential and/or privileged law enforcement personnel related records and/or information. Defendants therefore objected to answering Plaintiff's Interrogatories and Document Requests until the Court approved a stipulated protective order. These records and/or information were also not in Ingrassia's custody, possession and/or control and thus the documents and/or information were not produced by Ingrassia, but rather by the County, a separate Defendant.

5.  On June 30, 2008, Defendants served Ingrassia's responses to Plaintiff's First Set of Interrogatories and Amended Document Requests.

6.  On July 10, 2008, Defendant Contra County served Plaintiff with its Supplemental Production of Documents in Response to Plaintiff's First Set of Discovery Requests, Request Number Five. Personnel related documents responsive to this Request which were privileged and/or confidential were again withheld pending approval of a signed and filed protective order.

7.  On July 16, 2008, Defendant Contra Costa County served Plaintiff with its Responses to Plaintiff's Second Set of Document Requests, including non-confidential documents responsive to those Requests. Confidential and/or privileged personnel related documents were again withheld pending approval of a signed and filed protective order.

8.  On July 17, 2008, I notified Plaintiff's counsel, Ms. Huang, that Ingrassia would not stipulate to Plaintiff's request to shorten time to hear Plaintiff's Motion to Compel.

9.  On July 18, 2008. Assistant County Counsel Gregory Harvey apparently advised Ms. Huang that Defendant Contra Costa County would not stipulate to Plaintiff's request to shorten time to hear Plaintiff's Motion to Compel.

10. On July 18, 2008, Defendant Contra County served Plaintiff with its Supplemental Responses to Plaintiff's Second Set of Document Requests. These documents included training file records for Ingrassia's POST academy classes. That same day, Defendant Contra Costa

DECLARATION OF NOAH G. BLECHMAN IN SUPPORT OF INGRASSIA'S OPPOSITION TO EXPEDITED MOTION TO COMPEL – C07-02669-CRB    2

County also served Plaintiff with additional documents and compact discs supplementing its responses provided to Plaintiff on July 16, 2008.

11. On July 21, 2008, Defendant Contra County served Plaintiff with its Amended Responses to Plaintiff's Set of Document Requests, including confidential records produced pursuant to a protective order entered that same day. These confidential records included Ingrassia's personnel files, as well as the Internal Affairs investigation report regarding Plaintiff's complaint to the Contra Costa County Sheriff's Office.

12. On July 26, 2008, nine (9) days after I informed Ms. Huang that Ingrassia would not stipulate to Plaintiff's request to shorten time to hear Plaintiff's Motion to Compel, eight (8) days after Assistant County Counsel Gregory Harvey advised Ms. Huang that Defendant Contra Costa County would not stipulate to Plaintiff's request to shorten time to hear Plaintiff's Motion to Compel, and five (5) days after Plaintiff received confidential records including Ingrassia's personnel file and the Internal Affairs investigation relating to Plaintiff's complaint, Plaintiff filed and served his Notice of Plaintiff's Motion to File [an] Expedited Motion to Compel Responses to First Set of Discovery Requests on Defendant Ingrassia.

13. Fact discovery is scheduled to close in this matter on September 30, 2008.

I declare under penalty and perjury the foregoing is true and correct.

Executed this ___30___ day of July, 2008 at Walnut Creek, California.

By: _____

Noah G. Blechman, Declarant

DECLARATION OF NOAH G. BLECHMAN IN SUPPORT OF INGRASSIA'S OPPOSITION TO EXPEDITED MOTION TO COMPEL – C07-02669-CRB