1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  J. GARRET DEAL (State Bar No. 249934)
   McNamara, Dodge, Ney, Beatty, Slattery,
3  Pfalzer, Borges & Brothers LLP
   1211 Newell Avenue
4  Post Office Box 5288
   Walnut Creek, CA 94596
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendant
7  JASON INGRASSIA

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  ABHINAV BHATNAGAR,                    Case No. C07-02669 CRB

12             Plaintiff,                 [PROPOSED] ORDER ON PLAINTIFF'S
                                          MOTION TO FILE [AN] EXPEDITED
13        vs.                             MOTION TO COMPEL RESPONSES TO
                                          FIRST SET OF DISCOVERY REQUESTS
14  JASON INGRASSIA, individually and in  ON DEFENDANT INGRASSIA
    his official capacity; COUNTY OF
15  CONTRA COSTA; and CITY OF SAN         Date:  August 22, 2008
    RAMON,                                Time:  10:00 a.m.
16                                        Dept:  Courtroom 8, 19th Floor
               Defendants.                Judge: Hon. Charles Breyer
17

18          On July 26, 2008, Plaintiff ABHINAV BHATNAGAR's filed his Motion to File [an]

19  Expedited Motion to Compel Responses to First Set of Discovery Requests on Defendant

20  Ingrassia, opposed by Ingrassia.  After full consideration of the briefing, the arguments of

21  Plaintiff's and defense counsel if necessary, and the pleadings on file on this case, the Court

22  hereby DENIES Plaintiff's motion in its entirety, as Plaintiff has not shown good cause and has

23  not sufficiently complied with Local Rules 6-3(a)(1) and 6-3(a)(3).

24          Accordingly, Plaintiff's motion is DENIED and the Court will hear Plaintiff's Motion to

25  Compel on a regular schedule pursuant Local Rule 7-2(a).  The hearing will take place on

26  September 5, 2008, at 10:00 a.m., in this Court.  Under Local Rule 7-3(a), Defendant Ingrassia

27

28  [PROPOSED] ORDER ON PLAINTIFF'S
    MOTION TO FILE [AN] EXPEDITED MOTION
    TO COMPEL – C07-02269-CRB

McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE:  (925) 939-5330

1   will have until August 15, 2008 to oppose Plaintiff's Motion.  Plaintiff will accordingly file any

2   Reply by August 22, 2008.

3          IT IS SO ORDERED.

4

5          Dated: _____                    _____
                                                        HON. CHARLES R. BREYER
6                                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

[PROPOSED] ORDER ON PLAINTIFF'S          2
MOTION TO FILE [AN] EXPEDITED MOTION
TO COM