# EXHIBIT 1

**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 15, 2008**

**C-07-02669** CRB

   **ABHINAV BHATNAGAR v. JASON INGRASSIA**

| Attorneys: | Jenny Huang | Gregory Harvey |
|---|---|---|
| | | Noah Blechman |

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Not Reported**

**PROCEEDINGS:**     **RULING:**

1. Further Case Management Conference - Held

2. 

3. 

**ORDERED AFTER HEARING:**

No discovery to be taken at this time; motion to be filed by March 14, 2008

( ) ORDER TO BE PREPARED BY:  Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO April 25, 2008 @ 10:00 a.m. for Motion

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
        Type of Trial:  ( )Jury     ( )Court

Notes: _____