# EXHIBIT 2

**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 2, 20008**

**C-07-02669** **CRB**

   **ABHINAV BHATNAGAR**  v.  **JASON INGRASSIA**

Attorneys:     Jenny Huang                   Gregory Harvey, James Fitzgerald

                                                                  Noah Blechman

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **James Yeomans**

**PROCEEDINGS:**                                                                **RULING:**

1. P's Motion in Limine                                           Submitted

2.

3.

**ORDERED AFTER HEARING:**

Discovery to go forward, counsel to work out schedule on discovery.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

(X) **Referred to Magistrate Judge MARIA-ELENA JAMES for:**   Settlement

(X) CASE CONTINUED TO June 13, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____      Deft to Name Experts by _____

P/T Conference Date Dec. 02, 2008 @ 2:30 p.m.  Trial Date Dec. 08, 2008 @ 8:30 a.m.  Set for 5-7 days
                                                       Type of Trial:  (X)Jury   ( )Court

Notes: _____