# EXHIBIT 3

## Work

**From:** "Sabrina Ahia" <Sabrina.Ahia@McNamaraLaw.com>
**To:** "Jenny Huang" <jhuang@justicefirstllp.com>
**Sent:** 04/09/2008 10:26 AM
**Subject:** RE: Bhatnagar

The depositions we need to take are those of the Public Defenders. Please let us know your availability at your earliest convenience. As for Ingrassia's deposition I will have to check with Jim and the client and get back to you. Thanks.

> -----Original Message-----
> **From:** Jenny Huang [mailto:jhuang@justicefirstllp.com]
> **Sent:** Wednesday, April 09, 2008 10:20 AM
> **To:** Sabrina Ahia; jcandappa@sbcglobal.net
> **Subject:** Re: Bhatnagar
>
> Hi Sabrina - our availability depends on which witnesses you're seeking to depose. Please let us know which witnesses you have in mind so we can determine which of our three attorneys will be handling the deposition, thanks!
>
> And while we're scheduling depositions, could you please give us dates during the 1st two weeks in May that Mr. Fitzgerald is available for Ingrassia's deposition? Thank you - Jenny
>
> Jenny Huang
> Justice First, LLP
> 2831 Telegraph Avenue
> Oakland, CA  94609
> t (510) 628-0695 / f (510) 272-0711
> e-mail: jhuang@justicefirstllp.com
> website: www.justicefirstllp.com
>
> Statement of Confidentiality: The information contained in this email may be confidential and/or subject to the attorney client privilege. If you are not the intended recipient, please be advised that any use, distribution, or copying of this communication, including any attachments, is strictly prohibited. If you have received this communication in error, please contact the sender immediately by reply e-mail or by calling (510) 628-0695. Thank you in advance for your cooperation.
>
> > ----- Original Message -----
> > **From:** Sabrina Ahia
> > **To:** JHuang@justicefirstllp.com ; jcandappa@sbcglobal.net
> > **Sent:** 04/09/2008 10:14 AM
> > **Subject:** Bhatnagar
> >
> > Ms. Huang and Mr. Candappa - Can you please give me 4 dates in early May that you are available for some witness depositions in this case. Thanks.
> >
> > *Sabrina Ahia*
> > *Legal Assistant to James V. Fitzgerald, III,*
> > *Noah G. Blechman, Petra Bruggisser and Garret Deal*
> > *(925) 817-3826 Direct #*
> > *(925) 930-5678 Fax*
> > *sabrina.ahia@mcnamaralaw.com*