IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, | No. C-07-02669 CRB (EDL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| JASON INGRASSIA, et al., | |
| Defendants. | |

On July 28, 2008, this matter was referred to this Court for all discovery purposes, including resolution of Plaintiff's Motion to Compel and Motion to Shorten Time that were filed on July 26, 2008. On July 30, 2008, Defendant Jason Ingrassia filed an opposition to the Motion to Shorten Time, and on July 31, 2008, Plaintiff filed a reply to that opposition.

The Court has carefully reviewed the parties' submissions, and good cause appearing, grants the Motion to Shorten Time as follows. An opposition to the motion to compel shall be filed no later than noon on August 13, 2008. A reply shall be filed no later than noon on August 15, 2008. A hearing is scheduled for August 26, 2008 at 9:30 a.m. In addition, no later than August 6, 2008, Plaintiff shall file a statement indicating which discovery requests from his motion to compel are no longer at issue in light of Defendant Contra Costa County's recent discovery responses.

**IT IS SO ORDERED.**

Dated: August 4, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge