# EXHIBIT D



**PUBLIC DEFENDER**
Contra Costa County

David C. Coleman
Public Defender

*mailed 8/30/06*
*marked personal +*
*confidential*

CENTRAL/EAST OFFICE
*Supervising Attorneys*
**Patrick Cannon**
**Suzanne J. Chapot**
**Susan Hutcher**

August 30, 2006

Scott Holder
Chief of Police
City of San Ramon Police Services Department
2222 Camino Ramon
San Ramon, CA 94583

Re:   *People v. Bhatnagar*, Docket No. 1-127484-4, San Ramon Police Report No. 06-12996

Dear Mr. Holder,

I represent Abhinav Bhatnagar in the above matter. I am writing to bring my client's allegations regarding the conduct of Officer J. Ingrassia to your attention.

Officer Ingrassia was the arresting officer in this case, a DUI. Mr. Bhatnagar has informed me that Officer Ingrassia's police report is false in several material respects. During Mr. Bhatnagar's DMV hearing to reinstate his license, he presented testimony that the officer falsified the reason for the stop; repeatedly called Mr. Bhatnagar a terrorist and made other derogatory comments regarding Mr. Bhatnagar's ethnicity; and conducted an illegitimate DUI investigation despite no indication of DUI. One of the witnesses was Richard Ha, who works at the Valero gas station where the incident took place and who watched the entire detention.

The day following his DMV hearing, at which Officer Ingrassia was present, Mr. Bhatnagar received a phone call in the middle of the night. The caller tried to engage Mr. Bhatnagar in a conversation about drugs; when Mr. Bhatnagar expressed confusion, another voice came on the line, cursing at Mr. Bhatnagar and threatening him with physical violence. Since that time, Mr. Bhatnagar has received several phone calls in the middle of the night, saying things such as "watch your back;" "watch your family;" and "you don't belong here."

Mr. Bhatnagar is checking his records for the phone number associated with the first call he received. The remainder of the phone calls was received from a restricted number. While Mr. Bhatnagar cannot say for certain that it is Officer Ingrassia who is making these calls, he suspects that is the case. Mr. Bhatnagar has never had any other involvement with the law and has no enemies, to his knowledge.

In addition, Mr. Ha has complained of frequent police presence at the Valero gas station where he works since he testified at Mr. Bhatnagar's DMV hearing. Mr. Ha noticed that an officer now drives by the gas station often, while this had never happened previously.

Mr. Bhatnagar is quite shaken from this incident and has trouble sleeping at night. Although I have not talked to Mr. Ha directly, it is my understanding that he is feeling intimidated by the increased police presence, which he perceives as threatening and retaliatory.

I realize these allegations are quite serious; of course, I cannot personally say whether they are true. However, Mr. Bhatnagar sounded genuinely upset and frightened when I spoke with him; and this is his first and only contact with the criminal justice system. I urge you to take his allegations seriously and investigate this matter promptly.

Please let me know if you need further information. I look forward to hearing from you.

Best Regards,

Diana Garrido
Attorney for Mr. Bhatnagar
(925) 335-8064