# EXHIBIT G

## Work

| | |
|---|---|
| **From:** | "Jenny Huang" <jhuang@justicefirstllp.com> |
| **To:** | "James Fitzgerald" <James.Fitzgerald@McNamaraLaw.com> |
| **Cc:** | "Noah Blechman" <Noah.Blechman@McNamaraLaw.com>; "Sabrina Ahia" <Sabrina.Ahia@McNamaraLaw.com> |
| **Sent:** | 08/06/2008 8:37 PM |
| **Subject:** | deposition of Jason Ingrassia |

Dear Mr. Fitzgerald: Please indicate which dates you and your client are available for his deposition between September 4th-17th. Thank you - Jenny

Jenny Huang
Justice First, LLP
2831 Telegraph Ave.
Oakland, CA 94609
t (510) 628-0695 / f (510) 272-0711
e-mail: jhuang@justicefirstllp.com
website: www.justicefirstllp.com

Statement of Confidentiality: The information contained in this email may be confidential and/or subject to the attorney client privilege. If you are not the intended recipient, please be advised that any use, distribution, or copying of this communication, including any attachments, is strictly prohibited. If you have received this communication in error, please contact the sender immediately by reply e-mail or by calling (510) 628-0695. Thank you in advance for your cooperation.