UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR,

      Plaintiff,

vs.

JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.

      Defendants.

Case No.: 3:07-cv-02669 (CEB)(EDL)

**PROPOSED ORDER FOR SCHEDULING THE DEPOSITION OF DEFENDANT INGRASSIA**

    This matter is before the court upon Plaintiff's request for the court's assistance in scheduling the deposition of Defendant Ingrassia. Based upon documents submitted on this request and all the documents contained in the record herein, the Court hereby issues the following order:

    (1) Plaintiff shall conduct the first day of Defendant Ingrassia's deposition on September ___, 2008 at 9:30am. Plaintiff will be permitted to depose Defendant Ingrassia on this day for a total of seven hours, not including any time taken for lunch or any other breaks.

    (2) Plaintiff shall conduct the second day of Defendant Ingrassia's deposition on September ___, 2008 at 9:30am. Plaintiff will be permitted to depose Defendant Ingrassia on this day for a total of seven hours, not including any time taken for lunch or any other breaks.

    **IT IS SO ORDERED.**

Dated: August ___, 2008

                                                    _____
                                                  Magistrate Judge Elizabeth Laporte