JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
JASON INGRASSIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>Plaintiff,<br><br>vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON,<br><br>Defendants. | Case No. C07-02669 CRB (EDL)<br><br>**DEFENDANT INGRASSIA'S OBJECTION AND MOTION TO STRIKE PLAINTIFF'S UNTIMELY REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**<br><br>Date: August 26, 2008<br>Time: 9:30 a.m.<br>Dept.: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

Defendant Ingrassia hereby objects and moves to strike Plaintiff's <u>untimely</u> reply brief in support of his motion to compel as well as the additionally submitted evidence in support of this reply. Pursuant to the Court's August 4, 2008 Order (Document 105), granting Plaintiff's motion to shorten time and setting the briefing schedule and hearing on Plaintiff's motion to compel, Plaintiff was required to file and serve his reply brief <u>by no later than noon on August 15, 2008</u>. The order also required Defendant's opposition to be filed by no later than noon on August 13th, a requirement that Defendant timely met. In contravention of this clear Court order, however, Plaintiff filed and served his reply brief after 6:00 p.m. (it was filed at 6:25 p.m. to be exact) on August 15, 2008. Per the Court's August 4th order, Plaintiff's brief was plainly untimely as Plaintiff has failed to comply with the Court's order regarding filing deadlines. Not only was Plaintiff's reply brief untimely, but it also included additional evidence submitted in support of

OBJECTION AND MOTION TO STRIKE PLAINTIFF'S
UNTIMELY REPLY BRIEF IN SUPPORT OF MOTION TO
COMPEL – Case No. C07-02669 – CRB (EDL)

Plaintiff's motion to compel which is improper. Defendant Ingrassia has no adequate opportunity to oppose and/or respond to the newly submitted evidence which should therefore also be stricken. In sum, Defendant Jason Ingrassia hereby objects and moves to strike Plaintiff's untimely reply brief and all supporting documents and evidence filed therewith.

Dated: August 18, 2008

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
J. Garret Deal
Attorneys for Defendant
JASON INGRASSIA

OBJECTION AND MOTION TO STRIKE PLAINTIFF'S
UNTIMELY REPLY BRIEF IN SUPPORT OF MOTION TO
COMPEL – Case No. C07-02669 – CRB (EDL)

2