1   JUSTICE FIRST, LLP
    Jenny C. Huang, SBN 223596
2   2831 Telegraph Avenue
    Oakland, CA  94609
3   Telephone: (510) 628-0695
    Fax: (510) 272-0711
4   E-mail:  jhuang@justicefirstllp.com

5   JIVAKA CANDAPPA, SBN 225919
    46 Shattuck Square, Suite 15
6   Berkeley, CA  94704
    Telephone: (510) 981-1808
7   Fax: (510) 981-1817
    E-mail:  jcandappa@sbcglobal.net
8
    Attorneys for Plaintiff Abhinav Bhatnagar
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13                                            )   Case No.:  3:07-cv-02669 (CEB)(EDL)
    ABHINAV BHATNAGAR,                        )
14                                            )
              Plaintiff,                      )   **PLAINTIFF'S OPPOSITION TO**
15                                            )   **MOTION TO STRIKE REPLY BRIEF**
        vs.                                   )
16                                            )
    JASON INGRASSIA, individually and in      )
17  his official capacity; COUNTY OF          )
    CONTRA COSTA; and CITY OF                 )   Date:  August 26, 2008
18  SAN RAMON.                                )   Time:  9:30 a.m.
                                              )   Honorable Elizabeth D. Laporte
19                                            )
                                              )
20            Defendants.                     )
                                              )
21  _____

22                      **ARGUMENT**

23      Plaintiff hereby opposes Defendant Ingrassia's Motion to Strike Plaintiff's Untimely

24  Reply Brief, filed on August 18, 2008.  Plaintiff's Reply Brief was filed on August 15, 2008 at

25  6:23 pm.  At the time of filing, Plaintiff's counsel inadvertently and regrettably overlooked the

26  court's order dated August 4, 2008, which imposed a time restriction requiring that the reply

27  brief be filed by noon on August 15, 2008. (Declaration of Jenny Huang, dated August 18, 2008

28  ("Huang Decl.") at ¶ 2.)  The untimely filing of Plaintiff's Reply Brief was unintentional and

1   Plaintiff's counsel has assured that she will closely observe all time restrictions imposed on any

2   future filings. (Huang Decl. at ¶ 3-4.)

3          Counsel for Defendant Ingrassia has not been prejudiced by the untimely filing of

4   Plaintiff's Reply Brief.  The reply brief was filed more than ten days in advance of the hearing

5   scheduled on August 26, 2008 for the present motion.   Contrary to the assertions of Mr.

6   Fitzgerald, all evidence submitted in support of Plaintiff's Reply Brief was in rebuttal to

7   Defendant Ingrassia's Opposition Brief.  Specifically, Exhibits D (Letter from Diana Garrido)

8   and E (Affidavit of Mr. Bhatnagar) were submitted in response to allegations that Plaintiff

9   claimed he did not believe Defendant Ingrassia was responsible for making the harassing phone

10  calls. (Opposition Brief at 19:7-10; Fitzgerald Decl. at Exh. C.)  Similarly, Exhibits F and G (e-

11  mail correspondence from Jenny Huang) were submitted in response to Mr. Fitzgerald's repeated

12  suggestions to the court that he has cooperated with Plaintiff's efforts to schedule the deposition

13  of Defendant Ingrassia.  Because the evidence in support of Plaintiff's reply brief did not include

14  any newly submitted evidence, Defendant Ingrassia is not entitled to an opportunity to oppose or

15  respond to Plaintiff's Reply Brief in writing.  (Huang Decl. at ¶ 5.)

16                                            **CONCLUSION**

17         For the reasons stated above, Plaintiff respectfully requests that this court deny in its

18  entirety Defendant Ingrassia's Motion to Strike Plaintiff's Reply Brief.

19

20  Date:   August 18, 2008
            Oakland, California

21                                          **JUSTICE FIRST, LLP**
                                            Attorneys for Plaintiff Abhinav Bhatnagar
22                                          By:
23                                          _____/s/ Jenny Huang_____
                                            Jenny C. Huang
24                                          2831 Telegraph Avenue
                                            Oakland, CA  94609
25                                          Tel.: (510) 628-0695

26

27

28