JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
46 Shattuck Square, Suite 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Fax: (510) 981-1817
E-mail: jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>        Plaintiff,<br><br>    vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>        Defendants. | Case No.: Case No. CV-07-02669 (CRB)<br><br>**DECLARATION OF JENNY HUANG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE REPLY BRIEF**<br><br>Date: August 26, 2008<br>Time: 9:30 am<br>Honorable Elizabeth D. Laporte |

I, JENNY HUANG, state under penalty of perjury as follows:

1.   I am counsel for Plaintiff Abhinav Bhatnagar in the above-referenced action. I submit this declaration in support of Mr. Bhatnagar's Opposition to Defendant Ingrassia's Motion to Strike Plaintiff's Reply Brief in Support of Plaintiff's Motion to Compel Discovery from Defendant Ingrassia.

2. On August 15, 2008, I filed Plaintiff's Reply Brief in Support of Plaintiff's Motion to Compel Discovery from Defendant Ingrassia. At the time of filing, I inadvertently and regrettably overlooked the court's order dated August 4, 2008, which required that the reply brief be filed by noon on August 15, 2008. Rather, I incorrectly assumed that the reply brief was due on August 15, 2008 and could therefore be electronically and timely filed by 11:59 p.m.

3. It was not until Defendant Ingrassia's Motion to Strike Plaintiff's Reply Brief was filed on August 18, 2008 that I realized the reply brief I filed on August 15, 2008 was untimely.

4. I assure the court and all counsel that I will pay close attention to any time limitations on future filing deadlines and will take extra precautions to ensure that all future filings are made in a timely manner.

5. All evidence submitted in support of Plaintiff's Reply Brief was in rebuttal to Defendant Ingrassia's Opposition Brief and did not include any newly submitted evidence.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2008 in Oakland, California.

                                                        /s/ Jenny Huang
                                                        JENNY HUANG