## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                      Date:  **August 26, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**      **C-07-02669 CRB (EDL)**

**Title:**      ABHINAV BHATNAGAR v. JASON INGRASSIA, et al

**Attorneys:**    Plaintiff:  Jenny C. Huang      Defendant: J. Garret Deal, Noah G. Blechman

**Deputy Clerk:**       Lili M. Harrell      **Court Reporter:**  Sahar McVickar
(Time: 34 min )

**PROCEEDINGS:**                                      **RULINGS:**

Plaintiff's Motion to Compel                          Granted in part/Denied in part

**ORDERED AFTER HEARING:**    Plaintiff shall prepare proposed order and defendant shall review prior to submitting to the Court by the end of the week. Parties shall meet and confer and submit proposal for a case management schedule pursuant to the pretrial and trial dates set by Judge Breyer.

**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes:

cc: