JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
5111 Telegraph Avenue, #215
Oakland, CA 94609
Telephone: (510) 654-4129
Fax: (510) 594-9610
E-mail: jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ABHINAV BHATNAGAR, <br><br> Plaintiff, <br><br> vs. <br><br> JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON. <br><br> Defendants. | Case No.: 3:07-cv-02669 (CEB)(EDL) <br><br> **STIPULATION AND PROPOSED ORDER FOR CASE MANAGEMENT SCHEDULE** |

WHEREAS on August 26, 2008, the parties attended a hearing before Magistrate Judge Laporte, after which the court ordered the parties to submit a proposed case management schedule pursuant to the pretrial and trial dates set by Judge Breyer;

WHEREAS Judge Breyer has set the pretrial hearing for December 2, 2008 and the trial for December 8, 2008;

WHEREAS Judge Breyer advised the parties at the case management conference on July 21, 2008 that the parties could agree upon and determine all other case management scheduling dates, aside from the pretrial and trial dates set;

JUSTICE FIRST, LLP

WHEREAS counsel for the parties have met and agreed upon the proposed case management schedule detailed below;

IT IS HEREBY STIPULATED AND AGREED that the following case management schedule shall govern this case:

1.  Fact discovery shall end on September 30, 2008;

2.  Expert disclosures shall be hand-delivered by October 6, 2008;

3.  Rebuttal expert disclosures shall be hand-delivered by October 22, 2008;

4.  Expert discovery shall end on November 5, 2008;

5.  All dispositive motions shall be hand-delivered by November 5, 2008;

6.  Opposition papers on dispositive motions shall be hand-delivered by November 14, 2008;

7.  Reply papers on dispositive motions shall be hand-delivered by November 19, 2008;

8.  Dispositive motions shall be heard on November 21, 2008; and

9.  The joint pretrial conference statement shall be filed by November 25, 2008

Dated: August 29, 2008         **JUSTICE FIRST, LLP**
Oakland, California            Attorneys for Plaintiff Abhinav Bhatnagar
                               By:

                               _____/s/_____
                               Jenny C. Huang
                               2831 Telegraph Avenue
                               Oakland, CA  94609
                               Tel.: (510) 628-0695


Dated: August 29, 2008         **MCNAMARA, DODGE et al.**
Walnut Creek, California       Attorney for Defendant Jason Ingrassia
                               By:

                               _____/s/_____
                               Noah Blechman
                               1211 Newell Avenue
                               Walnut Creek, CA  94596-5331
                               Tel.:  (925) 939-5330

JUSTICE FIRST, LLP

1    Dated: August 29, 2008          **GREGORY HARVEY**
2              Martinez, California       Attorney for Contra Costa County and
                                          the City of San Ramon
3                                         By:

4                                         Mr. Gregory Harvey
5                                         Contra Costa County Counsel's Office
                                          651 Pine Street, 9th Floor
6                                         Martinez, CA 94553

7    IT IS SO ORDERED.

8    Dated: August ___, 2008

9

10                                        _____
                                          MAGISTRATE JUDGE ELIZABETH LAPORTE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUSTICE FIRST, LLP