JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
5111 Telegraph Avenue, #215
Oakland, CA  94609
Telephone: (510) 654-4129
Fax: (510) 594-9610
E-mail:  jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, <br><br> Plaintiff, <br><br> vs. <br><br> JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON. <br><br> Defendants. | Case No.: 3:07-cv-02669 (CEB)(EDL) <br><br> **AMENDED STIPULATION AND ~~PROPOSED~~ ORDER FOR CASE MANAGEMENT SCHEDULE** |

WHEREAS on August 26, 2008, the parties attended a hearing before Magistrate Judge Laporte, after which the court ordered the parties to submit a proposed case management schedule pursuant to the pretrial and trial dates set by Judge Breyer;

WHEREAS Judge Breyer has set the pretrial hearing for December 2, 2008 and the trial for December 8, 2008;

WHEREAS Judge Breyer advised the parties at the case management conference on July 21, 2008 that the parties could agree upon and determine all other case management scheduling dates, aside from the pretrial and trial dates set;

1  WHEREAS counsel for the parties have met and agreed upon the proposed case management schedule detailed below;

IT IS HEREBY STIPULATED AND AGREED that the following case management schedule shall govern this case:

1. Fact discovery shall end on September 30, 2008;
2. Expert disclosures shall be hand-delivered by October 6, 2008;
3. Rebuttal expert disclosures shall be hand-delivered by October 22, 2008;
4. Expert discovery shall end on November 5, 2008;
5. All dispositive motions shall be hand-delivered by November 5, 2008;
6. Opposition papers on dispositive motions shall be hand-delivered by November 14, 2008;
7. Reply papers on dispositive motions shall be hand-delivered by November 19, 2008;
8. Dispositive motions shall be heard on November 24, 2008 at 2:30 p.m.; and
9. The joint pretrial conference statement shall be filed by November 25, 2008

Dated: August 29, 2008             **JUSTICE FIRST, LLP**
Oakland, California                Attorneys for Plaintiff Abhinav Bhatnagar
                                   By:

                                   _____/s/_____
                                   Jenny C. Huang
                                   2831 Telegraph Avenue
                                   Oakland, CA  94609
                                   Tel.: (510) 628-0695


Dated: August 29, 2008             **MCNAMARA, DODGE et al.**
Walnut Creek, California           Attorney for Defendant Jason Ingrassia
                                   By:

                                   _____/s/_____
                                   Noah Blechman
                                   1211 Newell Avenue
                                   Walnut Creek, CA  94596-5331
                                   Tel.:  (925) 939-5330

Dated: August 29, 2008
      Martinez, California

**GREGORY HARVEY**
Attorney for Contra Costa County and the City of San Ramon
By: _/s/ Gregory Harvey_
Mr. Gregory Harvey
Contra Costa County Counsel's Office
651 Pine Street, 9th Floor
Martinez, CA 94553

IT IS SO ORDERED.

Dated: August 03, 2008



MAGISTRATE JUDGE LAPORTE

(Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California)

*Justice First, LLP* (side margin)