UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR,

    Plaintiff,

vs.

JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.

    Defendants.

Case No.: CV07-02669 (CRB)(EDL)

**PROPOSED ORDER RE: DEPOSITION OF DIANA GARRIDO ON SEPTEMBER 22, 2008**

This matter is before the court upon Plaintiff's request for assistance in the scheduling of Diana Garrido's deposition on September 22, 2008, filed on September 19, 2008. Based upon the documents submitted and all the documents contained in the record herein, the Court hereby issues the following rulings:

(1) The second day of Diana Garrido's deposition shall be held on September 22, 2008 at 2pm at the office of the Contra Costa Public Defender, 3811 Bissell Avenue, Richmond, California.

(2) Defense counsel shall limit their questions at this deposition to a total of two hours.

**IT IS SO ORDERED.**

Dated: September ___, 2008

_____
Magistrate Judge Elizabeth Laporte