IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR, | No. C-07-02669 CRB (EDL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S COUNSEL'S LETTER REQUEST** |
| v. | |
| JASON INGRASSIA, | |
| Defendant. | |

On September 19, 2008 at 11:37 a.m., Plaintiff's counsel filed a letter seeking the Court's intervention regarding the deposition of Diana Garrido, which is scheduled for Monday, September 22, 2008. Plaintiff's request is denied. Plaintiff's letter is procedurally improper, as filing such a last-minute letter is an unacceptable way to raise an issue with the Court. The Court expects the parties to cooperate to work out an equitable resolution of these kind of disputes.

**IT IS SO ORDERED.**

Dated: September 19, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge