JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
Sarita I. Ordóñez, SBN 216047
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com
          sordonez@justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
46 Shattuck Square, Suite 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Fax: (510) 981-1817
E-mail: jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>             Plaintiff,<br><br>      vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>             Defendants. | Case No.: 3:07-cv-02669 (CEB)(EDL)<br><br>**STIPULATION RE: EXCLUSION OF EVIDENCE RE: PLAINTIFF'S PAST OR CURRENT IMMIGRATION STATUS**<br><br>Trial Date: December 8, 2008<br>Time: 8:30 am<br>Honorable Charles R. Breyer |

All parties, by and through their respective counsel, hereby stipulate that there will be no evidence presented by way of documents, testimony, or argument concerning Plaintiff's current or past immigration status. This does not preclude either party from asking questions as to Plaintiff's ethnicity or the defense from introducing into evidence Defendant Ingrassia's testimony that he questioned Plaintiff regarding his place of birth.

IT IS SO STIPULATED:

Dated: November 25, 2008    **JUSTICE FIRST, LLP**
    Oakland, California    Attorneys for Plaintiff Abhinav Bhatnagar
By:
        /s/ Jenny Huang
Jenny C. Huang
2831 Telegraph Avenue
Oakland, CA 94609

Dated: November 25, 2008    **JANET HOLMES**
    Martinez, California    Attorney for Contra Costa County and the City of San Ramon
By:
        /s/ Janet Holmes
Ms. Janet Holmes
Contra Costa County Counsel's Office
651 Pine Street, 9th Floor
Martinez, CA 94553

Dated: November 25, 2008    **JAMES FITZGERALD**
    Walnut Creek, California    Attorney for Defendant Jason Ingrassia
By:
        /s/ James Fitzgerald
Mr. James Fitzgerald
McNamara Dodge et al. LLP
P. O. Box 5288
Walnut Creek, CA 94596-1288

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~November~~ December 01, 2008



UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Charles R. Breyer