JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
Sarita I. Ordóñez, SBN 216047
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 628-0695
Fax: (510) 272-0711
E-mail: jhuang@justicefirstllp.com
         sordonez@justicefirstllp.com

JIVAKA CANDAPPA, SBN 225919
46 Shattuck Square, Suite 15
Berkeley, CA  94704
Telephone: (510) 981-1808
Fax: (510) 981-1817
E-mail:  jcandappa@sbcglobal.net

Attorneys for Plaintiff Abhinav Bhatnagar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>   Plaintiff,<br><br>vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.<br><br>   Defendants. | Case No.: 3:07-cv-02669 (CEB)(EDL)<br><br>**STIPULATION RE: EXCLUSION OF ALL NON-TESTIFYING WITNESSES FROM THE COURTROOM AT TRIAL**<br><br>Trial Date:  December 8, 2008<br>Time:  8:30 am<br>Honorable Charles R. Breyer |

1  Pursuant to Federal Rules of Evidence, Rule 615, all parties hereby stipulate to exclude all non-testifying witnesses from the courtroom during trial, with the exception of witnesses designated as representatives for the respective parties, per consent of the Court.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: November 25, 2008<br>Oakland, California | **JUSTICE FIRST, LLP**<br>Attorneys for Plaintiff Abhinav Bhatnagar<br>By:<br>_____/s/ Jenny Huang_____<br>Jenny C. Huang<br>2831 Telegraph Avenue<br>Oakland, CA  94609 |
| Dated: November 25, 2008<br>Martinez, California | **JANET HOLMES**<br>Attorney for Contra Costa County and the City of San Ramon<br>By:<br>_____/s/ Janet Holmes_____<br>Ms. Janet Holmes<br>Contra Costa County Counsel's Office<br>651 Pine Street, 9th Floor<br>Martinez, CA  94553 |
| Dated: November 25, 2008<br>Walnut Creek, California | **JAMES FITZGERALD**<br>Attorney for Defendant Jason Ingrassia<br>By:<br>_____/s/ James Fitzgerald____<br>Mr. James Fitzgerald<br>McNamara Dodge et al. LLP<br>P. O. Box 5288<br>Walnut Creek, CA  94596-1288 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~November~~ December 01, ___, 2008

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*