Jenny C. Huang
Sarita Ordonez
Justice First, LLP
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Facsimile:  (510)272-0711
Electronic mail: jhuang@justicefirstllp.com
                 sordonez@justicefirstllp.com

Jivaka Candappa
46 Shattuck Square, Suite 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile:  (510) 981-1817
Electronic mail:  jcandappa@sbcglobal.net
Attorneys for Plaintiff ABHINAV BHATNAGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>Plaintiff<br><br>v.<br><br>JASON INGRASSIA, COUNTY OF CONTRA COSTA, and CITY OF SAN RAMON,<br><br>Defendants. | Case No. CV07-02669 CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S BLOOD ALCOHOL CONTENT AT 2:30 A.M. ON MAY 20, 2006:  TESTIMONY OF PHLEBOTOMIST JONATHAN YOUNG AND FORENSIC TOXICOLOGIST STEPHANIE WILLIAMS |

All parties, by and through their respective counsel, hereby stipulate that if Phlebotomist Jonathan Young were called to testify as a witness in the matter he would competently testify under oath to the following facts on the basis of his personal knowledge:

(1) On May 20, 2006, Phlebotomist Jonathan Young was dispatched to the San Ramon Police Department to perform a blood draw on a subject arrested by Defendant Ingrassia.

(2) On May 20, 2006, at approximately 2:30 a.m., Plaintiff Abhinav Bhatnagar provided a blood sample at the San Ramon Police Department to Phlebotomist Jonathan Young.

(3) The blood draw was done according to accepted protocols.

(4) Plaintiff Bhatnagar's blood was drawn into two vacuum sealed gray top vials and placed in a tamper-proof envelope and sealed. Further, all parties, by and through their respective counsel, hereby stipulate that if Forensic Toxicologist Stephanie Williams were called to testify as a witness in the matter she would competently testify under oath to the following facts:

(1) On May 31, 2006, Stephanie Williams, a licensed forensic toxicologist employed by the Contra Costa County Sheriff's Office Crime Lab scientifically tested Plaintiff's blood sample using the closed head gas chromatography method.

(2) Ms. Williams tested Plaintiff's blood in the regular course of her duties and the equipment used to test Plaintiff's blood sample was in proper working order at time she tested Plaintiff's blood sample.  At the time that Ms. Williams received the blood evidence envelope containing Mr. Bhatnagar's blood, there was no evidence of tampering.

(3) Ms. Williams tested Plaintiff's blood from one of the two vacuum sealed gray top vials that were delivered to the Contra Costa County Sheriff's Office Crime Lab by the San Ramon Police Department on May 24, 2006.

(4) Both gray top vials containing Plaintiff's blood were sealed at the time of receipt by Ms. Williams for testing.

(5) Ms. Williams unsealed one of the sealed gray top vials to conduct the necessary testing of Plaintiff's blood sample.

(6) The testing of Plaintiff's blood sample indicated that Plaintiff's blood alcohol content at 2:30 a.m. on May 20, 2006 was 0.09% when reported to 2 digits, as required by Title 17.

//

1  //

2

3      (7) Attached as Exhibit \_\_\_\_ is a copy of the Report of Laboratory Examination
4 recording the test results of Plaintiff's blood sample pursuant to Title 17 of the California Code
5 of Regulations.

6      IT IS SO STIPULATED:

7

8                              JUSTICE FIRST, LLP

9
10   Date: November 25, 2008                        /s/ Jenny Huang
                                       JENNY C. HUANG
11                                        Attorneys for Plaintiff
                                       ABHINAV BHATNAGAR

12
13   Date:  November 25, 2008                     /s/ Jivaka Candappa
                                       JIVAKA CANDAPPA
14                                        Attorneys for Plaintiff
                                       ABHINAV BHATNAGAR

15
16   Date: November 25, 2008                       McNAMARA DODGE, et al.

17

18                                   By:\_\_\_/s/ James Fitzgerald\_\_\_\_
                                       JAMES FITZGERALD III
19                                        Attorneys for Defendant
                                       JASON INGRASSIA

20
21   Date: November 25, 2008                       SILVANO B. MARCHESI
                                       COUNTY COUNSEL

22

23                                   By:\_\_\_\_/s/ Janet Holmes_____
                                     JANET HOLMES
24                                      Deputy County Counsel
                                   Attorneys for Defendants
25                                    COUNTY OF CONTRA COSTA
                                   and CITY OF SAN RAMON

26

27 PURSUANT TO STIPULATION IT IS SO ORDERED.

28

1 | Date: December 01, 2008                                    _____
2 |                                                            HON. CHARLES BREYER



1 | C:\Bhatnagar v. Ingrassia\Trial\Stipulations\Stip - Blood alcohol final.wpd