United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>    Plaintiff,<br><br>  v.<br><br>JASON INGRASSIA, et al.,<br><br>    Defendants.               / | No. C 07-02669 CRB<br><br>**ORDER SETTING TRIAL** |

The jury trial in this action will commence on Tuesday, January 6 at 8:30 a.m. The Court will hold a further pretrial conference at 2:30 p.m. on Tuesday, December 16, 2008.

**IT IS SO ORDERED.**

Dated: December 8, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2669\orderretrial.wpd