UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABHINAV BHATNAGAR,

    Plaintiff,

vs.

JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON.

    Defendants.

Case No.: 3:07-cv-02669 (CRB)(EDL)

**PLAINTIFF'S ~~PROPOSED~~ ORDER RE: DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

This matter is before the court upon Defendants' Motions for Summary Judgment, filed on 10/27/08 and 11/5/08, and argued on 11/24/08. In addition to the Court's Order filed on 11/25/08, the Court hereby issues the following rulings based upon Plaintiff's voluntary dismissal of the following claims:

1. Plaintiff's 1st Cause of Action (§ 1983 against Defendant Ingrassia) is partially dismissed as to Plaintiff's claim for malicious prosecution with regard to the 5/20/06 incident only. Plaintiff's remaining claims under this cause of action shall go forward.

2. Plaintiff's 2nd Cause of Action (§ 1983 against Contra Costa County) is partially dismissed as to Plaintiff's claim for malicious prosecution with regard to the 5/20/06 incident only. Plaintiff's remaining claims under this cause of action shall go forward.

3. Plaintiff's 4th Cause of Action (Title VI claim) is dismissed against the County of Contra Costa and the City of San Ramon.

4. Plaintiff's 5th Cause of Action (malicious prosecution) is dismissed against all Defendants.

**IT IS SO ORDERED.**

Dated: December 16, 2008

_____
The Honorable Charles R. Breyer
United States District Judge