JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
JASON INGRASSIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>Plaintiff,<br><br>vs.<br><br>JASON INGRASSIA, individually and in his official capacity; COUNTY OF CONTRA COSTA; and CITY OF SAN RAMON,<br><br>Defendants. | Case No. C07-02669 CRB<br><br>**DEFENDANT INGRASSIA'S REQUEST AND [PROPOSED] ORDER TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE FOR TRIAL**<br><br>Trial Date:          January 6, 2009<br><br>Judge: Hon. Charles R. Breyer<br>Ctrm:  8, 19th Floor |

Defendant JASON INGRASSIA ("Ingrassia") hereby requests an order from the Court to allow his counsel, the undersigned, to bring into the U.S. District Court, Northern District courthouse, located at 450 Golden Gate Avenue, in San Francisco, the following equipment, for the purposes of trial, which is slated to begin on January 6, 2009. The following electronic equipment is requested by Ingrassia to be allowed into the courthouse:

1. ELMO Video Projector, Model HV-5000XG

Dated: January 5, 2009         MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                               PFALZER, BORGES & BROTHERS LLP

                               By: _____
                                   James V. Fitzgerald, III / Noah G. Blechman
                                   Attorneys for Defendant JASON INGRASSIA

**ORDER**

Per good cause demonstrated by Defendant Ingrassia, the Court hereby orders that Defendant Ingrassia be allowed to bring into the U.S. District Court, Northern District courthouse, located at 450 Golden Gate Avenue, in San Francisco, the following electronic equipment:

    2.   ELMO Video Projector, Model HV-5000XG

IT IS SO ORDERED

Dated: January 6, 2009



Hon. Charles R. Breyer