IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>    Plaintiff,<br><br>  v.<br><br>JASON INGRASSIA, et al.,<br><br>    Defendants.<br>_____ / | No. C 07-02669 CRB<br><br>**JUDGMENT** |

The Court having granted summary judgment in favor of defendants on some claims, and the jury having found in favor of defendants on the remaining claims, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: January 14, 2009

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2669\judgment.wpd