IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>    Plaintiff,<br><br>v.<br><br>JASON INGRASSIA, et al.,<br><br>    Defendants. | No. C 07-02669 CRB<br><br>**ORDER** |

    Defendants' motion for sanctions against plaintiff's counsel is DENIED for the reasons stated at oral argument on March 6, 2009. Plaintiff's motion for sanctions is also DENIED.

    Defendants shall submit to the Court a declaration with supporting documentation identifying the fees and costs defendants incurred in defense of plaintiff's claim that defendant Ingrassia made harassing telephone calls to plaintiff and his parents. Defendants shall meet and confer with plaintiff's counsel about their supplemental submission prior to filing the fee request with the Court.

    Plaintiff has filed an Objection to defendant Ingrassia's Bill of Costs. According to the Court's records, defendant Ingrassia has not filed a response. Defendant is directed to meet and confer with plaintiff concerning the objections to the Bill of Costs. If any issues remain unresolved after the meet and confer, defendant shall file with the Court a written response to the remaining objections. This response must be filed no later than the filing of

1  defendant Ingrassia's supplemental submission regarding fees and costs incurred in
2  defending the harassing telephone calls claims.
3  **IT IS SO ORDERED.**
4
5  Dated: March 6, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE