1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ABHINAV BHATNAGAR,                          No. C 07-02669 CRB

12            Plaintiff,                        **ORDER**

13      v.

14  JASON INGRASSIA, et al.,

15            Defendants.
                                            /
16

17       By Order filed March 6, 2009 the Court directed defendants to submit a declaration

18  with supporting documentation identifying the fees and costs defendants incurred in defense

19  of plaintiff's claim that defendant Ingrassia made harassing telephone calls to plaintiff and

20  his parents.  The Court also ordered defendants to meet and confer with plaintiff's counsel

21  about their supplemental submission prior to filing the fee request with the Court.  As of the

22  date of this Order, defendants have not filed the requested submission in support of their

23  motion for sanctions against plaintiff.

24       If defendants intend to pursue their motion for monetary sanctions against plaintiff

25  they shall file the required submission on or before April 24, 2009.  Again, they may do so

26  only after meeting and conferring with plaintiff's counsel in a good faith attempt to stipulate

27  to the amount of fees and costs incurred in defending the claims arising from the alleged

28  harassing telephone calls.  Plaintiff's response, if any, to defendant's submission shall be

**United States District Court**
For the Northern District of California

1  filed on or before May 8, 2009.  The Court will take the matter under submission at that time.

2  **IT IS SO ORDERED.**

3
  Dated: April 16, 2009



4                                            CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2007\2669\orderrefees2.wpd                    2