SILVANO B. MARCHESI (SBN 42965)
County Counsel
GREGORY C. HARVEY(SBN 47974)
Assistant County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic mail: gharv@cc.cccounty.us

Attorneys for Defendants COUNTY
OF CONTRA COSTA and CITY OF SAN RAMON

Jenny C. Huang
Sarita Ordonez
Justice First, LLP
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Facsimile:  (510)272-0711
Electronic mail: jhuang@justicefirstllp.com
            sordonez@justicefirstllp.com

Attorneys for plaintiff ABHINAV BHATNAGAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV BHATNAGAR,<br><br>    Plaintiff<br><br>v.<br><br>JASON INGRASSIA, et al.,<br><br>    Defendants. | No. CV07-02669 CRB<br><br>STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR TO MEET AND CONFER AND TO FILE SUPPLEMENTARY DECLARATION RE: CONTRA COSTA COUNTY'S MOTION FOR ATTORNEY'S FEES |

IT IS HEREBY STIPULATED by and between plaintiff ABHINAV BHATNAGAR

and defendants JASON INGRASSIA and CONTRA COSTA COUNTY, by and through their

counsel of record,  that the deadline to complete the meet-and-confer process and file the

supplementary declaration pursuant to this court's order of  April 16, 2009  may be extended to

STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO MEET AND CONFER
AND TO FILE SUPPLEMENTARY DECLARATION RE: CONTRA COSTA COUNTY'S MOTION
FOR ATTORNEY'S FEES -  CV07-02669 CRB

1

1    May 29, 2009 for the reasons stated in the attached Declaration of Gregory C. Harvey.

2         The parties stipulate to the following filing schedule:

3

4         May 29, 2009                    Completion of meet and confer and filing of

5                                         supplementary declaration regarding fees

6                                         attributed to the claim of harassing phone

7                                         calls.

8

9         June 5, 2009                    Filing of Plaintiffs objections to the

10                                        supplementary declarations of Defendants

11                                        Ingrassia and the County.

12

13        June 12, 2009                   Filing of Defendants' reply to Plaintiffs

14                                        objections to the supplementary declarations.

15

16        SO STIPULATED.

17

18    DATED: April 21, 2009               SILVANO B. MARCHESI, County Counsel

19

20

21                                        By:_____/s/_____
22                                            GREGORY C. HARVEY
                                             Assistant County Counsel
23                                           Attorneys for Defendants
                                             COUNTY OF CONTRA COSTA and
24                                           CITY OF SAN RAMON

25

26

27

28

STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO MEET AND CONFER
AND TO FILE SUPPLEMENTARY DECLARATION RE: CONTRA COSTA COUNTY'S MOTION
FOR ATTORNEY'S FEES - CV07-02669 CRB

1

2

DATED:   April 22, 2009                    JUSTICE FIRST, LLP

3

4

5                                          By:_____/s/_____
                                                    JENNY HUANG
6                                               Attorneys for Plaintiff
                                                ABHINAV BHATNAGAR
7

8    DATED:   April 22, 2009                    MCNAMARA DODGE ET AL., LLP

9

10

11                                         By:_____/s/_____
                                                    JAMES V. FITZGERALD III
12                                              Attorneys for Defendant
                                                JASON INGRASSIA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO MEET AND CONFER
AND TO FILE SUPPLEMENTARY DECLARATION RE: CONTRA COSTA COUNTY'S MOTION
FOR ATTORNEY'S FEES - CV07-02669 CRB

1

ORDER

2

3      IT IS HEREBY ORDERED THAT the deadline for plaintiff and defendants JASON

4   INGRASSIA and CONTRA COSTA COUNTY to complete the meet-and-confer process and

5   for defendants JASON INGRASSIA and CONTRA COSTA COUNTY to file their

6   supplementary declarations pursuant to this court's order of April 16, 2009 is hereby extended

7   to and including May 29, 2009.  The court adopts the filing schedule proposed by the parties.

8      SO ORDERED.

9

10

      DATE:__April  27, 2009____                                        _____

11                                                          CHARLES R. BREYER

12                                                    UNITED STATES DISTRICT JUDGE



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO MEET AND CONFER
AND TO FILE SUPPLEMENTARY DECLARATION RE: CONTRA COSTA COUNTY'S MOTION
FOR ATTORNEY'S FEES -  CV07-02669 CRB

4